**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware**
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Freedom Forever LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | N/A |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 1 _ 3 2 0 8 8 5 7 |

4. **Debtor's address**

**Principal place of business**

43445   Business Park Dr, #110
Number        Street

_____

Temecula          CA      92590
City              State    ZIP Code

Riverside
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____

_____
City              State    ZIP Code

5. **Debtor's website** (URL)    www.freedomforever.com

Debtor    <u>Freedom Forever LLC</u>       Case number *(if known)*_____
         Name

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. § 501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2   3   8   1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

■ Chapter 11. *Check **all** that apply*:

❑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

❑ A plan is being filed with this petition.

❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No

❑ Yes. District _____ When _____ Case number _____
                                     MM / DD / YYYY

         District _____ When _____ Case number _____
                                     MM / DD / YYYY

Debtor   Freedom Forever LLC
_____Name_____   Case number (if known)_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

■ No

❑ Yes.   Debtor _____   Relationship _____

District _____   When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❑ It needs to be physically secured or protected from the weather.

❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❑ Other _____

**Where is the property?** _____
Number         Street

_____

_____   _____ _____
City                                                 State ZIP Code

**Is the property insured?**

❑ No

❑ Yes. Insurance agency _____

Contact name _____

Phone _____

---

| **Statistical and administrative information** |
| --- |

**13. Debtor's estimation of available funds**

*Check one:*

❑ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

❑ 1-49
❑ 50-99
❑ 100-199
❑ 200-999

❑ 1,000-5,000
❑ 5,001-10,000
❑ 10,001-25,000

❑ 25,001-50,000
■ 50,001-100,000
❑ More than 100,000

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **3**

Debtor  Freedom Forever LLC
        Name

Case number (if known)_____

| 15. **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ■ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ■ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** --   Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04   15   2026
              MM / DD / YYYY

/s/  Brett Bouchy                         Brett Bouchy
Signature of authorized representative of debtor        Printed name

Title  Manager

**18. Signature of attorney**

/s/  Curtis S. Miller                    Date   04 / 15 / 2026
Signature of attorney for debtor                MM / DD / YYYY

Curtis S. Miller
Printed name
Morris, Nichols, Arsht & Tunnell LLP
Firm name
1201        North Market St., P.O. Box 1347
Number      Street
Wilmington                              DE        19899-1347
City                                    State     ZIP Code

302-658-9200                            cmiller@morrisnichols.com
Contact phone                           Email address

4583                                    DE
Bar number                              State

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | |
| FREEDOM FOREVER LLC, | Chapter 11 |
| Debtor.[1] | Case No. 26-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT**
**AND LIST OF EQUITY INTEREST HOLDERS PURSUANT TO**
**FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession hereby states as follows:

1.      A list of Debtor Freedom Forever LLC's equity interest holders and the nature of their equity interests, as of April 14, 2026, is attached hereto as **Exhibit A**.  No publicly traded corporation owns more than 10% of Freedom Forever LLC's equity interests.

---

[1]    The Debtor in this case, along with the last four digits of its's federal EIN, is Freedom Forever LLC (8857).  The Debtor's mailing address is 43445 Business Park Drive, Suite 110, Temecula, CA.

## Exhibit A

**List of Freedom Forever LLC's Equity Interest Holders**

| Name & Address | Class of Stock | Number of Shares |
|---|---|---|
| Free Energy, LLC (Delaware LLC) 27050 Via Vanessa, Temecula, CA 92590 | Class A Voting Units | 1,100,000 |
| Gregory Albright, Trustee of the Gregory and Melissa Albright Family Trust, dated April 27, 2005 9476 Matterhorn Court, Reno, NV 89506 | Class A Voting Units | 450,000 |
| Melissa Albright, Trustee of the Gregory and Melissa Albright Family Trust, dated April 27, 2005 9476 Matterhorn Court, Reno, NV 89506 | Class A Voting Units | 92,666.67 |
| Gregory Albright, Trustee of the MA Legacy Trust dated December 24, 2022 9476 Matterhorn Court, Reno, NV 89506 | Class A Voting Units | 357,333.33 |
| Boundless Energy Inc. (Massachusetts corporation) 11 Apex Drive, Suite 301B, Marlborough, MA 01752 | Class C Non-Voting Units | 58,129 |
| JJ Venture One, LLC, a Delaware limited liability company | Class C Non-Voting Units | 21,227 |
| FSP Ventures, LLC, a Delaware limited liability company | Class C Non-Voting Units | 53,284 |
| FSP Leadership, LLC, a Delaware limited liability company | Class C Non-Voting Units | 14,525 |
| Triple Crown Club LLC, a Texas limited liability company | Class C Non-Voting Units | 19,380 |
| Caliber Pros, LLC, a Delaware limited liability company | Class C Non-Voting Units | 7,843 |
| F4E LLC, a Delaware limited liability company 43445 Business Park Drive, Suite #104, Temecula, CA 92590 | Class B-1 Non-Voting (Class B, Series 1) | 325,171 |

