**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | |
| FREEDOM FOREVER LLC, | Chapter 11 |
| Debtor.[1] | Case No. 26-10522 (BLS) |

**NOTICE OF (I) FILING OF CHAPTER 11 PETITION AND RELATED**
**DOCUMENTS AND (II) AGENDA FOR HEARING SCHEDULED FOR**
**APRIL 17, 2026, AT 10:30 A.M. (EASTERN TIME)**

**THIS PROCEEDING WILL BE CONDUCTED IN A HYBRID FORMAT. LOCAL COUNSEL TO THE DEBTOR MUST APPEAR IN PERSON. ALL OTHERS MAY APPEAR REMOTELY VIA ZOOM.**

**PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES (HTTPS://WWW.DEB.USCOURTS.GOV/JUDGE-BRENDAN-L-SHANNON) AND THE COURT'S WEBSITE HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES. FOR INFORMATION ON WHO MAY PARTICIPATE REMOTELY, THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS.**

**REGISTRATION IS REQUIRED ONE HOUR PRIOR TO THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURTAPPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**PLEASE TAKE NOTICE** that on April 15, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and related motions with the United States Bankruptcy Court for the District of Delaware.  The Debtor is a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The automatic stay of Section 362(a) of the Bankruptcy Code is in effect.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "First Day Motions"), to the extent set forth below, is scheduled for **April 17, 2026, at 10:30 a.m. (Eastern Time)** (the "First Day Hearing") before The Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware.

---

[1]  The Debtor in this case, along with the last four digits of the Debtor's federal EIN, is Freedom Forever LLC (8857). The Debtor's mailing address is 43445 Business Park Drive, Suite 110, Temecula, CA.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions may be inspected in the office of the Clerk of the Bankruptcy Court during normal business hours or downloaded from the Bankruptcy Court's website at www.deb.uscourts.gov.  Please note that prior registration with the PACER Service Center and payment of a fee may be required to access such documents.  Parties in interest may sign up for a PACER account by visiting the PACER website at https://pacer.uscourts.gov/ or by calling (800) 676-6856.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

## PETITION

1.     Voluntary Petition (D.I. 1, filed 4/15/26).

Related Documents:

A.  Notice of Hearing to Consider First Day Motions (D.I. 3, filed 4/16/26).

## MATTERS GOING FORWARD

2.     Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue Its Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Its Bank Accounts and Existing Business Forms, and (D) Implement Changes to the Existing Cash Management System as Necessary, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines, and (III) Granting Related Relief (D.I. 4, filed 4/16/26).

Status:  This matter is going forward.

3.     Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs, and (II) Granting Related Relief (D.I. 6, filed 4/16/26).

Status: This matter is going forward.

Dated: April 16, 2026
    Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Jonathan M. Weyand*
Curtis S. Miller (No. 4853)
Andrew R. Remming (No. 5120)
Jonathan M. Weyand (No. 6959)
Brianna N.V. Turner (No. 7468)
Autumn K. Mueller (No. 7633)
1201 N. Market Street, 16th Floor
Wilmington, Delaware 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
      aremming@morrisnichols.com
      jweyand@morrisnichols.com
      bturner@morrisnichols.com
      amueller@morrisnichols.com

*Proposed Counsel to the Debtor and Debtor in Possession*

3