**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FREEDOM FOREVER LLC,<br><br>     Debtor.[1] | Chapter 11<br><br>Case No. 26-10522 (BLS) |

**DECLARATION OF BRETT BOUCHY IN SUPPORT OF
LIMITED FIRST DAY RELIEF**

I, Brett Bouchy, hereby declare as follows under penalty of perjury:

1.  I am the Chief Executive Officer of Freedom Forever LLC (the "Debtor").

2.  I am authorized to make this declaration on behalf of the Debtor in support of the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue its Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Its Bank Accounts and Existing Business Forms, and (D) Implement Changes to the Existing Cash Management System as Necessary, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines, and (III) Granting Related Relief* (D.I. 4) (the "Cash Management Motion"), and the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Pay Certain Prepetition Employment Obligations and (B) Maintain Employee Benefits Programs and (II) Granting Related Relief* (D.I. 6) (the "Wages Motion" together with the Cash Management Motion, the "First Day Motions").[2]

---

[1] The Debtor in this case, along with the last four digits of its's federal EIN, is Freedom Forever LLC (8857). The Debtor's mailing address is 43445 Business Park Drive Suite 110 Temecula, CA.

[2] Capitalized terms used but not defined herein are defined in the First Day Motions.

3. I have reviewed the facts recited in the First Day Motions, and I believe that such information is true and correct to the best of my knowledge, information and belief other than set forth in the following paragraph.

4. Following the filing of the Cash Management Motion, I was informed that the balance of two of the Bank Accounts listed on pages 4-5 of the Cash Management Motion were inadvertently transposed. The correct balance of the BoA Operating Account (3017) was $2,961,561.85 as of the Petition Date, and the correct balance of the BoA Payroll Account (3020) was $0 as of the Petition Date.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 16, 2026

By: */s/ Brett Bouchy*
Brett Bouchy
Chief Executive Officer and Manager
Freedom Forever LLC