**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491**

ANDREW R. VARA                          JOSEPH J. McMAHON, JR.
UNITED STATES TRUSTEE                    ASSISTANT U.S. TRUSTEE

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY
COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors
for the following case:

**DEBTOR**:     **Freedom Forever, LLC**

**CASE NO:**   **26-10522 (BLS)**

**DATE:**       **Thursday, May 21, 2026**

**TIME:**        **2:00 p.m. (ET)**

**LOCATION: The 341 meeting will be held via Zoom. Please see the *Notice of Zoom-Based Section 341 Meeting* filed on the case docket for further details.**

By: */s/ Jonathan W. Lipshie*
Jonathan W. Lipshie, Trial Attorney

Dated: April 21, 2026

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003, FEDERAL RULES OF BANKRUPTCY PROCEDURE. IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc: Curtis S. Miller, Esquire (Debtors' counsel)