**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>FREEDOM FOREVER LLC, *et al.*,<br><br>　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 26-10522 (BLS)<br><br>(Jointly Administered)<br><br>**Re D.I. 81 and 149** |

**AGREED ORDER WITH RESPECT TO
MOTION OF MERCHANTS FLEET FOR RELIEF FROM
THE AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**

Upon consideration of the motion (the "**Motion**") of Merchants Automotive Group, LLC, successor to Merchants Automotive Group, Inc., in its capacity as lessor or titling trust servicer and Principle Merchants Leasing, Ltd., affiliated with Merchants Automotive Group, LLC (collectively, "**Merchants Fleet**"), for entry of an order terminating the automatic stay of 11 U.S.C. § 362(a); and the Court, having found that notice of the Motion and of the hearing on the Motion was timely, proper and adequate under all applicable rules of procedure; and the Court, having been advised by Merchants Fleet and the Debtors that they have agreed as set forth in this Order to a resolution of issues raised by the Motion; and the Court, having found that the terms of such resolution are in the best interests of Debtors' estates;

**IT IS HEREBY ORDERED THAT:**

1.　　The Debtors will be deemed, as of May 5, 2026 (the "**Effective Date**"), and pursuant to the terms of the Open-End Master Lease Agreement (a true copy of which is attached to the Motion as Exhibit A), to have surrendered all vehicles leased by Merchants Fleet that are

---

[1]　　The Debtors in these cases, along with the last four digits of each Debtors' federal EIN are as follows: Freedom Forever LLC (8857); Freedom Forever Procurement LLC (7310); Freedom Forever Pennsylvania, LLC (9588). The Debtors' mailing address is 43445 Business Park Drive, Suite 110, Temecula, CA.

57818405.3

not identified on the list attached hereto as **Exhibit 1** (the "**Retained Vehicles**").  The Debtors shall have the right to amend, supplement, and revise the list attached as **Exhibit 1** for seven (7) calendar days following the Effective Date.  The Debtors will make reasonable efforts to return vehicles to Merchants Fleet over the next sixty (60) days after the Effective Date.

2.      The Debtors reserve the right to surrender additional vehicles to Merchants Fleet in accordance with the terms of the Open-End Master Lease Agreement.

3.      The Debtors' intent is to down-size its fleet with Merchants Fleet as set forth above within sixty (60) days after the Effective Date.  The Debtors will make reasonable efforts to surrender this amount of vehicles (approximately 800 to 850) in that timeframe.

4.      Merchants Fleet and the Debtors shall reasonably cooperate with each other, in accordance with the terms of the Open-End Master Lease Agreement, in connection with the surrender, repossession and disposition of vehicles as contemplated herein.

5.      Merchants Fleet will dispose of vehicles surrendered by the Debtors and repossessed by Merchants Fleet as soon as reasonably possible with such dispositions occurring in accordance with the terms of the Open-End Master Lease Agreement.

6.      Other than as provided herein, the Debtors and Merchants Fleet will address the application and/or allocation of any net sale proceeds in excess of Book Value (as defined in the Open-End Master Lease Agreement) produced by disposition of the vehicles surrendered by Freedom at a later date.  Each party's rights are reserved and preserved with respect to the foregoing.

7.      Other than as provided herein, Merchants Fleet will hold and not apply any net sale proceeds in excess of Book Value produced by disposition of the vehicles surrendered by the Debtors.  Upon request, Merchants shall provide Freedom with reports containing information,

57818405.3

including, but not limited to, date of sale, vehicle information, Book Value, fees or other deductions from the sale proceeds, and the calculation of "net proceeds" with respect to the disposition of the vehicles surrendered by Freedom.

8.      Merchants Fleet may at its discretion apply net sale proceeds in excess of Book Value to lease and other obligations due for the periods April 15 through 30, 2026, and for May 2026; provided that if Merchants Fleet seeks to apply net sale proceeds in excess of Book Value to such obligations arising prior to April 15, 2026, Merchants shall provide the Debtors, the Official Committee of Unsecured Creditors (the "**Committee**") and the United States Trustee ("**UST**") with not less than seven (7) calendar days' notice and, if Debtors object to such application, Merchants Fleet shall file a motion seeking approval of such application (an "**Application**").   The Debtors, the Committee and the UST reserve all rights to object to an Application.

9.      Nothing herein shall constitute any waiver by Merchants Fleet of its right to seek allowance and payment of its claims for the periods April 15 through 30, 2026, and for May 2026, as administrative expense claims in the event that net sale proceeds from disposition of the vehicles to be surrendered by Freedom as provided herein are not in excess of Book Value; and the Debtors reserve the right to object to any such application for allowance of an administrative expense claim.

10.     Obligations under the Open-End Master Lease Agreement for June 2026, will be due on June 1, 2026, at the current monthly rates provided by the Open-End Master Lease Agreement based on the then size of the fleet leased by Merchants Fleet to Freedom Forever LLC under the Open-End Master Lease Agreement. Thereafter, obligations under the Open-End Master Lease Agreement will be due on the first day of each succeeding calendar month at the current monthly rates provided by the Open-End Master Lease Agreement based on the then size of the

57818405.3

fleet leased by Merchants Fleet to Freedom Forever LLC under the Open-End Master Lease Agreement.

11.     The Debtors shall pursuant to the pending *First Omnibus Motion for Entry of An Order (I) Authorizing the Debtor to Reject Certain Unexpired Leases* Nunc Pro Tunc *to April 30, 2026, and (II) Granting Related Relief* [D.I. 106] ("First Omnibus Rejection Motion") reject the Merchants Master Agreement dated January 10, 2022, covering the thirty-four (34) short-term vehicles currently in Debtors' possession thereunder.  The Open-End Master Lease Agreement shall be deemed removed from the rejection list attached to the First Omnibus Rejection Motion.

12.     For the avoidance of doubt, Merchants Fleet hereafter shall not be prevented from filing a new motion for stay relief on appropriate notice.

13.     The terms of this Order shall be effective immediately upon its docketing and the stay imposed by Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

14.     The Court shall retain jurisdiction to enforce the terms of this Order.

**Dated: May 11th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

4

57818405.3