**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| FREEDOM FOREVER, LLC, | Case No. 26-10522 (BLS) |
| Debtor. | **Re: D.I. No. 144** |

**ORDER GRANTING THE MOTION OF QII WII GOODS, INC. D/B/A**
**MY IT COPILOT FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the motion (the "Motion") of Qii Wii Goods Inc. d/b/a My IT CoPilot ("Qii Wii"), for entry of an order terminating the automatic stay of 11 U.S.C. § 362(a); and the Court, having found that notice of the Motion and of the hearing on the Motion was timely, proper and adequate under all applicable rules of procedure; and the Court, having found that cause exists under 11 U.S.C. § 362(d) for relief from the stay as requested by Qii Wii; and the Court, having found that Debtor has no equity in the CSP Licensing Agreement[1] or underlying software and that the CSP Licensing Agreement is not necessary for Debtor's reorganization in these cases, such that the conditions of 11 U.S.C. § 362(d)(2) have been satisfied for relief from stay to be granted as requested by Qii Wii; it is hereby ORDERED, that:

1. The Motion is GRANTED as set forth herein.

2.  The automatic stay is hereby terminated as to Qii Wii to the fullest extent possible so that Qii Wii may take all actions reasonable and necessary to terminate the CSP Licensing Agreement.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

3.  This Order is effective immediately upon approval by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

4.  This Court retains jurisdiction with respect to all matters arising from or related to the interpretation, implementation, and enforcement of this Order.

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: May 15th, 2026**
**Wilmington, Delaware**