**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | Chapter 11 |
| FREEDOM FOREVER LLC, *et al.*, | Case No. 26-10522 (BLS) |
| Debtors.[1] | **Re: D.I. 150** |

**SUPPLEMENTAL DECLARATION OF MARK A. RENZI IN CONNECTION WITH
THE RETENTION AND EMPLOYMENT OF BERKELEY RESEARCH GROUP, LLC
AS FINANCIAL ADVISOR FOR THE DEBTORS**

I, Mark A. Renzi, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury as follows:

1.     I am a Managing Director of Berkeley Research Group, LLC ("BRG"), a professional services firm, with numerous offices throughout the country. I am duly authorized to make this declaration (this "Declaration") on behalf of BRG. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein and, if called as witness, I could and would testify thereto.[2]

2.     I submit this Declaration in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor for the Debtors, Effective as April 16, 2026* [D.I. 150] (the "Application") to provide certain additional disclosures required under Bankruptcy Rules 2014(a) and 2016(b) of the Bankruptcy Rules and Local Rules 2014-1 and 2016-1. Attached to the Application as

---

[1]   The Debtors in these cases, along with the last four digits of their federal EIN are as follows: Freedom Forever LLC (8857); Freedom Forever Procurement LLC (7310); and Freedom Forever Pennsylvania, LLC (9588).  The Debtors' mailing address is 43445 Business Park Drive, Suite 110, Temecula, CA.

[2]   Certain of the disclosures set forth herein relate to matters within the knowledge of other Directors and Managing Directors at BRG and are based on information provided by them.

**Exhibit B** was the *Declaration of Mark A. Renzi in Support of Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Berkeley Research Group, LLC as Financial Advisor for the Debtors, Effective as April 16, 2026* (the "Initial Declaration").[3]

3. BRG filed the Application on May 11, 2026, which is still pending before the Court. In response to the Application, BRG received certain informal comments and requests for additional information (collectively, the "Comments") from the Office of the United States Trustee for the District of Delaware. In response to the Comments, BRG provides the additional disclosures contained herein.

### DISINTERESTEDNESS

4. As part of its disclosures in the Initial Declaration, BRG identified Solar Mosaic LLC and the debtors identified in the *Mosaic Sustainable Finance Corporation, et al.* bankruptcy cases [SDTX 25-90156 (CML)] (the "Solar Mosaic Cases" and the "Solar Mosaic Debtors" respectively) as former BRG clients. As a supplement to the initial disclosures, BRG represents as follows:

   a. I served as CRO to the Solar Mosaic Debtors during the Solar Mosaic Cases with the support of other BRG personnel and the engagement has concluded. BRG's total fees in the Solar Mosaic Cases totaled $4,471,470.34, which represented less than half of one percent of BRG revenue during the fiscal year in which it was incurred.

   b. BRG and I, as CRO to the Solar Mosaic Debtors, were involved in the settlements between the Solar Mosaic entities and Freedom Forever LLC during the Solar Mosaic bankruptcy. The Solar Mosaic SPV non-debtor entities held assets comprised of loans tied to individual solar loan projects. Many of these loan projects were not completed and construction still needed to be done to complete the work. Specifically, I, with the support of other BRG team members, facilitated conversations between Freedom Forever and the lenders backing the Solar Mosaic SPVs as well as laying out the facts, math, and

---

[3] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Application or the Initial Declaration, as applicable.

economics of those negotiations although the ultimate agreements were between the Solar Mosaic SPV non-debtor entities and Freedom Forever. As is typical when serving in an officer role of a company, I was privy to non-public information while serving as CRO to the Solar Mosaic Debtors.

c.  At or near the Solar Mosaic petition date, Solar Mosaic estimated there was a net liability of approximately $92.6 million that Freedom Forever purportedly owed to Solar Mosaic to be passed on to the SPVs, had the Solar Mosaic Debtors exercised their right to cancel projects. These funds, once collected, would have been passed on to Solar Mosaic's warehouse lenders as the collateral from the projects was security for liabilities owed to these lenders.

d.  Freedom Forever also asserted a claim in the amount of $93,480,000 as part of the Solar Mosaic bankruptcy process. This claim was neither allowed nor expunged prior to BRG concluding its engagement. Given the possible mutual liability between the Solar Mosaic Debtors and Freedom Forever, as well as the desire from all parties to do right by homeowners and complete their solar installations, the lenders asked BRG to attempt to facilitate a consensual resolution where Freedom Forever would continue to work to complete unfinished projects so as to not incur further cancellations. As the bankruptcy unfolded, agreements were reached between Solar Mosaic Funding IX (ING) and Freedom Forever, between Solar Mosaic Funding VII (Wells Fargo) and Freedom Forever, and between Solar Mosaic Funding I (BNP) and Freedom Forever. Given the limited expected recoveries to general unsecured creditors, a claims reconciliation was not performed. Reconciling all unsecured claims was a post-emergence item for the Wind Down Trustee to complete. Specifically, BRG did not perform a reconciliation of the Freedom Forever claim, though BRG did review the filed proof of claim form at a high level in the context of facilitating the consensual resolution discussed above.

5.  As part of its disclosures in the Initial Declaration, BRG also identified the Official Committee of Unsecured Creditors in the *Sunnova Energy International Inc., et al.* bankruptcy cases [SDTX 25-90160 (ARP)] (the "Sunnova Cases" and the "Sunnova UCC" respectively) as a former BRG client and the Trustee of the Sunnova Creditor Trust (the "Sunnova Trustee") as a current BRG client. As a supplement to the initial disclosures, BRG represents as follows:

a.  BRG served as financial advisor to the Sunnova UCC and that engagement has concluded. BRG's total fees in the Sunnova Cases totaled $4,943,607.50 which

3

represented less than half of one percent of BRG revenue during the fiscal year in which it was incurred.

b. BRG is currently serving as financial advisor to the Sunnova Trustee. BRG's fees incurred as financial advisor to the Sunnova Trustee represent less than a tenth of one percent of BRG revenue in each of the fiscal years in which it has been incurred.

c. Freedom Forever LLC filed one claim in the Sunnova Cases for approximately $8.59 million. There are also three (3) scheduled claims of Freedom Forever LLC under multiple Sunnova Debtors, with two claims totaling approximately $4.35 million and the third claim amount being undetermined. The reconciliation of these claims is not yet complete. The anticipated distribution on any such claims will likely not exceed 3%.

6. BRG is implementing an "inter-estate" internal protocol and ethical wall, such that BRG Personnel working on these Cases that worked on the Solar Mosaic Cases or the Sunnova Cases shall not provide services with regards to any claims between the Freedom Forever estates (or their successor(s)) and either (i) the Solar Mosaic estates (or their successor(s)) or, separately, (ii) the Sunnova estates (or their successor(s)).

7. To the best of my knowledge, information, and belief, BRG remains a "disinterested person" as that term is defined in Bankruptcy Code section 101(14). BRG will continue to review its files during the pendency of the Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, BRG will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration.

I declare under penalty of perjury that to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated: June 1, 2026

/s/ Mark A. Renzi
Mark A. Renzi
Berkeley Research Group, LLC

4