Fill in this information to identify the case:

| | |
|---|---|
| Lead Debtor's name | **Freedom Forever LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF DELAWARE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mosaic Funding IX | 601 12th St., Ste 325 Oakland, CA 94607 | Settlement | Contingent / Disputed | | | $  60,000,000.00 |
| 2 | Mosaic Funding I/Olive Advisors, LLC | c/o Steve Narsutis 1520 West Olive Ave., Unit 3W, Chicago, IL 60660 | Settlement | Contingent / Disputed | | | $  54,000,000.00 |
| 3 | Dwight Maxwell | 701 West 1st North Street, Summerville, SC 29483 | Litigation | Disputed | | | $  25,000,000.00 |
| 4 | Gelco Fleet Trust | 10200 Grand Central Avenue, Ste. 400, Owings Mills, MD 21117 | Trade Debt | Contingent | | | $  11,224,762.46 |
| 5 | PT. IDN Solar Tech | Komplek Kabil Indonusa Estate Blok A No. 19B, Batu Besar, Nongsa, Kota Batam, Kepulauan Riau, 29466, Indonesia | Trade Debt | Contingent | | | $  8,855,038.40 |
| 6 | JA Solar USA Inc. | 2570 North 1st Street, Ste. 360, San Jose, CA 95131 | Trade Debt | Contingent | | | $  8,008,399.00 |
| 7 | Sonefar National Accounts, LLC | 4400 Leeds Ave., Ste. 500, Charleston, SC 29405 | Trade Debt | Contingent | | | $  6,748,574.00 |
| 8 | Trina Solar Co. LTD | No. 2, Tianhe Road, Tianhe Photovoltaic Industrial Park, Xinbei District, 213031 Changzhou, China | Trade Debt | Contingent | | | $  5,151,996.12 |
| 9 | Silfab Solar | 240 Courtneypark Drive East, Mississauga, Ontario, L5T 2Y3, Canada | Trade Debt | Contingent/ Disputed | | | $  4,709,196.60 |
| 10 | Comdata Inc. | 5301 Maryland Way, Brentwood, TN 37027 | Litigation | Contingent/ Disputed | | | $  4,500,000.00 |
| 11 | Unirac Inc. | 1411 Broadway Blvd., Albuquerque, New Mexico 87102 | Trade Debt | Contingent | | | $  4,215,537.96 |
| 12 | Sunder Energy LLC | 9270 S 500 W, Sandy, Utah, 84070 | Settlement | Contingent | | | $  4,105,534.25 |
| 13 | Wesco Distribution, Inc. | 225 West Station Square Drive, Pittsburgh, PA 15219 | Trade Debt | Contingent | | | $  2,915,695.02 |
| 14 | U.S. Electrical Services Inc | 701 Middle Street, Middletown, Connecticut, 06457 | Settlement | Contingent | | | $  2,849,139.23 |
| 15 | ILYM Group, Inc. | Mailing Address: P.O. Box 2031 Tustin, CA 92781; Physical Address: 14751 Plaza Drive, Suite L, Tustin, CA 92780 | Litigation | Contingent | | | $  2,250,000.00 |
| 16 | Elizabeth Schenk | 522 Haddon Road, Oakland, CA 94606 | Litigation | Contingent /Disputed | | | $  2,000,000.00 |
| 17 | Jinko Solar US | 4660 POW-MIA Memorial Parkway, Ste. 200, Jacksonville, FL 32221 | Trade Debt | Contingent | | | $  1,715,377.13 |
| 18 | IC Star Solar LLC | 19200 Hamish Rd, Tomball, TX 77377 | Trade Debt | Contingent | | | $  1,340,008.00 |

| Lead Debtor | Freedom Forever LLC |
|---|---|
| | Name |

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19 | Home Depot USA Inc | 2455 Paces Ferry Road NW, Atlanta, GA 30339 | Trade Debt | Contingent | | | $ 1,284,862.13 |
| 20 | Philadelphia Solar | Al Qastal Industrial Area Amman, Jordan 11814 | Trade Debt | Contingent | | | $ 961,565.68 |
| 21 | Employment Development Department | Mailing Address: P.O. Box 826880, Sacramento, CA 94280; Physical Address: 800 Capitol Ave., Solar 6, Sacramento, CA 95814 | Litigation | Disputed | | | $ 794,239.11 |
| 22 | Ring Central | 20 Davis Dr, Belmont, CA 94002 | Litigation | Contingent | | | $ 750,000.00 |
| 23 | Thomas Claussen | 529 Pebblecreek Drive, Garland, TX 75040 | Litigation | Contingent | | | $ 625,000.00 |
| 24 | Sunston Roofing, LLC | 3525 Del Mar Heights Rd, San Diego, CA 92130 | Trade Debt | Contingent | | | $ 509,107.10 |
| 25 | Consolidated Electrical Distributors, Inc. | 1920 Westridge Drive, Irving, TX 75038 | Trade Debt | Contingent | | | $ 385,974.10 |
| 26 | Mary Wingfield | 3422 Pemberton Avenue, Richmond, VA 23222 | Litigation | Contingent | | | $ 350,000.00 |
| 27 | Aldo King | 3116 N Beachwood Dr., Los Angeles, CA 90068 | Litigation | Contingent | | | $ 340,849.00 |
| 28 | Barry Mayall | 1915 Cameo Ct, League City, TX 77573 | Litigation | Contingent | | | $ 325,870.93 |
| 29 | Benjamin Young II | | Litigation | Disputed | | | $ 312,096.00 |
| 30 | Reliant Roofing, LLC | 8000 Belfort Pkwy, Ste. 200, Jacksonville, FL 32256 | Trade Debt | Contingent | | | $ 233,256.00 |

**WRITTEN CONSENT**
**OF THE MANAGER OF**
**FREEDOM FOREVER LLC**
(Delaware limited liability company)


-AND-


**WRITTEN CONSENT OF**
**FREE ENERGY, LLC,**
a Delaware limited liability company,
as holder of Class A Voting Units of FREEDOM FOREVER LLC


-AND-


**WRITTEN CONSENT OF**
**GREGORY ALBRIGHT, TRUSTEE OF THE**
**GREGORY AND MELISSA ALBRIGHT TRUST, DATED APRIL 27, 2005,**
as holder of Class A Voting Units of FREEDOM FOREVER LLC


-AND-


**WRITTEN CONSENT OF**
**MELISSA ALBRIGHT, TRUSTEE OF THE**
**GREGORY AND MELISSA ALBRIGHT TRUST, DATED APRIL 27, 2005,**
as holder of Class A Voting Units of FREEDOM FOREVER LLC


-AND-


**WRITTEN CONSENT OF**
**GREGORY ALBRIGHT, TRUSTEE OF**
**THE MA LEGACY TRUST, DATED DECEMBER 24, 2022,**
as holder of Class A Voting Units of FREEDOM FOREVER LLC

**April 14, 2026**

## RECITALS AND AUTHORIZATION

Each of the undersigned: (i) Brett Bouchy, as Manager of Freedom Forever LLC (the "**Company**"), a Delaware limited liability company; (ii) **Free Energy, LLC**, a Delaware limited liability company, in its capacity as holder of Class A Voting Units of the Company; (iii) **Gregory Albright**, Trustee of the Gregory and Melissa Albright Trust, dated April 27, 2005, as holder of Class A Voting Units of the Company; (iv) **Melissa Albright**, Trustee of the Gregory and Melissa Albright Trust, dated April 27, 2005, as holder of Class A Voting Units of the Company; and (v) **Gregory Albright, Trustee of the MA Legacy Trust, dated December 24, 2022**, as holder of Class A Voting Units of the Company), such holders of Class A Voting Units constituting the Requisite Vote of the Class A Voting Units, do hereby, pursuant to, as applicable, Section 18-404(d) and 18-302(d) of the Delaware Limited Liability Company Act and the 2025 Amended and Restated Limited Liability Company Agreement of the Company dated as of January 1, 2025 (the "**Company Agreement**"; capitalized terms used herein and not herein defined are used as defined in the Company Agreement), vote for, adopt, approve, and consent to the adoption of the following resolutions and the actions contemplated hereby, it being the understanding and intention that the execution of this written consent is in lieu of holding a meeting:

**WHEREAS**, the Manager and Class A Members having reviewed and considered certain materials presented by the management of the Company and the Company's legal advisors; including, but not limited to, materials regarding the liabilities and obligations of the Company, the liquidity of the Company, strategic alternatives available to the Company, and the effect of the foregoing on the Company's business, and each having had an adequate opportunity to consult such persons, obtain additional information, and to fully consider each of the strategic alternatives available;

**WHEREAS**, the Manager and Class A Members having been briefed on the proposed voluntary bankruptcy petition to be filed by the Company in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, entry into and use of debtor-in-possession financing is contemplated, among other things, for postpetition working capital, to fund fees and expenses in connection with a potential sale process and other general corporate purposes of the Debtor, including the payment of professional fees and expenses and other administrative expenses in the Case, as well as the other purposes set forth in any future financing documents;

## CHAPTER 11 FILING

**NOW THEREFORE, BE IT RESOLVED**, that the Company file a petition in the Bankruptcy Court seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**"), in which the authority to operate as a debtor in possession will be sought, and the filing of such petition is authorized hereby; and it is further

**RESOLVED**, that Brett Bouchy, as Manager, and each officer of the Company (the "**Authorized Persons**") be, and each acting individually hereby is, authorized, empowered and directed, directly in the name and on behalf of the Company to execute and verify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Persons executing the same shall determine it to be in the best interests of the Company, the causing of such action to be conclusive evidence of such determination; and it is further

**RESOLVED**, that the Authorized Persons be, and each acting individually hereby is, authorized, empowered and directed in the name and on behalf of the Company, to execute and file all documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, financial advisors or other professionals and to take any and all other action which such Authorized Persons deem necessary or appropriate in connection with the Chapter 11 Case contemplated hereby; and it is further

## RETENTION OF ADVISORS

**RESOLVED**, that the law firm of Morris, Nichols, Arsht & Tunnell LLP be, and hereby is, employed to render legal services to, and to represent, the Company in connection with the Chapter 11 Case and any other related matters in connection therewith, on such terms as any Authorized Person shall approve; and it is further

**RESOLVED**, that the law firm of Holland & Hart LLP be, and hereby is, employed to render legal services to, and to represent, the Company as its special counsel on the terms set forth in its engagement letter with the Company and any other related matters in connection therewith, on such terms as any Authorized Person shall approve; and it is further

**RESOLVED**, that any Authorized Person is hereby authorized to employ a firm to provide financial advisory services to the Company in connection with the Chapter 11 Case on such terms as any Authorized Officer shall approve; and it is further

**RESOLVED**, that any Authorized Officer is hereby authorized to employ a firm to provide investment banking services to the Company in connection with the Chapter 11 Case on such terms as any Authorized Person shall approve; and it is further

**RESOLVED**, that that any Authorized Person is hereby authorized to employ a firm to provide claims agent, administrative agent, and solicitation services to the Company in connection with the Chapter 11 Case on such terms as any Authorized Person shall approve; and it is further

3

## DIP FINANCING

**RESOLVED**, that in connection with the Chapter 11 Case, the Authorized Persons be, and each acting individually hereby is, authorized, directed and empowered in the name of and on behalf of the Company, as debtor and debtor in possession, to negotiate, agree to, and to the extent applicable, execute and deliver, and cause the Company to perform its obligations under a potential debtor-in-possession financing agreement, with such changes therein and additions thereto as shall be deemed necessary, appropriate, or advisable by the Authorized Persons executing the same; and it is further

**RESOLVED**, that the Authorized Persons be, and each acting individually hereby is, authorized, directed and empowered in the name of and on behalf of the Company, to execute, deliver and cause the Company to perform its obligations under such other agreements, certificates, instruments, collateral documents, mortgages, guarantees, notices and other documents that any Authorized Person may deem necessary or appropriate in connection with the potential financing arrangement and/or the pledge of collateral in connection therewith, the execution by an Authorized Person to be deemed conclusive evidence of such determination, and such other agreements related thereto that any Authorized Person may deem appropriate for and in the best interests of the Company, each on terms that such Authorized Person may deem necessary, appropriate or advisable for the consummation of the transactions contemplated thereby and hereby, the execution by such Authorized Person to be deemed conclusive evidence of such determination; and it is further

## SALE

**RESOLVED,** that the Authorized Persons in the name and on behalf of the Company, be and hereby are, authorized, empowered, and directed, in the name and on behalf of the Company, to negotiate a sale or sales of some or all of the assets of the Company, enter into a potential sale agreement(s) on such terms as the Manager deems appropriate, and to file or cause to be filed a motion with the Bankruptcy Court seeking approval of such sale or sales; and it is further

**RESOLVED**, that the Authorized Persons be, and each acting individually hereby is, authorized, directed and empowered in the name of and on behalf of the Company, to execute, deliver and cause the Company to perform its obligations under such other agreements, instruments and other documents that any Authorized Person may deem necessary or appropriate in connection with the sale agreement in connection therewith, the execution by an Authorized Person to be deemed conclusive evidence of such determination, and such other documents or agreements related thereto that any Authorized Person may deem appropriate for and in the best interests of the Company, each on terms that such Authorized Person may deem necessary, appropriate or advisable for the consummation of the transactions contemplated thereby and hereby, the execution by such Authorized Person to be deemed conclusive evidence of such determination; and it is further

**FEES AND EXPENSES**

**RESOLVED**, that the Authorized Persons be, and each acting individually hereby is, empowered and directed, in the name and on behalf of the Company, to incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusively to evidence the due authorization; and it is further

**GENERAL**

**RESOLVED**, that the Authorized Persons be, and each acting individually hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, certificates, undertakings, instruments and any and all other documents and amendments as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Persons be, and each acting individually hereby is, authorized, empowered and directed, on behalf of and in the name of the Company, to amend, supplement or otherwise modify from time to time the terms of any agreements, undertakings, documents, certificates, instruments, or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that any and all actions heretofore taken by any Authorized Persons or any agent of the Company consistent with the purpose and intent of the foregoing resolutions are hereby authorized, ratified, approved, confirmed and adopted in all respects as the acts and deeds of the Company as fully as if such actions had been presented to the Manager for prior approval.

This written consent may be executed in any number of counterparts, each of which when executed shall be deemed to be an original, and all of which shall together constitute one and the same instrument. Counterparts and executed signature pages transmitted by facsimile or any other electronic means shall be valid as originals.

5

**IN WITNESS WHEREOF**, the undersigned have duly executed this written consent as of the date first mentioned above:

**FREE ENERGY, LLC,**
a Delaware limited liability company,
as holder of Class A Voting Units of Freedom Forever LLC

By: _Brett Bouchy_
      Name:  Brett Bouchy
      Title:  Managing Member

**FREEDOM FOREVER LLC,**
a Delaware limited liability company,
**By: FREE ENERGY, LLC,** as holder of Class A Voting Units of Freedom Forever LLC

By: _Brett Bouchy_
      Name:  Brett Bouchy
      Title:  Managing Member

**GREGORY AND MELISSA ALBRIGHT TRUST,**
**DATED APRIL 27, 2005,**
as holder of Class A Voting Units of Freedom Forever LLC

By: _Gregory Albright_
      Name:  Gregory Albright
      Title:  Trustee

**GREGORY AND MELISSA ALBRIGHT TRUST,**
**DATED APRIL 27, 2005,**
as holder of Class A Voting Units of Freedom Forever LLC

By: _Melissa Albright_
      Name:  Melissa Albright
      Title:  Trustee

**MA LEGACY TRUST,**
**DATED DECEMBER 24, 2022,**
as holder of Class A Voting Units of Freedom Forever LLC

By: _Gregory Albright_
      Name:  Gregory Albright
      Title:  Trustee

6

**Fill in this information to identify the case and this filing:**

Debtor Name ___Freedom Forever LLC___

United States Bankruptcy Court for the: _____ District of ___Delaware___
                                                                      (State)

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration ___Corporate Ownership Statement___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/15/2026___          ✗ /s/ *Brett Bouchy*
             MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                    ___Brett Bouchy___
                                    Printed name

                                    ___Manager___
                                    Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**