**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------x
:
**In re** :       **Chapter 11**
:
**FREEDOM FOREVER LLC**, *et al.*, :       **Case No. 26-10522**
:
**Debtors.**[1] :       **(Jointly Administered)**
:
:
---------------------------------------------x

### SCHEDULE OF ASSETS AND LIABILITIES FOR FREEDOM FOREVER LLC (CASE NO. 26-10522)

---

1    The Debtors in these cases, along with the last four digits of each Debtors' federal EIN, are Freedom Forever LLC (8857); Freedom Forever Pennsylvania, LLC (9588); and Freedom Forever Procurement LLC (7310). The Debtors' mailing address is 43445 Business Park Drive, Suite 110, Temecula, CA 92590.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| FREEDOM FOREVER LLC, *et al.*, | Case No. 26-10522 (BLS) |
| Debtors.[1] | (Jointly Administered) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Schedules of Assets and Liabilities (the "Schedules") and the Statements of Financial Affairs (the "Statements," and collectively with the Schedules, the "Schedules and Statements") filed by the above-captioned debtors and debtors in possession (the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), have been prepared by the Debtors' management and advisors in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (as amended, the "Bankruptcy Code") and rule 1007 of the Federal Rules of Bankruptcy Procedure, and are unaudited.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statement of Financial Affairs (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. Moreover, due to numerous unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, Statements, and Global Notes are likely not an accurate representation of the Debtors' liabilities on a GAAP basis.

In preparing the Schedules and Statements, the Debtors relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of the financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause material changes to the Schedules and Statements.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal EIN, are Freedom Forever LLC (8857); Freedom Forever Pennsylvania, LLC (9588); and Freedom Forever Procurement LLC (7310). The Debtors' mailing address is 43445 Business Park Drive, Suite 110, Temecula, CA 92590.

[2] These Global Notes are in addition to any specific notes contained in the Debtors' Schedules and Statements.

**THE SCHEDULES, STATEMENTS, AND GLOBAL NOTES SHOULD NOT BE RELIED UPON BY ANY PERSON FOR INFORMATION RELATING TO CURRENT OR FUTURE FINANCIAL CONDITIONS, EVENTS, OR PERFORMANCE OF ANY OF THE DEBTORS OR THEIR AFFILIATES, OR THE OCCURRENCE OR NON-OCCURRENCE OF ANY EVENT.**

The Debtors and their employees, agents, attorneys, and other professionals do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and are not liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, the Debtors had to make reasonable estimates and assumptions, and inadvertent errors or omissions may exist. The Debtors and their employees, agents, attorneys, and other professionals expressly do not undertake any obligation to notify any third party should the information be or need to be updated, modified, revised or recategorized. In no event will the Debtors or their employees, agents, attorneys, or other professionals be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their employees, agents, attorneys, and other professionals are advised of the possibility of such damages.

## Global Notes and Overview of Methodology

1.  <u>Reservation of Rights</u>.  The Debtors reserve and preserve all rights to amend, supplement or otherwise modify the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (including, but not limited to: amending the description or designation of any claim; disputing or otherwise asserting offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, priority, status or classification; subsequently designating any claim as "disputed," "contingent," or "unliquidated"; or objecting to the extent, validity, enforceability, priority, or avoidability of any claim). Any failure to designate a claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such claim or amount is not "disputed," "contingent," or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors.

Further, nothing contained in the Schedules and Statements constitutes a waiver of rights or an admission with respect to these chapter 11 cases, including, without limitation, with respect to matters involving objections to claims, substantive consolidation, equitable subordination, defense, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant laws to recover assets or avoid transfers. Any specific reservation and preservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation and preservation of rights contained in this or the preceding paragraph.

2

2.      Description of the Case and "as of" Information Date.  On April 15 and May 2, 2026, as applicable (the "Petition Date"), the Debtors filed voluntary petitions with the Bankruptcy Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Unless otherwise stated, asset and liability information is reported as of the Petition Date.  As more fully described below, the Debtors were required to make certain estimates and assumptions that affect the reported amounts within the Schedules and Statements.

Additionally, the Debtors have made every effort to allocate liabilities between the prepetition and postpetition periods based on information available and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available to, and further research is conducted by, the Debtors, the Debtors' allocation of liabilities between prepetition and postpetition periods may change.

3.      Basis of Presentation.  For financial reporting purposes, the Debtors historically prepared consolidated financial statements.  The Schedules and Statements reflect the assets and liabilities of the Debtors on the basis of the Debtors' unaudited records.  Furthermore, the Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to reconcile to the financial statements previously distributed to certain third parties.  Accordingly, the totals listed in the Schedules and Statements differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

To the extent that any Debtor shows more assets than liabilities, this is not an admission that such Debtor was solvent at the Petition Date or at any time prior to the Petition Date.

4.      Recharacterization.  Notwithstanding the Debtors' reasonable efforts to properly characterize, classify, categorize and designate certain claims, assets, contracts, leases and other items reported in the Schedules and Statements, the Debtors may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, or delete items.  Accordingly, the Debtors reserve and preserve all their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed in the Schedules and Statements were deemed executory or unexpired as of the Petition Date and remain executory or unexpired postpetition.

5.      Excluded Assets and Liabilities.  In addition, certain immaterial assets and liabilities may have been excluded.  The liabilities listed on the Schedules and Statements do not reflect a complete analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve and preserve their rights to dispute or challenge the validity of all claims asserted under section 503(b)(9) of the Bankruptcy Code.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition claims on a postpetition basis.  The Debtors have endeavored to identify

3

in the Schedules these prepetition claims in the amounts owing as of the Petition Date.  However, prepetition liabilities that were authorized to be paid pursuant to an order of the Bankruptcy Court may have been excluded from the Schedules to the extent such claims have been paid postpetition.

6.      Insiders.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtor(s); (d) relatives of directors, officers, or persons in control of the Debtor(s); and (e) affiliates.  Persons listed as "insiders" have been included for informational purposes only, and including them in the Schedules and Statements does not constitute an admission that those persons are actually insiders for purposes of section 101(31) of the Bankruptcy Code.

The listing of any party as an "insider" in the Schedules and Statements, may not be used for (a) purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose.  The Debtors reserve and preserve all rights with respect to the foregoing.

7.      Executory Contracts and Unexpired Leases.  Nothing contained in or omitted from the Schedules and Statements is an admission as to the determination of the legal status of any contract or lease, including whether any lease is a true lease or a financing arrangement, whether such contract or lease is an executory contract or unexpired lease, or whether such contract or lease is binding, valid and enforceable.  The Debtors reserve and preserve all rights with respect to all such issues.

While every effort has been made to ensure the completeness and accuracy of the listing of executory contracts and unexpired leases, inadvertent errors or omissions may have occurred.  The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein.  These rights, powers, duties and obligations are not set forth on Schedule G.  Certain of the Debtors' executory contracts or unexpired leases may not have been memorialized and could be subject to dispute.  Similarly, the absence of a contract or lease from Schedule G does not constitute an admission that the contract or lease is not executory.

In addition, the Debtors reserve and preserve all rights, claims and causes of action with respect to the contracts and leases listed in the Schedules and Statements, including the rights to dispute or challenge the characterization or the structure of any transaction, document, or instrument.

8.      Classifications.  Listing a claim on (i) Schedule E/F, Part 1 as "priority," (ii) Schedules E/F, Part 1 or 2 as "unsecured," or (iii) Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' rights to amend, recharacterize, or reclassify these claims, contracts, or leases.

4

9. Causes of Action. The Debtors have not identified and/or listed as assets in the Schedules and Statements all their causes of action or potential causes of action against third parties (and in particular have not identified or listed causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers). The Debtors reserve and preserve their rights with respect to any claim, cause of action (including avoidance actions), controversy, right of setoff, recoupment, cross-claim, or counterclaim; and any demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license or franchise, in each case of any kind or character whatsoever, known or unknown, fixed or contingent, mature or unmatured, liquidated or unliquidated, disputed or undisputed, secured or unsecured, direct or derivative, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or otherwise (collectively, "Causes of Action"), and neither these Global Notes nor the Schedules and Statements constitute a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such Causes of Action.

10. Summary of Significant Reporting Policies. The following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

(a) Book Value. Unless otherwise noted, each asset and liability of the Debtors is shown on the basis of the net book value of the asset or liability in accordance with the Debtors' accounting and/or tax books and records as of the Petition Date, and is not based upon any estimate of its current market values.

(b) Cash. Any cash balances in the Debtors' bank accounts set forth in Schedule A/B are based on bank balances as of the Petition Date.

(c) Property and Equipment: Owned. Fixed assets are recorded at cost. Depreciation is computed on a straight-line method over the estimated useful life of the asset. Certain assets that have been fully depreciated with a net book value of zero in the Debtors' books and records as of the Petition Date were still included in the Schedules.

(d) Undetermined Amounts. The description of any amounts as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(e) Liens. The inventories, equipment, and other Debtor property listed in the Statements and Schedules are presented without consideration of any asserted mechanics' lien, materialman's lien, judgment liens, or similar liens that may attach (or have attached) to such property, and the Debtors reserve all of their rights with respect to such liens (if any).

11. Setoffs. The Debtors incurred certain offsets and other similar rights during the ordinary course of their business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, refunds, warranties, debit memos,

5

credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules and Statements, offsets are not independently accounted for, and as such, may be excluded from the Debtors' Schedules and Statements.

12. Estimates and Assumptions. To prepare and file the Schedules and Statements in accordance with the deadlines established in these chapter 11 cases, the Debtors were required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses. The Debtors reserve and preserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

13. Notes to Specific Schedules. The Debtors note the following as to specific questions or parts in the Schedules:

(a) Schedule A/B: Questions 6, 7 and 8. As to questions 6, 7 and 8, the Debtors reserve and preserve their rights to categorize a "deposit" as a "prepayment" or a "prepayment" as a "deposit." The Debtors have endeavored to list the deposits or prepayments to parties by the entity with the legal right to the prepayment or deposit; however, the Debtors reserve the right to amend or recharacterize this classification. The list of deposits and prepayments provided in response to Schedule A/B: Questions 7 and 8 are based on an accounting basis and do not necessarily represent actual assets that can be recovered.

The Debtors did not list in response to Question 7, certain "12201 - Prepaid Leads/Sales/Marketing" entries on the Debtors' balance sheet, as these entries capture sales-related expenses that are initially recorded as expenses on the income statement and subsequently reviewed during the quarterly audit process. During each quarterly audit, the prior three (3) months of sales-related expenses are reclassified to the prepaid account to reflect the approximate three (3) month period required for a project to progress from the sales stage to the operating stage. This account is trued-up each quarter to offset the corresponding sales-related expense accounts.

(b) Schedule A/B: Question 11. The Debtors' reported accounts receivable include significant amounts that are likely uncollectible. The Debtors are unable to determine with certainty at this time what amounts may actually be collected. In addition, the value reported for accounts receivable does not reflect any losses, setoffs, recoupment, or other reductions that may be asserted if the Debtors were to discontinue operations.

Additionally, certain accounts receivable in the Debtors' accounting software may present as a negative balance. All invoicing is entered into the Debtors' accounting software, NetSuite, at the end of each month based on installation and Permission to Operate ("PTO") dates recorded in the Debtors' LightSpeed program. Invoicing not

6

completed by the applicable monthly deadline, or entered after the relevant cutoff, may not be captured correctly within the corresponding reporting period. Historically, such discrepancies were identified and corrected through routine cleanup processes; however, due to staffing reductions and shifting operational priorities, the time available for such reviews has been limited. Where invoicing has been missed or delayed, funds may remain on a customer account without a corresponding invoice, or the invoiced amount may be less than the total funds reflected on the account. Such circumstances may present as a negative accounts receivable balance in the Debtors' accounting software.

(c)     Schedule A/B: Questions 74 & 75.  In the ordinary course of business, the Debtors may have accrued certain rights to counter claims, setoffs, refunds, or other claims or causes of action. Because certain claims and causes of action may be currently unknown, not quantifiable as of the Petition Date, or may be subject to attorney-client privilege, particularly, where a lawsuit has not yet been commenced, they are not listed on Schedule A/B 74 or 75. The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to these questions is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver, release, relinquishment, or forfeiture of any such cause of action, claim, or right.

(d)     Schedule A/B: Question 77.  Freedom Forever LLC maintains relationships with several independent sales organization or independent authorized dealers (the "IADs") that work exclusively for Freedom Forever LLC. In the ordinary course of business, Freedom Forever LLC would advance certain operational fees and expenses of the IADs, including, without limitation, commissions, wages, employee reimbursements, and rent, in exchange for installation revenue generated by such sales organizations. Receivables related to the IADs represent the difference between advances made by Freedom Forever LLC on behalf of the IADs and the installation revenue generated by the IADs, the net balance of which would be returned to Freedom Forever LLC upon completion of the projects.

Additionally, Freedom Forever LLC records receivables from certain homebuilders for projects that have not yet commenced but could result in future revenue (the "Homebuilder Receivable"). Due to the uncertain nature and value of the potential revenue earned from these customers, the value of the Homebuilder Receivable has been listed as undetermined.

Finally, the Debtors listed intercompany receivables as undetermined as the Debtors have not had the opportunity to reconcile intercompany receivables across Debtor and non-debtor entities as of the filing of these Schedules and Statements. Likewise, intercompany payables in Schedule E/F were listed as undetermined for the same reason.

(e)     Schedule D.  Except as otherwise agreed or stated pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtors and/or their estates reserve the right to dispute and challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor and, subject to the

foregoing limitations, note as follows: (i) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken, and (ii) the descriptions provided on Schedule D and herein are intended to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights. The Debtors have not investigated which of the claims may include such rights, and their population is currently unknown. Finally, Schedule D does not include beneficiaries of letters of credit.

(f)    Schedules E/F – Personally Identifiable Information. The Debtors have redacted the names and addresses of individuals listed in Schedules E/F in accordance with the Bankruptcy Court's ruling at the June 1, 2026, hearing.

(g)    Schedules E/F: Part 1. The Debtors' analysis of any potential priority claims is ongoing. With respect to any employee claims that may be entitled to priority status under section 507(a)(4) or (5) of the Bankruptcy Code, these claims may have been paid pursuant to the Bankruptcy Court's order, thereby reducing the $17,150 statutory priority cap. Thus, the Debtors reserve their rights to dispute or challenge the priority status of any employee claims under section 507(a)(4) or (5) of the Bankruptcy Code. Additionally, accrued paid-time-off ("PTO") claims listed in Schedule E/F Part 1 have been split into priority and non-priority amounts based on the timing of accrual relative to the Petition Date. The priority PTO accrual represents the prepetition amount of vacation time accrued within the 180-day period preceding the Petition Date that was unused as of the Petition Date, which may have changed postpetition. The non-priority PTO accrual represents vacation time accrued beyond the 180-day window prior to the Petition Date. Accrued sick leave liability has been excluded from Schedule E/F in accordance with the Debtors' policy of not paying out accrued sick leave upon the conclusion of an individual's employment with the Debtors.

(h)    Schedule G. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, and other agreements. Thus, the Debtors reserve the right to amend the Schedules to the extent that additional guarantees are identified or remove guarantees that are discovered to have expired or are unenforceable.

14.    Notes to Statements. The Debtors note the following as to specific questions or parts in the Statements:

(a)    Part 1: Question 1. Freedom Forever LLC recognizes revenue from contracts with customers in accordance with U.S. GAAP ASC 606. Revenue recognition under ASC 606 requires satisfaction of five steps: (1) identifying the contract; (2) identifying the contractual performance obligations; (3) determining the amount of consideration for the transaction; (4) allocating the determined amount of consideration to

the contractual performance obligations; and (5) recognizing revenue as the performing party satisfies a performance obligation.  With respect to steps (4) and (5) above, the Debtors allocate the determined amount of consideration to contractual performance obligations through a seven-step process.  The steps and their associated percentages of revenue recognition are as follows: (1) New Deal (0%); (2) Site Audit (15%); (3) Plans (10%); (4) Permit (10%); (5) Installation (50%); (6) Inspection (5%); and (7) Permit to Operate (10%).  To record revenue in the Debtors' accounting software, a report is generated as of each quarter-end date identifying each project and its then-current stage among the categories listed above.  The applicable percentage of revenue recognition is applied to the gross system price for each project, and the resulting aggregate amount is recorded as a debit to contract assets and a credit to installation revenue on the last day of the applicable fiscal quarter.  This entry is subsequently reversed on the first day of the following month.  Due to the timing of contract asset entries as of the Petition Date, and the fact that the corresponding reversal entry had not yet been made, contract asset journal entries have been excluded from the stub 2026 period revenue.

(b)     Part 2: Question 4.  As noted in paragraph 6, above, information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (a) purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose.  The Debtors have not listed transfers to any individuals designated with a vice president title.  Additionally, the Debtors have not listed any intercompany transfers.  As outlined in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to (A) Continue its Existing Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain its Bank Accounts and Existing Business Forms, and (D) Implement Changes to the Existing Cash management System as Necessary, (II) Extending the Time to Comply with the Requirements of 11 U.S.C. § 345(b) and the U.S. Trustee's Operating Guidelines, and (III) Granting Related Relief* (D.I. 4), the Debtors operated a centralized cash management system prepetition that allowed them to disburse funds on behalf of non-Debtor affiliates.  Freedom Forever LLC and its subsidiaries previously maintained more than fifty (50) operating accounts with City National Bank, which have now been or are in the process of being closed.  Nearly all such operating accounts were linked to, and funded by, Freedom Forever LLC's primary operating account ending in x7890.  Draws from subsidiary-level accounts transferred automatically from the Freedom Forever LLC operating account x7890.  Following the Petition Date, such automatic transfers were turned off between Debtor and non-Debtor accounts.  Freedom Forever LLC's accounts at Bank of America N.A. remain active postpetition.

(c)     Part 5: Question 10.  In the ordinary course of the Debtors' business, the Debtors' owned furniture, fixtures, and equipment are susceptible to normal wear and tear damage, which is not listed in response to Part 5: Question 10.

(d)      Part 13: Questions 26a–26c.  The Debtors have identified their Chief Financial Officer and outside accounting firm, but have not listed any other finance and accounting personnel of the Debtors who report to the Chief Financial Officer and/or who may have assisted in maintaining the books and records.

(e)      Part 13: Question 26d.  For financial reporting purposes, the Debtors historically prepared consolidated financial statements.

15.      Global Notes Control.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

Debtor    **Freedom Forever LLC**                                    Case number (if known)  **26-10522**
                Name

| Fill in this information to identify the case: |
|---|

Debtor name     **Freedom Forever LLC**

United States Bankruptcy Court for the:     **District of Delaware**

Case number (if known)   **26-10522**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
        Copy line 88 from Schedule A/B.................................................................................    $  **UNDETERMINED**

    1b.  **Total personal property:**
        Copy line 91A from Schedule A/B.............................................................................    $  **91,320,524.02 PLUS UNDETERMINED AMOUNTS**

    1c.  **Total of all property:**
        Copy line 92 from Schedule A/B...............................................................................    $  **91,320,524.02 PLUS UNDETERMINED AMOUNTS**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.............................    $  **136,247,812.00 PLUS UNDETERMINED AMOUNTS**

3.  *Schedule E/F:* **Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a.**  **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $  **3,756,355.14**

    **3b.**  **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    +$  **23,440,763.04 PLUS UNDETERMINED AMOUNTS**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b    $  **163,444,930.18**

**Fill in this information to identify the case:**

Debtor name **Freedom Forever LLC**

United States Bankruptcy Court for the: **District of Delaware**

Case number (if known) **26-10522**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on Hand** | |
| 2.1 CASH | $802.56 |

Debtor    **Freedom Forever LLC**                                                    Case number (*if known*)    **26-10522**
        Name

| | **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1 | BANK OF AMERICA | OPERATING | 3017 | $2,961,561.85 |
| 3.2 | BANK OF AMERICA | PERMIT | 2738 | $0.00 |
| 3.3 | BANK OF AMERICA | PAYROLL | 3020 | $0.00 |
| 3.4 | CITY NATIONAL BANK | OPERATING | 7890 | $127,245.61 |
| 3.5 | CITY NATIONAL BANK | DEPOSIT | 4870 | $10,279.40 |
| 3.6 | CITY NATIONAL BANK | PAYROLL | 0689 | $0.00 |
| 3.7 | CITY NATIONAL BANK | TAX | 8545 | $395.02 |
| 3.8 | CITY NATIONAL BANK | OPERATING | 6926 | $10.65 |

| | **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|---|
| 4. | **Other cash equivalents** (*Identify all*) | |
| 4.1 | CONSUMER GIFT CARDS | $1,325.00 |
| 4.2 | LETTER OF CREDIT -  CITY NATIONAL BANK ACCOUNT #1185 | $1,850,000.00 |
| 4.3 | RESTRICTED COLLATERAL ACCOUNT - CITY NATIONAL BANK ACCOUNT #4651 | $15,000.00 |
| 4.4 | RESTRICTED COLLATERAL ACCOUNT - CITY NATIONAL BANK ACCOUNT #4686 | $15,000.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | |
   |---|
   | **$4,981,620.09** |

| **Part 2:** | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.1 | 5225 TECH DATA DRIVE LAND TRUST | SECURITY DEPOSIT | $4,965.46 |
| 7.2 | AIROSO HOA | HOA SECURITY DEPOSIT | $550.00 |
| 7.3 | ALDEA MAINTENANCE ASSOCIATION | HOA SECURITY DEPOSIT | $300.00 |
| 7.4 | ALTAIR IRVINE MASTER ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |

Debtor **Freedom Forever LLC** _____  Case number (*if known*) **26-10522** _____
Name

| | | | Current value of debtor's interest |
|---|---|---|---|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.5 | AMERIGE HEIGHTS COMMUNITY ASSOCIATON | HOA SECURITY DEPOSIT | $500.00 |
| 7.6 | AMERIGE HEIGHTS COMMUNITY ASSOCIATON | HOA SECURITY DEPOSIT | $500.00 |
| 7.7 | AMERIGE HEIGHTS COMMUNITY ASSOCIATON | HOA SECURITY DEPOSIT | $500.00 |
| 7.8 | AMERIGE HEIGHTS COMMUNITY ASSOCIATON | HOA SECURITY DEPOSIT | $500.00 |
| 7.9 | AVELINA HOA | HOA SECURITY DEPOSIT | $100.00 |
| 7.10 | AVELINA HOA | HOA SECURITY DEPOSIT | $100.00 |
| 7.11 | AVILA AT PORTER RANCH COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.12 | BEAR BRAND RIDGE ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.13 | BEAR CREEK MASTER | HOA SECURITY DEPOSIT | $300.00 |
| 7.14 | BELL CANYON ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.15 | BLACKSTONE HOA | HOA SECURITY DEPOSIT | $250.00 |
| 7.16 | BOLERO NEIGHBORHOOD HOA | HOA SECURITY DEPOSIT | $100.00 |
| 7.17 | BRADBURY COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.18 | BREA OLINDA MASTER ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.19 | BREA OLINDA MASTER ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.20 | BRIDGEPORT TERRACE HOA | HOA SECURITY DEPOSIT | $100.00 |
| 7.21 | BRIGHTON COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $150.00 |
| 7.22 | BRIGHTWATER | HOA SECURITY DEPOSIT | $500.00 |
| 7.23 | CALIFIA | HOA SECURITY DEPOSIT | $300.00 |
| 7.24 | CALIFIA | HOA SECURITY DEPOSIT | $300.00 |
| 7.25 | CAMEO OWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.26 | CARMELA COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.27 | CASERO COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.28 | CENTERSTONE COLLECTION HOMEOWNERS ASSOC | HOA SECURITY DEPOSIT | $500.00 |
| 7.29 | CONNEMARA BY THE SEA | HOA SECURITY DEPOSIT | $1,500.00 |
| 7.30 | CREF X FOOTHILL PLAZA LLC | SECURITY DEPOSIT | $10,974.28 |
| 7.31 | CULVERDALE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.32 | CYPRESS VILLAGE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.33 | CYPRESS VILLAGE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.34 | CYPRESS VILLAGE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |

Debtor **Freedom Forever LLC**
Name

Case number (*if known*) **26-10522**

| | | | Current value of debtor's interest |
|---|---|---|---|

**7.**  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | | |
|---|---|---|---|
| 7.35 | DELAWARE NORTH COMPANIES, INC - BOSTON | SECURITY DEPOSIT | $10,000.00 |
| 7.36 | DISCOVERY BUSINESS CENTER LLC | SECURITY DEPOSIT | $8,206.00 |
| 7.37 | DOVE CANYON MASTER ASSOCIATION | HOA SECURITY DEPOSIT | $300.00 |
| 7.38 | E. GREG KENT & BEVERLY C. KENT | SECURITY DEPOSIT | $15,466.00 |
| 7.39 | EAGLE RIDGE HOA | HOA SECURITY DEPOSIT | $500.00 |
| 7.40 | EAGLE RIDGE OWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.41 | FIRST SERVICE RESIDENTIAL | HOA SECURITY DEPOSIT | $500.00 |
| 7.42 | FIRSTSERVICE RESIDENTIAL | HOA SECURITY DEPOSIT | $250.00 |
| 7.43 | FIRSTSERVICE RESIDENTIAL | HOA SECURITY DEPOSIT | $250.00 |
| 7.44 | FOUNTAIN VALLEY HOMEOWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.45 | FOUNTAIN VALLEY HOMEOWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.46 | FOUNTAIN VALLEY HOMEOWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.47 | FRIENDLY HILLS ESTATES | HOA SECURITY DEPOSIT | $1,500.00 |
| 7.48 | GREAT PARK NEIGHBORHOODS | HOA SECURITY DEPOSIT | $200.00 |
| 7.49 | GREAT PARK NEIGHBORHOODS | HOA SECURITY DEPOSIT | $200.00 |
| 7.50 | GREAT PARK NEIGHBORHOODS | HOA SECURITY DEPOSIT | $200.00 |
| 7.51 | GREAT PARK NEIGHBORHOODS | HOA SECURITY DEPOSIT | $200.00 |
| 7.52 | GREAT PARK NEIGHBORHOODS | HOA SECURITY DEPOSIT | $200.00 |
| 7.53 | GROVES AT ORCHARD HILLS | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.54 | GROVES AT ORCHARD HILLS | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.55 | GROVES AT ORCHARD HILLS | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.56 | HARSCH INVESTMENT PROPERTIES, LLC | SECURITY DEPOSIT | $21,612.00 |
| 7.57 | HIDDEN CANYON COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.58 | HIDDEN CANYON COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.59 | ICON OWNER POOL 1 LA NON-BUSINESS PARKS, LLC | SECURITY DEPOSIT | $47,026.52 |
| 7.60 | IRONRIDGE AT PORTOLA HILLS COMMUNITY | HOA SECURITY DEPOSIT | $500.00 |
| 7.61 | JOHNSON ASSET MANAGEMENT, LLC | SECURITY DEPOSIT | $100,000.00 |
| 7.62 | JONATKIM ENTERPRISES | SECURITY DEPOSIT | $27,000.00 |
| 7.63 | L.F.C.A. | HOA SECURITY DEPOSIT | $150.00 |
| 7.64 | L.F.C.A. | HOA SECURITY DEPOSIT | $150.00 |
| 7.65 | LA COLINA ESTATES | HOA SECURITY DEPOSIT | $1,000.00 |

Debtor **Freedom Forever LLC**
Name

Case number (*if known*) **26-10522**

| | | | **Current value of debtor's interest** |
|---|---|---|---:|

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | | |
|---|---|---|---:|
| 7.66 | LA COSTA OAKS HOA | HOA SECURITY DEPOSIT | $75.00 |
| 7.67 | LA QUINTA POLO ESTATES HOMEOWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $7,500.00 |
| 7.68 | LAKE FOREST COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $150.00 |
| 7.69 | LAKE FOREST COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $150.00 |
| 7.70 | LE CAMPANILE COLLEZIONE | HOA SECURITY DEPOSIT | $150.00 |
| 7.71 | LOS ANGELES DEPT OF WATER & POWER | UTILITY DEPOSIT | $3,860.00 |
| 7.72 | LOS ANGELES DEPT OF WATER & POWER | UTILITY DEPOSIT | $600.00 |
| 7.73 | LOS ANGELES DEPT OF WATER & POWER | UTILITY DEPOSIT | $300.00 |
| 7.74 | LOS LAGOS ESTATES HOA | HOA SECURITY DEPOSIT | $500.00 |
| 7.75 | MANZANITA AT PORTOLA SPRINGS HOA | HOA SECURITY DEPOSIT | $300.00 |
| 7.76 | MARBELLA PROPERTY OWNERS | HOA SECURITY DEPOSIT | $1,500.00 |
| 7.77 | MARBLEHEAD COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.78 | MLCC ACC | HOA SECURITY DEPOSIT | $225.00 |
| 7.79 | MLCC ACC | HOA SECURITY DEPOSIT | $225.00 |
| 7.80 | MLCC ACC | HOA SECURITY DEPOSIT | $225.00 |
| 7.81 | MLCC ACC | HOA SECURITY DEPOSIT | $225.00 |
| 7.82 | MODO NEIGHBORHOOD | HOA SECURITY DEPOSIT | $300.00 |
| 7.83 | MONTARA NEIGHBORHOOD ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.84 | MONTARA NEIGHBORHOOD ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.85 | MONTEREY LOGISTICS CENTER CA PROPERTY OWNER LP | SECURITY DEPOSIT | $43,006.60 |
| 7.86 | NELLIE GAIL RANCH OWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.87 | NELLIE GAIL RANCH OWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.88 | NEWPORT RIDGE NORTH MAINTENANCE CORP. | HOA SECURITY DEPOSIT | $2,000.00 |
| 7.89 | NORTH BLUFF BAY COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.90 | NORTHPARK MAINTENANCE ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.91 | NORTHWOOD POINTE MAINTENANCE ASSOC. | HOA SECURITY DEPOSIT | $500.00 |
| 7.92 | NORTHWOOD POINTE MAINTENANCE ASSOC. | HOA SECURITY DEPOSIT | $500.00 |
| 7.93 | NORTHWOOD POINTE MAINTENANCE ASSOC. | HOA SECURITY DEPOSIT | $500.00 |
| 7.94 | NORTHWOOD POINTE MAINTENANCE ASSOC. | HOA SECURITY DEPOSIT | $500.00 |
| 7.95 | NORTHWOOD POINTE MAINTENANCE ASSOC. | HOA SECURITY DEPOSIT | $500.00 |

Debtor **Freedom Forever LLC**
Name

Case number (*if known*) **26-10522**

|  |  |  | **Current value of debtor's interest** |
|---|---|---|---:|
| 7. | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.96 | OCEAN RANCH AT BEAR BRAND | HOA SECURITY DEPOSIT | $500.00 |
| 7.97 | PACIFIC HILLS EAST | HOA SECURITY DEPOSIT | $500.00 |
| 7.98 | PACIFIC HILLS EAST | HOA SECURITY DEPOSIT | $250.00 |
| 7.99 | PACIFIC HILLS EAST | HOA SECURITY DEPOSIT | $250.00 |
| 7.100 | PACIFIC RIDGE MAINTENANCE ASSOCIATON | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.101 | PALM GARDENS HOA | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.102 | PALOMA HOA | HOA SECURITY DEPOSIT | $100.00 |
| 7.103 | PARKSIDE PROPERTY OWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.104 | PINE MOUNTAIN CLUB | HOA SECURITY DEPOSIT | $300.00 |
| 7.105 | PMI AMERICAN RIVER | HOA SECURITY DEPOSIT | $1,500.00 |
| 7.106 | PORTOLA SPRINGS COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.107 | PORTOLA SPRINGS COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.108 | PORTOLA SPRINGS COMMUNITY HOA | HOA SECURITY DEPOSIT | $500.00 |
| 7.109 | POSITANO HOMEOWNERS ASSOCIATION | HOA SECURITY DEPOSIT | $350.00 |
| 7.110 | PROLOGIS | SECURITY DEPOSIT | $29,500.00 |
| 7.111 | RANCHO CARILLO MASTER ASSOCIATION | HOA SECURITY DEPOSIT | $75.00 |
| 7.112 | RINCON DEL DIABLO MUNICIPAL WATER DISTRICT | UTILITY DEPOSIT | $200.00 |
| 7.113 | RIVERDALE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $150.00 |
| 7.114 | SIGNATURE COLLECTION AT NORTH POINTE | HOA SECURITY DEPOSIT | $300.00 |
| 7.115 | SILVER LAKES | HOA SECURITY DEPOSIT | $250.00 |
| 7.116 | SONORA WELLS | HOA SECURITY DEPOSIT | $500.00 |
| 7.117 | STONEGATE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.118 | STONEGATE VILLAGE COMMUNITY | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.119 | STONEGATE VILLAGE COMMUNITY | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.120 | STONETREE COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $300.00 |
| 7.121 | SZQ INVESTMENT, LLC | SECURITY DEPOSIT | $28,492.00 |
| 7.122 | SZQ INVESTMENT, LLC | SECURITY DEPOSIT | $19,394.00 |
| 7.123 | TA REALTY VALUE-ADD FUND XIII REIT | SECURITY DEPOSIT | $42,779.17 |
| 7.124 | TALEGA VILLAGE CENTER | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.125 | TAMARISK RIDGE ESTATES | HOA SECURITY DEPOSIT | $2,000.00 |
| 7.126 | THE BLUFFS COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |

Debtor   **Freedom Forever LLC**
Name

Case number (*if known*)   **26-10522**

| | | | Current value of debtor's interest |
|---|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | | |
| | Description, including name of holder of deposit | | |
| 7.127 | THE COVEY COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.128 | THE COVEY COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.129 | THE COVEY COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.130 | THE CROSBY | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.131 | THE ELMS & IVY HOA | HOA SECURITY DEPOSIT | $500.00 |
| 7.132 | THE EMMONS COMPANY | HOA SECURITY DEPOSIT | $6,000.00 |
| 7.133 | THE ESTANCIAS AT RANCHO LA QUINTA | HOA SECURITY DEPOSIT | $500.00 |
| 7.134 | THE GROVES IN WHITTIER MASTER ASSOCIATION | HOA SECURITY DEPOSIT | $300.00 |
| 7.135 | THE MARBLEHEAD | HOA SECURITY DEPOSIT | $500.00 |
| 7.136 | THE MARBLEHEAD | HOA SECURITY DEPOSIT | $500.00 |
| 7.137 | THE OASIS COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $100.00 |
| 7.138 | THE RIDGE AT BELMONT ASSOCIATION | HOA SECURITY DEPOSIT | $150.00 |
| 7.139 | THE RIDGE AT BELMONT ASSOCIATION | HOA SECURITY DEPOSIT | $150.00 |
| 7.140 | THUNDERBIRD TERRACE | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.141 | TRACY HILLS PHASE 1 COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $250.00 |
| 7.142 | TRAILING VINE MAINTENANCE ASSOCIATION | HOA SECURITY DEPOSIT | $300.00 |
| 7.143 | TURNLEAF HOA | HOA SECURITY DEPOSIT | $300.00 |
| 7.144 | VICTORIA FALLS HOA | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.145 | VICTORIA FALLS HOA | HOA SECURITY DEPOSIT | $1,000.00 |
| 7.146 | VILLAGE PARK COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $200.00 |
| 7.147 | VILLAGE PARK COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $200.00 |
| 7.148 | VILLAGE PARK COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $200.00 |
| 7.149 | VILLAGE PARK COMMUNITY ASSOCIATION | HOA SECURITY DEPOSIT | $200.00 |
| 7.150 | VINAY VOHRA & VIKRAM VOHRA | SECURITY DEPOSIT | $5,500.00 |
| 7.151 | VISTA SCENA NEIGHBORHOOD ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.152 | VISTA SCENA NEIGHBORHOOD ASSOCIATION | HOA SECURITY DEPOSIT | $500.00 |
| 7.153 | VPCA | HOA SECURITY DEPOSIT | $200.00 |
| 7.154 | VPCA | HOA SECURITY DEPOSIT | $200.00 |
| 7.155 | WESTLAKE ISLAND | HOA SECURITY DEPOSIT | $150.00 |
| 7.156 | WESTLAKE ISLAND | HOA SECURITY DEPOSIT | $150.00 |
| 7.157 | WILLOW AT THE GROVES NEIGHBORHOOD ASSOC | HOA SECURITY DEPOSIT | $300.00 |

Debtor   **Freedom Forever LLC**
Name

Case number (*if known*)   **26-10522**

|  | | **Current value of debtor's interest** |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.158 | WILLOW AT THE GROVES NEIGHBORHOOD ASSOC   HOA SECURITY DEPOSIT | $300.00 |

|  | | **Current value of debtor's interest** |
|---|---|---|
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | AMERICAN SOCIETY OF CIVIL ENGINEERS   ASCE HAZARD TOOL API LICENSE (JAN 2026 - DEC 2026) | $1,406.25 |
| 8.2 | BRYANT PARK CONSULTING   DEPOSIT - TO BE APPLIED TO FUTURE INVOICES | $2,142.00 |
| 8.3 | CAUZZY   ANNUAL SUBSCRIPTION OF AI (FEB 2026-JAN 2027) | $20,833.34 |
| 8.4 | CODA TECHNOLOGIES LLC   CROWDSTRIKE (OCT 2025 - JULY 2026) | $3,840.36 |
| 8.5 | CODA TECHNOLOGIES LLC   FALCON NEXT GEN QUARTERLY (FEB 2026-APRIL 2026) | $13,323.83 |
| 8.6 | COMPUMARK   NOV 2025 - OCT 2026 | $1,808.35 |
| 8.7 | DOCUSIGN INC   ANNUAL SUBSCRIPTION OF DOCUMENT SOFTWARE (OCT 2025 - SEPT 2026) | $622,908.72 |
| 8.8 | GATEKEEPER US LLC   CONTRACTNOW PLAN - ANNUAL (AUG 2025-JULY 2026) | $3,188.00 |
| 8.9 | GATEKEEPER US LLC   CONTRACTNOW PLAN - ANNUAL (AUG 2025-JULY 2026) | $2,391.00 |
| 8.10 | HERNANDEZ PAINTING   DOWN DEPOSIT | $27,500.00 |
| 8.11 | HERNANDEZ PAINTING   162-377825DEP - DEPOSIT | $2,000.00 |
| 8.12 | INFORMATION AND COMPUTING SERVICE INC   RF - SMART HARDWARE COMPLETE CARE | $2,380.96 |
| 8.13 | LEE AND ASSOCIATES COMMERCIAL RE   BROKER FEE | $5,533.84 |
| 8.14 | LEE AND ASSOCIATES COMMERCIAL RE   BROKER FEE | $3,385.87 |
| 8.15 | LNRS DATA SERVICES INC   HR & COMPLIANCE SUBSCRIPTION  MARCH 2026-FEB 2027 | $16,837.15 |
| 8.16 | NATIONAL ASSOCIATION OF THE REMODELING INDUSTRY   ANNUAL MEMBERSHIP (MAY 2025-APRIL 2026) | $145.87 |
| 8.17 | NAVAN INC   PREPAYMENT | $25,000.00 |
| 8.18 | NAVAN INC   PREPAYMENT | $25,000.00 |
| 8.19 | NAVAN INC   PREPAYMENT | $25,000.00 |
| 8.20 | PARAGON MICRO INC.   MIMECAST A1 ANNUAL SUBSCRIPTION LICENSE (MAY 2025-APRIL 2026) | $7,420.88 |
| 8.21 | PARAGON MICRO INC.   CISCO SECURITY & MERAKI ENTERPRISE AGREEMENT ANNUAL (JUNE 2025-MAY 2026) | $40,079.70 |
| 8.22 | PARAGON MICRO INC.   CISCO EMAIL CLOUD LICENSE ANNUAL (JUNE 2025-MAY 2026) | $7,277.80 |
| 8.23 | SHI INTERNATIONAL CORP   EGNYTE PLATFORM SUBSCRIPTION - ANNUAL (AUG 2025-JULY 2026) 175 USERS | $36,900.00 |

Debtor  **Freedom Forever LLC**  Case number (*if known*)  26-10522
Name

| | | | **Current value of debtor's interest** |
|---|---|---|---|
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | | |
| | Description, including name of holder of prepayment | | |
| 8.24 | SHI INTERNATIONAL CORP | EGNYTE PLATFORM SUBSCRIPTION - ANNUAL (AUG 2025-JULY 2026) 40 USERS | $6,720.00 |
| 8.25 | SHI INTERNATIONAL CORP | EGNYTE PLATFORM SUBSCRIPTION - ANNUAL (AUG 2025-JULY 2026) 20 USERS | $3,193.28 |
| 8.26 | SHIPWELL | SHIPWELL PLATFORM ACCESS - MARCH 2026-MARCH 2027 | $48,933.50 |
| 8.27 | SPROUT SOCIAL, INC. | PROFESSIONAL PLAN - ANNUAL (JULY 2025-JUNE 2026) | $897.00 |
| 8.28 | SUNSPEC ALLIANCE | ANNUAL MEMBERSHIP (JUNE 2025-MAY 2026) | $1,166.70 |
| 8.29 | TWENTYTEN INC | SOLAR ACADEMY (50% DEPOSIT) | $2,500.00 |
| 8.30 | YOUNG TECHNOLOGIES, LLC | CONTROLUP ANNUAL (SEPT 205 - AUG 2026) | $13,458.31 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$1,470,304.74**

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes. Fill in the information below

| | | | **Current value of debtor's interest** |
|---|---|---|---|

11. **Accounts receivable**

| 11a. 90 days old or less: | $2,005,377.27 | - | $0.00 | = | |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | $2,005,377.27 |

| 11b. Over 90 days old: | $32,961,854.80 | - | $32,961,854.80 | = | |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | $0.00 |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$2,005,377.27**

Debtor    **Freedom Forever LLC**                                    Case number (*if known*)    **26-10522**
Name

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

■ Yes. Fill in the information below

| | | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| | | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | | |
|--|--|--|--|--|--|
| 15.1 | BOUNDLESS ENERGY | 50% | % | NET BOOK VALUE | $574,405.12 |
| 15.2 | BRIGHT SOLAR MARKETING LLC | 100.00% | % | N/A | UNDETERMINED |
| 15.3 | FREEDOM FOREVER ALABAMA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.4 | FREEDOM FOREVER ALASKA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.5 | FREEDOM FOREVER ARIZONA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.6 | FREEDOM FOREVER ARKANSAS, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.7 | FREEDOM FOREVER CALIFORNIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.8 | FREEDOM FOREVER COLORADO, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.9 | FREEDOM FOREVER COMMERCIAL, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.10 | FREEDOM FOREVER CONNECTICUT, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.11 | FREEDOM FOREVER DC, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.12 | FREEDOM FOREVER DEALER SERVICES, LLC DBA MOVEMENT ENERGY | 99.00% | % | N/A | UNDETERMINED |
| 15.13 | FREEDOM FOREVER DELAWARE, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.14 | FREEDOM FOREVER ELECTRIC LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.15 | FREEDOM FOREVER FLORIDA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.16 | FREEDOM FOREVER GEORGIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.17 | FREEDOM FOREVER HAWAII, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.18 | FREEDOM FOREVER IDAHO, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.19 | FREEDOM FOREVER ILLINOIS, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.20 | FREEDOM FOREVER INDIANA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.21 | FREEDOM FOREVER IOWA, LLC | 99.00% | % | N/A | UNDETERMINED |

Debtor   **Freedom Forever LLC**
Name

Case number (*if known*)   **26-10522**

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | | |
|---|---|---|---|---|---|
| 15.22 | FREEDOM FOREVER KANSAS, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.23 | FREEDOM FOREVER KENTUCKY, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.24 | FREEDOM FOREVER LOUISIANA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.25 | FREEDOM FOREVER MAINE, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.26 | FREEDOM FOREVER MARYLAND, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.27 | FREEDOM FOREVER MASSACHUSETTS, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.28 | FREEDOM FOREVER MICHIGAN, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.29 | FREEDOM FOREVER MINNESOTA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.30 | FREEDOM FOREVER MISSISSIPPI, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.31 | FREEDOM FOREVER MISSOURI, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.32 | FREEDOM FOREVER MONTANA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.33 | FREEDOM FOREVER NEBRASKA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.34 | FREEDOM FOREVER NEVADA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.35 | FREEDOM FOREVER NEW HAMPSHIRE, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.36 | FREEDOM FOREVER NEW JERSEY, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.37 | FREEDOM FOREVER NEW MEXICO, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.38 | FREEDOM FOREVER NEW YORK, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.39 | FREEDOM FOREVER NORTH CAROLINA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.40 | FREEDOM FOREVER NORTH DAKOTA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.41 | FREEDOM FOREVER NORTHERN CALIFORNIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.42 | FREEDOM FOREVER OHIO, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.43 | FREEDOM FOREVER OKLAHOMA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.44 | FREEDOM FOREVER OREGON, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.45 | FREEDOM FOREVER PENNSYLVANIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.46 | FREEDOM FOREVER PROCUREMENT LLC | 100.00% | % | N/A | UNDETERMINED |
| 15.47 | FREEDOM FOREVER PUERTO RICO, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.48 | FREEDOM FOREVER RHODE ISLAND, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.49 | FREEDOM FOREVER SOUTH CAROLINA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.50 | FREEDOM FOREVER SOUTH DAKOTA, LLC | 99.00% | % | N/A | UNDETERMINED |

Debtor **Freedom Forever LLC**
Name

Case number (*if known*) **26-10522**

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 15.51 | FREEDOM FOREVER SOUTHERN CALIFORNIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.52 | FREEDOM FOREVER TENNESSEE, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.53 | FREEDOM FOREVER TEXAS, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.54 | FREEDOM FOREVER UTAH, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.55 | FREEDOM FOREVER VERMONT, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.56 | FREEDOM FOREVER VIRGINIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.57 | FREEDOM FOREVER WASHINGTON, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.58 | FREEDOM FOREVER WEST VIRGINIA, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.59 | FREEDOM FOREVER WISCONSIN, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.60 | FREEDOM FOREVER WYOMING, LLC | 99.00% | % | N/A | UNDETERMINED |
| 15.61 | FREEDOM SOLAR SERVICES DBA BRIGHT SOLAR MARKETING - | 100.00% | % | N/A | UNDETERMINED |
| 15.62 | HIGH ROLLER MARKETING LLC | 100.00% | % | N/A | UNDETERMINED |
| 15.63 | VITL POWER | 50% | % | NET BOOK VALUE | $4,975,000.00 |

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

> **$5,549,405.12**
> **PLUS UNDETERMINED AMOUNTS.**

| Part 5: | Inventory, excluding agriculture asset |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below

Debtor   **Freedom Forever LLC**_____   Case number (*if known*)   **26-10522**_____
         Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 20. | **Work in progress** | | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| **$0.00** |

24. **Is any of the property listed in Part 5 perishable?**

☐ No.

☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

Debtor **Freedom Forever LLC**  Case number (*if known*) **26-10522**
Name

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

31. **Farm and fishing supplies, chemicals, and feed**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

|  |
|---|
| **$0.00** |

Debtor  **Freedom Forever LLC**                                            Case number (*if known*)  **26-10522**
         Name

34.  **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No.

   ☐ Yes.

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____  Valuation method _____  Current Value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

■ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|

39.   **Office furniture**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|-----------------------------------------|------------------------------------|

40.   **Office fixtures**

| 40.1 | LEASEHOLD IMPROVEMENTS | $3,692,505.55 | NET BOOK VALUE | $3,692,505.55 |
|------|------------------------|---------------|----------------|---------------|

Debtor  **Freedom Forever LLC**                                    Case number (*if known*)  26-10522
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  COMPUTER HARDWARE & RELATED | $9,300,659.95 | NET BOOK VALUE | $9,300,659.95 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 42.  **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

**$12,993,165.50**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

■ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes. Fill in the information below

Debtor    **Freedom Forever LLC**
_____    Case number (*if known*)  **26-10522**
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1 DAVID MARTILLA (FF EE CC)  DEER VALLEY TRAILER SA -2-2018 PACE 7X14 DUAL AXEL BOX TRAILER (1 CA, 1 AZ) | $0.00 | NET BOOK VALUE | $0.00 |
| 47.2 DAVID MARTILLA (FF EE CC)  JACOBSEN TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.3 DEER VALLEY TRAILER  1 OF 3 TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.4 DEER VALLEY TRAILER  1 OF 3 TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.5 DEER VALLEY TRAILER  1-5 OF 5 LOOK TRAILERS VIN #53BTEA201F034461 (T52)  - #53BLTEA22LF034462 (T51) - #53BLTEA24LF034463 - #53BLTEA26FL034464 - #53BLTEA28LF034465 | $0.00 | NET BOOK VALUE | $0.00 |
| 47.6 DEER VALLEY TRAILER  1-6 OF 12 LOOK TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.7 DEER VALLEY TRAILER  2 - 2019 LOCK TRAILERS, DUAL AXLE, BARN DOORS, 6" EXTRA HEIGHT | $0.00 | NET BOOK VALUE | $0.00 |
| 47.8 DEER VALLEY TRAILER  2 LOOK TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.9 DEER VALLEY TRAILER  2 TRAILERS 2019 LOCKTRAILER DUAL AXLE 6" ADDITIONAL HEIGHT | $0.00 | NET BOOK VALUE | $0.00 |
| 47.10 DEER VALLEY TRAILER  2 TRAILERS FOR INSTAL CREWS -POTENTIALLY FOR COLORADO | $0.00 | NET BOOK VALUE | $0.00 |
| 47.11 DEER VALLEY TRAILER  3 OF 5 TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.12 DEER VALLEY TRAILER  4 DUAL AXLE BOX TRAILERS FOR FLEET | $0.00 | NET BOOK VALUE | $0.00 |
| 47.13 DEER VALLEY TRAILER  6 OF 10 LOOK TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.14 DEER VALLEY TRAILER  7-10 OF 10 LOOK TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.15 DEER VALLEY TRAILER  7-8 OF 12 LOOK TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.16 DEER VALLEY TRAILER  9-12 OF 12 LOOK TRAILERS | $0.00 | NET BOOK VALUE | $0.00 |
| 47.17 DEER VALLEY TRAILER  DAVE MARTILLA #0151 | $0.00 | NET BOOK VALUE | $0.00 |
| 47.18 NORCO TRAILERS  OUTBACK 7X14 TE2 2021 | $0.00 | NET BOOK VALUE | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **48.** | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors,floating homes, personal watercraft, and fishing vessels | | |

Debtor    **Freedom Forever LLC**                                    Case number (*if known*)    **26-10522**
          Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 49.    **Aircraft and accessories** | | | |

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1    CONSTRUCTION EQUIPMENT | $208,092.75 | NET BOOK VALUE | $208,092.75 |

51.    **Total of Part 8.**
       Add lines 47 through 50. Copy the total to line 87.

                                                                                 **$208,092.75**

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ☐  No.
       ☒  Yes.

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

       ☒  No.
       ☐  Yes.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ☐  No. Go to Part 10.
       ☒  Yes. Fill in the information below

Debtor    **Freedom Forever LLC**                                          Case number (*if known*)    **26-10522**
Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1 | BRANCH WAREHOUSE - 1919 MONTEREY ROAD SUITE 20, SAN JOSE CA 95112 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.2 | BRANCH WAREHOUSE - 3010 SAN ANTONIO DRIVE, FOWLER CA 93625 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.3 | BRANCH WAREHOUSE - 370 MEYER CIRCLE, CORONA CA 92879 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.4 | BRANCH WAREHOUSE - 6144 INDUSTRIAL WAY, SUITE B, LIVERMORE CA 94551 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.5 | BRANCH WAREHOUSE - 7100 FAIR AVENUE, NORTH HOLLYWOOD CA 91605 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.6 | BRANCH WAREHOUSE - 7200 FENWICK LANE , WESTMINSTER CA 92683 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.7 | BRANCH WAREHOUSE - 946 SOUTH ANDREASEN DR, ESCONDIDO CA 92029 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.8 | BRANCH WAREHOUSE - 990 RIVERSIDE PARKWAY, SUITE 100, WEST SACRAMENTO CA 95605 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.9 | OFFICE SPACE - 27442 PROTOLA PARKWAY, FOOTHILL RANCH CA 92610 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.10 | TEMECULA HEADQUARTERS - 43445 BUISNESS PARK DRIVE, SUITE 104, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.11 | TEMECULA HEADQUARTERS 2 - 27368 VIA INDUSTRIAL, SUITE 101, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.12 | TEMECULA HEADQUARTERS 2 - 27368 VIA INDUSTRIAL, SUITE 102, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.13 | TEMECULA HEADQUARTERS 2 - 27368 VIA INDUSTRIAL, SUITE 103, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.14 | TEMECULA HEADQUARTERS 2 - 27368 VIA INDUSTRIAL, SUITE 110, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    **Page 19**

Debtor  **Freedom Forever LLC**
        Name                                                    Case number (*if known*)  **26-10522**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.15  TEMECULA HEADQUARTERS 2 - 27368 VIA INDUSTRIAL, SUITE 112, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.16  TEMECULA HEADQUARTERS 2 - 27368 VIA INDUSTRIAL, SUITE 201, TEMECULA CA 92590 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.16 and entries from any additional sheets.
Copy the total to line 88

**UNDETERMINED**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No.

☐ Yes.

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

Debtor **Freedom Forever LLC**
Name
Case number (*if known*) **26-10522**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 COPYRIGHT - USA - CUSTOMER MOBILE APP - UNREGISTERED | UNDETERMINED | N/A | UNDETERMINED |
| 60.2 COPYRIGHT - USA - IMPACT EMPLOYEE MOBILE APP - UNREGISTERED | UNDETERMINED | N/A | UNDETERMINED |
| 60.3 COPYRIGHT - USA - LIGHTSPEED  PROJECT MANAGEMENT CRM - UNREGISTERED | UNDETERMINED | N/A | UNDETERMINED |
| 60.4 COPYRIGHT - USA - VOLT SALES SOFTWARE - UNREGISTERED | UNDETERMINED | N/A | UNDETERMINED |
| 60.5 DESIGN PATENT APPLICATION - USA - UNIVERSAL GROUND MOUNTING PLATE - APPLICATION NO. 29980805 | UNDETERMINED | N/A | UNDETERMINED |
| 60.6 UTILITY PATENT - USA - MULTIFUNCTION SPACER-WIRE CLIPS FOR SOLAR PANELS - PATENT NO. 12212280 | UNDETERMINED | N/A | UNDETERMINED |
| 60.7 UTILITY PATENT APPLICATION - USA - MULTIFUNCTION SPACER-WIRE CLIPS FOR SOLAR PANELS - APPLICATION NO. 19038647 | UNDETERMINED | N/A | UNDETERMINED |
| 60.8 UTILITY PATENT APPLICATION - USA - UNIVERSAL GROUND MOUNTING PLATE - APPLICATION NO. 19002698 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **Freedom Forever LLC**                                           Case number (*if known*)   **26-10522**
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **61.** | **Internet domain names and websites** | | |
| 61.1 | DOMAIN: BOUNDLESSSOLAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2 | DOMAIN: BRIGHTSOLARMARKETING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.3 | DOMAIN: FREEDOMFOREVER.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.4 | DOMAIN: FREEDOMFOREVER.IN | UNDETERMINED | N/A | UNDETERMINED |
| 61.5 | DOMAIN: FREEDOMFOREVER.SOLAR | UNDETERMINED | N/A | UNDETERMINED |
| 61.6 | DOMAIN: FREEDOMFOREVER.TV | UNDETERMINED | N/A | UNDETERMINED |
| 61.7 | DOMAIN: FREEDOMFOREVERTV.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.8 | DOMAIN: FREEDOMPROS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.9 | DOMAIN: FREEDOMSANDBOX.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.10 | DOMAIN: MOVEMENTENERGYSOLAR.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.11 | DOMAIN: MYSOLARSTIMULUS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.12 | DOMAIN: PBIREPORTING.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.13 | DOMAIN: QUERYLAB.DEV | UNDETERMINED | N/A | UNDETERMINED |
| 61.14 | DOMAIN: SOLARDISRUPTIONTHEORY.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.15 | DOMAIN: SOLARFOREVERYONE.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.16 | DOMAIN: SOLARPROS.IO | UNDETERMINED | N/A | UNDETERMINED |
| 61.17 | DOMAIN: SOLARSTIMULUS.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.18 | DOMAIN: SOLARSTIMULUS.TV | UNDETERMINED | N/A | UNDETERMINED |
| 61.19 | DOMAIN: SOLARSTIMULUSNOW.COM | UNDETERMINED | N/A | UNDETERMINED |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| 63.1 | CUSTOMER LIST/RELATIONSHIPS | UNDETERMINED | N/A | UNDETERMINED |

Debtor    **Freedom Forever LLC**                                   Case number (*if known*)    **26-10522**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

64.    **Other intangibles, or intellectual property**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

65.    **Goodwill**

| 65.1 | GOODWILL | $14,461,551.79 | NET BOOK VALUE | $14,461,551.79 |
|---|---|---|---|---|

66.    **Total of Part 10.**
       Add lines 60 through 65. Copy the total to line 89.

       **$14,461,551.79**
       **PLUS UNDETERMINED AMOUNTS.**

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

       ☐ No.

       ☑ Yes.

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

       ☑ No.

       ☐ Yes.

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

       ☑ No.

       ☐ Yes.

---

**Part 11:**  **All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No. Go to Part 12.

       ☑ Yes. Fill in the information below

       **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

                          Total face amount          doubtful or uncollectible amount

Debtor   **Freedom Forever LLC**                                    Case number (*if known*)   **26-10522**
         Name

|  | | **Current value of debtor's interest** |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 73. | **Interests in insurance policies or annuities** | |

|  | | **Current value of debtor's interest** |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

| 74.1 | FREEDOM FOREVER LLC V. ALICE FARFAN - CASE NO. 21CV387685 | $23,375.71 |
|---|---|---|
| | **Nature of claim**    UNCOLLECTED 2024 JUDGMENT | |
| | **Amount requested**    $23,375.71 | |
| 74.2 | FREEDOM FOREVER LLC V. AMERICAN SOLAR COMPANY LLC | UNDETERMINED |
| | **Nature of claim**    CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
| | **Amount requested**    UNDETERMINED | |
| 74.3 | FREEDOM FOREVER LLC V. AMIE HAYDEN - CASE NO. 24CMCV01447 | UNDETERMINED |
| | **Nature of claim**    LITIGATION - BREACH OF CONTRACT - CUSTOMER | |
| | **Amount requested**    UNDETERMINED | |
| 74.4 | FREEDOM FOREVER LLC V. BLANE WEAVER | UNDETERMINED |
| | **Nature of claim**    CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
| | **Amount requested**    $44,854.49 | |
| 74.5 | FREEDOM FOREVER LLC V. CARINA DAVIES - CASE NO. 24VECV01852 | UNDETERMINED |
| | **Nature of claim**    LITIGATION - FRAUD CLAIM | |
| | **Amount requested**    UNDETERMINED | |
| 74.6 | FREEDOM FOREVER LLC V. DANIEL HOHNEKER - CASE NO. 30 -2021-01232980 | UNDETERMINED |
| | **Nature of claim**    SETTLEMENT PAYMENT PLAN | |
| | **Amount requested**    UNDETERMINED | |
| 74.7 | FREEDOM FOREVER LLC V. FREEDOM SOLAR POWER (TRADEMARK DISPUTE) | UNDETERMINED |
| | **Nature of claim**    TRADEMARK DISPUTE | |
| | **Amount requested**    UNDETERMINED | |
| 74.8 | FREEDOM FOREVER LLC V. GREGORY DANIELS | UNDETERMINED |
| | **Nature of claim**    CUSTOMER CLAIM - COLLECTION OF PAYMENT | |

Debtor   **Freedom Forever LLC**                                                      Case number (*if known*)   **26-10522**
         Name

|  |  | Current value of debtor's interest |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|  | **Amount requested**                                $17,800.00 | |
| 74.9 | FREEDOM FOREVER LLC V. JIMMIE ROBERSON - CASE NO. 22CV015452 | $12,212.48 |
|  | **Nature of claim**   UNCOLLECTED 2022 JUDGMENT | |
|  | **Amount requested**                                $12,212.48 | |
| 74.10 | FREEDOM FOREVER LLC V. JOHN CHUMLEY | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                UNDETERMINED | |
| 74.11 | FREEDOM FOREVER LLC V. KASRA ROWSHAN | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                $70,945.00 | |
| 74.12 | FREEDOM FOREVER LLC V. LOLA HUNTER | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                $1,200.00 | |
| 74.13 | FREEDOM FOREVER LLC V. MARY NEILSON, ET AL. | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                UNDETERMINED | |
| 74.14 | FREEDOM FOREVER LLC V. MICHAEL ONEILL | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                $30,700.00 | |
| 74.15 | FREEDOM FOREVER LLC V. MIKE RONDELLI | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                $24,675.00 | |
| 74.16 | FREEDOM FOREVER LLC V. OSCAR PINEIRO - CASE NO. CVRI2200897 | $111,299.72 |
|  | **Nature of claim**   UNCOLLECTED 2022 JUDGMENT | |
|  | **Amount requested**                                $111,299.72 | |
| 74.17 | FREEDOM FOREVER LLC V. PEDRO RODRIGUEZ | UNDETERMINED |
|  | **Nature of claim**   CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                $1,200.00 | |
| 74.18 | FREEDOM FOREVER LLC V. SILVER ROCK DEVELOPMENT, INC. ET AL. | UNDETERMINED |
|  | **Nature of claim**   ARBITRATION DEMAND - COLLECTION OF PAYMENT | |
|  | **Amount requested**                                $62, 475 | |

Official Form 206A/B                    Schedule A/B: Assets - Real and Personal Property                    **Page 25**

Debtor **Freedom Forever LLC**
Name

Case number (*if known*) **26-10522**

| | | Current value of debtor's interest |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.19 | FREEDOM FOREVER LLC V. SUNDER ENERGY LLC, ET AL. - CASE NO. 2024-0508 | UNDETERMINED |
| | **Nature of claim** LITIGATION - FRAUD CLAIM | |
| | **Amount requested** UNDETERMINED | |
| 74.20 | FREEDOM FOREVER LLC V. TERRY KLUNDT - CASE NO. 19CECG02818 | $36,405.00 |
| | **Nature of claim** UNCOLLECTED 2020 JUDGMENT | |
| | **Amount requested** $36,405.00 | |
| 74.21 | FREEDOM FOREVER LLC V. VALLEY VIEW ROOFING (RANDY TURNER) | UNDETERMINED |
| | **Nature of claim** CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
| | **Amount requested** UNDETERMINED | |
| 74.22 | FREEDOM FOREVER LLC V. WILL THOMAS | UNDETERMINED |
| | **Nature of claim** CUSTOMER CLAIM - COLLECTION OF PAYMENT | |
| | **Amount requested** $31,500.00 | |
| 74.23 | FREEDOM FOREVER V. ANTHEA KIM - CASE NO. 22C-030760 | $23,219.00 |
| | **Nature of claim** UNCOLLECTED 2022 JUDGMENT | |
| | **Amount requested** $23,219.00 | |
| 74.24 | FREEDOM FOREVER V. BENNER / KENNEDY - CASE NO. MCC2000547 | $2,497.00 |
| | **Nature of claim** JUDGMENT & PAYMENT PLAN | |
| | **Amount requested** $2,497.00 | |
| 74.25 | HOWFARR PANOUSSI V. FREEDOM FOREVER LLC | $45,260.00 |
| | **Nature of claim** MARCH 2026 SETTLEMENT | |
| | **Amount requested** $45,260.00 | |
| 74.26 | MATTER OF ESTATE OF RONALD MCGILLIVRAY | UNDETERMINED |
| | **Nature of claim** PROBATE CLAIM | |
| | **Amount requested** $55,219.80 | |

| | | Current value of debtor's interest |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

| | | Current value of debtor's interest |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |

Official Form 206A/B          Schedule A/B: Assets - Real and Personal Property          **Page 26**

| Debtor | **Freedom Forever LLC** | | |
|---|---|---|---|
| | Name | Case number (*if known*) | **26-10522** |

|  | | **Current value of debtor's interest** |
|---|---|---:|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | BOUNDLESS ENERGY COMMISSION RECEIVABLES | $21,912,417.19 |
| 77.2 | HOME BUILDER RECEIVABLE | UNDETERMINED |
| 77.3 | INTERCOMPANY RECEIVABLE (FROM) F4E LLC | UNDETERMINED |
| 77.4 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER ARIZONA, LLC | UNDETERMINED |
| 77.5 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER ARKANSAS, LLC | UNDETERMINED |
| 77.6 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER COLORADO, LLC | UNDETERMINED |
| 77.7 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER CONNECTICUT, LLC | UNDETERMINED |
| 77.8 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER DC, LLC | UNDETERMINED |
| 77.9 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER DELAWARE, LLC | UNDETERMINED |
| 77.10 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER ELECTRIC LLC | UNDETERMINED |
| 77.11 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER FLORIDA, LLC | UNDETERMINED |
| 77.12 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER GEORGIA, LLC | UNDETERMINED |
| 77.13 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER IDAHO, LLC | UNDETERMINED |
| 77.14 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER ILLINOIS, LLC | UNDETERMINED |
| 77.15 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER KENTUCKY, LLC | UNDETERMINED |
| 77.16 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MAINE, LLC | UNDETERMINED |
| 77.17 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MARYLAND, LLC | UNDETERMINED |
| 77.18 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MASSACHUSETTS, LLC | UNDETERMINED |
| 77.19 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MICHIGAN, LLC | UNDETERMINED |
| 77.20 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MINNESOTA, LLC | UNDETERMINED |
| 77.21 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MISSOURI, LLC | UNDETERMINED |
| 77.22 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER MONTANA, LLC | UNDETERMINED |
| 77.23 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NEVADA, LLC | UNDETERMINED |
| 77.24 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NEW HAMPSHIRE, LLC | UNDETERMINED |
| 77.25 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NEW JERSEY, LLC | UNDETERMINED |
| 77.26 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NEW MEXICO, LLC | UNDETERMINED |

Debtor   **Freedom Forever LLC** _____   Case number (*if known*)  <u>26-10522</u>
<span style="font-size:smaller">Name</span>

|  | | **Current value of debtor's interest** |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.27 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NEW YORK, LLC | UNDETERMINED |
| 77.28 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NORTH CAROLINA, LLC | UNDETERMINED |
| 77.29 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NORTH DAKOTA, LLC | UNDETERMINED |
| 77.30 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER NORTHERN CALIFORNIA, LLC | UNDETERMINED |
| 77.31 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER OHIO, LLC | UNDETERMINED |
| 77.32 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER OKLAHOMA, LLC | UNDETERMINED |
| 77.33 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER OREGON, LLC | UNDETERMINED |
| 77.34 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER PENNSYLVANIA, LLC | UNDETERMINED |
| 77.35 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER PROCUREMENT, LLC | UNDETERMINED |
| 77.36 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER PUERTO RICO LLC | UNDETERMINED |
| 77.37 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER RHODE ISLAND, LLC | UNDETERMINED |
| 77.38 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER SOUTH CAROLINA, LLC | UNDETERMINED |
| 77.39 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER SOUTHERN CALIFORNIA, LLC | UNDETERMINED |
| 77.40 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER TEXAS, LLC | UNDETERMINED |
| 77.41 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER UTAH, LLC | UNDETERMINED |
| 77.42 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER VERMONT, LLC | UNDETERMINED |
| 77.43 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER VIRGINIA, LLC | UNDETERMINED |
| 77.44 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER WASHINGTON, LLC | UNDETERMINED |
| 77.45 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM FOREVER WISCONSIN, LLC | UNDETERMINED |
| 77.46 | INTERCOMPANY RECEIVABLE (FROM) FREEDOM SOLAR SERVICES DBA BRIGHT SOLAR MARKETING | UNDETERMINED |
| 77.47 | INTERCOMPANY RECEIVABLE (FROM) HIGH ROLLER MARKETING | UNDETERMINED |
| 77.48 | INVESTMENT IN F4E | $998,172.00 |
| 77.49 | NV SOLAR/APRICOT COMMISSION RECEIVABLES | $1,348,528.18 |
| 77.50 | RIGHT OF USE LEASE | $2,423,849.00 |
| 77.51 | SOLAR PROS RECEIVABLES | $7,724,366.78 |
| 77.52 | SUNDER ENERGY, LLC COMMISSION RECEIVABLES | UNDETERMINED |

Debtor   **Freedom Forever LLC**                                          Case number (*if known*)   26-10522
         <sub>Name</sub>

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.53 | VITL POWER RECEIVABLES | $14,989,404.70 |

| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | $49,651,006.76 PLUS UNDETERMINED AMOUNTS. |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No.

   ☐ Yes.

Debtor    **Freedom Forever LLC**
Name

Case number (*if known*)    26-10522

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,981,620.09 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,470,304.74 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $2,005,377.27 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $5,549,405.12 PLUS UNDETERMINED AMOUNTS. | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,993,165.50 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $208,092.75 | |
| 88. | **Real property.** *Copy line 56, Part 9.................................................................................>* | | UNDETERMINED |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $14,461,551.79 PLUS UNDETERMINED AMOUNTS. | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $49,651,006.76 PLUS UNDETERMINED AMOUNTS. | |
| 91. | **Total. Add lines 80 through 90 for each column** | $91,320,524.02 PLUS UNDETERMINED AMOUNTS. +91b. | UNDETERMINED |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $91,320,524.02 PLUS UNDETERMINED AMOUNTS. |

**Fill in this information to identify the case:**

Debtor name   **Freedom Forever LLC**

United States Bankruptcy Court for the:   **District of Delaware**

Case number (if known)   **26-10522**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
| --- | --- | --- |

| 2.1 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
| --- | --- | --- | --- | --- |

**Secured creditor name and mailing address**

CANON FINANCIAL SERVICES, INC.
158 GAITHER DRIVE
SUITE 200
MT. LAUREL NJ 08054

**Secured creditor's email address**

**Date debt was incurred**

2/10/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

LEASED EQUIPMENT

**Describe the lien**

UCC LIEN # 20231089977

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Debtor **Freedom Forever LLC**                                    Case number (if known) **26-10522**

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* Amount of claim Do not deduct the value of collateral. | *Column B* Value of collateral that supports this claim |
|---|---|---|

| 2.2 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |

**Secured creditor name and mailing address**

CONSOLIDATED ELECTRICAL
DISTIBUTORS, INC.
3286 E GUASTI RD
SUITE 130
ONTARIO CA 91761

**Describe debtor's property that is subject to a lien**

INVENTORY PURCHASED FROM CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC.

**Describe the lien**

UCC LIEN # 20245064314

**Secured creditor's email address**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

7/25/2024

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

**2.3** **Secured creditor name and mailing address**

DE LAGE LANDEN FINANCIAL
SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087

**Describe debtor's property that is subject to a lien**

LEASED EQUIPMENT PER THE MASTER LEASE AGREEMENT DATED 2/5/2025

**Describe the lien**

UCC LIEN # 20250813615

UNDETERMINED                UNDETERMINED

**Secured creditor's email address**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

2/5/2025

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

Debtor **Freedom Forever LLC** _____    Case number (if known) **26-10522** _____

Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | _Column A_ Amount of claim <br><br> Do not deduct the value of collateral. | _Column B_ Value of collateral that supports this claim |
|---|---|---|

| 2.4 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $2,400,000.00 | UNDETERMINED |
|---|---|---|---|---|

ENFIN CORP.
300 SPECTRUM CENTER DRIVE
SUITE 500
IRVINE CA 92618

SOLAR PANEL MODULES, INVERTERS, AND RELATED EQUIPMENT, TOGETHER WITH ALL ACCESSORIES, ATTACHMENTS, REPLACEMENTS, AND SUBSTITUTIONS THEREOF

**Secured creditor's email address**

**Describe the lien**

SECURITY INTEREST LIEN

**Is the creditor an insider or related party?**

**Date debt was incurred**

■ No

☐ Yes

3/24/2026

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes _Fill out Schedule H: Codebtors (Official Form 206H)_

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

| 2.5 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

GELCO FLEET TRUST
10200 GRAN CENTRAL AVENUE
SUITE 400
OWINGS MILLS MD 21117

LEASED EQUIPMENT

**Describe the lien**

**Secured creditor's email address**

UCC LIEN # 20254987209

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

7/10/2025

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes _Fill out Schedule H: Codebtors (Official Form 206H)_

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent

■ Unliquidated

■ Disputed

Debtor **Freedom Forever LLC** _____   Case number (if known) **26-10522** _____
　　　　Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.6** | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $55,791,027.00 | UNDETERMINED

SOLAREDGE TECHNOLOGIES, INC.
700 E TASMAN DRIVE
MILPITAS CA 95035

SUBSTANTIALLY ALL ASSETS

**Secured creditor's email address**

**Describe the lien**

FIRST LIEN CREDIT LINE

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

2/1/2024

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $55,967,554.00 | UNDETERMINED

SOLAREDGE TECHNOLOGIES, INC.
700 E TASMAN DRIVE
MILPITAS CA 95035

SUBSTANTIALLY ALL ASSETS

**Secured creditor's email address**

**Describe the lien**

PRODUCTS DEBT CREDIT LINE

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

12/11/2025

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor  **Freedom Forever LLC**                                    Case number (if known) **26-10522**
        Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.8 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

SOLIGENT DISTRIBUTION LLC
PO BOX 398012
SAN FRANCISCO CA 94139

COLLATERAL PURSUANT TO UCC LIEN #73291880002 BUT SUBORDINATED IN ALL RESPECTS TO SOLAREDGE'S LIEN POSITIION IN THE SAME COLLATERAL

**Secured creditor's email address**

**Describe the lien**

UCC LIEN #73291880002 SUPERSEDE AND LIEN SUBORDINATION AGREEMENT

**Date debt was incurred**

**Is the creditor an insider or related party?**

1/26/23

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

1) SOLAR EDGE TECHNOLOGIES (2) SOLIGENT DISTRIBUTION, LLC

| 2.9 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | $22,089,231.00 | UNDETERMINED |
|---|---|---|---|---|

TESLA, INC.
3500 DEER CREEK ROAD
PALO ALTO CA 94304

FIRST LIEN ON ALL TESLA-SUPPLIED INVENTORY, EQUIPMENT AND RELATED GOODS. A 2ND-PRIORITY LIEN ON SPECIFIC A/R, THE PAYMENT STREAMS TIED TO POWERWALL SALES AND CERTAIN SOLAR INSTALLATION PROJECTS.

**Secured creditor's email address**

**Describe the lien**

**Date debt was incurred**

LINE OF CREDIT

4/29/2020

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Freedom Forever LLC**

Name                                    Case number (if known) **26-10522**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.10 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

UNIRAC, INC.
1411 BROADWAY BLVD NE
ALBUQUERQUE NM 87102-1545

ALL SOLAR PV RACKING SYSTEMS

**Secured creditor's email address**

**Describe the lien**

UCC LIEN # 20261357579

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

2/19/2026

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

| 2.11 | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

WINTRUST EQUIPMENT FINANCE, A DIVISION OF WINTRUST ASSET FINANCE INC.
9700 W. HIGGINS ROAD
SUITE 1015
ROSEMONT IL 60018

LEASED EQUIPMENT PER THE MASTER LEASE AGREEMENT NO. 853316

**Describe the lien**

UCC LIEN # 20260414215

**Secured creditor's email address**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**

1/15/2026

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**

☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Debtor   **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

 Name

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| **$136,247,812.00** |
|---|
| **PLUS UNDETERMINED AMOUNTS** |

---

**Part 2:**     **List Others to Be Notified for a Debt Already Listed in Part 1**

---

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   **Freedom Forever LLC**

United States Bankruptcy Court for the:   **District of Delaware**

Case number (if known)   **26-10522**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,038.47 | $4,038.47 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** 3/30/26-4/14/26 | **Basis for the claim:** WAGES | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 4** | ☐ No ☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,918.44 | $1,056.06 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCRUED PTO | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim: 4** | ☐ No ☐ Yes | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.3** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,434.50 | $1,330.27 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
ACCRUED PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.4** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,769.24 | $2,769.24 |

**Date or dates debt was incurred**
3/30/26-4/14/26

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $6,153.85 | $6,153.85 |

**Date or dates debt was incurred**
3/30/26-4/14/26

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,873.08 | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 4**

**Basis for the claim:**
ACCRUED PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor  **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.7 | **Priority creditor's name and mailing address** | $1,287.92 | $1,287.92 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.8 | **Priority creditor's name and mailing address** | $3,360.00 | $245.20 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.9 | **Priority creditor's name and mailing address** | $1,849.69 | $1,352.83 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| 2.10 | **Priority creditor's name and mailing address** | $2,707.70 | $2,707.70 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.11** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,704.00     $2,704.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.12** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$3,897.10     $1,337.40

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.13** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,723.04     $2,723.04

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.14** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$296.70     $296.70

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

Debtor    **Freedom Forever LLC**                                                          Case number (if known)    **26-10522**

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.15 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,577.00 | $5,577.00 |

**Priority creditor's name and mailing address** — 2.15

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | $5,577.00 | $5,577.00 |

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.16 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $9,975.04 | $0.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.17 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $21,538.46 | $2,393.63 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.18 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $3,035.39 | $1,537.31 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor    **Freedom Forever LLC**

Name                                                     Case number (if known)    **26-10522**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| | | $3,076.93 | $3,076.93 |

**2.19**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| | | $510.41 | $510.41 |
|---|---|---|---|

**2.20**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| | | $5,091.54 | $1,214.86 |
|---|---|---|---|

**2.21**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| | | $7,011.00 | $7,011.00 |
|---|---|---|---|

**2.22**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.23** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $3,101.27     Priority amount: $3,101.27

---

**2.24** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $1,543.50     Priority amount: $737.25

---

**2.25** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $3,836.59     Priority amount: $3,836.59

---

**2.26** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PTO

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $972.09     Priority amount: $58.03

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.27 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$385.71        $0.00

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.28 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$4,846.67        $4,846.67

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.29 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$11,538.47        $11,538.47

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.30 **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$5,657.45        $0.00

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor   **Freedom Forever LLC**_____   Case number (if known)   **26-10522**_____

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.31 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,800.00 | $2,800.00 |

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

| 2.32 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,562.43 | $0.00 |

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

| 2.33 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,654.43 | $770.82 |

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

| 2.34 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,704.00 | $2,704.00 |

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

Debtor   **Freedom Forever LLC**                                                    Case number (if known)   **26-10522**

Name

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.35 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,923.27 | $6,923.27 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** 3/30/26-4/14/26 | **Basis for the claim:** WAGES | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No ☐ Yes | | |
| 2.36 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,177.42 | $0.00 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCRUED PTO | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No ☐ Yes | | |
| 2.37 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,119.63 | $2,119.63 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** 3/30/26-4/14/26 | **Basis for the claim:** WAGES | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No ☐ Yes | | |
| 2.38 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $364.98 | $0.00 |
| | NAME ON FILE ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCRUED PTO | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 4 | ☐ No ☐ Yes | | |

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.39**   **Priority creditor's name and mailing address**

CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT
PO BOX 826880
SACRAMENTO CA 94280

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $295,791.00     Priority amount: $295,791.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No

☐ Yes

---

**2.40**   **Priority creditor's name and mailing address**

CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT
PO BOX 989071
WEST SACRAMENTO CA 95798-9071

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $5,661.00     Priority amount: $5,661.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 8**

☐ No

☐ Yes

---

**2.41**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $691.60     Priority amount: $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No

☐ Yes

---

**2.42**   **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: $4,160.00     Priority amount: $4,160.00

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim: 4**

☐ No

☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.43** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$6,461.54          $6,461.54

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.44** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$19,923.10          $5,219.72

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.45** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$179.31          $179.31

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.46** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$669.18          $669.18

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.47** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$35,000.00          $35,000.00

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN ST.
DENVER CO 80261

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.48** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,235.00          $2,235.00

CONNECTICUT STATE DEPARMENT OF
REVENUE SERVICES
PO BOX 5088
HARTFORD CT 06102-5088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.49** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$3,741.01          $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.50** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$4,615.39          $4,615.39

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor   **Freedom Forever LLC** _____   Case number (if known)   **26-10522** _____
          Name

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.51**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$5,192.36    $5,192.36

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 4

☐ No
☐ Yes

---

**2.52**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$12,501.14    $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 4

☐ No
☐ Yes

---

**2.53**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$1,064.45    $1,064.45

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 4

☐ No
☐ Yes

---

**2.54**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$309.10    $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.55** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $4,206.59   **Priority amount:** $4,206.59

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.56** **Priority creditor's name and mailing address**

DELAWARE DEPARTMENT OF LABOR
425 N. MARKET STREET
WILMINGTON DE 19802

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $777.00   **Priority amount:** $777.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.57** **Priority creditor's name and mailing address**

DELAWARE DIVISION OF REVENUE
PO BOX 830
WILMINGTON DE 19899

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $5,463.00   **Priority amount:** $5,463.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.58** **Priority creditor's name and mailing address**

DELAWARE DIVISION OF UNEMPLOYMENT INSURANCE
425 N. MARKET STREET
WILMINGTON DE 19802

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim:** $42.00   **Priority amount:** $42.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.59** **Priority creditor's name and mailing address**

DEPARTMENT OF LABOR AND INDUSTRY
1700 LABOR & INDUSTRY BUILDING
HARRISBURG PA 17120

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,703.00          $5,703.00

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PAYROLL TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.60** **Priority creditor's name and mailing address**

DEPARTMENT OF REVENUE SERVICES
PO BOX 5019
HARTFORD CT 06102-5019

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

$22,000.00          $22,000.00

| **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TAX LIABILITY |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.61** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00          $90.00

| **Date or dates debt was incurred** 3/30/26-4/14/26 | **Basis for the claim:** WAGES |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.62** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,704.00          $2,704.00

| **Date or dates debt was incurred** 3/30/26-4/14/26 | **Basis for the claim:** WAGES |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC**
_____ Case number (if known) **26-10522** _____
Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.63** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $6,844.27   Priority amount: $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED PTO |

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.64** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $4,807.70   Priority amount: $4,807.70

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| 3/30/26-4/14/26 | WAGES |

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.65** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $9,645.45   Priority amount: $959.74

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED PTO |

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.66** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $2,625.00   Priority amount: $2,625.00

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| 3/30/26-4/14/26 | WAGES |

**Last 4 digits of account number**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.67** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$12,793.50**  Priority amount: **$0.00**

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED PTO |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.68** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$843.26**  Priority amount: **$493.46**

| **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED PTO |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.69** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,183.87**  Priority amount: **$2,183.87**

| **Date or dates debt was incurred**<br>3/30/26-4/14/26 | **Basis for the claim:**<br>WAGES |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.70** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$3,428.31**  Priority amount: **$3,428.31**

| **Date or dates debt was incurred**<br>3/30/26-4/14/26 | **Basis for the claim:**<br>WAGES |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| --- | --- | --- | --- |
| | Name | | |

| | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.71** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $3,656.70   Priority amount $479.10

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.72** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $12,692.31   Priority amount $12,692.31

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.73** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $50,769.27   Priority amount $6,573.07

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.74** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $100,000.00   Priority amount $100,000.00

ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19053
SPRINGFIELD IL 62794-9053

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Total claim | Priority amount |
|---|---|---|

**2.75** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $2,274,610.00 | $2,274,610.00 |

INTERNAL REVENUE SERVICE
P.O. BOX 932100
LOUISVILLE KY 40293-2100

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.76** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $1,395.00 | $1,395.00 |

IOWA DEPARTMENT OF REVENUE
PO BOX 10411
DES MOINES IA 50306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.77** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $416.00 | $416.00 |

IOWA WORKFORCE DEVELOPMENT
1000 E. GRAND AVENUE
DES MOINES IA 50319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.78** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $842.98 | $842.98 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.79** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.

Total claim $67.47  Priority amount $67.47

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

**2.80** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.

Total claim $446.61  Priority amount $446.61

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

**2.81** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.

Total claim $3,769.24  Priority amount $3,769.24

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

**2.82** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply.

Total claim $3,511.93  Priority amount $768.85

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.83**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $14,615.38   Priority amount: $14,615.38

**Date or dates debt was incurred**
03/10/2026

**Basis for the claim:**
SEVERANCE

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.84**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $8,662.52   Priority amount: $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.85**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $807.69   Priority amount: $807.69

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.86**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $3,076.93   Priority amount: $3,076.93

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.87** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$1,612.70 | $306.54

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.88** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,810.26 | $669.17

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.89** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,704.00 | $2,704.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.90** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$3,080.00 | $3,080.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Freedom Forever LLC**                                    Case number (if known)  **26-10522**
       Name

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.91**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$6,680.52**  Priority amount: **$1,136.52**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.92**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$2,419.89**  Priority amount: **$2,419.89**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.93**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$752.76**  Priority amount: **$397.71**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.94**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$4,707.71**  Priority amount: **$4,707.71**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.95** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$9,086.62**   Priority amount: **$571.67**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.96** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$13,402.65**   Priority amount: **$0.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.97** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$6,230.77**   Priority amount: **$6,230.77**

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.98** | **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$945.00**   Priority amount: **$945.00**

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.99**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $1,125.00     Priority amount $573.32

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.100**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $5,769.28     Priority amount $5,769.28

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.101**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $3,653.85     Priority amount $3,653.85

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.102**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim $4,378.68     Priority amount $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
          Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.103** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,076.46 | $38.01 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.104** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,227.96 | $3,227.96 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.105** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,615.39 | $4,615.39 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.106** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,393.85 | $2,767.50 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 27 of 285

Debtor **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**
Name

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.107 | **Priority creditor's name and mailing address** | $315.00 | $315.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.108 **Priority creditor's name and mailing address**

Total claim $738.11 — Priority amount $738.11

**As of the petition filing date, the claim is:**
Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.109 **Priority creditor's name and mailing address**

Total claim $728.57 — Priority amount $728.57

**As of the petition filing date, the claim is:**
Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.110 **Priority creditor's name and mailing address**

Total claim $1,949.23 — Priority amount $1,949.23

**As of the petition filing date, the claim is:**
Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.111**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$126.96**     Priority amount: **$0.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.112**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$5,927.12**     Priority amount: **$3,992.62**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.113**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$7,115.39**     Priority amount: **$7,115.39**

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.114**  **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$2,978.99**     Priority amount: **$2,978.99**

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | | | |
| | Name | Case number (if known) | **26-10522** | |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.115** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$9,818.00      $9,818.00

KENTUCKY DEPARTMENT OF REVENUE
501 HIGH STREET
FRANKFORT KY 40601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.116** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$756.00      $756.00

KENTUCKY OFFICE ON UNEMPLOYMENT
INSURANCE
500 MERO STREET
FRANKFORT KY 40601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.117** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$321.00      $321.00

KEYSTONE COLLECTIONS GROUP (MCKEAN
COUNTY EIT)
546 WENDEL ROAD
IRWIN PA 15642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.118** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,622.62      $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** | |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.119**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,711.16        $2,711.16

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.120**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,230.77        $4,230.77

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.121**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,868.09        $1,511.40

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.122**

**Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,241.80        $352.52

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|

**2.123** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,246.16    **Priority amount** $4,246.16

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.124** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,615.39    **Priority amount** $4,615.39

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.125** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $6,785.77    **Priority amount** $2,767.50

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.126** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,153.85    **Priority amount** $4,153.85

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | Total claim | Priority amount |
|---|---|---|

**2.127** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $6,137.31   Priority amount: $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.128** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $6,482.00   Priority amount: $6,482.00

LOUISIANA DEPARTMENT OF REVENUE
617 N. THIRD STREET
BATON ROUGE LA 70802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.129** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $371.00   Priority amount: $371.00

LOUISIANA WORKFORCE COMISSION
1001 N. 23RD STREET
BATON ROUGE LA 70802

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.130** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $521.42   Priority amount: $521.42

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.131**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$1,949.59          $1,949.59

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.132**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$856.90          $601.70

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.133**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$3,660.67          $1,391.13

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.134**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

$3,426.86          $3,426.86

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| | Name | | |

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.135** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $1,219.50    Priority amount: $138.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.136** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $3,846.16    Priority amount: $3,846.16

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.137** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $1,848.56    Priority amount: $767.79

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

**2.138** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $618.57    Priority amount: $618.57

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**
_____

    Name

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.139**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

    Total claim $27,388.03    Priority amount $1,312.79

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.140**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

    Total claim $7,115.39    Priority amount $7,115.39

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.141**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

    Total claim $4,519.24    Priority amount $4,519.24

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.142**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

    Total claim $11,035.42    Priority amount $1,354.08

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.143** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $3,077.27   Priority amount: $3,077.27

---

**2.144** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $6,260.02   Priority amount: $0.00

---

**2.145** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
WAGES

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $5,429.56   Priority amount: $5,429.56

---

**2.146** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 4

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PTO

**Is the claim subject to offset?**

☐ No
☐ Yes

Total claim: $1,471.60   Priority amount: $269.10

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.147** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $67.84 | $67.84

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.148** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,067.76 | $2,067.76

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.149** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,199.88 | $647.19

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.150** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $805.95 | $805.95

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.151** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $9,370.21    **Priority amount** $959.74

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.152** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,769.24    **Priority amount** $5,769.24

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.153** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,730.77    **Priority amount** $3,730.77

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.154** **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $4,481.59    **Priority amount** $1,678.38

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Total claim | Priority amount |
|---|---|---|

**2.155** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $2,530.39 | $2,530.39 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.156** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $688.60 | $262.90 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.157** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $397.00 | $397.00 |

MINNESOTA DEPARTMENT OF EMPLOYMENT
AND ECONOMIC DEVELOPMENT
PO BOX 64621
ST. PAUL MN 55164-0621

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.158** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | Total claim | Priority amount |
|---|---|---|
| | $8,944.00 | $8,944.00 |

MINNESOTA DEPARTMENT OF REVENUE
P.O. BOX 64439
ST. PAUL MN 55164-0439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

Debtor  **Freedom Forever LLC** _____  Case number (if known)  **26-10522** _____

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.159**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $11,780.00     Priority amount: $11,780.00

MISSOURI DEPARTMENT OF REVENUE
PO BOX 3375
JEFFERSON CITY MO 65105-3375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.160**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $830.00     Priority amount: $830.00

MISSOURI DIVISION OF EMPLOYMENT SECURITY
PO BOX 888
JEFFERSON CITY MO 65102-0888

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.161**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $4,807.70     Priority amount: $4,807.70

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.162**  **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $3,652.65     Priority amount: $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.163** | **Priority creditor's name and mailing address**

MONTANA DEPARTMENT OF LABOR &
INDUSTRY
PO BOX 6339
HELENA MT 59604

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: **$326.00**   Priority amount: **$326.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 8

☐ No

☐ Yes

---

**2.164** | **Priority creditor's name and mailing address**

MONTANA DEPARTMENT OF REVENUE
PO BOX 5835
HELENA MT 59604

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: **$707.00**   Priority amount: **$707.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 8

☐ No

☐ Yes

---

**2.165** | **Priority creditor's name and mailing address**

NEW YORK STATE DEPARTMENT OF LABOR
P.O. BOX 4303
BINGHAMTON NY 13902

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: **$130.00**   Priority amount: **$130.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 8

☐ No

☐ Yes

---

**2.166** | **Priority creditor's name and mailing address**

NEY YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
P.O. BOX 4127
BINGHAMTON NY 13902

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Total claim: **$113.00**   Priority amount: **$113.00**

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY
unsecured claim:** 8

☐ No

☐ Yes

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____
Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.167**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$8,091.35**   Priority amount: **$436.69**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.168**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$3,173.08**   Priority amount: **$3,173.08**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.169**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$5,576.93**   Priority amount: **$5,576.93**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.170**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: **$4,379.99**   Priority amount: **$3,344.07**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.171** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** $5,000.00   **Priority amount:** $5,000.00

OKLAHOMA TAX COMMISSION
PO BOX 26890
OKLAHOMA CITY OK 73126-0890

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.172** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** $840.42   **Priority amount:** $840.42

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.173** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** $53,854.00   **Priority amount:** $53,854.00

PENNSYLVANIA DEPARTMENT OF REVENUE
PO BOX 280904
HARRISBURG PA 17128-0904

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.174** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

**Total claim:** $6,435.59   **Priority amount:** $1,728.61

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor   **Freedom Forever LLC**
Name                                         Case number (if known)   **26-10522**

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.175**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$5,769.39   $5,769.39

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.176**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$3,076.93   $3,076.93

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.177**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$2,800.00   $2,800.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.178**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$4,089.75   $1,539.65

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.179** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $3,383.78    Priority amount: $3,383.78

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.180** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $1,764.60    Priority amount: $479.10

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.181** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $1,477.68    Priority amount: $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.182** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim: $2,799.49    Priority amount: $2,799.49

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor    **Freedom Forever LLC** _____  Case number (if known) **26-10522** _____
       Name

| | | Total claim | Priority amount |
|---|---|---|---|

**2.183**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

     **Total claim** $2,704.00    **Priority amount** $2,704.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.184**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

     **Total claim** $1,160.64    **Priority amount** $943.02

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.185**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

     **Total claim** $264.74    **Priority amount** $264.74

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.186**    **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

     **Total claim** $26,678.01    **Priority amount** $5,111.55

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

Debtor    **Freedom Forever LLC**                                                    Case number (if known)    **26-10522**
          Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.187**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.                                              $8,692.31    $8,692.31

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
3/30/26-4/14/26                                    WAGES

**Last 4 digits of account number**               **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 4                             ☐ Yes

---

**2.188**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.                                              $4,615.39    $4,615.39

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
3/30/26-4/14/26                                    WAGES

**Last 4 digits of account number**               **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 4                             ☐ Yes

---

**2.189**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.                                              $6,827.32    $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
VARIOUS                                            ACCRUED PTO

**Last 4 digits of account number**               **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 4                             ☐ Yes

---

**2.190**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.                                              $937.60    $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**                **Basis for the claim:**
VARIOUS                                            ACCRUED PTO

**Last 4 digits of account number**               **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**           ☐ No
**unsecured claim:** 4                             ☐ Yes

---

Debtor  **Freedom Forever LLC**

Name    Case number (if known)  **26-10522**

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

**2.191** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $5,384.64    Priority amount: $5,384.64

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.192** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $2,885.00    Priority amount: $2,885.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.193** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $468.30    Priority amount: $0.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.194** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

Total claim: $4,707.70    Priority amount: $4,707.70

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

Debtor  **Freedom Forever LLC**
         _____     Case number (if known)  **26-10522**
         Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.195**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim $5,876.31    Priority amount $2,276.03

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

**2.196**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim $365.00    Priority amount $365.00

SOUTH DAKOTA DEPARTMENT OF LABOR &
REGULATION
PO BOX 4730
ABERDEEN SD 57402-4730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.197**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim $174.00    Priority amount $174.00

SOUTH DAKOTA DEPARTMENT OF LABOR AND
REGULATION
PO BOX 4730
ABERDEEN SD 57402-4730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

☐ No
☐ Yes

---

**2.198**  **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:
Check all that apply.

Total claim $374.75    Priority amount $374.75

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 4**

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

2.199 **Priority creditor's name and mailing address**

STATE OF NEW JERSEY - CBT
PO BOX 642
TRENTON NJ 08646-0642

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $44,000.00 | $44,000.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

2.200 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $7,632.90 | $465.56 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.201 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $4,673.08 | $4,673.08 |

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

2.202 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Total claim | Priority amount |
|---|---|
| $2,884.66 | $2,884.66 |

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

Debtor  **Freedom Forever LLC**
        Name                                              Case number (if known)  **26-10522**

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.203 | **Priority creditor's name and mailing address** | $1,996.16 | $0.00 |

**As of the petition filing date, the claim is:** Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| 2.204 | **Priority creditor's name and mailing address** | $417.64 | $417.64 |
|---|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| 2.205 | **Priority creditor's name and mailing address** | $184.00 | $184.00 |
|---|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply.

TENNESSEE DEPARTMENT OF LABOR AND
WORKFORCE DEVELOPMENT
220 FRENCH LANDING DRIVE
NASHVILLE TN 37243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

| 2.206 | **Priority creditor's name and mailing address** | $431.94 | $431.94 |
|---|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply.

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.207** | **Priority creditor's name and mailing address**

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | | $28.00 | $28.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

TEXAS WORKFORCE COMMISSION
101 E 15TH STREET
AUSTIN TX 78778

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No

☐ Yes

---

**2.208** | **Priority creditor's name and mailing address**

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $187.00 | $187.00 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.209** | **Priority creditor's name and mailing address**

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $3,275.83 | $3,275.83 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

**2.210** | **Priority creditor's name and mailing address**

| | **Total claim** | **Priority amount** |
|---|---|---|
| | $608.16 | $61.95 |

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** | |
|---|---|---|---|---|---|
| | Name | | | | |

|  | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.211 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $5,318.75          **Priority amount** $0.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

2.212 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $3,023.09          **Priority amount** $3,023.09

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

2.213 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $2,776.56          **Priority amount** $2,776.56

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

2.214 **Priority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Total claim** $1,738.76          **Priority amount** $375.29

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

|  |  | Total claim | Priority amount |
|---|---|---|---|

2.215   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | |
|---|---|
| $2,711.49 | $468.87 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

2.216   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | |
|---|---|
| $4,456.51 | $4,456.51 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

2.217   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | |
|---|---|
| $2,486.57 | $2,486.57 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

2.218   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | |
|---|---|
| $966.17 | $438.90 |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No

☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|

Debtor **Freedom Forever LLC**  _____  Case number (if known) **26-10522**  _____

Name

---

**2.219**

| | | Total claim | Priority amount |
|---|---|---|---|

**Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$123.00    $123.00

VERMONT DEPARTMENT OF LABOR
PO BOX 488
MONTPELIER VT 05601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.220**

**Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$4,844.00    $4,844.00

VERMONT DEPARTMENT OF TAXES
PO BOX 1779
MONTPELIER VT 5601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.221**

**Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$23,281.00    $23,281.00

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8902
MADISON WI 53708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.222**

**Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

$3,137.00    $3,137.00

WISCONSIN DEPARTMENT OF WORKFORCE
DEVELOPMENT
P.O. BOX 7946
MADISON WI 53708

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.223** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | | $218.00 | $218.00 |
| --- | --- | --- | --- | --- |

YORK ADAMS TAX BUREAU
1405 N. DUKE STREET
PO BOX 15627
YORK PA 17405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PAYROLL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

☐ No
☐ Yes

---

**2.224** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | | $3,269.24 | $3,269.24 |
| --- | --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
3/30/26-4/14/26

**Basis for the claim:**
WAGES

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**2.225** **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
Check all that apply.

| | | | $6,789.39 | $904.76 |
| --- | --- | --- | --- | --- |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED PTO

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 4

☐ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Debtor **Freedom Forever LLC**
_____ Case number (if known) **26-10522** _____
Name

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$22,622.09**

- [ ] Contingent
A-1 ALL AMERICAN ROOFING WLA INC - [ ] Unliquidated
15322 VERMONT AVE - [ ] Disputed
PARAMOUNT CA 90723

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** [ ] No [ ] Yes

---

3.2 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$54,400.00**

- [ ] Contingent
A1 ELECTRICAL INC - [ ] Unliquidated
221 LATHROP WAY SUITE M - [ ] Disputed
SACRAMENTO CA 95815

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** [ ] No [ ] Yes

---

3.3 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00**

- [ ] Contingent
NAME ON FILE - [ ] Unliquidated
ADDRESS ON FILE - [ ] Disputed

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** [ ] No [ ] Yes

---

3.4 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,000.00**

- [ ] Contingent
NAME ON FILE - [ ] Unliquidated
ADDRESS ON FILE - [ ] Disputed

**Date(s) debt was incurred** 03/03/2026 | **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** [ ] No [ ] Yes

---

3.5 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$323.00**

- [ ] Contingent
NAME ON FILE - [ ] Unliquidated
ADDRESS ON FILE - [ ] Disputed

**Date(s) debt was incurred** 03/03/2026 | **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** [ ] No [ ] Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____

Name

| | Amount of claim |
|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,175.17** |

ABC SUPPLY CO.
ONE ABC PKWY
BELOIT WI 53511-4466

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$495.00** |

ABM BUILDING SERVICES LLC
PO BOX 52609
LOS ANGELES CA 90074-2609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,650.00** |

ABOVE ALL CONSTRUCTION INC
1643 ELLIOTT DRIVE
RIVERSIDE CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor  **Freedom Forever LLC**

Name

Case number (if known)  **26-10522**

| | Amount of claim |
|---|---|

**3.11 Nonpriority creditor's name and mailing address**

ABOVEBOARD CONTRACTING, LLC
C/O SAVAGE LAW PARTNERS LLP
ATTN: DAVID M. CAMPBELL
564 SOUTH WATER STREET
PROVIDENCE RI 02903

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.12 Nonpriority creditor's name and mailing address**

ACME ROOFING SERVICES INC.
155 MAST ST 113
MORGAN HILL CA 95037

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,218.21**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.13 Nonpriority creditor's name and mailing address**

ACTIVATION DEPT. LLC
232 HAREWOOD PL
FUQUAY VARINA NC 27526

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**

ACTIVEPROSPECT, INC.
PO BOX 735932
DALLAS TX 75373-5932

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,195.10**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.15 Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

|  | **Amount of claim** |
|---|---|

**3.16** **Nonpriority creditor's name and mailing address**

ADAMS LANDSCAPING INC.
26050 HOOVER STREET
MURRIETA CA 92562

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$7,120.00**

---

**3.17** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$100.00**

---

**3.18** **Nonpriority creditor's name and mailing address**

ADP INC
PO BOX 830272
PHILADELPHIA PA 19182-0272

**Date(s) debt was incurred** 03/10/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$37,224.11**

---

**3.19** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$500.00**

---

**3.20** **Nonpriority creditor's name and mailing address**

AIRNPOWER
AIRNPOWER
5253 EVERINGTON ST
COMMERCE CA 90040

**Date(s) debt was incurred** 03/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.21** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 05/08/2020

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$135.00**

---

**3.22** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$833.90**

---

**3.23** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.24** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$450.00**

---

**3.25** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | | **Amount of claim** |

**3.26** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$500.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**LITIGATION

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$500.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$315.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$270.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/9-2/15/25    **Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**_____  Case number (if known)   **26-10522**_____
Name

| | Amount of claim |
|---|---|

3.31 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 9/21-9/26/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$100.00**

---

3.32 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/10/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$90.00**

---

3.33 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 9/19-9/20/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$37.00**

---

3.34 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$100.00**

---

3.35 **Nonpriority creditor's name and mailing address**

ALPROP-I, LLC
C/O LAW OFFICE OF ANDREW W. ROSIN, P.A.
ATTN: ANDREW W. ROSIN
1966 HILLVIEW STREET
SARATOSA FL 34239

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?**  ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ALTA MEDIA GROUP LLC
990 SILVER OAK PL.
CHULA VISTA CA 91914

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 03/17/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$163,943.02**

AMAZON WEB SERVICES
PO BOX 84023
SEATTLE WA 98124-8423

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

AMEREN ILLINOIS
PO BOX 88034
CHICAGO IL 60680-1034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,081.52**

AMERICAN ELECTRIC POWER
PO BOX 371883
PITTSBURGH PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Freedom Forever LLC**  Case number (if known) **26-10522**

Name

|  | | Amount of claim |
|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$541,454.00** |

☐ Contingent

AMERICAN EXPRESS

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** CREDIT CARD BALANCES FROM BUSINESS EXPENSES

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No  ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,203.56** |

☐ Contingent

AMERICAN MOBILE FLEET SERVICES
6800 EAST 163RD ST
BELTON MO 64012

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No  ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

☑ Contingent

AMERICAN SOLAR COMPANY, LLC
4610 JARDINE ROAD
PASA ROBLES CA 93446

☑ Unliquidated

☑ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No  ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,390.67** |

☐ Contingent

AMERIFLEET TRANSPORTATION, INC.
PO BOX 734868
CHICAGO IL 60673-4868

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 01/31/2020        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No  ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$13,427.14** |

☐ Contingent

AMERIGAS
DEPT CH - PO BOX 10525
PALATINE IL 60055-0525

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**         **Is the claim subject to offset?**   ☐ No  ☐ Yes

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| | Amount of claim |
|---|---|

**3.46** **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply

**$625.00**

☐ Contingent
AMERIGE HEIGHTS COMMUNITY ASSOCIATON
2051 HUGHES DR   ☐ Unliquidated
FULLERTON CA 92833   ☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.47** **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

■ Contingent
NAME ON FILE
ADDRESS ON FILE   ■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:**LITIGATION

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.48** **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

■ Contingent
AMPENERGY INC.
15834 CORTLAND AVENUE   ■ Unliquidated
CHINO CA 91708   ■ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

■ Contingent
AMPLIFI ENERGY
1060 S MAINT ST SUITE 3   ■ Unliquidated
ST. GEORGE UT 84770   ■ Disputed

**Date(s) debt was incurred** 11/06/2020   **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply

**$500.00**

☐ Contingent
NAME ON FILE
ADDRESS ON FILE   ☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/08/2020   **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,250.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,000.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$45.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.56** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 06/09/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$480.00**

**3.57** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$100.00**

**3.58** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$325.00**

**3.59** **Nonpriority creditor's name and mailing address**

ANNE ANANDEL COUNTY
2664 RIVA ROAD
ANNAPOLIS MD 21401

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$85.00**

**3.60** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** SETTLEMENT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$5,000.00**

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | | | Amount of claim |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**   ☐ No  ☐ Yes | |
| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00** |
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>04/10/2026</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**   ☐ No  ☐ Yes | |
| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,000.00** |
| | NAME ON FILE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>03/03/2026</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**   ☐ No  ☐ Yes | |
| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$617.66** |
| | APPLE INC.<br>P.O. BOX 846095<br>DALLAS TX 75284-6095 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**   ☐ No  ☐ Yes | |
| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,280.00** |
| | APR ROOFING<br>DBA APR ROOFING<br>41542 VENTANA DR<br>PALMDALE CA 93551 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** <u>04/08/2026</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?**   ☐ No  ☐ Yes | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

3.66 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$540.32**

---

3.67 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>03/17/2026</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$750.00**

---

3.68 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

3.69 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

3.70 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**

_____   Case number (if known)   **26-10522**   _____

   Name

| | | **Amount of claim** |
|---|---|---|

**3.71** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$100.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.72** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$100.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/17/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$15,156.38

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$217.04

ASHLAND BOROUGH
401 SOUTH 18TH STREET
ASHLAND PA 17921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/14/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.76** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.77** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,760.00**

---

**3.78** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.79** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.80** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/13/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$225.00**

---

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 73 of 285

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.81**

**Nonpriority creditor's name and mailing address**

AT&T
PO BOX 5019
CAROL STREAM IL 60197-5019

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$7,701.71**

---

**3.82**

**Nonpriority creditor's name and mailing address**

AT&T MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$23,735.26**

---

**3.83**

**Nonpriority creditor's name and mailing address**

ATLAS HOME SECURITY
DAN FERRELL
200 E SANDPOINTE AVE #520
SANTA ANA CA 92707

**Date(s) debt was incurred** 03/01/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$6,639.90**

---

**3.84**

**Nonpriority creditor's name and mailing address**

ATTEND SOLARCON LLC
C/O LAW OFFICES OF JON DODART
PO BOX 910495
ST. GEORGE UT 84790

**Date(s) debt was incurred** 04/19/2018

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$25,000.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**

ATWORK FRANCHISE INC
DBA: ATWORK PERSONNEL SERVICES
PO BOX 202992
DALLAS TX 75320-2992

**Date(s) debt was incurred** 11/14/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$45,339.29**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.86** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$750.00**

---

**3.87** **Nonpriority creditor's name and mailing address**

AURORA SOLAR INC.
PO BOX 102896
PASADENA CA 91189-2896

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$7,094,935.70**

---

**3.88** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$450.00**

---

**3.89** **Nonpriority creditor's name and mailing address**

AVELINA HOA
5 PETERS CANYON RD SUITE 200
IRVINE CA 92606

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$200.00**

---

**3.90** **Nonpriority creditor's name and mailing address**

AWEBB LLC
16250 HOMECOMING DR. UNITE 1459
CHINO CA 91708

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | **Amount of claim** |
|---|---|

**3.91** **Nonpriority creditor's name and mailing address**

B&F CONSTRUCTION CODE SERVICES
2420 VANTAGE DRIVE
ELGIN IL 60124

**Date(s) debt was incurred** 04/03/2020

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,350.00**

---

**3.92** **Nonpriority creditor's name and mailing address**

BAJA ROOFING & COATINGS
601 RAY ST.
ESCONDIDO CA 92026

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$6,400.00**

---

**3.93** **Nonpriority creditor's name and mailing address**

BAKER RANCH COMMUNITY ASSOCIATION
25531 COMMERCENTRE DR
STE 100
LAKE FOREST CA 92630

**Date(s) debt was incurred** 12/16/2020

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$100.00**

---

**3.94** **Nonpriority creditor's name and mailing address**

BALTIMORE COUNTY
417 EAST FAYETTE STREET ROOM 100
BALTIMORE MD 21202

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$79.00**

---

**3.95** **Nonpriority creditor's name and mailing address**

BANK OF AMERICA
100 NORTH TRYON STREET
CHARLOTTE NC 28255

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CREDIT CARD BALANCES FROM BUSINESS EXPENSES

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$370,097.00**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
      Name

|  | | Amount of claim |
|---|---|---|

3.96 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?    ☐ No   ☐ Yes

---

3.97 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?    ☐ No   ☐ Yes

---

3.98 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$75.00**

BARTON WOODS RAI
9472 KOCHVILLE RD
FREELAND MI 48623

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/09/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?    ☐ No   ☐ Yes

---

3.99 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

BASIC NRG LLC
1836 W. DRIFTWOOD VIEW DRIVE
LEHI UT 84043

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?    ☐ No   ☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

BAXTER, BAILEY, & ASSOCIATES, INC.
C/O DAVIDSON LAW FIRM
ATTN: EDGAR DAVISON
6000 POPLAR AVE., SUITE 250
MEMPHIS TN 38119

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset?    ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
Name

| | | **Amount of claim** |
|---|---|---|

3.101 **Nonpriority creditor's name and mailing address**

BAY PRINT SOLUTIONS, INC
380 10TH STREET
UNIT C
SAN FRANCISCO CA 94103

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,374.51**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.102 **Nonpriority creditor's name and mailing address**

BEAR BRAND AT LAGUNA NIGUEL COMMUNITY ASSOCIATION
15661 RED HILL AVE
SUITE 201
TUSTIN CA 92780

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.103 **Nonpriority creditor's name and mailing address**

BEAR BRAND RIDGE ASSOCIATION
5 PETERS CANYON RD
SUITE 200
IRVINE CA 92606

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$500.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.104 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.105 **Nonpriority creditor's name and mailing address**

BELMONT ESTATES COMMUNITY ASSOCIATION
2230 E IMPERIAL HWY
SUITE 225
EL SEGUNDO CA 90245

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$400.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.106** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,846.64**

---

**3.107** **Nonpriority creditor's name and mailing address**

BLACKHAWK HOA
201 SELAK STREET
PO BOX 68 BLACK HAWK CO 80422

**Date(s) debt was incurred** 03/23/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$50.00**

---

**3.108** **Nonpriority creditor's name and mailing address**

BLAZE RENEWABLES L.L.C.
10 SENTRY HILL
LAGUNA NIGUEL CA 92677

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.109** **Nonpriority creditor's name and mailing address**

BLOOMFIELD TOWNSHIP
4200 TELEGRAPH RD
BLOOMFIELD HILLS MI 48303

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$75.00**

---

**3.110** **Nonpriority creditor's name and mailing address**

BLUENERGY, LLC
C/O BERENSON LLP
ATTN: MICHELLE L. ABRUZZO
4495 MILITARY TRAIL, SUITE 203
JUPITER FL 33458

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

　　　　　Name

|  | Amount of claim |
|---|---|

**3.111** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$217.11**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.112** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$100.00**

BOLERO NEIGHBORHOOD HOA
26840 ALISO VIEJO PKWY SUITE 100
ALISO VIEJO CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.113** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$509.00**

BOROUGH OF BERLIN
135 ROUTE 73 SOUTH
WEST BERLIN NJ 08091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.114** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$169.50**

BOROUGH OF MOUNT JOY
21 E MAIN ST
MOUNT JOY PA 17552

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$261.54**

BOROUGH OF NARBERTH
100 CONWAY AVENUE
NARBERTH PA 19072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.116** **Nonpriority creditor's name and mailing address**

BOROUGH OF SHARPSVILLE
1 S. WALNUT ST.
SHARPSVILLE PA 16150

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$91.12**

---

**3.117** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.118** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$258.61**

---

**3.119** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.120** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/10/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$356.72**

---

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

3.121   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 3/26-4/11/26

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$228.00**

3.122   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$227.58**

3.123   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/14/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$912.66**

3.124   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/23/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$500.00**

3.125   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,000.00**

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

BRIGHTON COMMUNITY ASSOCIATION
500 S 4TH AVE
BRIGHTON CO 80601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**        ☐ No   ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | | **$2,622.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**        ☐ No   ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | | **$100.00**

BROOKFIELD ONTARIO RANCH
11860 PIERCE ST
SUITE 100
RIVERSIDE CA 92505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/13/2026        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**        ☐ No   ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | | **$25.00**

BROOKSHIRE CRYSTAL LAKES
2002 WEST GRAND PARKWAY NORTH
KATY TX 77449

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**        ☐ No   ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | | **$25.00**

BROOKSIDE MASTER ASSOCIATION
6243 BROOKSIDE ROAD
PEARLAND TX 77581

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**        ☐ No   ☐ Yes

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.131** 

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$471.08

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.132**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$225.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.133**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$6,434.50

BRYANT PARK CONSULTING INC
PO BOX 855676
MINNEAPOLIS MN 55485-5676

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/13-5/17/24

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.134**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

BSV ENTERPRISES
13210 PETUNIA WAY
SAN DIEGO CA 92130

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.135**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

BULLSEYE TELECOM INC
25925 TELEGRAPH ROAD
SUITE 210
SOUTHFIELD MI 48033

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 03/13/2020

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| | | Amount of claim |
|---|---|---|

Debtor   **Freedom Forever LLC**  Case number (if known)  **26-10522**

Name

**3.136** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$105.00**

BUREAU COUNTY
700 S MAIN ST
PRINCETON IL 61356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 02/25/2021

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.137** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

BUZZ ENTERPRISES LLC
831 CORONADO CENTER DR
#5105
HENDERSON NV 89052

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.138** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$101.80**

BVNA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/15/2021

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.139** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$281,655.00**

CAL SOURCE LOGISTICS INC.
626 DANUBE WAY
COSTA MESA CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.140** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$66,068.00**

CALI COAST ELECTRIC
27640 COMMERCE CENTER DRIVE
SUITE 102
TEMECULA CA 92590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____

  Name

|  | | Amount of claim |
|---|---|---|

**3.141** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED

CALIBER SOLAR LLC
DBA CALIBER SOLAR LLC
2601 N CANYON ROAD
PROVO UT 84604

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$45.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$93,324.97**

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DR
CHICAGO IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$73,636.43**

CANON PROPERTY HOLDINGS LLC
PO BOX 6636
PASADENA CA 91109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Freedom Forever LLC**      Case number (if known) **26-10522**

Name

| | | **Amount of claim** |
|---|---|---|

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,221.39**

CANON SOLUTIONS AMERICA
15004 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,234.08**

CANTEEN SAN DIEGO
DBA CANTEEN SAN DIEGO
FILE #50196
LOS ANGELES CA 90074-0196

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25.00**

CAPE CONCORD HOA
16880 W. BERNARDO DR
SUITE 200
SAN DIEGO CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

CAPITAL ONE, N.A.
C/O HUNT & HENRIQUES, LLP
ATTN DONALD SHERRILL
7017 REALM DRIVE
SAN JOSE CA 95119

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** LEVY PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

**3.151** **Nonpriority creditor's name and mailing address**

CARL R. LEE CORPORATION
223 W. ALVARADO ST.
#210
LOS ANGELES CA 90026

**Date(s) debt was incurred** 02/08/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.152** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$100.00**

---

**3.153** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$100.00**

---

**3.154** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$500.00**

---

**3.155** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/10/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$100.00**

---

Debtor    **Freedom Forever LLC**

Name

Case number (if known)    **26-10522**

| | | Amount of claim |
|---|---|---|
| 3.156 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,000.00** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/17/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.157 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.158 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.159 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/17/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.160 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$1,000.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/17/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Debtor    **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

3.161  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.162  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$20.00**

CARROLL COUNTY
225 NORTH CENTER STREET
WESTMINSTER MD 21157

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.163  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$103.33**

CARVER LUMBER
8700 N. UNIVERSITY ST.
PEORIA IL 61615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.164  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$500.00**

CASERO COMMUNITY ASSOCIATION
9060 IRVINE CENTER DR
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.165  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$150.00**

CASTLE BRECKENRIDGE MANAGEMENT
5185 COMANCHE DRIVE
SUITE D
LA MESA CA 91942

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Debtor    **Freedom Forever LLC** _____ Case number (if known)    **26-10522** _____

Name

| | | | Amount of claim |
|---|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$606.00** |

CED
PO BOX 5406
RIVERSIDE CA 92517

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$496.34** |

CENTER FOR SUSTAINABLE ENERGY
ATTN: SELF-GENERATION INCENTIVE PR
3980 SHERMAN ST. STE: 170
SAN DIEGO CA 92110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$500.00** |

CENTERSTONE COLLECTION HOMEOWNERS
ASSOC
3843 S BRISTOL ST
STE 475
SANTA ANA CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$33.25** |

CENTRE HALL BOROUGH
134 NORTH HOFFER AVENUE
CENTRE HALL PA 16828

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$800.00**

NAME ON FILE
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>01/04/2018</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$900.00**

NAME ON FILE
ADDRESS ON FILE

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** <u>03/10/2026</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

CHARTER COMMUNICATIONS
PO BOX 60074
CITY OF INDUSTRY CA 91716-0074

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** <u>03/03/2026</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

_Name_

|  | | **Amount of claim** |
|---|---|---|

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,000.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$98,678.44** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

CHG-MERIDIAN USA CORP
PO BOX 850577
MINNEAPOLIS MN 55485-0577

**Date(s) debt was incurred** 03/03/2026          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,987.00** |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/10/2026          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

Debtor   **Freedom Forever LLC**  _____   Case number (if known)   **26-10522**  _____

Name

| | | **Amount of claim** |
|---|---|---|

3.181   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$90.00**

---

3.182   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 11/09-11/10/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$100.00**

---

3.183   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$750.00**

---

3.184   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$1,528.28**

---

3.185   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/23/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$300.00**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.186**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.187**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.188**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$25,635.85

CINTAS CORPORATION NO. 2
P.O. BOX 631025
CINCINNATI OH 45263-1025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.189**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$3,045.20

CINTAS FIRST AID & SAFETY
PO BOX 29059
PHOENIX AZ 85038-9059

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.190**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$25.00

CITRUS HEIGHTS
6360 FOUNTAIN SQUARE DR
CITRUS HEIGHTS CA 95621

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC**  _____ Case number (if known)  **26-10522** _____

Name

|  | | **Amount of claim** |
|---|---|---|

3.191  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$359.00

CITY NATIONAL BANK
ATTN: MAGGIE LEONE
VICE PRESIDENT, SENIOR RELATIONSHIP MANAGER
SAN DIEGO COMMERCIAL BANKING
4275 EXECUTIVE SQ, SUITE 750
LA JOLLA CA 92037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**CREDIT CARD BALANCES FROM BUSINESS EXPENSES

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.192  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$100.00

CITY OF
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: DON STECKER
112 E. PECAN STREET
SUITE 2200
SAN ANTONIO TX 78205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.193  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$54.50

CITY OF ALLENTOWN
435 HAMILTON STREET
ALLENTOWN PA 18101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.194  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$192.00

CITY OF AURORA
15151 EAST ALAMEDA PARKWAY
AURORA CO 80012

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.195  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$320.00

CITY OF BATH
55 FRONT ST
BATH ME 04530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**_____ Case number (if known)   **26-10522**_____
Name

| | | Amount of claim |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | |
| | | **$456.57** |
| | **As of the petition filing date, the claim is:** Check all that apply | |

CITY OF BENICIA
BUILDING DIVISION
250 EAST L STREET
BENICIA CA 94510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | **$480.00** |

**As of the petition filing date, the claim is:** Check all that apply

CITY OF BLUE LATHE
111 GREENWOOD RD
PO BOX 458
BLUE LAKE CA 95525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | **$338.17** |

**As of the petition filing date, the claim is:** Check all that apply

CITY OF BREWER
80 NORTH MAIN STREET
BREWER ME 04412

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | **$25.00** |

**As of the petition filing date, the claim is:** Check all that apply

CITY OF BRIDGETON
181 EAST COMMERCE STREET
BRIDGETON NJ 08302

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **$150.00** |

**As of the petition filing date, the claim is:** Check all that apply

CITY OF BYRON
401 MAIN STREET
BYRON GA 31008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**
                                                    Case number (if known)   **26-10522**
         Name

|  |  | Amount of claim |
|---|---|---|

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $50.00 |

CITY OF CALUMET CITY
204 PULASKI ROAD
CALUMET CITY FL 60409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $466.50 |

CITY OF CHAMPAIGN
102 NORTH NEIL STREET
CHAMPAIGN IL 61820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $616.00 |

CITY OF CHELSEA
500 BROADWAY, RM 106
CHELSEA MA 02150

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $650.00 |

CITY OF CHICAGO DEPARTMENT OF FINANCE
121 N. LASALLE STREET
7TH FLOOR
CHICAGO IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $451.00 |

CITY OF CHINO HILLS
14000 CITY CENTER DRIVE
CHINO HILLS CA 91709

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
Name

|  | | Amount of claim |
|---|---|---|

3.206 **Nonpriority creditor's name and mailing address**

CITY OF CINCINNATI
805 CENTRAL AVENUE
STE 500
CINCINNATI OH 45202

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$914.13**

---

3.207 **Nonpriority creditor's name and mailing address**

CITY OF CITRUS HEIGHTS
6360 FOUNTAIN SQUARE DR
CITRUS HEIGHTS CA 95621

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$394.64**

---

3.208 **Nonpriority creditor's name and mailing address**

CITY OF COMPTON
BUSINESS LICESE DIV
205 S WILLOWBROOK AVE
COMPTON CA 90220

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$920.79**

---

3.209 **Nonpriority creditor's name and mailing address**

CITY OF CONCORD
1950 PARKSIDE DRIVE MS51
CONCORD CA 94519

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$205.53**

---

3.210 **Nonpriority creditor's name and mailing address**

CITY OF CORCORAN
832 WHITLEY AVE
CORCORAN CA 93212

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$147.50**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.211** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$991.88**

CITY OF CORONA
BUSINESS LICENSING
8839 N CEDAR AVE #212
FRESNO CA 93720-1832

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,050.00**

CITY OF DANVILLE
427 PATTON STREET RM 208
DANVILLE VA 24541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,179.03**

CITY OF DAVIS
23 RUSSELL BOULEVARD 2
DAVIS CA 95616

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$502.00**

CITY OF DAWSON
101 S MAIN STREET
DAWSON GA 39842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00**

CITY OF DECATUR
1601 SOUTH STATE STREET
DECATUR TX 76234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**

Name                                                    Case number (if known)   **26-10522**

|  | | Amount of claim |
|---|---|---|

3.216  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply                    $78.00

CITY OF DEWITT
115 N ADAMS ST
DEWITT AR 72042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.217  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply                    $407.98

CITY OF EAST PALO ALTO-BUILDING DIVISION
ATTN: BUILDING DIVISION
1960 TATE STREET
EAST PALO ALTO CA 94303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.218  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply                    $465.00

CITY OF EAST ST LOUIS
301 RIVER PARK DRIVE
EAST SAINT LOUIS IL 62201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.219  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply                    $325.38

CITY OF ELLSWORTH
1 CITY HALL PLAZA
ELLSWORTH ME 04605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.220  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply                    $83.56

CITY OF ESCONDIDO
PO BOX 460009
ESCONDIDO CA 92046-0009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____

Name

| | | | Amount of claim |
|---|---|---|---|

**3.221** **Nonpriority creditor's name and mailing address**

CITY OF FERNLEY
595 SILVER LACE BOULEVARD
FERNLEY NV 89408

**Date(s) debt was incurred** 04/15/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$589.68**

---

**3.222** **Nonpriority creditor's name and mailing address**

CITY OF FILLMORE
250 CENTRAL AVE
FILLMORE CA 93015

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$514.58**

---

**3.223** **Nonpriority creditor's name and mailing address**

CITY OF FIREBAUGH
1133 P STREET
FIREBAUGH CA 93622

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$102.00**

---

**3.224** **Nonpriority creditor's name and mailing address**

CITY OF FLINT
1101 S. SAGINAW ST.
ROOM S106
FLINT MI 48502

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$140.00**

---

**3.225** **Nonpriority creditor's name and mailing address**

CITY OF FOWLER
128 SOUTH FIFTH ST
FOWLER CA 93625-2401

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$55.34**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | | | **Amount of claim** |
|---|---|---|---|

**3.226** **Nonpriority creditor's name and mailing address**

CITY OF GAITHERSBURG
31 S SUMMIT AVE
GAITHERSBURG MD 20877

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$618.50**

---

**3.227** **Nonpriority creditor's name and mailing address**

CITY OF GARDINER
6 CHURCH STREET
GARDINER ME 04345

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$296.50**

---

**3.228** **Nonpriority creditor's name and mailing address**

CITY OF GLENDALE-IX
WATER & POWER DEPT.
141 N. GLENDALE AVE
SUITE 420
GLENDALE CA 91206

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$157.73**

---

**3.229** **Nonpriority creditor's name and mailing address**

CITY OF HARVEY
15320 BROADWAY AVENUE
HARVEY IL 60426

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,764.60**

---

**3.230** **Nonpriority creditor's name and mailing address**

CITY OF HAYWARD
777 B STREET
HAYWARD CA 94541

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$380.00**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____

   Name

|  | | Amount of claim |
|---|---|---|

**3.231**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$164.00

CITY OF HEPHZIBAH
2530 HIGHWAY 88
HEPHZIBAH GA 30815

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.232**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$677.30

CITY OF HURON
36311 SOUTH LASSEN AVENUE
HURON CA 93234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.233**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$50.00

CITY OF JERSEYVILLE
115 E PRAIRIE ST
JERSEYVILLE IL 62052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.234**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$150.00

CITY OF KENTWOOD
4900 BRETON AVE SE
KENTWOOD MI 49508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.235**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$50.00

CITY OF LA HABRA HEIGHTS
1245 NORTH HACIENDA
LA HABRA HEIGHTS CA 90631

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____
         Name

|  | | | Amount of claim |
|---|---|---|---|

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150.00** |
|---|---|---|---|
| | CITY OF LA MARQUE<br>1130 1ST STREET<br>LA MARQUE TX 77568 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |
|---|---|---|---|
| | CITY OF LAKE FOREST<br>100 CIVIC CENTER DRIVE<br>LAKE FOREST CA 92630 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$346.32** |
|---|---|---|---|
| | CITY OF LEMON GROVE<br>3232 MAIN ST.<br>LEMON GROVE CA 91945 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,545.00** |
|---|---|---|---|
| | CITY OF LEWISTON<br>27 PINE STREET<br>LEWISTON ME 04240-7200 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40.00** |
|---|---|---|---|
| | CITY OF LEWISTOWN<br>119 S ADAMS ST<br>LEWISTOWN IL 61542 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor  **Freedom Forever LLC**

Name

Case number (if known)  **26-10522**

| | | Amount of claim |
|---|---|---|
| 3.241 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00** |
| | ☐ Contingent | |
| CITY OF LOGAN<br>290 NORTH 100 WEST<br>LOGAN UT 84321 | ☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.242 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,212.30** |
| | ☐ Contingent | |
| CITY OF LONG BEACH<br>411 WEST OCEAN BOULEVARD<br>LONG BEACH CA 90802 | ☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.243 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |
| | ☐ Contingent | |
| CITY OF LONGMEADOW<br>20 WILLIAMS STREET<br>LONGMEADOW MA 01106 | ☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.244 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$72.09** |
| | ☐ Contingent | |
| CITY OF LOS BANOS<br>520 J STREET<br>LOS BANOS CA 93635 | ☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.245 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$134.83** |
| | ☐ Contingent | |
| CITY OF MADERA<br>205 W FOURTH ST<br>MADERA CA 93637-3527 | ☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

Debtor   **Freedom Forever LLC** _____   Case number (if known)   **26-10522** _____
            Name

| | | **Amount of claim** |
|---|---|---|

3.246   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply                                          **$500.00**

CITY OF MILLBRAE
621 MAGNOLIA AVE
MILLBRAE CA 94030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS                 **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

3.247   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply                                          **$50.00**

CITY OF MOLINE
3635 4TH AVENUE
MOLINE IL 61265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS                 **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

3.248   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply                                          **$125.00**

CITY OF MT VERNON
290 WEST MAIN STREET
MT VERNON OR 97865

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS                 **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

3.249   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply                                          **$106.60**

CITY OF NEWPORT
43 BROADWAY
NEWPORT RI 02840

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS                 **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

3.250   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply                                          **$652.80**

CITY OF ORANGE
BUSINESS LICENSE DIVISION
300 E. CHAPMAN AVE
ORANGE CA 92856-8124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS                 **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**                       **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20.00**

CITY OF PARIS
135 SOUTHEAST 1ST STREET
PARIS TX 75460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$133.00**

CITY OF PARK CITY
3355 BELVIDERE RD
PARK CITY IL 60085

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00**

CITY OF PARK RIDGE
505 BUTLER PLACE
PARK RIDGE IL 60068

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$276.04**

CITY OF PASADENA
100 N GARFIELD AVE
PASADENA CA 91101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

CITY OF PEKIN
PEKIN POLICE DEPARTMENT
111 S CAPITOL STREET
PEKIN IL 61554

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC**_____ Case number (if known)  **26-10522**_____

Name

|  | **Amount of claim** |
|---|---|

**3.256** **Nonpriority creditor's name and mailing address**

CITY OF PERRY
224 SOUTH JEFFERSON STREET
PERRY FL 32347

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$84.00**

**3.257** **Nonpriority creditor's name and mailing address**

CITY OF PERTH AMBOY
375 NEW BRUNSWICK AVENUE
PERTH AMBOY NJ 08861

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$375.00**

**3.258** **Nonpriority creditor's name and mailing address**

CITY OF PLACENTIA
C/O CITATION PROCESSING CENTER
PO BOX 7275
NEWPORT BEACH CA 92668-7275

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$152.00**

**3.259** **Nonpriority creditor's name and mailing address**

CITY OF POMONA
505 SOUTH GAREY AVENUE
POMONA CA 91766

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$255.60**

**3.260** **Nonpriority creditor's name and mailing address**

CITY OF PORTERVILLE
BUSINESS LICENSE TAX DIV.
291 N. MAIN ST.
PORTERVILLE CA 93257

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$192.00**

Debtor **Freedom Forever LLC** _____  Case number (if known) **26-10522** _____

Name

| | | **Amount of claim** |
|---|---|---|

3.261  **Nonpriority creditor's name and mailing address**

CITY OF PORTLAND
111 SW COLUMBIA ST
SUITE 600
PORTLAND OR 97201

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$470.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.262  **Nonpriority creditor's name and mailing address**

CITY OF RIALTO
150 SOUTH PALM AVENUE
RIALTO CA 92376

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$136.40**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.263  **Nonpriority creditor's name and mailing address**

CITY OF ROCKFORD
425 E STATE ST
ROCKFORD IL 61104

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$64.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.264  **Nonpriority creditor's name and mailing address**

CITY OF SACO
300 MAIN STREET
SACO ME 04072

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$870.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

3.265  **Nonpriority creditor's name and mailing address**

CITY OF SAN BERNARDINO
201 NORTH D STREET
SAN BERNARDINO CA 92402

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$122.37**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.266** **Nonpriority creditor's name and mailing address**

CITY OF SAN ELIZARIO
12710 CHRUCH STREET
SAN ELIZARIO TX 79849

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$75.00**

---

**3.267** **Nonpriority creditor's name and mailing address**

CITY OF SAN JUAN CAPISTRANO
DEPARTMENT OF ADMINISTRATIVE SERVICES
32400 PASEO ADELANTO
SAN JUAN CAPISTRANO CA 92675-3603

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.268** **Nonpriority creditor's name and mailing address**

CITY OF SANFORD
115 CHATHAM ST
STE 1
SANFORD NC 27330

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$397.00**

---

**3.269** **Nonpriority creditor's name and mailing address**

CITY OF SANTA PAULA
200 S 10TH ST
SANTA PAULA CA 93060

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$97.00**

---

**3.270** **Nonpriority creditor's name and mailing address**

CITY OF SHASTA LAKE-SOLAR APP
4477 MAIN STREET
SHASTA LAKE CA 96019

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.271** **Nonpriority creditor's name and mailing address**

CITY OF SPRINGFIELD
26 CENTRAL STREET
SUITE 4
WEST SPRINGFIELD MA 01089

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$450.00**

---

**3.272** **Nonpriority creditor's name and mailing address**

CITY OF ST LOUIS
1200 MARKET STREET
SAINT LOUIS MO 63103

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$180.00**

---

**3.273** **Nonpriority creditor's name and mailing address**

CITY OF STATESBORO
50 EAST MAIN ST
STATESBORO GA 30459-0348

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$70.00**

---

**3.274** **Nonpriority creditor's name and mailing address**

CITY OF TEMPLE CITY
9701 LAS TUNAS DRIVE
TEMPLE CITY CA 91780

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$636.95**

---

**3.275** **Nonpriority creditor's name and mailing address**

CITY OF TULARE
411 EAST KERN AVENUE
TULARE CA 93274

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$218.35**

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522** _____
   Name

| | | Amount of claim |
|---|---|---|
| 3.276 | **Nonpriority creditor's name and mailing address** | $103.50 |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

CITY OF UNION CITY
34009 ALVARADONILES ROAD
UNION CITY CA 94587

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.277   **Nonpriority creditor's name and mailing address**                                         $637.50

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

CITY OF URBANA
400 SOUTH VINE ST
URBANA IL 61801

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.278   **Nonpriority creditor's name and mailing address**                                         $50.00

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

CITY OF WALTHAM
119 SCHOOL STREET LOWER LEVEL
WALTHAM MA 02451

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.279   **Nonpriority creditor's name and mailing address**                                         $373.00

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

CITY OF WARREN
104 NORTH MYRTLE STREET
WARREN AR 71671

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.280   **Nonpriority creditor's name and mailing address**                                         $100.00

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

CITY OF WEST PEORIA
9875 NORTH 85TH AVENUE
PEORIA AZ 85345

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.281** **Nonpriority creditor's name and mailing address**

CITY OF WESTMINSTER
ATTN: WATER BILLING
8200 WESTMINSTER BLVD
WESTMINSTER CA 92683

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$243.59**

---

**3.282** **Nonpriority creditor's name and mailing address**

CITY OF WOODLAND
300 1ST STREET
WOODLAND CA 95695

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$290.00**

---

**3.283** **Nonpriority creditor's name and mailing address**

CLAD LLC
1726 HILLMONT DR
NASHVILLE TN 37215

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.284** **Nonpriority creditor's name and mailing address**

CLASSIC ROOF TILE LLC
19011 MERMACK AVE.
LAKE ELSINORE CA 92532

**Date(s) debt was incurred** <u>10/28/2021</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,067.66**

---

**3.285** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.286** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.287** **Nonpriority creditor's name and mailing address**

CODE 4 ROOFING SPECIALIST LLC
340 E 25TH ST
UPLAND CA 91784

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$10,557.80**

---

**3.288** **Nonpriority creditor's name and mailing address**

CODE ADMINISTRATORS
1862 CHARTER LANE
LANCASTER PA 17601

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$350.00**

---

**3.289** **Nonpriority creditor's name and mailing address**

CODE INSPECTIONS INC
605 HORSHAM ROAD
HORSHAM PA 19044

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$864.00**

---

**3.290** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,000.00**

---

Debtor **Freedom Forever LLC**                                           Case number (if known) **26-10522**

Name

| | | | **Amount of claim** |
|---|---|---|---|

**3.291** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No ☐ Yes

**UNDETERMINED**

---

**3.292** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$2,000.00**

---

**3.293** **Nonpriority creditor's name and mailing address**

COFACE SERVICES NORTH AMERICA INC
C/O THE HETTENA LAW FIRM
ATTN: ALEX HETTENA
31348 VIA COLINAS #106
WESTLAKE VILLAGE CA 91362

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No ☐ Yes

**UNDETERMINED**

---

**3.294** **Nonpriority creditor's name and mailing address**

COLLIER TOWNSHIP
2418 HILLTOP ROAD
PRESTO PA 15142

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$699.00**

---

**3.295** **Nonpriority creditor's name and mailing address**

COLONY PARK ANAHEIM HOA
503 EAST WATER STREET
ANAHEIM CA 92805

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No ☐ Yes

**$125.00**

---

Debtor **Freedom Forever LLC**
_____ Case number (if known) **26-10522** _____
Name

| | Amount of claim |
|---|---|

**3.296** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

COLORADO SPRINGS UTILITIES
121 S. TEJON STREET P.O. BOX 1103 MAIL CODE 954
COLORADO SPRINGS CO 80947-0954

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.297** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,000.00** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.298** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,578.62** |

COMCAST BUSINESS
PO BOX 60533
CITY OF INDUSTRY CA 91716-0533

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

COMDATA, INC.
5301 MARYLAND WAY
BRENTWOOD TN 37027

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** LITIGATION

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,500.00**

CONNEMARA BY THE SEA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

CONSOLIDATED ELECTRICAL DISTRIBUTORS
C/O GIBBS GIDEN LOCHER TURNER SENET &
WITTBRODT LLP
ATTN: CHRISTOPHER NG
12100 WILSHIRE BLVD., SUITE 300
LOS ANGELES CA 90025

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25.00**

CONSTRUCTION INDUSTRIES BOARD
2401 NW 23RD STREET SUITE 2F
OKLAHOMA CITY OK 73107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$316.00**

CONTRA COSTA COUNTY FPD
4005 PORT CHICAGO HIGHWAY
SUITE 250
CONCORD CA 94520-1180

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$539.30**

COOK COUNTY COLLECTOR
118 NORTH CLARK STREET
ROOM 112
CHICAGO IL 60602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC**
<br>Name

Case number (if known) **26-10522**

|  | Amount of claim |
|---|---|

**3.306** **Nonpriority creditor's name and mailing address**

COOL ROOFS
C/O THE HETTENA LAW FIRM
ATTN: ALEX HETTENA
31348 VIA COLINAS #106
WESTLAKE VILLAGE CA 91362

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.307** **Nonpriority creditor's name and mailing address**

COOPER 2020, LLC DBA SOLARTEQ
4350 HORIZON HOMES ST
LAS VEGAS NV 89129

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.308** **Nonpriority creditor's name and mailing address**

COPIER DELIVERY SYSTEMS INC
12000 WOODRUFF AVE
SUITE C
DOWNEY CA 90241

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,115.00**

---

**3.309** **Nonpriority creditor's name and mailing address**

CORELOGIC, INC.
DBA CORELOGIC SOLUTIONS, LLC
PO BOX 847239
DALLAS TX 75284-7239

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$18,458.85**

---

**3.310** **Nonpriority creditor's name and mailing address**

CORETEK SERVICES
34900 GRAND RIVER AVENUE
FARMINGTON HILLS MI 48335

**Date(s) debt was incurred** <u>04/01/2026</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$39,284.88**

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____

   Name

| | | **Amount of claim** |
|---|---|---|

3.311   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$5,740.00

CORPORATION SERVICE COMPANY
PO BOX 7410023
CHICAGO IL 60674-5023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/01/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.312   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,257.00

COSUMNES FD
8820 ELK GROVE BLVD.
ELK GROVE CA 95624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.313   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$150.00

COTTONWOOD CANYON HILLS COMMUNITY ASSOC.
C/O ACTION PROPERTY MANAGEMENT
31989 HOLLYHOCK ST
LAKE ELSINORE CA 92532

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.314   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$312.00

COUNTY OF BERRIEN
201 N. DAVIS ST
NASHVILLE GA 31639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.315   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$240.00

COUNTY OF CLARENDON
411 SUNSET DRIVE
MANNING SC 29102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| | | Amount of claim |
|---|---|---|

Debtor  **Freedom Forever LLC**  Case number (if known)  **26-10522**

Name

**3.316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$122.97**

COUNTY OF FRESNO
2220 TULARE STREET
FRESNO CA 93721

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$451.41**

COUNTY OF MENDOCINO BUILDING DEPT
860 NORTH BUSH STREET
UKIAH CA 95482

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175.00**

COUNTY OF ORANGE
PO BOX 1438
SANTA ANA CA 92702-1438

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$404.25**

COUNTY OF SAN DIEGO
5510 OVERLAND AVENUE
SAN DIEGO CA 91773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$616.00**

COUNTY OF TULARE
5961 SOUTH MOONEY BOULEVARD
VISALIA CA 93277

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.321** **Nonpriority creditor's name and mailing address**

COWBOYS ROOFING
1185 LINDA VISTA RD
SUITE A
SAN MARCOS CA 92078

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$7,500.00**

---

**3.322** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$675.00**

---

**3.323** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.324** **Nonpriority creditor's name and mailing address**

CREDIT HUMAN
1703 BROADWAY
SAN ANTONIO TX 78215

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** CONTRACT CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.325** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>2/23-3/2/25</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$100.00**

---

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

|  | | Amount of claim |
|---|---|---|

3.326  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.327  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$295.00**

CULLIGAN OF SANTA ANA
502 S LYON ST
SANTA ANA CA 92701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/10/2026      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.328  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$15,548.93**

CULLIGAN QUENCH
PO BOX 735777
DALLAS TX 75373-5777

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.329  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

CULVERDALE COMMUNITY ASSOCIATION

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.330  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$8,647.50**

CURALINC LLC
CURALINC HEALTHCARE
PO BOX 85142
CHICAGO IL 60689-5142

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Debtor    **Freedom Forever LLC**
Name                                                    Case number (if known)   **26-10522**

|  | Amount of claim |
|---|---|

3.331 **Nonpriority creditor's name and mailing address**

CURRENT POWER ELECTRIC, INC.
30724 BENTON RD.
STE. C302
#540
WINCHESTER CA 92596

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**$2,278.44**

---

3.332 **Nonpriority creditor's name and mailing address**

CURRENT RENEWABLES ENGINEERING INC
3600 LIME ST.
BLDG 2
RIVERSIDE CA 92501

**Date(s) debt was incurred** 01/14/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**$500.00**

---

3.333 **Nonpriority creditor's name and mailing address**

CZ MASTER ASSOCIATION
26800 COTO DE CAZA DR.
TRABUCO CANYON CA 92679

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**$100.00**

---

3.334 **Nonpriority creditor's name and mailing address**

DAMAGE RECOVERY
PO BOX 843369
KANSAS CITY MO 64184

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**$14,120.08**

---

3.335 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**$100.00**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.336** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/17/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$135.00**

---

**3.337** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 3/10-3/12/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$450.00**

---

**3.338** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,169.69**

---

**3.339** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.340** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$450.00**

---

Debtor    **Freedom Forever LLC**
_____    Case number (if known)    **26-10522**
_____

Name

|  | | Amount of claim |
|---|---|---|

**3.341**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$725.29

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 03/03/2026    **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.342**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$2,702.00

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 03/10/2026    **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.343**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$100.00

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 03/23/2026    **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.344**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$90.00

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 03/10/2026    **Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.345**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

■ Contingent

NAME ON FILE
ADDRESS ON FILE

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:**LITIGATION

**Last 4 digits of account number**    **Is the claim subject to offset?**    ☐ No    ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522** _____
         Name

| | Amount of claim |
|---|---|
| **3.346** **Nonpriority creditor's name and mailing address**<br><br>DAX SOCAL LLC<br>270 N EL CAMINO REAL<br>#F276<br>ENCINITAS CA 92024<br><br>**Date(s) debt was incurred** 6/27-6/28/24<br><br>**Last 4 digits of account number** | **UNDETERMINED** |

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| | Amount of claim |
|---|---|
| **3.347** **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** 08/17/2023<br><br>**Last 4 digits of account number** | **$1,312.00** |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| | Amount of claim |
|---|---|
| **3.348** **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** 03/23/2026<br><br>**Last 4 digits of account number** | **$1,271.40** |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| | Amount of claim |
|---|---|
| **3.349** **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **UNDETERMINED** |

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

| | Amount of claim |
|---|---|
| **3.350** **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **$4,146.00** |

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

Name

| | | Amount of claim |
|---|---|---|

**3.351** **Nonpriority creditor's name and mailing address**

DIAL800
PO BOX 75706
CHICAGO IL 60675-5706

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$6,392.96**

---

**3.352** **Nonpriority creditor's name and mailing address**

DIALPAD
PO BOX 844037
DALLAS TX 75284-4037

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$106,795.82**

---

**3.353** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$100.00**

---

**3.354** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** ARBITRATION CLAIM

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.355** **Nonpriority creditor's name and mailing address**

DISCOVER BANK
C/O SUTTELL & HAMMER, APC
ATTN: FREDERICK MACDOWELL
PO BOX C-90006
BELLEVUE WA 98009

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** GARNISHMENT CLAIM

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) __**26-10522**_____

Name

| | | Amount of claim |
|---|---|---|
| 3.356 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$129,010.00** |

DL FREIGHT SOLUTIONS LLC
200 S. VIRGINIA ST.
SUITE 100
RENO NV 89501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No ☐ Yes

---

3.357 **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply        **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No ☐ Yes

---

3.358 **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply        **$500.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No ☐ Yes

---

3.359 **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply        **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No ☐ Yes

---

3.360 **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply        **$1,705.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

**3.361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

DOVE CANYON MASTER ASSOCIATION
26840 ALISO VIEJO PARKWAY
STE 100
ALISO VIEJO CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/23/2026      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?**      ☐ No   ☐ Yes

---

**3.362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,033.00**

DPIE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?**      ☐ No   ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00**

DTE ELECTRIC
INTERCONNECTION COORDINATOR
ONE ENERGY PLACE
SB490
DETROIT MI 48226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**      **Is the claim subject to offset?**      ☐ No   ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** LITIGATION

**Last 4 digits of account number**      **Is the claim subject to offset?**      ☐ No   ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

E3 (ENERGY EFFICIENT EQUITY)

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**      **Is the claim subject to offset?**      ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$6,199.39**

EAGLE PROMOTIONS
4575 W. POST ROAD
SUITE 100
LAS VEGAS NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ECHELON SOLAR, INC.
20726 W BLUEBIRD
PORTER RANCH CA 91326

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$105,542.10**

ECHO GLOBAL LOGISTICS INC
ACCOUNTS RECEIVABLE
22168 NETWORK PLACE
CHICAGO IL 60673-1221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ECO PLANET HOME LLC
1129 N. WOODLAND ST.
#102
VISALIA CA 93291

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$225.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | Amount of claim |
|---|---|
| | |

**3.371** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.372** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$7,125.31**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/14-8/18/23

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1,180.80**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/01/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.374** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$902.00**

EL DORADO COUNTY
2850 FAIRLANE COURT
PLACERVILLE CA 95667

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/23/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.375** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

ELEMENT ENERGY LLC
1017 S GILBERT RD 101
MESA AZ 85204

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
Name

| | **Amount of claim** |
|---|---|

**3.376** **Nonpriority creditor's name and mailing address**

ELEMENT FLEET CORPORATION
10200 GRAND CENTRAL AVE
STE 400
OWINGS MILLS MD 21117

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.377** **Nonpriority creditor's name and mailing address**

ELEMENT FLEET CORPORATION
0200 GRAND CENTRAL AVENUE
SUITE 400
OWINGS MILLS MD 21117

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.378** **Nonpriority creditor's name and mailing address**

ELEMENT FLEET LEASING LIMITED
0200 GRAND CENTRAL AVENUE
SUITE 400
OWINGS MILLS MD 21117

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.379** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.380** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC**
_____  Case number (if known)  **26-10522**  _____

Name

| | | Amount of claim |
|---|---|---|
| 3.381 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.382  **Nonpriority creditor's name and mailing address**  —  **$9,800.00**

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.383  **Nonpriority creditor's name and mailing address**  —  **$102,000.00**

**As of the petition filing date, the claim is:** Check all that apply

EMPLOY, INC
PO BOX 208262
DALLAS TX 75320-8262

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.384  **Nonpriority creditor's name and mailing address**  —  **UNDETERMINED**

**As of the petition filing date, the claim is:** Check all that apply

ENERGY & ROOFING PROS, LLC
JOSPEH MARTINEAU
136 MINNIEHAHA CIRCLE
HAINES CITY FL 33844

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.385  **Nonpriority creditor's name and mailing address**  —  **UNDETERMINED**

**As of the petition filing date, the claim is:** Check all that apply

ENERGY BROKERS OF NEVADA LLC
3808 KILGORES ROCKS AVE
NORTH LAS VEGAS NV 89085

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 06/25/2021

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Freedom Forever LLC**                                   Case number (if known) **26-10522**

Name

|  | | **Amount of claim** |
|---|---|---|

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ENERGY ZERO L.L.C.
21461 SALIX AVE.
MORENO VALLEY CA 92557

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ENFIN CORP
300 SPECTRUM CENTER DRIVE
SUITE 500
IRVINE CA 92618

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**     **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,124,466.65**

ENTERPRISE
134 MUSQUASH ROAD
HUDSON NH 03051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$19,026.90**

ENTERPRISE FLEET MANAGEMENT INC.
134 MUSQUASH ROAD
HUDSON NH 03051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ENVISION RESPONSE, INC
3213 W. WHEELER ST., PMB 91
SEATTLE WA 98199

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**  ☐ No  ☐ Yes

Debtor  **Freedom Forever LLC**
_____  Case number (if known)  **26-10522**  _____

Name

| | | Amount of claim |
|---|---|---|

**3.391**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.392**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.393**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.394**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.395**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$10,265.28**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.396**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.397**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/14/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$100.00**

---

**3.398**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$100.00**

---

**3.399**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,000.00**

---

**3.400**

**Nonpriority creditor's name and mailing address**

EVERBRIGHT LLC
700 UNIVERSITY BLVD
JUNO BEACH FL 33408

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**CONTRACT CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| | |
|---|---|
| Debtor   **Freedom Forever LLC** | Case number (if known)   **26-10522** |
| Name | |

| | | Amount of claim |
|---|---|---|

**3.401** **Nonpriority creditor's name and mailing address**

EVERLAST LLC
2554 KIRBY RD
MERCED CA 95340

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.402** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$39,870.90**

---

**3.403** **Nonpriority creditor's name and mailing address**

EVERSOURCE ENERGY 300-IX
ATTN: DISTRIBUTION GENERATION
247 STATION DRIVE, SW340
WESTWOOD MA 02090

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$300.00**

---

**3.404** **Nonpriority creditor's name and mailing address**

EXCLUSIVE ENERGY SOLUTIONS CORP
ANTHONY SHANE DANCY
28491 NAUTICAL POINT CIRCLE
MENIFEE CA 92595

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.405** **Nonpriority creditor's name and mailing address**

F4E LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.406**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$90.00**

---

**3.407**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 6/12-6/13/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$270.00**

---

**3.408**

**Nonpriority creditor's name and mailing address**

FAMILY CUSTOM DESIGNS LLC
PO BOX 8970
REDLANDS CA 92375

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$40.50**

---

**3.409**

**Nonpriority creditor's name and mailing address**

FAST N EASY INVESTMENTS LLC
1750 E BULLARD AVE STE #105
FRESNO CA 93710

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$11,550.00**

---

**3.410**

**Nonpriority creditor's name and mailing address**

FEDEX, INC
PO BOX 7221
PASADENA CA 91109-7321

**Date(s) debt was incurred** 04/01/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No ☐ Yes

**$410,944.45**

---

Debtor  **Freedom Forever LLC**
_____ Case number (if known)  **26-10522** _____

Name

|  | | **Amount of claim** |
|---|---|---|

3.411 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$37,964.39**

FERGUSON BRASWELL FRASER KUBASTA PC
PO BOX 814409
DALLAS TX 75381-4409

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.412 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

FERGUSON ENTERPRISES, LLC
C/O MARK A. KIRKORSKY, P.C.
MARK A. KIRKORSKY, P.C.
1119 W. SOUTHERN AVE., SUITE 200
MESA AZ 85210

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.413 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.414 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$2,700.00**

FINAL TOUCH CONSTRUCTION & DESIGN
16466 FOOTHILL BLVD
FONTANA CA 92335

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.415 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$302,735.50**

FINULENT SOLUTIONS LLP
216 LINKWAY ESTATE
LINK ROAD MALAD WEST
MUMBAI
INDIA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 140 of 285

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
|        | Name |  |  |

| | | **Amount of claim** |
|---|---|---|

**3.416** **Nonpriority creditor's name and mailing address**

FIRST SERVICE RESIDENTIAL
3400 PEACHTREE RD NE SUITE 1700
ATLANTA GA 30326

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$105.00**

---

**3.417** **Nonpriority creditor's name and mailing address**

FIRST STATE INSPECTION AGENCY
1001 MATTLIND WAY
MILFORD DE 19963

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,200.00**

---

**3.418** **Nonpriority creditor's name and mailing address**

FOLEY & LARDNER LLP
PO BOX 78470
MILWAUKEE WI 53278-8470

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$457,669.52**

---

**3.419** **Nonpriority creditor's name and mailing address**

FOOTHILL RANCH MAINTENANCE
CORPORATION
27051 TOWNE CENTRE DRIVE
SUITE 200
FOOTHILL RANCH CA 92610

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$500.00**

---

**3.420** **Nonpriority creditor's name and mailing address**

FORD MOTOR CREDIT COMPANY LLC
C/O MACDOWELL & ASSOCIATES
ATTN FREDERICK MACDOWELL
3636 BIRCH STREET, SUITE 290
RE FILE NO. 191615/132303
NEWPORT BEACH CA 92660

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LEVY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**  _____   Case number (if known)   **26-10522**  _____
           Name

| | | **Amount of claim** |
|---|---|---|

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,175.00**

FOUNTAIN VALLEY HOMEOWNERS
ASSOCIATION
C/O POWERSTONE PROPERTY MANAGEMENT
9060 IRVINE CENTER DR. #200
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FOX CONSTRUCTION LLC
7038 DRYWOOD WAY
ORANGEVALE CA 95662

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,600.00**

FRANCHISE TAX BOARD
P.O.BOX 942857
SACRAMENTO CA 94257-0511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>03/03/2026</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.425** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>03/26/2026</u>   **Basis for the claim:**<u>EMPLOYEE EXPENSE REIMBURSEMENT</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.426** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$21,994.65**

---

**3.427** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/14/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$2,000.00**

---

**3.428** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$750.00**

---

**3.429** **Nonpriority creditor's name and mailing address**

FRANKLIN COUNTY SUPERVISOR OF
ASSESSMENTS
355 E CENTRAL ST, 1ST FL
FRANKLIN MA 02038

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$50.00**

---

**3.430** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$100.00**

---

Debtor    **Freedom Forever LLC** _____ Case number (if known)    **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

**3.431** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER ARIZONA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER ARIZONA, LLC
FREEDOM FOREVER AZ
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER ARKANSAS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER COLORADO, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER CONNECTICUT, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.436**  **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER DC, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.437**  **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER DELAWARE, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.438**  **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER ELECTRIC LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.439**  **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER FLORIDA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.440**  **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER FLORIDA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| | Amount of claim |
|---|---|

**3.441** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER GEORGIA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

UNDETERMINED

---

**3.442** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER IDAHO, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

UNDETERMINED

---

**3.443** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER ILLINOIS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

UNDETERMINED

---

**3.444** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER ILLINOIS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

UNDETERMINED

---

**3.445** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER KENTUCKY, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

UNDETERMINED

---

Debtor **Freedom Forever LLC**
_____ Case number (if known) **26-10522** _____

Name

|  | **Amount of claim** |
|---|---|

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

■ Contingent

■ Unliquidated

FREEDOM FOREVER MAINE, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

■ Contingent

■ Unliquidated

FREEDOM FOREVER MARYLAND, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

■ Contingent

■ Unliquidated

FREEDOM FOREVER MASSACHUSETTS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

■ Contingent

■ Unliquidated

FREEDOM FOREVER MASSACHUSETTS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Disputed

**Date(s) debt was incurred** <u>07/11/2025</u>   **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

■ Contingent

■ Unliquidated

FREEDOM FOREVER MICHIGAN, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?** ☐ No ☐ Yes

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____
Name

| | | **Amount of claim** |
|---|---|---|

3.451   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

FREEDOM FOREVER MINNESOTA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

3.452   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

FREEDOM FOREVER MISSOURI, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

3.453   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

FREEDOM FOREVER MONTANA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

3.454   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

FREEDOM FOREVER NEVADA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

3.455   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

FREEDOM FOREVER NEVADA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

Debtor **Freedom Forever LLC**

Name

Case number (if known) **26-10522**

| | Amount of claim |
|---|---|

**3.456** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER NEW HAMPSHIRE, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.457** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER NEW JERSEY, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.458** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER NEW MEXICO, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.459** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER NEW YORK, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.460** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER NORTH CAROLINA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____
Name

| | | **Amount of claim** |
|---|---|---|

3.461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER NORTH DAKOTA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER NORTHERN CALIFORNIA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER NORTHERN CALIFORNIA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER OHIO, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

FREEDOM FOREVER OKLAHOMA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC**

Name

Case number (if known) **26-10522**

| | Amount of claim |
|---|---|

**3.466** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER OREGON, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER OREGON, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER PENNSYLVANIA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.469** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER PROCUREMENT, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.470** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER PROCUREMENT, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| | Name | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

**3.471** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER PUERTO RICO LLC
PR-860, KM. 0.2, MARTIN GONZALEZ WARD,
CAROLINA PR 986

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.472** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER PUERTO RICO LLC
PR-860, KM. 0.2, MARTIN GONZALEZ WARD,
CAROLINA PR 00986

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.473** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER RHODE ISLAND, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.474** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER SOUTH CAROLINA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.475** **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER SOUTH CAROLINA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>INTERCOMPANY PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC**
_____ Case number (if known)  **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.476** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER SOUTHERN CALIFORNIA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER SOUTHERN CALIFORNIA, LLC
946 SOUTH ANDREASEN DRIVE
ESCONDIDO CA 92029

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER TEXAS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 01/30/2026

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER TEXAS, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

FREEDOM FOREVER UTAH, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.481** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

FREEDOM FOREVER UTAH, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.482** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

FREEDOM FOREVER VERMONT, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.483** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

FREEDOM FOREVER VIRGINIA, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.484** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

FREEDOM FOREVER WASHINGTON, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.485** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

FREEDOM FOREVER WASHINGTON, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** INTERCOMPANY PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor  **Freedom Forever LLC**
_____  Case number (if known)  **26-10522**  _____

Name

| | Amount of claim |
|---|---|

**3.486**  **Nonpriority creditor's name and mailing address**

FREEDOM FOREVER WISCONSIN, LLC
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

UNDETERMINED

---

**3.487**  **Nonpriority creditor's name and mailing address**

FREEDOM SOLAR SERVICES DBA BRIGHT
SOLAR MARKETING
43445 BUSINESS PARK DRIVE
SUITE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

UNDETERMINED

---

**3.488**  **Nonpriority creditor's name and mailing address**

FREEDOM SOLAR SERVICES DBA BRIGHT
SOLAR MARKETING
43445 BUSINESS PARK DR STE 110
TEMECULA CA 92590

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

UNDETERMINED

---

**3.489**  **Nonpriority creditor's name and mailing address**

FRIENDLY HILLS ESTATES

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

$1,500.00

---

**3.490**  **Nonpriority creditor's name and mailing address**

FRONTIER
PO BOX 740407
CINCINNATI OH 45274-0407

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

UNDETERMINED

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.491** **Nonpriority creditor's name and mailing address**

FULTON COUNTY
141 PRYOR STREET
ATLANTA GA 30303

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$900.00**

---

**3.492** **Nonpriority creditor's name and mailing address**

FUSION POWER LLC
1465 N FIESTA BLVD. 106
GILBERT AZ 85233

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.493** **Nonpriority creditor's name and mailing address**

GAANDHI CONSTRUCTION INC.
C/O KAHANA & FELD LLP
ATTN RAVI R MEHTA
550 S HOPE ST
SUITE 1600
LOS ANGELES CA 90071

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.494** **Nonpriority creditor's name and mailing address**

GAANDHI CONSTRUCTION, INC.
4444 WESTHEIMER RD
HOUSTON TX 77027

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,750.00**

---

**3.495** **Nonpriority creditor's name and mailing address**

GAANDHI CONSTRUCTION, INC.
604 VENUS AVENUE
SANTA PAULA CA 93060

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC**
_____  Case number (if known)  **26-10522**  _____
Name

| | Amount of claim |
|---|---|

**3.496**  **Nonpriority creditor's name and mailing address**

GAANDHI CONSTRUCTION, INC.
C/O KAHANA FELD LLP
KAHANA FELD LLP
550 S. HOPE STREET, SUITE 1600
LOS ANGELES CA 90071

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.497**  **Nonpriority creditor's name and mailing address**

GAETANO HOME SERVICES LLC
C/O STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
STEARNS WEAVER MILLER, P.A.
200 EAST LAS OLAS BOULEVARD, SUITE 2100
FORT LAUDERDALE FL 33301

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** ARBITRATION CLAIM

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.498**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.499**  **Nonpriority creditor's name and mailing address**

GELCO FLEET TRUST
0200 GRAND CENTRAL AVENUE
SUITE 400
OWINGS MILLS MD 21117

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.500**  **Nonpriority creditor's name and mailing address**

GENERAL INSURANCE COMPANY OF AMERICA
175 BERKELEY STREET
BOSTON MA 02116-

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC**
        Name

Case number (if known)  **26-10522**

| | | **Amount of claim** |
|---|---|---|
| 3.501 | **Nonpriority creditor's name and mailing address** | |
| | | **$36.00** |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ☐ Contingent | |
| | NAME ON FILE<br>ADDRESS ON FILE  ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:** <u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number**  **Is the claim subject to offset?**  ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.502 | **Nonpriority creditor's name and mailing address** | |
| | | **$1,000.00** |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ☐ Contingent | |
| | NAME ON FILE<br>ADDRESS ON FILE  ☐ Unliquidated | |
| | ☐ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:** <u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number**  **Is the claim subject to offset?**  ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.503 | **Nonpriority creditor's name and mailing address** | |
| | | **UNDETERMINED** |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | NAME ON FILE<br>ADDRESS ON FILE  ■ Unliquidated | |
| | ■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:** <u>LITIGATION</u> | |
| | **Last 4 digits of account number**  **Is the claim subject to offset?**  ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.504 | **Nonpriority creditor's name and mailing address** | |
| | | **$73,837.79** |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ☐ Contingent | |
| | GET SPIFFY INC<br>1700B N SALEM STREET  ☐ Unliquidated | |
| | APEX NC 27523  ☐ Disputed | |
| | **Date(s) debt was incurred** <u>03/03/2026</u>  **Basis for the claim:** <u>TRADE PAYABLE</u> | |
| | **Last 4 digits of account number**  **Is the claim subject to offset?**  ☐ No  ☐ Yes | |

| | | |
|---|---|---|
| 3.505 | **Nonpriority creditor's name and mailing address** | |
| | | **UNDETERMINED** |
| | **As of the petition filing date, the claim is:** Check all that apply | |
| | ■ Contingent | |
| | GIGAWATT OPERATION, INC. DBA SOL-UP<br>4305 DAM MARTIN DRIVE  ■ Unliquidated | |
| | SUITE 150<br>LAS VEGAS NV 89103  ■ Disputed | |
| | **Date(s) debt was incurred** <u>VARIOUS</u>  **Basis for the claim:** <u>POTENTIAL LITIGATION</u> | |
| | **Last 4 digits of account number**  **Is the claim subject to offset?**  ☐ No  ☐ Yes | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.506** 

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.507**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.00**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.508**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,578.90**

**Date(s) debt was incurred** <u>03/03/2026</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.509**

**Nonpriority creditor's name and mailing address**

GLEASON ROOFING, LLC
C/O FRAZIER LAW, PLLC
FRAZIER LAW, PLLC
7702 E DOUBLETREE RANCH RD., SUITE 300
SCOTTSDALE AZ 85258

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>ARBITRATION CLAIM</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.510**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.00**

**Date(s) debt was incurred** <u>03/23/2026</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.511** **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL
DBA GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO IL 60673-1298

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$83.06**

---

**3.512** **Nonpriority creditor's name and mailing address**

GO ENERGY
128 PATRICIA AVE
STOCKTON CA 95210

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.513** **Nonpriority creditor's name and mailing address**

GOODLEAP, LLC
8781 SIERRA COLLEGE BLVD
ROSEVILLE CA 95661

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**CONTRACT CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.514** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 11/29/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$8,332.99**

---

**3.515** **Nonpriority creditor's name and mailing address**

GRAHAM MANAGEMENT
2825 WILCREST DRIVE,
HOUSTON TX 77042

**Date(s) debt was incurred** 04/14/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$50.00**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.516** **Nonpriority creditor's name and mailing address**

GRAND BOHEMIAN HOTEL ORLANDO
DBA GRAND BOHEMIAN HOTEL ORLANDO
200 S ORANGE AVE, SUITE 2700
ORLANDO FL 32801

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,120.03**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.517** **Nonpriority creditor's name and mailing address**

GREAT PARK NEIGHBORHOODS
27051 TOWNE CENTRE DR
LAKE FOREST CA 92610

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$425.00**

**Date(s) debt was incurred** <u>04/01/2026</u>

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.518** **Nonpriority creditor's name and mailing address**

GREEN COLLAR CREW, INC.
7037 HIGH VISTA COURT
MATTHEWS NC 28104

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.519** **Nonpriority creditor's name and mailing address**

GREEN HOME MAKEOVER LLC
2654 BUCKLAND DR
AURIRA IL 60503

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** <u>12/02/2021</u>

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.520** **Nonpriority creditor's name and mailing address**

GREENCAL CONSTRUCTION INC
9065 ROSECRANS AVE
BELLFLOWER CA 90706

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,400.00**

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

GREENPLUGPOWER
10250 GLACIER POOT ST.
LAS VEGAS NV 89178

**Date(s) debt was incurred** 02/13/2026          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

GREENSTAR SOLAR GROUP INC
924 ENCINITAS BLVD
UNIT 86
ENCINITAS CA 92024

**Date(s) debt was incurred** 10/25/2019          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.523** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

GROVES AT ORCHARD HILLS
16775 VON KARMAN AVE
SUITE 100
IRVINE CA 92606

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.524** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$45.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

**3.525** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

GUARANTY SOLAR
333 THIRD STREET #1
LAGUNA BEACH CA 92651

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

3.526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,123.91**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/03/2020          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

GUTHY MARKETING GROUP LLC
BOB GUTHY
40070 CALLE EBANO
INDIO CA 92203

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/12/2026          **Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Freedom Forever LLC**_____ Case number (if known) **26-10522**_____
Name

|  | | Amount of claim |
|---|---|---|
| 3.531 **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **UNDETERMINED** |
|  **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>POTENTIAL LITIGATION</u> | |
|  **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.532 **Nonpriority creditor's name and mailing address**<br><br>HARNESS<br>2906 EAST ROBINSON AVENUE<br>FRESNO CA 93726 | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **UNDETERMINED** |
|  **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
|  **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.533 **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **UNDETERMINED** |
|  **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>POTENTIAL LITIGATION</u> | |
|  **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.534 **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$100.00** |
|  **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
|  **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| 3.535 **Nonpriority creditor's name and mailing address**<br><br>HARTFORD FINANCIAL SERVICES<br>PO BOX 415738<br>BOSTON MA 02241-5738 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$461,664.96** |
|  **Date(s) debt was incurred** <u>03/03/2026</u> | **Basis for the claim:**<u>TRADE PAYABLE</u> | |
|  **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.536** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.537** **Nonpriority creditor's name and mailing address**

HCD
PO BOX 952050
SACRAMENTO CA 94252

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$4,169.00**

---

**3.538** **Nonpriority creditor's name and mailing address**

HDM CAPITAL, LLC
ATTN: JEFFERY HAWKINSON
4480 OREGON STREET
SAN DIEGO CA 92116

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**CONTRACT CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.539** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,000.00**

---

**3.540** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$5,796.86**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
　　　Name

| | | **Amount of claim** |
|---|---|---|

**3.541**　**Nonpriority creditor's name and mailing address**

HENRY COUNTY
140 HENRY PARKWAY
MCDONOUGH GA 30253

**Date(s) debt was incurred** 04/01/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$300.00**

---

**3.542**　**Nonpriority creditor's name and mailing address**

HERNANDEZ PAINTING
DBA HERNANDEZ PAINTING
PO BOX 807
HANFORD CA 93230

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$17,450.00**

---

**3.543**　**Nonpriority creditor's name and mailing address**

HIGH DESERT ENERGY LLC
26028 S WASHINGTON ST
CHANDLER AZ 85249

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.544**　**Nonpriority creditor's name and mailing address**

HIGH DESERT SOLAR LLC
3880 NORTH STOCKTON HILL ROAD
SUITE 103-262
KINGMAN AZ 86409

**Date(s) debt was incurred** 08/23/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.545**　**Nonpriority creditor's name and mailing address**

HIGH ROLLER MARKETING
222 EAST 5TH AVENUE
ESCONDIDO CA 92025

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.546** **Nonpriority creditor's name and mailing address**

HIGH ROLLER MARKETING
222 EAST 5TH AVENUE
ESCONDIDO CA 92025

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INTERCOMPANY PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.547** **Nonpriority creditor's name and mailing address**

HIGHGATE HOA
4015 COFFEE RD
SUITE 200
BAKERSFIELD CA 93308

**Date(s) debt was incurred** 09/15/2022

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$150.00**

---

**3.548** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$400.00**

---

**3.549** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$150.00**

---

**3.550** **Nonpriority creditor's name and mailing address**

HOLLAND & HART LLP
P.O. BOX 17283
DENVER CO 80217-0283

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$206,445.73**

---

Debtor  **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____
　　　　　Name

|  | | Amount of claim |
|---|---|---|

**3.551**  **Nonpriority creditor's name and mailing address**

HOME DEPOT
MAIL CODE 8257
PO BOX 7247
PHILADELPHIA PA 19170-8257

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>CREDIT CARD BALANCES FROM BUSINESS EXPENSES</u>

**Is the claim subject to offset?**　☐ No　☐ Yes

**$1,637,006.00**

---

**3.552**  **Nonpriority creditor's name and mailing address**

HOMEXPERTS INC.
1320 WILLOW PASS RD
SUITE 600
CONCORD CA 94520

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Is the claim subject to offset?**　☐ No　☐ Yes

**$8,079.00**

---

**3.553**  **Nonpriority creditor's name and mailing address**

HORSE CREEK RIDGE COMMUNITY ASSN
15241 LAGUNA CANYON RD
IRVINE CA 92618

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Is the claim subject to offset?**　☐ No　☐ Yes

**$35.00**

---

**3.554**  **Nonpriority creditor's name and mailing address**

HOTELENGINE INC
PO BOX 738644
DALLAS TX 75373-8644

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Is the claim subject to offset?**　☐ No　☐ Yes

**$857,334.12**

---

**3.555**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?**　☐ No　☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**                                             Case number (if known)   **26-10522**

Name

|  | Amount of claim |
|---|---|

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.559** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$25.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

HUNTINGTON CONTINENTAL TOWNHOUSE
ASSOCIATION
PO BOX 513626
LOS ANGELES CA 90051

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

**3.560** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

HYBRID CAPITAL LLC
GEORGE T HAWATMEH
21550 W OXNARD ST #830
WOODLAND HILLS CA 91367

**Date(s) debt was incurred** <u>VARIOUS</u>       **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

Debtor   **Freedom Forever LLC**
　　　　Name
_____ Case number (if known)   **26-10522** _____

| | | Amount of claim |
|---|---|---|

**3.561**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,000.00**

---

**3.562**   **Nonpriority creditor's name and mailing address**

IDEAL ENERGY LLC
27375 IDA LANE
HEMET CA 92544

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,711.32**

---

**3.563**   **Nonpriority creditor's name and mailing address**

IHS UNLIMITED LLC
13194 US HIGHWAY 301 SOUTH
UNIT #408
RIVERVIEW FL 33578

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,800.00**

---

**3.564**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 01/15/2021

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,320.00**

---

**3.565**   **Nonpriority creditor's name and mailing address**

IMPERIUM ENERGY SOLUTIONS INC.
14521 MUSTANG DRIVE
HOMER GLEN IL 60491

**Date(s) debt was incurred** 11/12/2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC**
_____ Case number (if known) __26-10522__
Name

| | Amount of claim |
|---|---|

**3.566** **Nonpriority creditor's name and mailing address**

INDEED INC
MAIL CODE 5160
PO BOX 660367
DALLAS TX 75266-0367

**Date(s) debt was incurred** 06/26/2020

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$5,207.15**

---

**3.567** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$1,000.00**

---

**3.568** **Nonpriority creditor's name and mailing address**

INFINITE POWER ENERGY SOLUTIONS LLC
2903 BARCELONA DRIVE
DOUGLAS AZ 85607

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$1,000.01**

---

**3.569** **Nonpriority creditor's name and mailing address**

INTEGRATED WASTE ANALYSTS
PO BOX 1563
ELLICOTT CITY MD 21041

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$385,388.30**

---

**3.570** **Nonpriority creditor's name and mailing address**

INTERACT INTRANET INC
21 W. 46TH ST #1504
NEW YORK NY 10036

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$2,052.08**

---

Debtor **Freedom Forever LLC**

Name

Case number (if known) **26-10522**

| | Amount of claim |
|---|---|

**3.571** **Nonpriority creditor's name and mailing address**

IPFS CORPORATION OF CALIFORNIA
PO BOX 100391
PASADENA CA 91189-0391

**Date(s) debt was incurred** 04/10/2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$346,426.99**

**3.572** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/12/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$100.00**

**3.573** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

**3.574** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 4/6-4/14/26

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,348.00**

**3.575** **Nonpriority creditor's name and mailing address**

JACK MALLIS
C/O GUNDZIK GUNDZIK HEEGER LLP
14011 VENTURA BLVD
SUITE 206E
ATTN AARON GUNDZIK
SHERMAN OAKS CA 91423

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

Debtor   **Freedom Forever LLC**                                             Case number (if known)   **26-10522**

　　　　　Name

| | | Amount of claim |
|---|---|---|

**3.576** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$135.00**

---

**3.577** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 10/25-10/27/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$90.00**

---

**3.578** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 6/12-6/13/24

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$292.92**

---

**3.579** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$1,000.00**

---

**3.580** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$11,291.80**

---

Debtor **Freedom Forever LLC**

Name

Case number (if known) **26-10522**

| | Amount of claim |
|---|---|

**3.581** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$450.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/14/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,021.70**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$45.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/23/2026

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

3.586 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** ARBITRATION CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.587 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1,041.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.588 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.589 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.590 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC**
Name

Case number (if known)   **26-10522**

| | | Amount of claim |
|---|---|---|

**3.591**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$182.00**

---

**3.592**   **Nonpriority creditor's name and mailing address**

JERSEY CENTRAL POWER & LIGHT
PO BOX 1911
300 MADISON AVE
MORRISTOWN NJ 07962-1911

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$61.40**

---

**3.593**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 03/29/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$269.00**

---

**3.594**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$138.83**

---

**3.595**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____
Name

| | Amount of claim |
|---|---|

**3.596** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.597** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$223.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.598** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.599** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1,758.90**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/10/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.600** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$600.00**

JET TREE SERVICES
P.O. BOX 1327
CLOVIS CA 93613

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/23/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Official Form 206 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 177 of 285

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.601** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.602** **Nonpriority creditor's name and mailing address**

JINKOSOLAR (U.S.) INC.
1901 S BASCOM AVE.
SUITE 350
CAMPBELL CA 95008

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.603** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.604** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.605** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor **Freedom Forever LLC**
Name
Case number (if known) **26-10522**

| | Amount of claim |
|---|---|

**3.606** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.607** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

$270.00

---

**3.608** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/09/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

$4,500.00

---

**3.609** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

$861.00

---

**3.610** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| | | Amount of claim |
|---|---|---|

**3.611**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$90.00**

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 03/23/2026

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.612**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$90.00**

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 11/13-11/14/2023

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.613**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

■ Contingent

NAME ON FILE
ADDRESS ON FILE

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.614**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$315.00**

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 4/11-4/12/24

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.615**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

■ Contingent

NAME ON FILE
ADDRESS ON FILE

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | |
|---|---|---|
| | Name | Case number (if known) **26-10522** |

| | | **Amount of claim** |
|---|---|---|

**3.616**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 8/11-8/17/24

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$315.00**

---

**3.617**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.618**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.619**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.620**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 8/25-8/31/24

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$270.00**

---

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

3.621  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.622  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$4,000.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.623  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$225.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.624  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.625  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor    **Freedom Forever LLC**

Name    _____    Case number (if known)    **26-10522**    _____

|  |  | **Amount of claim** |
|---|---|---|

3.626    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$10.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

3.627    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$10.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/30/2026

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

3.628    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$131.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/13-3/29/26

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

3.629    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$131.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/10/2026

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

3.630    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____

Name

| | | Amount of claim |
|---|---|---|

**3.631**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 04/10/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$180.00**

---

**3.632**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 1/13-1/16/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$225.00**

---

**3.633**   **Nonpriority creditor's name and mailing address**

KAST INC.
39115 TRIPLE SPRINGS LN
TEMECULA CA 92591

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.634**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.635**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor  **Freedom Forever LLC**
_____  Case number (if known)  **26-10522**  _____
Name

|  | | Amount of claim |
|---|---|---|

**3.636**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.637**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.638**  **Nonpriority creditor's name and mailing address**

KERN COUNTY
1530 TRUXTUN AVENUE
BAKERSFIELD CA 93301

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$487.50**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.639**  **Nonpriority creditor's name and mailing address**

KERRIGAN RANCH COMMUNITY ASSOCIATION
ATTN: DANIEL KENNEY
333 SOUTH HOPE STREET
SUITE 1000
LOS ANGELES CA 90071

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.640**  **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$405.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.641 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | $121.29 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | $1,489.21 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>03/03/2026</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | $8,000.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

KNEW SALES INC
160 EGLINTON AVE
STE 330
TORONTO ON M4P 3B5
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>04/01/2026</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.646** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$250.00**

KNOX COUNTY ZONING
117 EAST HIGH STREET STE 221
MT VERNON OH 43050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

**3.647** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

**3.648** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,164.72**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

**3.649** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS    **Basis for the claim:** LITIGATION

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

**3.650** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,182.58**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/01/2026    **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**    **Is the claim subject to offset?**  ☐ No  ☐ Yes

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.651** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$90.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/26/2025       **Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.652** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

L.F.C.A.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/29-1/30/24       **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.653** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,150.00**

LA COLINA ESTATES

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.654** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

LA MANCHA HOA
1451 GUERNEVILLE ROAD
#220
SANTA ROSA CA 95403
USA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

LADWP
PO BOX 30808
LOS ANGELES CA 90030-0808

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS       **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?**   ☐ No   ☐ Yes

Debtor  **Freedom Forever LLC** _____ Case number (if known) __26-10522__ _____

Name

| | | Amount of claim |
|---|---|---|
| 3.656 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |

As of the petition filing date, the claim is: Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: POTENTIAL LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.657 | **Nonpriority creditor's name and mailing address** | $150.00 |

As of the petition filing date, the claim is: Check all that apply

LAKE FOREST BEACH AND TENNIS CLUB
22921 RIDGE ROUTE DR
LAKE FOREST CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/29/2025

Basis for the claim: TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.658 | **Nonpriority creditor's name and mailing address** | $150.00 |

As of the petition filing date, the claim is: Check all that apply

LAKE FOREST COMMUNITY ASSOCIATION
100 CIVIC CENTER DRIVE
LAKE FOREST CA 92630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.659 | **Nonpriority creditor's name and mailing address** | $2,250.00 |

As of the petition filing date, the claim is: Check all that apply

LAKELAND SURVEYING, INC.
4 WEST MAIN STREET
ROCKAWAY NJ 07866

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

| | | |
|---|---|---|
| 3.660 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |

As of the petition filing date, the claim is: Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

Basis for the claim: POTENTIAL LITIGATION

**Last 4 digits of account number**

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| | | Amount of claim |
|---|---|---|
| 3.661 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>EMPLOYEE EXPENSE REIMBURSEMENT</u><br><br>**Is the claim subject to offset?**   ☐ No ☐ Yes | **$225.00** |
| 3.662 | **Nonpriority creditor's name and mailing address**<br><br>LARKSPUR HEIGHTS & CALICO BLUFFS ASSOCIATIONS<br>5950 LA PLACE COURT<br>SUITE 200<br>CARLSBAD CA 92008<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No ☐ Yes | **$125.00** |
| 3.663 | **Nonpriority creditor's name and mailing address**<br><br>LAZER SHARK LLC<br>10022 N 14TH ST B<br>PHOENIX AZ 85020 AZ 85020<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No ☐ Yes | **$3,752.00** |
| 3.664 | **Nonpriority creditor's name and mailing address**<br><br>LC SOLARPANELS LLC<br>ISAIAS O LAINEZ<br>3090 S JAMICA CT #112<br>AURORA CO 80014<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No ☐ Yes | **UNDETERMINED** |
| 3.665 | **Nonpriority creditor's name and mailing address**<br><br>LEFRAME INC.<br>442 MORICHES ROAD<br>SAINT JAMES NY 11780<br><br>**Date(s) debt was incurred** <u>02/21/2020</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No ☐ Yes | **$4,155.00** |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.666** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$23,494.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

LEGAL-VALLEY VIEW ROOFING
112 W 13775 S #5
DRAPER UT 84020

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.667** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,139.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

LEIMERT HOLDINGS INC
99 S LAKE AVE
STE 504
PASADENA CA 91101

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.668** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.669** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

LEONI TOWNSHIP
13 5TH ST
MICHIGAN CENTER MI 49254

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.670** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.671** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,858.14**

LEVEL 3 COMMUNICATIONS
PO BOX 52015
PHOENIX AZ 85072-2015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.672** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

LGCY POWER, LLC
3333 DIGITAL DRIVE
STE. 600
LEHI UT 84034

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 04/01/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$61,042.85**

LIBERTY MUTUAL INSURANCE
PO BOX 88766
CHICAGO IL 60680-1766

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/12/2019

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$304.50**

LIGHT-HIEGEL & ASSOC
306 TAXIWAY ROAD
ANNVILLE PA 17003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,450.00**

LIGHTING COMMUNICATIONS
30337 WHITE WAKE DRIVE
CANYON LAKE CA 92587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.676** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

**3.677** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

**3.678** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **$4,761.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

LIZARDI BUILDERS CONSTRUCTION INC
2707 VIA JUANITA
CARLSBAD CA 92010

**Date(s) debt was incurred** <u>07/25/2024</u>     **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

**3.679** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

LNGO MONEY, INC. (BRANDON ALEXANDER NICASTRO)
C/O MOROCHNIK LAW, LLC
ATTN: PAUL J. MOROCHNIK
1080 PEACHTREE ST NE
SUITE 1210
ATLANTA GA 30309

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

**3.680** **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply   **UNDETERMINED**

■ Contingent
■ Unliquidated
■ Disputed

LOANPAL.
PO BOX 4387
PORTLAND OR 97208

**Date(s) debt was incurred** <u>VARIOUS</u>     **Basis for the claim:**<u>CONTRACT CLAIM</u>

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.681** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,130.00**

LODI ELECTRIC UTILITY
1331 S HAM LANE
LODI CA 95242

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  [ ] No  [ ] Yes

---

**3.682** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$293.00**

LOS ANGELES COUNTY FIRE DEPT
201 NORTH FIGUEROA STREET
LOS ANGELES CA 90012

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  [ ] No  [ ] Yes

---

**3.683** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  [ ] No  [ ] Yes

---

**3.684** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$541.80**

LOW VOLTAGE FIRE, INC.
1090 JOSHUA WAY, SUITE A
VISTA CA 92081

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  [ ] No  [ ] Yes

---

**3.685** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,318.29**

LOWEN CORPORATION
1111 AIRPORT RD
HUTCHINSON KS 67501

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  [ ] No  [ ] Yes

---

Debtor    **Freedom Forever LLC** _____ Case number (if known)    **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

**3.686**   **Nonpriority creditor's name and mailing address**

LS BUILDING PRODUCTS
300 PINECREST DR
EAST PEORIA IL 61611

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$553.66**

---

**3.687**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.688**   **Nonpriority creditor's name and mailing address**

MABCD
271 W 3RD ST N
WICHITA KS 67202

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$395.00**

---

**3.689**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$515.80**

---

**3.690**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 06/27/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$180.00**

---

Debtor **Freedom Forever LLC**
_____ Case number (if known)  **26-10522** _____

Name

| | Amount of claim |
|---|---|

3.691 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

■ Contingent

NAME ON FILE
ADDRESS ON FILE

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No  ☐ Yes

---

3.692 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$4,709.95

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 7/15-7/18/24

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No  ☐ Yes

---

3.693 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

■ Contingent

NAME ON FILE
ADDRESS ON FILE

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No  ☐ Yes

---

3.694 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

■ Contingent

NAME ON FILE
ADDRESS ON FILE

■ Unliquidated

■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No  ☐ Yes

---

3.695 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$19,090.38

☐ Contingent

NAME ON FILE
ADDRESS ON FILE

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** 04/01/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.696 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.697   **Nonpriority creditor's name and mailing address**   UNDETERMINED

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.698   **Nonpriority creditor's name and mailing address**   $3,600.00

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.699   **Nonpriority creditor's name and mailing address**   $49.00

**As of the petition filing date, the claim is:** Check all that apply

MARYLAND HEIGHTS
11911 DORSETT RD
MARYLAND HEIGHTS MO 63043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.700   **Nonpriority creditor's name and mailing address**   $1,430.62

**As of the petition filing date, the claim is:** Check all that apply

MASSMUTUAL
PO BOX 935845
ATLANTA GA 31193-5845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>   **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| | | Amount of claim |
|---|---|---|

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| | | **Amount of claim** |
|---|---|---|

**3.701** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,105.75** |

MATT C MILNE CONSULTING LLC
3968 SW 109TH LN
OCALA FL 34476

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.702** | **Nonpriority creditor's name and mailing address** | **$585.00** |

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/08/2022        **Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**LITIGATION

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **$169.50** |

MCCOG UCC FUND

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**
    Name

|  | | **Amount of claim** |
|---|---|---|

**3.706**   **Nonpriority creditor's name and mailing address**

MCSWEENY FARMS HOA
890 N STATE ST
SUITE 202
HEMET CA 92543

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$120.00**

---

**3.707**   **Nonpriority creditor's name and mailing address**

MEDIAVAULT
1251 NW BRIARCLIFF PKWY
SUITE 295
KANSAS CITY MO 64116

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,084.20**

---

**3.708**   **Nonpriority creditor's name and mailing address**

MERAKI INSTALLERS LLC
21 N NEW WARRINGTON RD
PENSACOLA FL 32506

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>CONTRACT CLAIM</u>

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.709**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>LITIGATION</u>

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.710**   **Nonpriority creditor's name and mailing address**

MERCHANTS AUTOMOTIVE GROUP INC
PO BOX 414438
BOSTON MA 02241-4438

**Date(s) debt was incurred** <u>04/01/2026</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**                                      Case number (if known)   **26-10522**

Name

| | Amount of claim |
|---|---|

**3.711**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

MERCHANTS FLEET
MERCHANTS AUTOMOTIVE GROUP INC
14 CENTRAL PARK DRIVE
HOOKSETT NH 03106-2507

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.712**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$3,340.00

METROGISTICS LLC
PO BOX 734973
CHICAGO IL 60673-4973

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.713**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

MG SUSTAINABLE VENTURES LLC
2576 CATAMARAN WAY
CHULA VISTA CA 91914

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.714**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.715**  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.716** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.717** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.718** **Nonpriority creditor's name and mailing address**

MILBANK INSURANCE COMPANY
ATTN: MICHAEL D. DONNELL
1650 MARKET ST.
SUITE 2800
PHILADELPHIA PA 19103

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.719** **Nonpriority creditor's name and mailing address**

MILWAUKEE TOOL CORPORATION
4844 COLLECTION CENTER DR
CHICAGO IL 60693

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$330.06**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.720** **Nonpriority creditor's name and mailing address**

MJB ASSOCIATES, INC
372 FLORIN RD. #227
SACRAMENTO CA 95831

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Freedom Forever LLC** | Case number (if known) **26-10522** |
| | Name | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.721** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$900.00**

MODESTO IRRIGATION DISTRICT
ATTN: CASH ACCOUNTING
P.O. BOX 4060
MODESTO CA 95352

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/13/2019

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.722** | **Nonpriority creditor's name and mailing address** | | **$92,577.90**

MONTEREY LOGISTICS CENTER CA
PROPERTY OWNER LP
1 KAISER PLAZA
STE 1450
OAKLAND CA 94612

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED**

MOSAIC FUNDING I, LLC
601 12TH STREET, SUITE 325
OAKLAND CA 94607

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** ARBITRATION CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.724** | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED**

MOSAIC FUNDING IX LLC
C/O WHITE & CASE LLP
ATTN: AARON COLODNY
555 SOUTH FLOWER STREET
SUITE 2700
LOS ANGELES CA 90071-2433

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.725** | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED**

MUMMERT DIRECT MARKETING INC
ANDREW MUMMERT
23 DEKLAD CT
SACRAMENTO CA 95835

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.726** **Nonpriority creditor's name and mailing address**

MURRAY CITY POWER
ATTN: NET METERING
153 W 4800
S MURRAY UT 84107

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$250.00**

---

**3.727** **Nonpriority creditor's name and mailing address**

MVRCA
P.O. BOX 184
BATH ME 04530

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**$60.00**

---

**3.728** **Nonpriority creditor's name and mailing address**

MY IT COPILOT
DBA MY IT COPILOT
1968 S COAST HIGHWAY
SUITE 4230
LAGUNA NIGEL CA 92651

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.729** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.730** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.731** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$315.00**

---

**3.732** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 8/4-8/10/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$488.88**

---

**3.733** **Nonpriority creditor's name and mailing address**

NATIONAL AUTOMOBILE CLUB
111 ANZA BLVD
STE 109
BURLINGAME CA 94010

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$27,757.69**

---

**3.734** **Nonpriority creditor's name and mailing address**

NATURAL ENERGY TECHNOLOGY LLC
3564 CENTRAL AVE. #B
RIVERSIDE CA 92506

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.735** **Nonpriority creditor's name and mailing address**

NEARMAP US, INC
PO BOX 736837
DALLAS TX 75373-6837

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$1,311.72**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
|        | Name                    |                        |              |

| | | **Amount of claim** |
|---|---|---|
| 3.736 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |
| | | **As of the petition filing date, the claim is:** Check all that apply | |
| | NAME ON FILE<br>ADDRESS ON FILE | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL LITIGATION | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.737 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |
|---|---|---|
| | | **As of the petition filing date, the claim is:** Check all that apply | |
| | NET METERING SYSTEMS<br>DANIEL LEE<br>6342 KEYSTONE WAY<br>FONTANA CA 92336 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** 04/13/2026 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.738 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |
|---|---|---|
| | | **As of the petition filing date, the claim is:** Check all that apply | |
| | NET METERING SYSTEMS CLOVIS LLC<br>174 SYLMAR<br>CLOVIS CA 93612 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** 12/09/2021 | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.739 | **Nonpriority creditor's name and mailing address** | **$29,307.00** |
|---|---|---|
| | | **As of the petition filing date, the claim is:** Check all that apply | |
| | NEVADA SOLAR ENERGY LLC<br>DAVID BENGEL<br>817 S. MAIN STREET<br>LAS VEGAS NV 89101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| 3.740 | **Nonpriority creditor's name and mailing address** | **$100.00** |
|---|---|---|
| | | **As of the petition filing date, the claim is:** Check all that apply | |
| | NEW HAVEN CONDOMINIUMS<br>1400 NEW HAVEN DR<br>LARGO FL 33771 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.741** **Nonpriority creditor's name and mailing address**

NEW HORIZON COMMUNICATIONS
PO BOX 981073
BOSTON MA 02298-1073

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$6,834.12**

---

**3.742** **Nonpriority creditor's name and mailing address**

NEWPORT CREST HOA
PO BOX 513626
LOS ANGELES CA 90051

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

**3.743** **Nonpriority creditor's name and mailing address**

NEWPORT EQUITY CAPITAL CORPORATION
216 AVENIDA FABRICANTE
UNIT 111
SAN CLEMENTE CA 92672

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$90,629.94**

---

**3.744** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.745** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**POTENTIAL LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known) __**26-10522**_____
         Name

|  | | Amount of claim |
|---|---|---|
| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>NOMO ENERGY HUB LLC<br>CLINT CUSHING<br>2701 N THANKSGIVING WAY<br>STE 100<br>LEHI UT 84043<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes |

**UNDETERMINED** (3.746)

| 3.747 | **Nonpriority creditor's name and mailing address**<br><br>NORTH BLUFF BAY COMMUNITY ASSOCIATION<br>26840 ALISO VIEJO PARKWAY SUITE 100<br>ALISO VIEJO CA 92656<br><br>**Date(s) debt was incurred** <u>05/29/2020</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes |

**$500.00** (3.747)

| 3.748 | **Nonpriority creditor's name and mailing address**<br><br>NORTH COUNTY FENCE & FABRICATION INC<br>DUSTIN HENSLEY<br>304 N STAGE COACH LN<br>FALLBROOK CA 92028<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes |

**$122,823.00** (3.748)

| 3.749 | **Nonpriority creditor's name and mailing address**<br><br>NORTH COUNTY FENCE & FABRICATION INC.<br>ATTN: DAVID E GOLIA<br>11400 W BERNARDO CT<br>SAN DIEGO CA 92127<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** <u>LITIGATION</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes |

**UNDETERMINED** (3.749)

| 3.750 | **Nonpriority creditor's name and mailing address**<br><br>NORTHPARK<br>10 MEADOW VALLEY<br>IRVINE CA 92602<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** <u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?** ☐ No ☐ Yes |

**$175.00** (3.750)

Debtor    **Freedom Forever LLC**                                        Case number (if known)    **26-10522**

Name

|  |  | **Amount of claim** |
|---|---|---|

**3.751** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$675.00

NORTHPARK MAINTENANCE ASSOCIATION
10 MEADOW VALLEY
IRVINE CA 92602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.752** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NORTHWESTERN CORPORATION D/B/A
NORTHWESTERN ENERGY
208 N. MONTANA AVE.
SUITE 200
HELENA MT 59601

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.753** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$625.00

NORTHWOOD POINTE MAINTENANCE ASSOC.
16775 VON KARMAN AVE
SUITE 100
IRVINE CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.754** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

NYSS, LLC D/B/A NY STATE SOLAR
C/O K&LGATES
ATTN: GEORGE P. BARBATSULY
ONE NEWARK CENTER
TENTH FLOOR
NEWARK NJ 07102

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.755** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$86,004.40

ODYSSEY SOLAR LLC
2014 CAPITOL AVENUE
SACRAMENTO CA 95811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
         <span>Name</span>

|  | | Amount of claim |
|---|---|---|

**3.756** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$135.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>EMPLOYEE EXPENSE REIMBURSEMENT</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

ONESOURCE VIRTUAL
9001 CYPRESS WATERS BLVD.
DALLAS TX 75019

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$10,654.85**

ONESOURCE VIRTUAL INC
PO BOX 737439
DALLAS TX 75373-7439

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>4/29/24 - 5/1/24</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$20,213.63**

ONTARIO REFRIGERATION SERVICE, INC.
635 S. MOUNTAIN AVENUE
ONTARIO CA 91762

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.761** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.762** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$320.00**

ORONOKO CHARTER TOWNSHIP
PO BOX 214
BERRIEN SPRINGS MI 49103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.763** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$175.00**

OSO VALLEY GREENBELT ASSOCIATION
C/O PWERSTONE PROPERTY MGMT
9060 IRVINE CENTER DRIVE
SUITE 200
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.764** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** ARBITRATION CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.765** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$450.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.766** **Nonpriority creditor's name and mailing address**

P C PAVERS INC
1585 BERENICE DR
BREA CA 92821

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$6,369.00**

---

**3.767** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$135.00**

---

**3.768** **Nonpriority creditor's name and mailing address**

PACIFIC HILLS EAST
15241 LAGUNA CANYON RD
IRVINE CA 92618

**Date(s) debt was incurred** 8/19-8/21/24

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$600.00**

---

**3.769** **Nonpriority creditor's name and mailing address**

PACIFIC REMODELING- TOM VUONG

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.770** **Nonpriority creditor's name and mailing address**

PACIFIC RIDGE OWNERS ASSOCIATION
3618 OCEAN RANCH BLVD
OCEANSIDE CA 92056

**Date(s) debt was incurred** 05/31/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$175.00**

Debtor    **Freedom Forever LLC**

Name    Case number (if known)    **26-10522**

| | Amount of claim |
|---|---|

3.771 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$24,537.42**

PARAGON MICRO INC.
PO BOX 775695
CHICAGO IL 60677-5695

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

3.772 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$50.00**

PARKSIDE VILLAGE
22 EAST ELBON ROAD
BROOKHAVEN PA 19015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

3.773 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$50.00**

PASEO DEL SOL MASTER ASSOCIATION
100 E. THOUSAND OAKS BLVD.
SUITE 115
THOUSAND OAKS CA 91360

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

3.774 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

PASEO WESTPARK MAINTENANCE ASSN
320 COMMERCE
SUITE 200
IRVINE CA 92602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

3.775 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$45.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.776 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

**As of the petition filing date, the claim is:** Check all that apply

PATTERSON MARKETING GROUP LLC
2755 E. VANDERHOOF DRIVE
WEST COVINA CA 91791

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 06/12/2025     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

3.777 **Nonpriority creditor's name and mailing address**     **$180.00**

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/24/2020     **Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

3.778 **Nonpriority creditor's name and mailing address**     **UNDETERMINED**

**As of the petition filing date, the claim is:** Check all that apply

PAUL ZACHER STRUCTURAL ENGINEERS, INC.
C/O EVANS, WIECKOWSKI, WARD &
SCOFFIELD, LLP
ATTN: LINDY H. SCOFFIELD
745 UNIVERSITY AVENUE
SACRAMENTO CA 95825

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** LITIGATION

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

3.779 **Nonpriority creditor's name and mailing address**     **$20,338.06**

**As of the petition filing date, the claim is:** Check all that apply

PAYKEEPER INC
893 W BAXTER DR
SOUTH JORDAN UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/31-8/3/24     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

3.780 **Nonpriority creditor's name and mailing address**     **$1,555.00**

**As of the petition filing date, the claim is:** Check all that apply

PCFB LLC
4001 SOUTH 700 EAST
SUITE 500
SALT LAKE CITY UT 84107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| | | Amount of claim |
|---|---|---|
| 3.781 | **Nonpriority creditor's name and mailing address** | $25.00 |

PELICAN HEIGHTS HOMEOWNERS
ASSOCIATION
PO BOX 7736
LAGUNA NIGUEL CA 92607

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | $757.30 |
|---|---|---|

PENN TOWNSHIP
2010 STATE RTE 903
JIM THORPE PA 18229

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | $30.00 |
|---|---|---|

PERRY COUNTY TREASURER
224 SOUTH JEFFERSON STREET
PERRY FL 32347

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | $600.00 |
|---|---|---|

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | $21,151.98 |
|---|---|---|

PG&E
P.O. BOX 997300
SACRAMENTO CA 95899-7300

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.786** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$3,063.05**

PG&E
PO BOX 660038
DALLAS TX 75266-0038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.787** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,533.52**

PG&E - CFM/PPC DEPARTMENT
PO BOX 660038
DALLAS TX 75266-0038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.788** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

PHILADELPHIA SOLAR FOR RENEWABLE
ENERGY
C/O THE HETTENA LAW FIRM
ATTN: ALEX HETTENA
31348 VIA COLINAS #106
WESTLAKE VILLAGE CA 91362

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.789** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.791** **Nonpriority creditor's name and mailing address**

PIERSON FERDINAND LLP
MAIN ATTORNEY OPERATING ACCOUNT
PO BOX 738036
DALLAS TX 75373-8036

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$11,153.50**

---

**3.792** **Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 981022
BOSTON MA 02298-1022

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,038.84**

---

**3.793** **Nonpriority creditor's name and mailing address**

PLS CHECK CASHERS OF TEXAS LLC
814 COMMERCE DR
STE 350
OAK BROOK IL 60523

**Date(s) debt was incurred** 03/30/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$3,254.58**

---

**3.794** **Nonpriority creditor's name and mailing address**

PLUGPV
ATTN: ROSENDE PAUL
ATTN: DAVID L. PAUL
8200 NW 41ST ST.
SUITE 318
MIAMI FL 33166

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.795** **Nonpriority creditor's name and mailing address**

PLUMAS COUNTY
555 MAIN ST
QUINCY CA 95971

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$166.00**

---

Debtor    **Freedom Forever LLC**                                              Case number (if known)    **26-10522**

   Name

|  | | Amount of claim |
|---|---|---|

3.796  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

PLUMERIA ACCORD HOLDINGS LLC
C/O IMPERIAL FINANCE CORP
601 N FEDERAL HWY, SUITE 301 #A V01
HALLANDALE BEACH FL 33009

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**               **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.797  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$34,000.00**

PODIUM CORPORATION INC
PO BOX 124064
DALLAS TX 75312-4064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**               **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.798  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$379,275.16**

POLSINELLI PC
PO BOX 878681
KANSAS CITY MO 64187-8681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**               **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.799  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$100.00**

PORTOLA SPRINGS COMMUNITY
ASSOCIATION
15241 LAGUNA CANYON RD
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**               **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

3.800  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$350.00**

POSITANO HOMEOWNERS ASSOCIATION
9665 CHESAPEAKE DR
STE 300
SAN DIEGO CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**               **Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.801** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$140.00**

POTTER TOWNSHIP
304 PEACH ORCHARD ROAD
MILL HALL PA 17751

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,250.00**

POWER ELECTRIC AND CONSTRUCTION
2300 S. SYCAMORE AVE
LOS ANGELES CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

POWERSMITH LLC
4305 TEMECULA ST
SAN DIEGO CA 92107

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 09/01/2025

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

PROJECT SOLAR LLC
PROJECT SOLAR, INC.
ATTN: TREVOR HILTBRAND
631 W SPRING DEW LANE
LEHI UT 84043

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00**

PROVIDENCE COMMUNITY ASSOCIATION
31608 RAILROAD CANYON RD
CANYON LAKE CA 92587

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

PRUDENCE CRESPIN
C/O TREINEN LAW OFFICE PC
ATTN: ROB TREINEN
500 TIJERAS AVE NW
ALBUQUERQUE NM 87102

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$61.40** |
|---|---|---|---|

PSE&G
PO BOX 14444
NEW BRUNSWICK NJ 08906-4444

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00** |
|---|---|---|---|

PUBLIC SERVICE COMPANY OF COLORADO
PO BOX 9477
MINNEAPOLIS MN 55484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,500.00** |
|---|---|---|---|

PVHA & ART JURY
PALOS VERDES DRIVE WEST
PALOS VERDES ESTATES CA 90274

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/15/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,645.00** |
|---|---|---|---|

PZSE, INC
1478 STONE POINT DR
STE 190
ROSEVILLE CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor   **Freedom Forever LLC** _____   Case number (if known)   **26-10522** _____

Name

| | **Amount of claim** |
|---|---|

**3.811** **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS CLINICAL LABORATORIES
PO BOX 740709
ATLANTA GA 30374-0709

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$6,893.25**

---

**3.812** **Nonpriority creditor's name and mailing address**

RA SUNERGY LLC
8301 E ARIZONA PL
DENVER CO 80247

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.813** **Nonpriority creditor's name and mailing address**

RADIANT ENERGY SOLUTIONS LLC
990 SILVER OAK PL
CHULA VISTA CA 91914

**Date(s) debt was incurred** 06/28/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.814** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.815** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 02/09/2023

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$270.00**

---

Debtor  **Freedom Forever LLC**  _____  Case number (if known) **26-10522** _____

Name

|  | | **Amount of claim** |
|---|---|---|

**3.816**  **Nonpriority creditor's name and mailing address**

RANCHO CALIFORNIA WATER DISTRICT
PO BOX 512687
LOS ANGELES CA 90051-0687

**Date(s) debt was incurred** 9/28-10/03/25

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$426.91**

---

**3.817**  **Nonpriority creditor's name and mailing address**

RANCHO MMC
28436 AIROSO ST
RANCHO MISSION VIEJO CA 92694

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$75.00**

---

**3.818**  **Nonpriority creditor's name and mailing address**

RANDOLPH COUNTY
204 EAST ACADEMY STREET
ASHEBORO NC 27203

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$127.00**

---

**3.819**  **Nonpriority creditor's name and mailing address**

RAYFORD ROOFING
C/O THE PARSON LAW FIRM
4545 BISSONNET ST
SUITE 104
BELLAIRE TX 77401

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.820**  **Nonpriority creditor's name and mailing address**

REAL DIGITAL MEDIA
40 N MAIN ST
STE 2600
DAYTON OH 45423

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$2,376.00**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.821** **Nonpriority creditor's name and mailing address**

REGAL SATELLITE LLC
BRADY NELSON
47 VIA CARTAMA
SAN CLEMENTE CA 92673

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.822** **Nonpriority creditor's name and mailing address**

REGISTRAR OF CONTRACTORS
1700 W WASHINGTON ST
SUITE 105
PHOENIX AZ 85007

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$10,257.80**

---

**3.823** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.824** **Nonpriority creditor's name and mailing address**

RENEWABLE STANDARDS INC
6211 CYPRESS SPRINGS CIRCLE
LAS VEGAS NV 89148

**Date(s) debt was incurred** 10/04/2024

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,212.89**

---

**3.825** **Nonpriority creditor's name and mailing address**

REVAMP ENERGY, LLC
350 E. CALIFORNIA BLVD. #220
PASADENA CA 91106

**Date(s) debt was incurred** 04/16/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC**_____ Case number (if known)   **26-10522**_____
         Name

|  |  | Amount of claim |
|---|---|---|
| 3.826 | **Nonpriority creditor's name and mailing address** | $17,660.00 |

**As of the petition filing date, the claim is:** Check all that apply

RH ROOFING INC
702 S MOHAWK DRIVE
SANTA ANA CA 92704

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/01/2025

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.827   **Nonpriority creditor's name and mailing address**          $19,683.00

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.828   **Nonpriority creditor's name and mailing address**          UNDETERMINED

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.829   **Nonpriority creditor's name and mailing address**          UNDETERMINED

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.830   **Nonpriority creditor's name and mailing address**          UNDETERMINED

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**                                             Case number (if known)   **26-10522**

Name

| | | **Amount of claim** |
|---|---|---|

3.831   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$538.50

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.832   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$230.00

RIDGEMOOR HOA
16775 VON KARMAN AVE
SUITE 100
IRVINE CA 92606

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/14/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.833   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$10,000.00

RIDGEVIEW HIGH ESTATES LLC
HENRY KA
1726 PLAYA VISTA
SAN MARCOS CA 92078

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.834   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$103,435.00

RIGHT ANGLE ENGINEERING, PLLC
757 TECHNOLOGY AVE
SUITE F31
OREM UT 84097

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/20/2022

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.835   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$750.00

RIVER CITY FENCE INC.
830 NORTHPORT DR SUITE 205
WEST SACRAMENTO CA 95691

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.836**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$150.00**

RIVERDALE COMMUNITY ASSOCIATION
26840 ALISO VIEJO PKWY, STE 200
ALISO VIEJO CA 92656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.837**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$1.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.838**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$225.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.839**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.840**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) __**26-10522**_____
        Name

| | | Amount of claim |
|---|---|---|

**3.841**   **Nonpriority creditor's name and mailing address**

ROGUE STRUCTURES, INC.
11098 SOMERSET DRIVE
TRUCKEE, CA 96161

**Date(s) debt was incurred** 8/7-8/11/23

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$225.00**

---

**3.842**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$505.76**

---

**3.843**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$203.82**

---

**3.844**   **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.845**   **Nonpriority creditor's name and mailing address**

ROOF KING ROOFING INC
450 W CALIFORNIA AVE #103
VISTA CA 92083

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$18,204.48**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 226 of 285

Debtor  **Freedom Forever LLC** _____    Case number (if known)  **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.846 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** UNDERLINE VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.847 | **Nonpriority creditor's name and mailing address** | **$600.00** |

ROOFIX TECHNOLOGIES
4025 WOODLAND PARK BLVD
STE 280
ARLINGTON TX 76013

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.848 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.849 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.850 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Freedom Forever LLC**
_____   Case number (if known) **26-10522**  _____
Name

| | | **Amount of claim** |

**3.851**  **Nonpriority creditor's name and mailing address**

    **UNDETERMINED**

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _VARIOUS_

**Basis for the claim:**_POTENTIAL LITIGATION_

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.852**  **Nonpriority creditor's name and mailing address**

    **UNDETERMINED**

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _VARIOUS_

**Basis for the claim:**_POTENTIAL LITIGATION_

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.853**  **Nonpriority creditor's name and mailing address**

    **UNDETERMINED**

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _VARIOUS_

**Basis for the claim:**_POTENTIAL LITIGATION_

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.854**  **Nonpriority creditor's name and mailing address**

    **UNDETERMINED**

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _VARIOUS_

**Basis for the claim:**_POTENTIAL LITIGATION_

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

**3.855**  **Nonpriority creditor's name and mailing address**

    **UNDETERMINED**

ROOFIX TECHNOLOGIES, LLC
C/O MERBAUM LAW GROUP, P.C.
5755 NORTH POINT PARKWAY
SUITE 284
ALPHARETTA GA 30022

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _VARIOUS_

**Basis for the claim:**_POTENTIAL LITIGATION_

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**
_____
         Name

|  | | Amount of claim |
|---|---|---|

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>POTENTIAL LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$75.00** |
|---|---|---|---|

ROSETTA CANYON COMMUNITY ASSOCIATION
PO BOX 400
LAKE ELSINORE CA 92530

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,979.13** |
|---|---|---|---|

ROTO ROOTER PLUMBERS-VISTA
2141 INDUSTRIAL COURT
SUITE D
VISTA CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| 3.860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$2,076.00** |
|---|---|---|---|

ROTO-ROOTER SERVICES COMPANY
5672 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0056

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.861**

**Nonpriority creditor's name and mailing address**

RS&I,INC

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$1,300.00**

---

**3.862**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 10/14/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$112.61**

---

**3.863**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.864**

**Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.865**

**Nonpriority creditor's name and mailing address**

S3C ENERGY INC
655 N BERRY ST
BREA CA 92821

**Date(s) debt was incurred** 03/10/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**UNDETERMINED**

---

Debtor    **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| | | |

3.866    **Nonpriority creditor's name and mailing address**

SACRAMENTO COUNTY SHERIFFS OFFICE
CIVIL BUREAU
2969 PROSPECT PARK DRIVE
SUITE 200
RE LOBEL FINANCIAL 34-2017-00216592
RANCHO CORDOVA CA 95670

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LEVY PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**UNDETERMINED**

---

3.867    **Nonpriority creditor's name and mailing address**

SACRAMENTO COUNTY SHERIFFS OFFICE
CIVIL BUREAU
2969 PROSPECT PARK DRIVE
SUITE 200
RE FILE # 2024010285
RANCHO CORDOVA CA 95670

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** GARNISHMENT CLAIM

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**UNDETERMINED**

---

3.868    **Nonpriority creditor's name and mailing address**

SACRAMENTO COUNTY SHERIFFS OFFICE
CIVIL BUREAU
2969 PROSPECT PARK DRIVE
SUITE 200
RE LOBEL FINANCIAL 34-2017-00216592
RANCHO CORDOVA CA 95670

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LEVY PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**UNDETERMINED**

---

3.869    **Nonpriority creditor's name and mailing address**

SACRAMENTO COUNTY SHERIFFS OFFICE
2969 PROSPECT PARK DRIVE
SUITE 200
RANCHO CORDOVA CA 95670

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** GARNISHMENT CLAIM

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**UNDETERMINED**

---

3.870    **Nonpriority creditor's name and mailing address**

SAFETYFIRST ADVANTAGE, LLC
1055 PARSIPPANY BLVD
SUITE 204
PARSIPPANY NJ 07054

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No  ☐ Yes

**$48,101.57**

---

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | | Amount of claim |
|---|---|---|---|---|
| 3.871 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$135.00** |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| 3.872 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | **UNDETERMINED** |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** POTENTIAL LITIGATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| 3.873 | **Nonpriority creditor's name and mailing address**<br><br>SAMLARC<br>22342A AVENIDA EMPRESA<br>SUITE 102A<br>RANCHO SANTA MARGARITA CA 92688 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$100.00** |
| | **Date(s) debt was incurred** 3/11-3/13/24 | **Basis for the claim:** TRADE PAYABLE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| 3.874 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **$1,000.00** |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** TRADE PAYABLE | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| 3.875 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | **UNDETERMINED** |
| | **Date(s) debt was incurred** VARIOUS | **Basis for the claim:** LITIGATION | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes | | |

Debtor   **Freedom Forever LLC** _____  Case number (if known)   **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

**3.876** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$466.00**

SAN BENITO COUNTY
2301 TECHNOLOGY PARKWAY
HOLLISTER CA 95023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.877** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,877.44**

SAN DIEGO GAS & ELECTRIC
PO BOX 25111
SANTA ANA CA 92799-5111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.878** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$580.00**

SAN DIEGO TREE SERVICE CONTRACTOR
3445 42ND STREET
SAN DIEGO CA 92105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/09/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.879** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$784.00**

SAN MATEO CONSOLIDATED FIRE DEPT
2121 S. EL CAMINO REAL
BLDG. B
SAN MATEO CA 94403

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.880** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$200.00**

SAN RAMON COUNTY BUILDING & ZONING
7000 BOLLINGER CANYON RD
SAN RAMON CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.881** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:**LITIGATION

**Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.882** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$135.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.883** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$285.49** |

☐ Contingent
☐ Unliquidated
☐ Disputed

SCE
524 LINCOLN ST
ROCKVILLE MD 20850

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.884** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS | **Basis for the claim:**LITIGATION

**Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.885** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$32,414.22** |

☐ Contingent
☐ Unliquidated
☐ Disputed

SCHNITZER PROPERTIES LLC
PO BOX 4900
PORTLAND OR 97208-4900

**Date(s) debt was incurred** 07/07/2025 | **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number** | **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.886** **Nonpriority creditor's name and mailing address**

SCHOOLS SOLAR, INC.
374 E MONTANA ST
PASADENA CA 91104

**Date(s) debt was incurred** 04/01/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.887** **Nonpriority creditor's name and mailing address**

SD SOLAR BROKERS LLC
3887 PELL PLACE
UNIT #428
SAN DIEGO CA 92130

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**UNDETERMINED**

---

**3.888** **Nonpriority creditor's name and mailing address**

SDG&E
CUSTOMER PAYMENT SERVICES
P.O.BOX 129831
SAN DIEGO CA 92112-9831

**Date(s) debt was incurred** 06/28/2019

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$290.00**

---

**3.889** **Nonpriority creditor's name and mailing address**

SEA GLASS BLU STRAND OWNERS
ASSOCIATION
402 WEST BROADWAY
SUITE 400
SAN DIEGO CA 92101

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$25.00**

---

**3.890** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$75.00**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

**3.891** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

SERVICE FINANCE COMPANY LLC
ATTN: ACCOUNTS RECEIVABLE
555 SOUTH FEDERAL HWY #200
BOCA RATON FL 33432

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>CONTRACT CLAIM</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.892** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150.00**

SEVEN OAKS HOA
4015 COFFEE ROAD
SUITE 200
BAKERSFIELD CA 93308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.893** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$150.00**

SHADETREE COMMUNITY ASSOCIATION
15241 LAGUNA CANYON RD
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.894** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$30.00**

SHADOW CANYON HOA
PO BOX 503
YORBA LINDA CA 92885

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>    **Basis for the claim:**<u>LITIGATION</u>

**Last 4 digits of account number**    **Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor    **Freedom Forever LLC**                                                    Case number (if known)    **26-10522**

　　　　　Name

| | | Amount of claim |
|---|---|---|
| 3.896 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.897    **Nonpriority creditor's name and mailing address**                                     $90.00

**As of the petition filing date, the claim is:** Check all that apply

SHASTA COUNTY
1855 PLACER STREET
REDDING CA 96001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.898    **Nonpriority creditor's name and mailing address**                                     $75.00

**As of the petition filing date, the claim is:** Check all that apply

SHELBY CHARTER TOWNSHIP
52700 VAN DYKE AVE
SHELBY TOWNSHIP MI 48316

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.899    **Nonpriority creditor's name and mailing address**                                     UNDETERMINED

**As of the petition filing date, the claim is:** Check all that apply

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** LITIGATION

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.900    **Nonpriority creditor's name and mailing address**                                     $140,439.80

**As of the petition filing date, the claim is:** Check all that apply

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS TX 75395-2121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**    ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | | **Amount of claim** |
|---|---|---|

**3.901** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$11,704.52**

SHRED-IT
28883 NETWORK PLACE
CHICAGO IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00**

SILVER LAKES ASSOCIATION
PO BOX 820100
SOUTH FLORIDA FL 33082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

SIMPLE SOLAR LLC
5389 HIDDEN GLEN DR.
ROCKLIN CA 95677

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$301.75**

SIMPLIFILE
5072 NORTH 300 WEST
PROVO UT 84604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$328,192.00**

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
PO BOX 1764
WHITE PLAINS NY 10602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

3.906   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$74.10

SOCALGAS
PO BOX C
MONTEREY PARK CA 91756-5111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.907   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

SOLAR BUSINESS PRO
ROBERT CONTRERAS
6051 SHADYGLADE AVE
N. HOLLYWOOD CA 91606

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 04/13/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.908   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$47,500.00

SOLAR ENERGY INDUSTRIES ASSOCIATION
1425 K ST. NW STE 1000
WASHINGTON DC 20005

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/01/2019

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.909   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

SOLAR LIFE LLC
3020 ASHLAND LANE SOUTH
KISSIMMEE FL 34741

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.910   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

SOLAR MAX LLC
C/O ADAMS AND REESE LLP
ATTN: MASON A. POKORNY
100 N. TAMPA STREET
SUITE 4000
TAMPA FL 33602

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor    **Freedom Forever LLC**_____ Case number (if known)  **26-10522**_____

Name

|  | | Amount of claim |
|---|---|---|

| 3.911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

SOLAR MOSAIC LLC
601 12TH STREET
STE 325
OAKLAND CA 94607

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CONTRACT CLAIM</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

SOLAR PROS - NATIONWIDE ENERGY INC DBA
NATIONWIDE SOLAR

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>CONTRACT CLAIM</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

SOLAR4GOOD
3349 MICHELSON DRIVE
STE. 200
IRVINE CA 92612

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

SOLARFUL LLC
1599 N BUTCH MEADOWS LANE
MIDWAY UT 84049

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

| 3.915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

SOLARXPERTS LLC
1320 WILLOW PASS RD
SUITE 600
CONCORD CA 94520

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC**
_____ Case number (if known) **26-10522** _____
Name

| | Amount of claim |
|---|---|

**3.916** **Nonpriority creditor's name and mailing address**

SONEPAR NATIONAL ACCOUNTS, LLC
C/O SMITH LAW GROUP OF THE CAROLINAS, LLC
ATTN: STEVEN L. SMITH
225 SEVEN FARMS DRIVE
STE 203
CHARLESTON SC 29492

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** LITIGATION

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.917** **Nonpriority creditor's name and mailing address**

SOURCE ENERGY LLC
21772 FAIRLANE CIRCLE
HUNTINGTON BEACH CA 92646

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.918** **Nonpriority creditor's name and mailing address**

SPARKLETTS
PO BOX 660579
DALLAS TX 75266-0579

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** 08/13/2021      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.919** **Nonpriority creditor's name and mailing address**

SPIDER ROOFING INC
2220 E PALMDALE BLVD #903266
PALMDALE CA 93590

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,470.00**

**Date(s) debt was incurred** 12/02/2023      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.920** **Nonpriority creditor's name and mailing address**

SPOTSYLVANIA COUNTY
9019 OLD BATTLEFIELD BOULEVARD 3RD FL
SPOTSYLVANIA VA 22553

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$280.00**

**Date(s) debt was incurred** 07/15/2025      **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**       **Is the claim subject to offset?** ☐ No ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.921** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

SPRUCE LENDING INC
BEN WEST
CALDARELLI HEJMANOWSKI PAGE & LEER LLP
SAN DIEGO CA 92121

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

SRP
PO BOX 2951
PHOENIX AZ 85062-2951

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.924** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$330.00**

ST CLAIR COUNTY
10 PUBLIC SQUARE
BELLEVILLE IL 62220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.925** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$623.28**

STAFFMARK INVESTMENT LLC
PO BOX 734575
CHICAGO IL 60673-4575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|
| 3.926 **Nonpriority creditor's name and mailing address**<br><br>STAPLES BUSINESS ADVANTAGE<br>500 STAPLES DRIVE<br>FRAMINGHAM MA 01702<br><br>**Date(s) debt was incurred** 04/10/2026<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.927 **Nonpriority creditor's name and mailing address**<br><br>STAPLES INC<br>PO BOX 660409<br>DALLAS TX 75266-0409<br><br>**Date(s) debt was incurred** 05/15/2023<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$68,486.05** |
| 3.928 **Nonpriority creditor's name and mailing address**<br><br>STAPLES TECHNOLOGY SOLUTIONS<br>PO BOX 95230<br>CHICAGO IL 60694-5230<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$5,105.50** |
| 3.929 **Nonpriority creditor's name and mailing address**<br><br>STEADFAST CONSTRUCTION LLC<br>1743 SADDLEBACK CT<br>HENDERSON NV 89014<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$1,125.00** |
| 3.930 **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**POTENTIAL LITIGATION<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |

Debtor  **Freedom Forever LLC**
_____ Case number (if known)  **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.931** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$40,759.11**

STERLING INFOSYSTEMS INC
PO BOX 35626
NEWARK NJ 07193-5626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.932** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**LITIGATION

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.933** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$175.00**

STONE HARBOR-BRIDGEPORT HOMEOWNERS
ASSOCIATION
PO BOX 4008
ANTIOCH CA 94531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.934** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$300.00**

STONETREE COMMUNITY ASSOCIATION
9060 IRVINE CENTER DRIVE
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.935** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,000.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS        **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**        **Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**

Name

| | | Amount of claim |
|---|---|---|

3.936   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$750.00

SUMMERLY COMMUNITY ASSOCIATION
215 CELEBRATION PL
CELEBRATION FL 34747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026   **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.937   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$1,204.00

SUMTER COUNTY
7375 POWELL ROAD
SUITE 115
WILDWOOD FL 34785

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.938   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$24,026.94

SUNBELT RENTALS, INC
PO BOX 409211
ATLANTA GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.939   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

SUNDER ENERGY LLC
9270 S 500 W SUITE F
SANDY UT 84070

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** LITIGATION

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.940   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

UNDETERMINED

SUNDER ENERGY, LLC
9270 S 500 W SUITE F
SANDY UT 84070

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS   **Basis for the claim:** LITIGATION

**Last 4 digits of account number**   **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| | | Amount of claim |
|---|---|---|

**3.941** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |

SUNDER ENERGY, LLC
9270 S 500 W SUITE F
SANDY UT 84070

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** ARBITRATION CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

**3.942** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

SUNERGIZE SOLAR LLC
2020 NORTH ACADEMY BLVD
STE 261 #346
COLORADO SPRINGS CO 80909

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

**3.943** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

SUNLIGHT FINANCIAL LLC
234 WEST 39TH STREET
7TH FLOOR
NEW YORK NY 10018

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

**3.944** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

SUNNOVA ENERGY INTERNATIONAL INC
20 GREENWAY PLAZA
STE 540
HOUSTON TX 77046

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

**3.945** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

SUNRUN BRIGHTBOX

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** CONTRACT CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**
_____

Name

| | | Amount of claim |
|---|---|---|
| 3.946 | **Nonpriority creditor's name and mailing address**<br><br>SUNRUN INC.<br>PO BOX 511612<br>LOS ANGELES CA 90051-8167<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**<u>CONTRACT CLAIM</u><br><br>**Is the claim subject to offset?**   ☐ No   ☐ Yes | **UNDETERMINED** |
| 3.947 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**<u>POTENTIAL INDEMNITY CLAIM</u><br><br>**Is the claim subject to offset?**   ☐ No   ☐ Yes | **UNDETERMINED** |
| 3.948 | **Nonpriority creditor's name and mailing address**<br><br>SUNRUN INC.<br>PO BOX 516549<br>LOS ANGELES CA 90051-0595<br><br>**Date(s) debt was incurred** <u>02/19/2021</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No   ☐ Yes | **UNDETERMINED** |
| 3.949 | **Nonpriority creditor's name and mailing address**<br><br>SUNRUN INC-MR<br>PO BOX 516549<br>LOS ANGELES CA 90051-0595<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No   ☐ Yes | **UNDETERMINED** |
| 3.950 | **Nonpriority creditor's name and mailing address**<br><br>SUNRUN INC-VEN<br>PO BOX 516549<br>LOS ANGELES CA 90051-0595<br><br>**Date(s) debt was incurred** <u>09/26/2023</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**<u>TRADE PAYABLE</u><br><br>**Is the claim subject to offset?**   ☐ No   ☐ Yes | **UNDETERMINED** |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

**Amount of claim**

**3.951** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL INDEMNITY CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.952** **Nonpriority creditor's name and mailing address**

SUNRUN INSTALLATION SERVICES, INC.
PO BOX 516549
LOS ANGELES CA 90051-0595

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INDEMNITY CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.953** **Nonpriority creditor's name and mailing address**

SUNRUN INSTALLATION SERVICES, INC.
PO BOX 516549
LOS ANGELES CA 90051-0595

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.954** **Nonpriority creditor's name and mailing address**

SUNRUN INSTALLATION SERVICES, LLC
PO BOX 516549
LOS ANGELES CA 90051-0595

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INDEMNITY CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

**3.955** **Nonpriority creditor's name and mailing address**

SUNRUN, INC.
PO BOX 516549
LOS ANGELES CA 90051-0595

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** INDEMNITY CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

UNDETERMINED

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.956** **Nonpriority creditor's name and mailing address**

SUNSTONE ASSURANCE II, LLC SERIES TN-103
604 E. BALTIMORE PIKE
MEDIA PA 19063

**Date(s) debt was incurred** 04/01/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** PROMISSORY NOTE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$1,500,000.00**

---

**3.957** **Nonpriority creditor's name and mailing address**

SUNSTONE LLC
ATTN: BACK OFFICE
151 COUNTY RD 516 SUITE 69
OLD BRIDGE NJ 08857

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$24,093.95**

---

**3.958** **Nonpriority creditor's name and mailing address**

SUNSTONE ROOFING, LLC
C/O THE HETTENA LAW FIRM
ATTN: ALEX HETTENA
31348 VIA COLINAS #106
WESTLAKE VILLAGE CA 91362

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.959** **Nonpriority creditor's name and mailing address**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
6527 WHITE FEATHER RAOD
JOSHUA TREE CA 92252

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$270.00**

---

**3.960** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.961** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.962** | **Nonpriority creditor's name and mailing address**

SUSSEX COUNTY
N64 W23760 MAIN STREET
SUSSEX WI 53089

**Date(s) debt was incurred** <u>04/10/2026</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**$277.32**

---

**3.963** | **Nonpriority creditor's name and mailing address**

SUTTON NATION INSURANCE COMPANY
C/O GROTEFELD HOFFMAN
ATTN: MARGARET SELL
700 LARKSPUR LANDING CIRCLE
SUITE 280
LARKSPUR CA 94939

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.964** | **Nonpriority creditor's name and mailing address**

SX3 LLC
5438 LOCKWOOD RIDGE ROAD #144
BRADENTON FL 34203

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>TRADE PAYABLE</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

**3.965** | **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** <u>POTENTIAL LITIGATION</u>

**Is the claim subject to offset?**  ☐ No  ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.966** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.967** **Nonpriority creditor's name and mailing address**

TA REALTY VALUE ADD FUND XIII REIT LLC
PO BOX 103058
PASADENA CA 91189-3058

**Date(s) debt was incurred** 12/31/2020

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$43,165.91**

---

**3.968** **Nonpriority creditor's name and mailing address**

TALEGA MAINTENANCE CORPORATION
PO BOX 4580
RANCHO SANTA MARGARITA CA 92688

**Date(s) debt was incurred** 04/01/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$150.00**

---

**3.969** **Nonpriority creditor's name and mailing address**

TAMARISK RIDGE ESTATES
74040 HWY. 111 SUITE L231
PALM DESERT CA 92260

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,400.00**

---

**3.970** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.971** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.972** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.973** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.974** **Nonpriority creditor's name and mailing address**

TEMECULA LANE HOMEOWNERS
ASSOCIATION
28632 RANCHO CALIFORNIA RD
STE 101
TEMECULA CA 92590

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$280.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.975** **Nonpriority creditor's name and mailing address**

TERMINIX COMMERCIAL
P.O. BOX 1000
DEPT. 916
MEMPHIS TN 38148

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$11,827.23**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor    **Freedom Forever LLC**_____    Case number (if known)    **26-10522**_____

Name

|  | | Amount of claim |
|---|---|---|

**3.976**    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$60.00

TERMINIX COMMERCIAL-15173730
P.O. BOX 1000
DEPT. 916
MEMPHIS TN 38148

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.977**    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$75.00

TERRA LAGO COMMUNITY ASSOCIATION
PO BOX 1029
INDIO CA 92202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.978**    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$70.00

TESORO DEL VALLE MASTER HOA
25115 W. AVENUE STANFORD #A-111
VALENCIA CA 91355

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.979**    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

TEXAS SOLAR BROKER LLC
12223 STABLE KNOLL DRIVE
SAN ANTONIO TX 78249

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

**3.980**    **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$50.00

THE COLONIES MASTER HOA
9130 ANAHEIM PLACE
SUITE 110
RANCHO CUCAMONGA CA 91730

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>08/14/2020</u>

**Basis for the claim:**<u>TRADE PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No    ☐ Yes

---

Debtor **Freedom Forever LLC** _____  Case number (if known) **26-10522** _____
Name

| | | Amount of claim |
|---|---|---|

**3.981**  **Nonpriority creditor's name and mailing address**

THE COVEY COMMUNITY ASSOCIATION
PO BOX 1568
SAN MARCOS CA 92079

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $450.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.982**  **Nonpriority creditor's name and mailing address**

THE HARTFORD-TX
PO BOX 660916
DALLAS TX 75266-0916

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $67,864.02**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.983**  **Nonpriority creditor's name and mailing address**

THE HILLCREST AT PORTER RANCH
COMMUNITY ASSOCIATION
15315 MAGNOLIA BLVD
SUITE 212
SHERMAN OAKS CA 91403

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $100.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.984**  **Nonpriority creditor's name and mailing address**

THE RIDGE AT BELMONT ASSOCIATION
PO BOX 4050
BELMONT CA 94002

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $150.00**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

**3.985**  **Nonpriority creditor's name and mailing address**

THE ROOF MASTERS, INC
C/O BUSCEMI HALLETT LLP
ATTN: JOHNATHAN D. BOBAK
555 WEST BEECH STREET
SUITE 450
SAN DIEGO CA 92101

**As of the petition filing date, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Amount of claim: UNDETERMINED**

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** ARBITRATION CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor **Freedom Forever LLC**
_____ Case number (if known) **26-10522** _____
Name

| | Amount of claim |
|---|---|

3.986 **Nonpriority creditor's name and mailing address**

THE SEA RANCH ASSOCIATION
975 ANNAPOLIS ROAD
PO BOX 16
THE SEA RANCH CA 95497

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$500.00**

---

3.987 **Nonpriority creditor's name and mailing address**

THE SUNSHOP SOLAR LLC
209 OAK ST UNIT B
COCOA FL 32922

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

3.988 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

3.989 **Nonpriority creditor's name and mailing address**

THIRTY THREE INC
28820 CARNATION CT
CASTAIC CA 91384

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,000.00**

---

3.990 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.991** **Nonpriority creditor's name and mailing address**

THRIVE POWER
3214 N UNIVERSITY AVE
#535
PROVO UT 84604

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** CONTRACT CLAIM

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.992** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$360.00**

---

**3.993** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.994** **Nonpriority creditor's name and mailing address**

TITE HOME LLC
1209 E FRANCES LN
GILBERT AZ 85295

**Date(s) debt was incurred** 04/14/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

**3.995** **Nonpriority creditor's name and mailing address**

TMC BUILDING DBA TMC ROOFING
DBA TMC ROOFING
1654 ILLINOIS AVE
UNIT 20
PERRIS CA 92571

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$2,600.00**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | | **Amount of claim** |
|---|---|---|

**3.996** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$716.66**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.997** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$135.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.998** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

TOW PATH SOLAR LLC
5073 W CONDOR DRIVE
TUCSON AZ 85742

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 12/2-12/4/24

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.999** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$505.00**

TOWN OF ACUSHNET
130 MAIN STREET
ACUSHNET MA 02743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1000** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$175.00**

TOWN OF AGAWAM
36 MAIN ST
AGAWAM MA 01001-1801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____
　　　　　Name

|  |  | Amount of claim |
|---|---|---|

| 3.1001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$160.43** |

TOWN OF ALFRED
16 SACO ROAD
ALFRED ME 04002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.1002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$100.00** |

TOWN OF ALLENSTOWN
16 SCHOOL STREET
ALLENSTOWN NH 03275

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.1003 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,410.00** |

TOWN OF AMESBURY
39 SOUTH HUNT ROAD
AMESBURY MA 01915

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.1004 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$116.25** |

TOWN OF BELGRADE
990 AUGUSTA ROAD
BELGRADE ME 04917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

| 3.1005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$512.43** |

TOWN OF CERENTRY

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?** ☐ No ☐ Yes

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____

Name

|  |  | Amount of claim |
|---|---|---|

3.1006   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply          **$100.00**

TOWN OF CHINA
571 LAKEVIEW DRIVE
CHINA ME 04364

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1007   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply          **$33.80**

TOWN OF CLINTON
242 CHURCH STREET
CLINTON MA 01510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1008   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply          **$50.00**

TOWN OF EAST MILLINOCKET
53 MAIN STREET
EAST MILLINOCKET ME 04430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1009   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply          **$25.00**

TOWN OF EFFINGHAM
68 SCHOOL STREET
EFFINGHAM NH 03884

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1010   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply          **$46.00**

TOWN OF ELKTON
100 RAILROAD AVENUE
ELKTON MD 21921

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS          **Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**          **Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.1011 | **Nonpriority creditor's name and mailing address** | $535.00 |

**As of the petition filing date, the claim is:** Check all that apply

TOWN OF FRANKLIN
355 E CENTRAL ST, 1ST FL
FRANKLIN MA 02038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| 3.1012 | **Nonpriority creditor's name and mailing address** | $100.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

TOWN OF GILFORD
47 CHERRY VALLEY ROAD
GILFORD NH 03249

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| 3.1013 | **Nonpriority creditor's name and mailing address** | $130.68 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

TOWN OF GREENE
220 MAIN STREET
GREENE ME 04240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| 3.1014 | **Nonpriority creditor's name and mailing address** | $315.00 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

TOWN OF HARDWICK
307 MAIN STREET
GILBERTVILLE MA 01033

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

| 3.1015 | **Nonpriority creditor's name and mailing address** | $1,083.60 |
|---|---|---|

**As of the petition filing date, the claim is:** Check all that apply

TOWN OF HARWICH
732 MAIN STREET
HARWICH MA 02645

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No  ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

3.1016 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$210.00

☐ Contingent

TOWN OF HILLSBOROUGH
1600 FLORIBUNDA AVENUE
HILLSBOROUGH CA 94010

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.1017 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$190.00

☐ Contingent

TOWN OF HOLLIS
7 MONUMENT SQUARE
HOLLIS NH 03049

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.1018 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$120.00

☐ Contingent

TOWN OF HOOKSETT
35 MAIN ST
HOOKSETT NH 03106

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.1019 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$429.00

☐ Contingent

TOWN OF LEXINGTON
111 MAIDEN LANE
LEXINGTON SC 29072

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.1020 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$189.50

☐ Contingent

TOWN OF LYMAN
11 SO WATERBORO ROAD
LYMAN ME 04002

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.1021**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$71.40

TOWN OF MONMOUTH
859 MAIN STREET
MONMOUTH ME 04259

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.1022**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$211.50

TOWN OF NEW GLOUCESTER
385 INTERVALE ROAD
NEW GLOUCESTER ME 04260

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.1023**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$40.00

TOWN OF NEWTON
2 TOWN HALL ROAD
NEWTON NH 03861

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.1024**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$362.00

TOWN OF NORTHBRIDGE
1679 PROVIDENCE ROAD
NORTHBRIDGE MA 01534

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**3.1025**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$249.00

TOWN OF ORONO
59 MAIN STREET
ORONO ME 04474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

Is the claim subject to offset?   ☐ No   ☐ Yes

---

Debtor    **Freedom Forever LLC** _____    Case number (if known)    **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

3.1026    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$129.25

TOWN OF RANDOLPH
41 SOUTH MAIN STREET
RANDOLPH MA 02368

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.1027    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$359.00

TOWN OF SABATTUS
190 MIDDLE ROAD
SABATTUS ME 04280

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.1028    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$990.00

TOWN OF SAUGUS
298 CENTRAL STREET
SAUGUS MA 01906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.1029    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$325.00

TOWN OF SHEFFIELD
21 DEPOT SQUARE
SHEFFIELD MA 01257

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

3.1030    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

$75.00

TOWN OF SOMERSET
140 WOOD STREET
SOMERSET MA 02726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**    ☐ No  ☐ Yes

---

Debtor   **Freedom Forever LLC**                                            Case number (if known)   **26-10522**

Name

|  | | Amount of claim |
|---|---|---|
| 3.1031 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF SOUTHPORT<br>361 HENDRICKS HILL RD<br>SOUTHPORT ME 04578<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**   ☐ No  ☐ Yes | **$50.00** |

| 3.1032 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF VASSALBORO<br>682 MAIN STREET<br>VASSALBORO ME 04989<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**   ☐ No  ☐ Yes | **$421.45** |

| 3.1033 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF VEAZIE<br>1084 MAIN STREET<br>VEAZIE ME 04401<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**   ☐ No  ☐ Yes | **$200.00** |

| 3.1034 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF VERNON<br>55 WEST MAIN STREET<br>VERNON CT 06066<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**   ☐ No  ☐ Yes | **$960.00** |

| 3.1035 | **Nonpriority creditor's name and mailing address**<br><br>TOWN OF WEST BROOKFIELD<br>2 E MAIN ST<br>WEST BROOKFIELD MA 01585<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?**   ☐ No  ☐ Yes | **$200.00** |

Debtor    **Freedom Forever LLC**
_____    Case number (if known)    **26-10522**    _____
Name

| | | Amount of claim |
|---|---|---|

3.1036    **Nonpriority creditor's name and mailing address**

TOWN OF WESTMINSTER
11 SOUTH STREET 2ND FLOOR
WESTMINSTER MA 01473

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No    ☐ Yes

**$200.00**

---

3.1037    **Nonpriority creditor's name and mailing address**

TOWN OF WEYMOUTH
75 MIDDLE STREET
WEYMOUTH MA 02189

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No    ☐ Yes

**$650.00**

---

3.1038    **Nonpriority creditor's name and mailing address**

TOWN OF WOLCOTT
10 KENEA AVENUE
WOLCOTT CT 06716

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No    ☐ Yes

**$371.00**

---

3.1039    **Nonpriority creditor's name and mailing address**

TOWN OF WOOLWICH
13 NEQUASSET ROAD
WOOLWICH ME 04605

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No    ☐ Yes

**$105.50**

---

3.1040    **Nonpriority creditor's name and mailing address**

TOWN OF YORK
186 YORK ST
YORK ME 04001

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**    ☐ No    ☐ Yes

**$705.00**

---

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____
         Name

| | | Amount of claim |
|---|---|---|

3.1041   **Nonpriority creditor's name and mailing address**

TOWN OF YOUNGTOWN
12030 NORTH CLUBHOUSE SQUARE
YOUNGTOWN AZ 85363

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$141.00**

---

3.1042   **Nonpriority creditor's name and mailing address**

TOWNSHIP OF CHERRY HILL
820 MERCER ST
CHERRY HILL NJ 08002

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$659.00**

---

3.1043   **Nonpriority creditor's name and mailing address**

TOWNSHIP OF DEERFIELD
1325 HIGHWAY 77
SEABROOK NJ 08302

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$20.00**

---

3.1044   **Nonpriority creditor's name and mailing address**

TOWNSHIP OF FRANKLIN
355 E CENTRAL ST, 1ST FL
FRANKLIN MA 02038

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$540.00**

---

3.1045   **Nonpriority creditor's name and mailing address**

TOWNSHIP OF MIDDLE
147 MUNICIPAL DRIVE
EAST STROUDSBURG PA 18302

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$50.00**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | **Amount of claim** |
|---|---|

3.1046   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$45.00**

TOWNSHIP OF MONROE
76 GRAVEL HILL SPOTSWOOD ROAD
MONROE NJ 08831

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1047   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$59.50**

TOWNSHIP OF ROBESON
8 BOONETOWN ROAD
BIRDSBORO PA 19508

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1048   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$96.00**

TOWNSHIP OF SHAMOKIN
47 E LINCOLN ST
SHAMOKIN PA 17872

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1049   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$246.00**

TOWNSHIP OF SOUTH BRUNSWICK
540 RIDGE ROAD
SOUTH BRUNSWICK TOWNSHIP NJ 08852

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

3.1050   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$790.00**

TOWNSHIP OF UPPER
100 NEWPORT AVENUE
NAZARETH PA 18064

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|

3.1051 **Nonpriority creditor's name and mailing address**

TOWNSHIP OF UPPER MACUNGIE
8330 SCHANTZ ROAD
BREINIGSVILLE PA 18031

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$585.75**

3.1052 **Nonpriority creditor's name and mailing address**

TOWNSHIP OF WEST DEPTFORD
400 CROWN POINT ROAD
WEST DEPTFORD NJ 08086

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$393.00**

3.1053 **Nonpriority creditor's name and mailing address**

TOWNSHIP OF WEST POTTSGROVE
980 GROSSTOWN ROAD
STOWE PA 19464

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,223.75**

3.1054 **Nonpriority creditor's name and mailing address**

TOWNSHIP OF WINSLOW
21 NORTH WILLIAMSON AVENUE
WINSLOW AZ 86047

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$30.00**

3.1055 **Nonpriority creditor's name and mailing address**

TOWNSHIP OF WOOLWICH
120 VILLAGE GREEN DR
WOOLWICH TOWNSHIP NJ 08085

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$40.00**

Debtor   **Freedom Forever LLC**
———————————————————————————— Case number (if known)  **26-10522**  ————————————————————

Name

| | Amount of claim |
|---|---|

**3.1056**  **Nonpriority creditor's name and mailing address**

TRISTAR ICS INC
PO BOX 513869
LOS ANGELES CA 90051.3869

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**Amount of claim:** $2,978.30

---

**3.1057**  **Nonpriority creditor's name and mailing address**

TRISTATE ROOFING INC.
C/O LEVY VON BECK COMSTOCK L CHASTAIN I
ATTN: SETH E. CHASTAIN
P.S. 1200 FIFTH AVENUE
SUITE 1850
SEATTLE WA 98101

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**Amount of claim:** UNDETERMINED

---

**3.1058**  **Nonpriority creditor's name and mailing address**

TROY ROOFING INC
1066 E EDNA PLACE
COVINA CA 91724

**Date(s) debt was incurred** 04/13/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**Amount of claim:** $823.70

---

**3.1059**  **Nonpriority creditor's name and mailing address**

TRUE ENERGY ADVANTAGE, INC.
4193 FLAT ROCK DRIVE
SUITE 200
RIVERSIDE CA 92505

**Date(s) debt was incurred** 10/03/2025

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**Amount of claim:** UNDETERMINED

---

**3.1060**  **Nonpriority creditor's name and mailing address**

TRUE SOLAR & ELECTRIC INC
14587 W SAN JOAQUIN AVE
KERMAN CA 93630

**Date(s) debt was incurred** 03/31/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**Amount of claim:** $21,050.00

---

| Debtor | **Freedom Forever LLC** | | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

**3.1061** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$300.00**

TRUEWIND COMMUNITY ASSOCIATION
15241 LAGUNA CANYON RD
IRVINE CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1062** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$300.00**

TURNLEAF HOA
PO BOX 550
FOLSOM CA 95763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1063** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$16,736.53**

TWILIO INC.
101 SPEAR STREET
SUITE 500
SAN FRANCISCO CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1064** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

U.S. ELECTRICAL SERVICES, INC. A/K/A
ELECTRICAL WHOLESALERS, INC.
C/O MADDEN, JONES, COLE & JOHNSON
ATTN: STEVEN A. JONES
3010 OLD RANCH PARKWAY
SUITE 450
SEAL BEACH CA 90740

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**SETTLEMENT AGREEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1065** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$499.78**

UKIAH VALLEY FIRE DEPARTMENT
MENDOCINO COUNTY
ATTN: PLANNING & BUILDING
UKIAH CA 95482

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.1066**  **Nonpriority creditor's name and mailing address**

$438.75

UNITED CODE CONSULTANTS
PO BOX 2001
BUFORD GA 30519

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1067**  **Nonpriority creditor's name and mailing address**

$400.00

UNITED INSPECTION AGENCY
PO BOX 1900
MOUNT HOLLY NJ 08060

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1068**  **Nonpriority creditor's name and mailing address**

$3,164.91

UNITED RENTALS, INC
PO BOX 051122
LOS ANGELES CA 90074-1122

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1069**  **Nonpriority creditor's name and mailing address**

$252,527.99

UNITEDHEALTHCARE
ATTN: BOX 94017
5505 N. CUMBERLAND AVE
STE 307
CHICAGO IL 60656-1471

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1070**  **Nonpriority creditor's name and mailing address**

$22,994.19

UNIVERSAL LIFT SYSTEMS, LLC
PO BOX 627
WADDELL AZ 85355

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Freedom Forever LLC**
_____ Case number (if known)  **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.1071 | **Nonpriority creditor's name and mailing address** | **UNDETERMINED** |

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

UNIVERSITY OF INDEPENDENCE, INC.
10120 SOUTH EASTERN AVE. # 200
HENDERSON NV 89052

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.1072  **Nonpriority creditor's name and mailing address**                                                                 **$304.50**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

UPPER POTTSGROVE TOWNSHIP
1441 LAURA LN
POTTSTOWN PA 19464

**Date(s) debt was incurred** 03/22/2019

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.1073  **Nonpriority creditor's name and mailing address**                                                             **UNDETERMINED**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.1074  **Nonpriority creditor's name and mailing address**                                                             **UNDETERMINED**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

3.1075  **Nonpriority creditor's name and mailing address**                                                                 **$10,386.04**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**  ☐ No  ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____

Name

| | | Amount of claim |
|---|---|---|
| 3.1076 | **Nonpriority creditor's name and mailing address**<br><br>VAILE VENTURES LLC<br>1775 S 74TH ST<br>MESA AZ 85209<br><br>**Date(s) debt was incurred** 04/14/2026<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.1077 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** ARBITRATION CLAIM<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.1078 | **Nonpriority creditor's name and mailing address**<br><br>VALLEY VIEW ROOFING<br>1191 E HAWBERRY CIR<br>DRAPER UT 84020<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** POTENTIAL LITIGATION<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.1079 | **Nonpriority creditor's name and mailing address**<br><br>NAME ON FILE<br>ADDRESS ON FILE<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$500.00** |
| 3.1080 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>PO BOX 15043<br>ALBANY NY 12212-5043<br><br>**Date(s) debt was incurred** 03/03/2026<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$1,074.28** |

Debtor   **Freedom Forever LLC**                                                    Case number (if known)   **26-10522**

Name

| | | Amount of claim |
|---|---|---|

**3.1081**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

VERONICA ZARAGOZA
7368 SEINE AVENUE
HIGHLAND CA 92346

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1082**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$67,313.43

VERRA MOBILITY
1150 N ALMA SCHOOL RD
MESA AZ 85201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/01/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1083**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,500.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1084**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

UNDETERMINED

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1085**  **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$450.00

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

3.1086 **Nonpriority creditor's name and mailing address**

VILLAGE OF BROOKLYN
210 COMMERCIAL STREET
BROOKLYN WI 53521

**Date(s) debt was incurred** 03/03/2026

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$261.80**

3.1087 **Nonpriority creditor's name and mailing address**

VILLAGE OF BUFFALO GROVE
50 RAUPP BOULEVARD
BUFFALO GROVE IL 60089

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$260.00**

3.1088 **Nonpriority creditor's name and mailing address**

VILLAGE OF CREVE COEUR
103 NORTH THORNCREST AVENUE
CREVE COEUR IL 61610

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$155.00**

3.1089 **Nonpriority creditor's name and mailing address**

VILLAGE OF ELK GROVE
8401 LAGUNA PALMS WAY
ELK GROVE CA 95758

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$60.00**

3.1090 **Nonpriority creditor's name and mailing address**

VILLAGE OF FOX LAKE
66 THILLEN DRIVE
FOX LAKE IL 60020

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$125.00**

Debtor **Freedom Forever LLC**  _____ Case number (if known) **26-10522**  _____

Name

| | Amount of claim |
|---|---|

**3.1091** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$570.00**

VILLAGE OF MATTESON
4900 VILLAGE COMMONS
MATTESON IL 60443

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1092** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$50.00**

VILLAGE OF STREAMWOOD
301 EAST IRVING PARK ROAD
STREAMWOOD IL 60107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1093** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$503.00**

VILLAGE OF UNIVERSITY PARK
18 TOWNCENTER DRIVE
UNIVERSITY PARK IL 60484

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1094** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$550.00**

VILLAGE OF WESTCHESTER
10300 WEST ROOSEVELT ROAD
WESTCHESTER IL 60154

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1095** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$600.00**

VILLAGE PARK COMMUNITY ASSOCIATION
856 CASTELLO AVENUE
FAIRPLAY CO 80440

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____ Case number (if known) __26-10522__
        Name

|  |  | Amount of claim |
|---|---|---|

3.1096 **Nonpriority creditor's name and mailing address**

VIMEO.COM INC
PO BOX 74008984
CHICAGO IL 60674-8984

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$7,897.77**

---

3.1097 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**UNDETERMINED**

---

3.1098 **Nonpriority creditor's name and mailing address**

VISTA NORTE MAINTENANCE CORPORATION
15241 LAGUNA CANYON RD
IRVINE CA 92618

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$25.00**

---

3.1099 **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** LITIGATION

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**UNDETERMINED**

---

3.1100 **Nonpriority creditor's name and mailing address**

VORTEX INDUSTRIES
PO BOX 846952
LOS ANGELES CA 90084-6952

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No  ☐ Yes

**$5,574.43**

Debtor   **Freedom Forever LLC**
_____   Case number (if known)   **26-10522**   _____
          Name

| | | Amount of claim |
|---|---|---|
| 3.1101 | **Nonpriority creditor's name and mailing address**<br><br>VOX FULFILLMENT, LLC<br>3581 S MOUNTAIN VISTA PKWY<br>PROVO UT 84606<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$39,356.66** |
| 3.1102 | **Nonpriority creditor's name and mailing address**<br><br>VPCA<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$200.00** |
| 3.1103 | **Nonpriority creditor's name and mailing address**<br><br>VPG CONSULTING LLC<br>30 N GOULD ST<br>STE 5444<br>SHERIDAN WY 82801<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.1104 | **Nonpriority creditor's name and mailing address**<br><br>VRC AFFILIATES LLC<br>3337 SLEEPYHOLLOW LN.<br>MODESTO CA 95355<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** ARBITRATION CLAIM<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **UNDETERMINED** |
| 3.1105 | **Nonpriority creditor's name and mailing address**<br><br>W SERVICES GROUP, LLC.<br>150 MOTOR PARKWAY<br>SUITE 300<br>HAUPPAUGE NY 11788<br><br>**Date(s) debt was incurred** VARIOUS<br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** TRADE PAYABLE<br><br>**Is the claim subject to offset?** ☐ No ☐ Yes | **$21,169.14** |

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522** _____
Name

|  | Amount of claim |
|---|---|

**3.1106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$15,825.31**

WATTERSON ENVIRONMENTAL GROUP LLC
1700 E GOLF RD
STE 500
SCHAUMBURG IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$400.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

WESCO DISTRIBUTION, INC.
ATTN: NATHAN B. SERR
ATTORNEY AT LAW

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** ARBITRATION CLAIM

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$368.00**

WEST DEPTFORD TOWNSHIP
400 CROWN POINT ROAD
WEST DEPTFORD NJ 08086

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor   **Freedom Forever LLC**
_____ Case number (if known)   **26-10522**   _____
Name

| | Amount of claim |
|---|---|

3.1111   **Nonpriority creditor's name and mailing address**

WESTCLIFFE AT PORTER RANCH COMMUNITY ASSOCIATION
PO BOX 8047
NORTHRIDGE CA 91327

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$950.00**

---

3.1112   **Nonpriority creditor's name and mailing address**

WESTMAR PROPERTY MANAGEMENT, INC.
41623 MARGARITA ROAD
SUITE 100
TEMECULA CA 92591

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$50,198.16**

---

3.1113   **Nonpriority creditor's name and mailing address**

WESTPARK VILLAGE ONE COMMUNITY ASSOCIATION
23726 BIRTCHER DR
LAKE FOREST CA 92630

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$200.00**

---

3.1114   **Nonpriority creditor's name and mailing address**

WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CREDIT CARD BALANCES FROM BUSINESS EXPENSES

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$1,523,768.00**

---

3.1115   **Nonpriority creditor's name and mailing address**

WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?**   ☐ No   ☐ Yes

**$561,420.40**

---

Debtor **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

| | Amount of claim |
|---|---|

**3.1116** **Nonpriority creditor's name and mailing address**

WEX HEALTH
PO BOX 9528
FARGO ND 58106-9528

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$5,507.85**

---

**3.1117** **Nonpriority creditor's name and mailing address**

WHITESIDE COUNTY
18819 LINCOLN RD
MORRISON IL 61270

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$350.00**

---

**3.1118** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE EXPENSE REIMBURSEMENT

**Is the claim subject to offset?** ☐ No ☐ Yes

**$315.00**

---

**3.1119** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** 9/29-10/5/24

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE PAYABLE

**Is the claim subject to offset?** ☐ No ☐ Yes

**$653.78**

---

**3.1120** **Nonpriority creditor's name and mailing address**

NAME ON FILE
ADDRESS ON FILE

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** POTENTIAL LITIGATION

**Is the claim subject to offset?** ☐ No ☐ Yes

**UNDETERMINED**

---

Debtor   **Freedom Forever LLC** _____ Case number (if known) **26-10522** _____

Name

|  | | Amount of claim |
|---|---|---|

**3.1121** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$1,000.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026     **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No  ☐ Yes

---

**3.1122** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$1,860.00**

WILSON TAX LAW GROUP
18281 LEMON DRIVE
YORBA LINDA CA 92886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/15/2025     **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No  ☐ Yes

---

**3.1123** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$50.00**

WINCHESTER COMMUNITY ASSOCIATION
71 MT VERNON ST
WINCHESTER MA 01890

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No  ☐ Yes

---

**3.1124** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

WOMACK FAMILY ENTERPRISES INC.
PO BOX 621
BOONEVILLE AR 72927

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS     **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No  ☐ Yes

---

**3.1125** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$100.00**

WOODBURY COMMUNITY ASSOCIATION
281 MAIN STREET SOUTH
WOODBURY CT 06801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/15/2019     **Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**     **Is the claim subject to offset?**     ☐ No  ☐ Yes

---

Debtor    **Freedom Forever LLC**_____ Case number (if known) **26-10522**_____

Name

| | | Amount of claim |
|---|---|---|

**3.1126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$318,875.00**

WORKDAY INC
PO BOX 886106
LOS ANGELES CA 90088-6106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$9,975.00**

WURSTA
PO BOX 674741
DALLAS TX 75267-4741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

XLR POWER, INC
21 N WEST DAIRY RD
NEPHI UT 84648

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** 04/01/2026

**Basis for the claim:**TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$225.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**EMPLOYEE EXPENSE REIMBURSEMENT

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

**3.1130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:**LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

Debtor   **Freedom Forever LLC** _____ Case number (if known)   **26-10522** _____
         Name

|  |  | Amount of claim |
|---|---|---|

**3.1131  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**UNDETERMINED**

NAME ON FILE
ADDRESS ON FILE

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1132  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$25.02**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1133  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$465.00**

NAME ON FILE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/03/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1134  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$29,922.00**

ZAGUILAN ROOFING SERVICE
6400 STEINER DRIVE
SACRAMENTO CA 95823

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/10/2026

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

**3.1135  Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

**$64,389.00**

ZENDESK, INC.
PO BOX 734287
CHICAGO IL 60673-4287

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?**   ☐ No   ☐ Yes

---

Debtor  **Freedom Forever LLC** _____ Case number (if known)  **26-10522** _____
      Name

|  | | Amount of claim |
|---|---|---|

3.1136 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

ZENSOLAR LLC
909 REINLI ST #117
AUSTIN TX 78751

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.1137 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**UNDETERMINED**

ZEO ENERGY CORP.
232 RIVER BEND LANE
PROVO UT 84604

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** POTENTIAL LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

3.1138 **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply

**$80,000.05**

ZYLO INC
111 MONUMENT CIR
SUITE 2100
INDIANAPOLIS IN 46204-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/12/2021

**Basis for the claim:** TRADE PAYABLE

**Last 4 digits of account number**

**Is the claim subject to offset?** ☐ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 3,756,355.14 |
| **5b. Total claims from Part 2** | 5b. + $ | 23,440,763.04 PLUS UNDETERMINED AMOUNTS |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 27,197,118.18 PLUS UNDETERMINED AMOUNTS |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Freedom Forever LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>DISTRICT OF DELAWARE</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>26-10522</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 1 STOP DEVELOPMENT<br>ATTN: GENERAL COUNSEL<br>8440 N TAMIAMI TRAIL<br>SARASOTA FL 34243 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 2020 COMPANIES INC<br>ATTN: GENERAL COUNSEL<br>1900 KIRKWOOD BLVD<br>STE 1300B<br>SOUTHLAKE TX 76092 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 360 SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>734 S E AVE<br>VINELAND NJ 08360 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER HOSTED PRODUCTS LICENSE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 360TRAINING.COM<br>ATTN: GENERAL COUNSEL<br>6801 N CAPITAL OF CORPORATION<br>BLDG 2<br>STE 150<br>AUSTIN TX 78731 |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 3MG ROOFING & SOLAR<br>ATTN: GENERAL COUNSEL<br>1127 SOLANA AVE<br>WINTER PARK FL 32789 |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 5 GUYS ROOFING<br>ATTN: GENERAL COUNSEL<br>1275 W HOUSTON AVE<br>GILBERT AZ 85233 |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 5 STAR ROOFING + RESTORATION LLC<br>ATTN: GENERAL COUNSEL<br>3741 ALLIANCE DR<br>GSO NC 27407 |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 5210-5220 TRABUE LLC<br>ATTN: GENERAL COUNSEL<br>100 EAST BROAD ST<br>COLUMBUS OH 43215 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 5280 STORM TEAM ATTN: GENERAL COUNSEL 7493 HICKORY CIR FADERICK CO 80504 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | 80 LITTLE FALLS FAIRFIELD NJ LLC ATTN: GENERAL COUNSEL 1900 AVE OF THE STARS 3RD FL LOS ANGELES CA 90067 |
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | A BEAUTIFUL TREE SERVICE ATTN: GENERAL COUNSEL 25436 LEE ST LOS MOLINOS CA 96055 |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | A BEAUTIFUL TREE SERVICE ATTN: GENERAL COUNSEL 25436 LEE ST LOS MOLINOS CA 96055 |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | A BEAUTIFUL TREE SERVICE ATTN: GENERAL COUNSEL 25436 LEE ST LOS MOLINOS CA 96055 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | A TO Z SOLAR PANEL CLEANING AND PEST ABATEMENT LLC ATTN: GENERAL COUNSEL 10315 W EDGEWOOD DR SUNCITY AZ 85351 |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | A&B DRYALL PAINTING INC ATTN: GENERAL COUNSEL 31401 ROWLEY LN NUEVO CA 92567 |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | A+ ELECTRICAL CONTRACTORS LLC ATTN: GENERAL COUNSEL 956 YULEE ST TALLAHASSEE FL 32304 |
| | **List the contract number of any government contract** | | |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | A+ ELECTRICAL CONTRACTORS LLC ATTN: GENERAL COUNSEL 956 YULEE ST TALLAHASSEE FL 32304 |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | A-1 ALL AMERICAN ROOFING CO SAN DIEGO INC ATTN: GENERAL COUNSEL 7414 TRADE ST SAN DIEGO CA 92121 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | A-1 ALL AMERICAN ROOFING CO SAN DIEGO INC ATTN: GENERAL COUNSEL 7414 TRADE ST SAN DIEGO CA 92121 |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | A-1 ALL AMERICAN ROOFING WLA INC ATTN: GENERAL COUNSEL 15322 VERMONT AVE PARAMOUNT CA 90723 |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | 2025 AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ABC SUPPLY CO INC ATTN: GENERAL COUNSEL 1 ABC PKWY BELOIT WI 53511 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ABM BUILDING SERVICES LLC ATTN: GENERAL COUNSEL 14141 SOUTHWEST FWY STE 400 SUGAR LAND TX 77478 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ABM INDUSTRY GROUPS LLC ATTN: GENERAL COUNSEL 14141 SOUTHWEST FWY STE 400 SUGAR LAND TX 77478 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ABOVE ALL CONSTRUCTION INC ATTN: GENERAL COUNSEL 1643 ELLIOTT DR RIVERSIDE CA 92507 |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ABOVE ALL CONSTRUCTION INC ATTN: GENERAL COUNSEL 1643 ELLIOT DR RIVERSIDE CA 92507 |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ABOVE AND BEYOND TREE SERVICE ATTN: GENERAL COUNSEL 7260 LENNON ST JACKSONVILLE FL 32254 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ABOVEBOARD CONTRACTING LLC<br>ATTN: GENERAL COUNSEL<br>192 SAKONNET DR<br>PORTSMOUTH RI 02871 |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ABOVEBOARD CONTRACTING LLC<br>ATTN: GENERAL COUNSEL<br>192 SAKONNET DR<br>PORTSMOUTH RI 02871 |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ABP ELECTRICAL SYSTEMS INC<br>ATTN: GENERAL COUNSEL<br>1102 W SOUTHERN AVE<br>STE 3<br>TEMPE AZ 85282 |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | AC HOME SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>700 E WASHINGTON ST<br>BROWNSVILLE TX 78520 |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ACA JANITORIAL SERVICES<br>ATTN: GENERAL COUNSEL<br>21 COMMERCE DR<br>OFALLON MO 63366 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACA JANITORIAL SERVICES ATTN: GENERAL COUNSEL 21 COMMERCE DR OFALLON MO 63366 |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACA JANITORIAL SERVICES ATTN: GENERAL COUNSEL 21 COMMERCE DR OFALLON MO 63366 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACADEMY FIRE LIFE SAFETY ATTN: GENERAL COUNSEL 42 BROADWAY STE 200 LYNBROOK NY 11563 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCESS CONSTRUCTION REMODELING ATTN: GENERAL COUNSEL 21781 VENTURA BLVD WOODLAND HILLS CA 91364 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCI ROOFING SERVICES ATTN: GENERAL COUNSEL 11325 SANTA MARIA AVE LAKESIDE CA 92040 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACCI ROOFING SERVICES ATTN: GENERAL COUNSEL 11325 SANTA MARIA AVE LAKESIDE CA 92040 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACE AMERICAN INSURANCE COMPANY ATTN: GENERAL COUNSEL 436 WALNUT ST PHILADELPHIA PA 19106 |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACE SERVICES PLUMBING AIR ELECTRICAL ATTN: GENERAL COUNSEL 6396 MCLEOD DR LAS VEGAS NV 89120 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACJ ELECTRIC LLC ATTN: GENERAL COUNSEL 316 S HANCOCK AVE COLORADO SPRINGS CO 80903 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AC-LV LLC D/B/A ACH ATTN: GENERAL COUNSEL 5438 IBERVILLE ST NORTH LAS VEGAS NV 89031 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACME ROOFING SERVICES INC<br>ATTN: GENERAL COUNSEL<br>155 MAST ST<br>STE113<br>MORGAN HILL CA 95037 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACME ROOFING SERVICES INC<br>ATTN: GENERAL COUNSEL<br>155 MAST ST 113<br>MORGAN HILL CA 95037 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACP AIR CONDITIONING PROFESSIONAL<br>ATTN: GENERAL COUNSEL<br>164 4TH AVE<br>APT B<br>CHULA VISTA CA 91910 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACTION YARD AND TREE SERVICES<br>ATTN: GENERAL COUNSEL<br>3925 E 29TH<br>STE 403<br>TUCSON AZ 85711 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ACTIVATION DEPT LLC<br>ATTN: GENERAL COUNSEL<br>232 HAREWOOD PL<br>FUQUAY VARINA NC 27526 |

Debtor    **Freedom Forever LLC**                                         Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACTIVATION DEPT LLC ATTN: GENERAL COUNSEL 232 HAREWOOD PL FUQUAY VARINA NC 27526 |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACTIVATION DEPT LLC ATTN: GENERAL COUNSEL 232 HAREWOOD PL FUQUAY VARINA NC 27526 |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE PROPOSAL | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACTIVEPROSPECT INC ATTN: GENERAL COUNSEL 4203 GUADALUPE ST AUSTIN TX 78751 |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ACTIVEPROSPECT INC ATTN: GENERAL COUNSEL 4203 GUADALUPE ST AUSTIN TX 78751 |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ADA ELECTRIC ATTN: GENERAL COUNSEL 22720 MORTON RANCH RD #161 STE 160 KATY TX 77449 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ADAMES ELECTRIC & SOLAR LLC ATTN: GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 15000 TIMOTHY LN BALCH SPRINGS TX 75180 |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ADAMS LANDSCAPING INC ATTN: GENERAL COUNSEL |
| | **List the contract number of any government contract** | | 26050 HOOVER ST MURRIETA CA 92562 |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT | |
| | **State the term remaining** | UNDETERMINED | ADP INC ATTN: GENERAL COUNSEL |
| | **List the contract number of any government contract** | | ONE ADP BLVD ROSELAND NJ 07068 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADP INC<br>ATTN: GENERAL COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068 |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADP INC<br>ATTN: GENERAL COUNSEL<br>ONE ADP BLVD<br>ROSELAND NJ 07068 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PROPOSAL AND SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL<br>ATTN: GENERAL COUNSEL<br>43445 BUSINESS PARK DR<br>STE 110<br>TEMECULA CA 92590 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SECURITY SYSTEMS AND SERVICES AGREEMENT MULTI-LOCATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL PO BOX 219044 KANSAS CITY MO 64121 |
| | **List the contract number of any government contract** | | |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL PO BOX 219044 KANSAS CITY MO 64121 |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL PO BOX 219044 KANSAS CITY MO 64121 |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL PO BOX 219044 KANSAS CITY MO 64121 |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL PO BOX 219044 KANSAS CITY MO 64121 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE RIDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE RIDER | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 27368 VIA INDUSTRIA STE 101 TEMECULA CA 92590 |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES MASTER TERMS AND CONDITIONS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES MASTER TERMS AND CONDITIONS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES MASTER TERMS AND CONDITIONS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES MASTER TERMS AND CONDITIONS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PROPOSAL AND SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL PROPOSAL AND SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 219044<br>KANSAS CITY MO 64121 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |

Debtor   **Freedom Forever LLC**                                                      Case number (if known)   **26-10522**

Name

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC<br>ATTN: GENERAL COUNSEL<br>1501 YAMATO RD<br>BOCA RATON FL 33431 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES MASTER TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT COMMERCIAL, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | SMALL BUSINESS CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ADVANCED BENEFITS SYSTEMS LLC ATTN: GENERAL COUNSEL 145 RIVER LANDING DR STE 203 DANIEL ISLAND SC 29492 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | ADVANCED ROOFING & RAINGUTTERS INC<br>ATTN: GENERAL COUNSEL<br>130 E N AVE<br>FRESNO CA 93706 |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ADVOSY CONTRACTION LLC<br>ATTN: GENERAL COUNSEL<br>2152 S VINEYARD ST<br>STE 136<br>MESA AZ 85210 |
| | **List the contract number of any government contract** | | |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING Q1 2021 EQUIPMENT SUPPLY | |
| | **State the term remaining** | UNDETERMINED | AEE SOLAR<br>ATTN: GENERAL COUNSEL<br>775 FIERO LN<br>STE 200<br>SAN LUIS OBISPO CA 93401 |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING Q1 2021 EQUIPMENT SUPPLY | |
| | **State the term remaining** | UNDETERMINED | AEE SOLAR<br>ATTN: GENERAL COUNSEL<br>775 FIERO LN<br>STE 200<br>SAN LUIS OBISPO CA 93401 |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING Q4 2020 EQUIPMENT SUPPLY | |
| | **State the term remaining** | UNDETERMINED | AEE SOLAR<br>ATTN: GENERAL COUNSEL<br>775 FIERO LN<br>STE 200<br>SAN LUIS OBISPO CA 93401 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING Q4 2020 EQUIPMENT SUPPLY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AEE SOLAR<br>ATTN: GENERAL COUNSEL<br>775 FIERO LN<br>STE 200<br>SAN LUIS OBISPO CA 93401 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AFFORDABLE QUALITY ROOFING<br>ATTN: GENERAL COUNSEL<br>4333 SILVER STAR RD<br>UNIT 4<br>ORLANDO FL 32808 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AGILITI HEALTH INC<br>ATTN: GENERAL COUNSEL<br>11095 VIKING DR<br>STE 300<br>EDEN PRAIRIE MN 55344 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AGS IMPERIAL CONST & ROOFING LLC<br>ATTN: GENERAL COUNSEL<br>14401 RUDI KUEFNER DR<br>HORIZON CITY TX 79928 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AHA DREAM HOMES LLC<br>ATTN: GENERAL COUNSEL<br>9516 PETRICHOR BLVD<br>WHISPER VALLEY TX 78653 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | AHZ CONSULTING ENGINEERS INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>111 RODEO<br>IRVINE CA 92602 |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | NON - DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | AIP MANAGER LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>333 LUDLOW ST<br>8TH FL<br>STAMFORD CT 06902 |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT FOR HVAC SYSTEM | |
| | State the term remaining | UNDETERMINED | AIR CONTROL SYSTEMS |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1940 S GROVE AVE<br>ONTARIO CA 91761 |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD SUBLEASE MULTI-TENANT | |
| | State the term remaining | UNDETERMINED | AIR CRE |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>500 N BRAND BLVD<br>STE 900<br>GLENDALE CA 91203 |
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD SUBLEASE MULTI--TENANT | |
| | State the term remaining | UNDETERMINED | AIR CRE |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>500 N BRAND BLVD<br>STE 900<br>GLENDALE CA 91203 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE PROPOSAL | |
| | **State the term remaining** | UNDETERMINED | AIRTEKSCOM INC<br>ATTN: GENERAL COUNSEL<br>2432 ARMSTRONG ST<br>LIVERMORE CA 94551 |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | PLANNED MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | AIRTEKSCOM INC<br>ATTN: GENERAL COUNSEL<br>2432 ARMSTRONG ST<br>LIVERMORE CA 94551 |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | AJ VERAR CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>2094 LARKIN RD<br>BIGGS CA 95917 |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ALDARRA LLC<br>ATTN: GENERAL COUNSEL<br>6528 S 216TH ST<br>KENT WA 98032 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALDO & SONS LLC ATTN: GENERAL COUNSEL 15190 PRESTONWOOD BLVD APT 626 DALLAS TX 75248 |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALECO ELECTRIC ATTN: GENERAL COUNSEL 607 ELMIRA RD #314 VACAVILLE CA 95687 |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALIGN RISK SOLUTIONS LLC ATTN: GENERAL COUNSEL 3322 W END AVE STE 120 NASHVILLE TN 37203 |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALL AMERICAN CONSTRUCTION ATTN: GENERAL COUNSEL 5804 E BROWN AVE FRESNO CA 93727 |

Debtor   **Freedom Forever LLC**                                Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALL AREA ROOFING & CONSTRUCTION ATTN: GENERAL COUNSEL 3921 S US HWY 1 FORT PIERCE FL 34982 |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALL CONTRACTING LLC ATTN: GENERAL COUNSEL 1346 FINCH ST LOVELAND CO 80537 |
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALL COUNTY ROOFING INC ATTN: GENERAL COUNSEL 2650 S COLE RD #B BOISE ID 83709 |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | AUTOMOTIVE INFORMATION SYSTEM SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALL DATA ATTN: GENERAL COUNSEL 9650 W TARON DR ELK GROVE CA 95757 |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ALL IN ONE ROOFING SPECIALIST ATTN: GENERAL COUNSEL 225 BRISTOL WELL CT SPARKS NV 89411 |

Official Form 206G              Schedule G: Executory Contracts and Unexpired Leases              Page 26 of 482

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALL OTHER SPECIALTY CONTRACTORS<br>ATTN: GENERAL COUNSEL<br>102 PEGRAM LN<br>FREDERICKSBURG VA 22408 |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALL PRO ELECTRIC & CONSTRUCTION SERVICES INC<br>ATTN: GENERAL COUNSEL<br>2 COACH HILL COURT<br>NEWARK DE 19711 |
| | **List the contract number of any government contract** | | |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALL TERRAIN LANDSCAPING<br>ATTN: GENERAL COUNSEL<br>5312 W 9TH ST DR<br>STE 120<br>GREELEY CO 80634 |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALL WIRE ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>3813 VIA CORVINO ST<br>SELMA CA 93662 |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALL WIRE ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>3813 VIA CORVINO ST<br>SELMA CA 93662 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALL WIRE ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>3813 VIA CORVINO ST<br>SELMA CA 93662 |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>15013 DENVER W PKWY<br>GOLDEN CO 80401 |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>15013 DENVER W PKWY<br>GOLDEN CO 80401 |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>15013 DENVER W PKWY<br>GOLDEN CO 80401 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>15013 DENVER W PKWY<br>GOLDEN CO 80401 |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC ATTN: GENERAL COUNSEL 15013 DENVER W PKWY GOLDEN CO 80401 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC ATTN: GENERAL COUNSEL 15013 DENVER W PKWY GOLDEN CO 80401 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC ATTN: GENERAL COUNSEL 15013 DENVER W PKWY GOLDEN CO 80401 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE FOR SUSTAINABLE ENERGY LLC ATTN: GENERAL COUNSEL 15013 DENVER W PKWY GOLDEN CO 80401 |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLIANCE TECHNOLOGY GROUP LLC ATTN: GENERAL COUNSEL 14310 NW 11 ST PEMBROKE PINES FL 33028 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SUBLEASE MULTI-TENANT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALLSTATE ROOFING INC<br>ATTN: GENERAL COUNSEL<br>1244 E CARLYLE WAY<br>FRESNO CA 93730 |
| | **List the contract number of any government contract** | | |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALLSTATE ROOFING INC<br>ATTN: GENERAL COUNSEL<br>1244 E CARLYLE WAY<br>FRESNO CA 93730 |
| | **List the contract number of any government contract** | | |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALLSTATE ROOFING INC<br>ATTN: GENERAL COUNSEL<br>1722 KINCAID AVE<br>CHULA VISTA CA 91913 |
| | **List the contract number of any government contract** | | |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | ALLURING HOMES INC<br>ATTN: GENERAL COUNSEL<br>3500 W OLIVE AVE<br>STE 300<br>BURBANK CA 91505 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALLURING HOMES INC<br>ATTN: GENERAL COUNSEL<br>3500 W OLIVE AVE<br>STE 300<br>BURBANK CA 91505 |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALPHA ROOFING CO<br>ATTN: GENERAL COUNSEL<br>2557 SAN CARLOS AVE<br>SAN CARLOS CA 94070 |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF LESSEE'S INTENT TO EXERCISE ITS OPTION TO RENEW | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALPROP-I LLC<br>ATTN: GENERAL COUNSEL<br>7978 COOPER CREEK BLVD<br>STE 100<br>UNIVERSITY PARK FL 34201 |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALPROP-I LLC<br>ATTN: GENERAL COUNSEL<br>7978 COOPER CREEK BLVD<br>STE 100<br>UNIVERSITY PARK FL 34201 |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ALPROP-I LLC<br>ATTN: GENERAL COUNSEL<br>7978 COOPER CREEK BLVD<br>STE 100<br>UNIVERSITY PARK FL 34201 |

Debtor   **Freedom Forever LLC**
Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ALTERNATIVE ROOFING INC ATTN: GENERAL COUNSEL 5511 MAGIE ST BROOKLYN PARK MD 21225 |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ALTNA ENERGY ATTN: GENERAL COUNSEL 2168 W GROVE PKWY STE 200 PLEASANT GROVE UT 84062 |
| | List the contract number of any government contract | | |
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | AMAYA ROOFING & WATERPROOFING INC ATTN: GENERAL COUNSEL 5016 SCHUSTER ST STE 100 LAS VEGAS NV 89018 |
| | List the contract number of any government contract | | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | AMERICA STATEWIDE ELECTRICAL CONTRACTOR INC ATTN: GENERAL COUNSEL 9571 NW 24 ST SUNRISE FL 33322 |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | AMERICAN ARBORISTS LTD ATTN: GENERAL COUNSEL 3515 AIRWAY DR STE 205 RENO NV 89511 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AMERICAN BUILDING SOLUTIONS INC<br>ATTN: GENERAL COUNSEL<br>182 ROCKINGHAM RD<br>STE B<br>DERRY NH 03038 |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AMERICAN CLIMBERS LLC<br>ATTN: GENERAL COUNSEL<br>40 MOUNT VICKERY<br>SOUTHBOROUGH MA 01772 |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | AMERICAN EXPRESS COMMERCIAL ACCOUNT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC<br>ATTN: GENERAL COUNSEL<br>200 VESEY ST<br>NEW YORK NY 10281 |
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC<br>ATTN: GENERAL COUNSEL<br>200 VESEY ST<br>NEW YORK NY 10281 |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | NON DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AMERICAN HYPERION SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>8 THE GREEN<br>DOVER DE 19901 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL ACCOUNT PROPANE GAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMERIGAS PROPANE LP<br>ATTN: NATIONAL ACCOUNTS<br>PO BOX 965<br>VALLEY FORGE PA 19482 |
| 2.165 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMPERE ELECTRIC<br>ATTN: GENERAL COUNSEL<br>4030 S JONES BLVD<br>UNIT 30944<br>LAS VEGAS NV 89103 |
| 2.166 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMPERE ELECTRIC<br>ATTN: GENERAL COUNSEL<br>4030 S JONES BLVD<br>UNIT 30944<br>LAS VEGAS NV 89103 |
| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AMYNTA TRADE CREDIT & POLITICAL RISK SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>780 THIRD AVE<br>29TH FL<br>NEW YORK NY 10017 |
| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | GUARANTY OF LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ANDERSON TEAM III<br>ATTN: GENERAL COUNSEL<br>2736 E S FORM DR<br>PHOENIX AZ 85048 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ANTHROPIC PBC ATTN: GENERAL COUNSEL 548 MARKET ST PMB 90375 SAN FRANCISCO CA 94104 |
| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM [DRAFT] | |
| | **State the term remaining** | 229 DAYS | |
| | **List the contract number of any government contract** | | ANTHROPIC PBC ATTN: GENERAL COUNSEL 548 MARKET ST SAN FRANCISCO CA 94104 |
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 229 DAYS | |
| | **List the contract number of any government contract** | | ANTHROPIC PBC ATTN: GENERAL COUNSEL 548 MARKET ST PMB 90375 SAN FRANCISCO CA 94104 |
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 350 DAYS | |
| | **List the contract number of any government contract** | | ANTHROPIC PBC ATTN: GENERAL COUNSEL 548 MARKET ST PMB 90375 SAN FRANCISCO CA 94104 |
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ANTHROPIC PBC ATTN: GENERAL COUNSEL 548 MARKET ST PMB 90375 SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | |
| | | | ANYBILL FINANCIAL SERVICES INC ATTN: GENERAL COUNSEL PO BOX 34781 BETHESDA MD 20827 |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NONDISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | APPLICATION RESEARCH INC ATTN: GENERAL COUNSEL 4927 ST CROIX AVE GOLDEN VALLEY MN 55422 |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | APR ROOFING ATTN: GENERAL COUNSEL 41542 VENTANA DR PALMDALE CA 93551 |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | APTOS SOLAR TECHNOLOGY LLC ATTN: GENERAL COUNSEL 3140 DE LA CRUZ BLVD STE 200 SANTA CLARA CA 95054 |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | MASTER MODULE PURCHASE AND SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | APTOS SOLAR TECHNOLOGY LLC ATTN: FRANK PHAM, CEO 3140 DE LA CRUZ BLVD STE 200 SANTA CLARA CA 95054 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | AR NETWORKING CORP ATTN: GENERAL COUNSEL 30 N GOULD ST STE 7449 SHERIDAN WY 82801 |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ARBOR PRO INC ATTN: GENERAL COUNSEL 313 E 2300 N NORTH OGDEN UT 84414 |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ARGANO LLC ATTN: GENERAL COUNSEL 6100 W PLANO PKWY STE 1800 PLANO TX 75093 |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ARMIJO & SON'S ELECTRIC LLC ATTN: GENERAL COUNSEL 10307 ROUND UP PL SW ALBUQUERQUE NM 87121 |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENTS | |
| | **State the term remaining** | UNDETERMINED | ARTHURS MICHIGAN GROUP LLC ATTN: GENERAL COUNSEL 30800 TELEGRAPH RD STE 1931 BINGHAM FARMS MI 48025 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | ARTICULATE |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>244 5TH AVE<br>STE 2960<br>NEW YORK NY 10001 |
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | AS ELECTRIC |
| | **List the contract number of any government contract** | | ATTN: ANDY STURGEON<br>1676 LONG HORIZON CT<br>HENDERSON NV 89074 |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ASHER ADAMS HOTEL |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>2 S 400 WEST<br>SALT LAKE CITY UT 84101 |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ASPEN CONTRACTING |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4141 NE LAKEWOOD WAY<br>LEES SUMMIT MO 64064 |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ASSOCIATE ELECTRIC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>13431 PUMICE ST<br>NORWALK CA 90650 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | ASSOCIATE ELECTRIC INC ATTN: GENERAL COUNSEL 13431 PUMICE ST NORWALK CA 90650 |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ASSOCIATED FINISHES INC ATTN: GENERAL COUNSEL 7335 E ACOMA DR STE 101 SCOTTDALE AZ 85260 |
| | **List the contract number of any government contract** | | |
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ASYLOS ROGUE LLC ATTN: GENERAL COUNSEL 18300 SW BOONES FERRY RD STE 150 PORTLAND OR 97224 |
| | **List the contract number of any government contract** | | |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: LEGAL NOTICE | |
| | **State the term remaining** | UNDETERMINED | AT PANCRAZI ATTN: GENERAL COUNSEL 350 W 16TH ST STE 332 YUMA AZ 85364 |
| | **List the contract number of any government contract** | | |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | DEDICATED INTERNET PRICING SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP ATTN: GENERAL COUNSEL 870 N MCCARTHY BLVD MILPITAS CA 95035 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | DEDICATED INTERNET PRICING SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP ATTN: GENERAL COUNSEL 870 N MCCARTHY BLVD MILPITAS CA 95035 |
| | **List the contract number of any government contract** | | |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | DEDICATED INTERNET PRICING SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP ATTN: GENERAL COUNSEL 870 N MCCARTHY BLVD MILPITAS CA 95035 |
| | **List the contract number of any government contract** | | |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | DEDICATED INTERNET PRICING SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP ATTN: GENERAL COUNSEL 870 N MCCARTHY BLVD MILPITAS CA 95035 |
| | **List the contract number of any government contract** | | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | DEDICATED INTERNET PRICING SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP ATTN: GENERAL COUNSEL 870 N MCCARTHY BLVD MILPITAS CA 95035 |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | DEDICATED INTERNET PRICING SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | AT&T CORP ATTN: GENERAL COUNSEL 870 N MCCARTHY BLVD MILPITAS CA 95035 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**
_____
Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS BUILDING AND ROOFING INC ATTN: GENERAL COUNSEL 22731 SCHOOLCRAFT ST WEST HILLS CA 91307 |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS ROOFING ATTN: GENERAL COUNSEL 22731 SCHOOLCRAFT ST WEST HILLS CA 91307 |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS SECURITIZED PRODUCTS ADMINISTRATION LP ATTN: SPENCER HUNSBERGER, PATRICK DUGGAN, GABRIELLE CUNNANE 151 W 42ND ST 5TH FL NEW YORK NY 10036 |
| | List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS SECURITIZED PRODUCTS ADMINISTRATION LP ATTN: SPENCER HUNSBERGER, PATRICK DUGGAN, GABRIELLE CUNNANE 151 W 42ND ST 5TH FL NEW YORK NY 10036 |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS SECURITIZED PRODUCTS ADMINISTRATION LP ATTN: SPENCER HUNSBERGER, PATRICK DUGGAN, GABRIELLE CUNNANE 151 W 42ND ST 5TH FL NEW YORK NY 10036 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS SECURITIZED PRODUCTS ADMINISTRATION LP ATTN: SPENCER HUNSBERGER, PATRICK DUGGAN, GABRIELLE CUNNANE 151 W 42ND ST 5TH FL NEW YORK NY 10036 |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS SECURITIZED PRODUCTS ADMINISTRATION LP ATTN: SPENCER HUNSBERGER, PATRICK DUGGAN & GABRIELLE CUNNANE 151 W 42ND ST 5TH FL NEW YORK NY 10036 |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | RELEASE OF CLAIMS | |
| | State the term remaining | UNDETERMINED | ATLAS SECURITIZED PRODUCTS ADMINISTRATION LP ATTN: SPENCER HUNSBERGER, PATRICK DUGGAN, GABRIELLE CUNNANE 151 W 42ND ST 5TH FL NEW YORK NY 10036 |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS TECHNOLOGIES INC ATTN: GENERAL COUNSEL 7020 N 16TH ST MCALLEN TX 78504 |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ATLAS TREE SERVICES INC ATTN: GENERAL COUNSEL 150 MEDBURN ST CONCORD CA 94520 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest** | PROOF OF CONCEPT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO SOLAR SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO PROOF OF CONCEPT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | PROOF OF CONCEPT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 1 TO SERVICE ORDER |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICES AGREEMENT AND SERVICE ORDER |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICE ORDER |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICE ORDER |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 TO AMENDED AND RESTATED SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT WITH SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AURORA SOLAR INC<br>ATTN: GENERAL COUNSEL<br>434 BRANNAN ST<br>SAN FRANCISCO CA 94107 |

Debtor **Freedom Forever LLC**

Name

Case number (if known) **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 PROOF OF CONCEPT AGREEMENT | |
| | State the term remaining | UNDETERMINED | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |
| | List the contract number of any government contract | | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: NOTICE OF NON-RENEWAL | |
| | State the term remaining | UNDETERMINED | AURORA SOLAR INC ATTN: GENERAL COUNSEL 434 BRANNAN ST SAN FRANCISCO CA 94107 |
| | List the contract number of any government contract | | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | AUTHENTIC ROOFING LLC ATTN: GENERAL COUNSEL 1079 SPOONBILL DR SPARKS NV 89441 |
| | List the contract number of any government contract | | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | UNDETERMINED | AUTODESK INC ATTN: GENERAL COUNSEL LANDMARK @ ONE MARKET STE 400 SAN FRANCISCO CA 94105 |
| | List the contract number of any government contract | | |
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | UNDETERMINED | AUTODESK INC ATTN: GENERAL COUNSEL LANDMARK @ ONE MARKET STE 400 SAN FRANCISCO CA 94105 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |

Debtor   **Freedom Forever LLC**                                             Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |

Debtor   **Freedom Forever LLC**                                                       Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AUTODESK INC<br>ATTN: GENERAL COUNSEL<br>LANDMARK @ ONE MARKET<br>STE 400<br>SAN FRANCISCO CA 94105 |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AVALON ROOFING INC<br>ATTN: GENERAL COUNSEL<br>16828 S BROADWAY ST<br>GARDENA CA 90248 |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AVALON ROOFING INC<br>ATTN: GENERAL COUNSEL<br>16828 S BROADWAY ST<br>GARDENA CA 90248 |
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AVELAR INC<br>ATTN: GENERAL COUNSEL<br>590 YGNACIO VALLEY RD<br>STE 200<br>WALNUT CREEK CA 94596 |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD SUBLEASE MULTI--TENANT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | AVISON YOUNG - SOUTHERN CALIFORNIA<br>ATTN: GENERAL COUNSEL<br>3281 E GUASTI RD<br>STE 700<br>ONTARIO CA 91761 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|--------|-------------------------|--|------------------------|--------------|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | AVODAH LLC D/B/A MR HANDYMAN OF MOORESVILLE<br>ATTN: GENERAL COUNSEL<br>121 N COMMERCIAL DR<br>STE C<br>MOORESVILLE NC 28115 |
| | List the contract number of any government contract | | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR INSTALLATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | AXIA SOLAR CORP D/B/A QCELLS NEW HOMES<br>ATTN: LEGAL DEPARTMENT<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |
| | List the contract number of any government contract | | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | A-ZOULIAS ENVIRONMENTAL ENTERIRPSES INC<br>ATTN: GENERAL COUNSEL<br>134 MUSQUASH RD<br>HUDSON NH 03051 |
| | List the contract number of any government contract | | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | B & R HOME IMPROVEMENT INC<br>ATTN: GENERAL COUNSEL<br>16 PACIFIC ST<br>CENTRAL FALLS RI 02863 |
| | List the contract number of any government contract | | |
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | BAJA ROOFING & COATINGS INC<br>ATTN: GENERAL COUNSEL<br>2563 KURT AVE<br>COMMERCE CA 90040 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

   Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | BAJA ROOFING & COATINGS INC ATTN: GENERAL COUNSEL 601 RAY ST ESCONDIDO CA 92026 |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BALBOA CAPITAL CORPORATION ATTN: GENERAL COUNSEL 575 ANTON BLVD 12TH FL COSTA MESA CA 92626 |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BALBOA CAPITAL CORPORATION ATTN: GENERAL COUNSEL 575 ATON BLVD 12TH FL COSTA MESA CA 92626 |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | BALBOA CAPITAL CORPORATION ATTN: GENERAL COUNSEL 575 ATON BLVD 12TH FL COSTA MESA CA 92626 |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BALDWIN CUSTOM CONSTRUCTION INC ATTN: GENERAL COUNSEL 219 S PLATEAU DR WEST COVINA CA 91791 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CONFIDENTIAL SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CONFIDENTIAL SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | BARLAD CORPORATION ATTN: GENERAL COUNSEL 5000 WINDPLAY DR 3-105 EL DORADO HILLS CA 95762 |
| | **List the contract number of any government contract** | | |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | BARRACUDA ENTERPRISES INC ATTN: GENERAL COUNSEL 471 E 1000 S STE C PLEASANT GROVE UT 84062 |
| | **List the contract number of any government contract** | | |

Official Form 206G        Schedule G: Executory Contracts and Unexpired Leases        Page 54 of 482

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BARUN CORP<br>ATTN: GENERAL COUNSEL<br>1592 REMINGTON TRCE DR<br>PORT CHARLOTTE FL 33953 |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BARUN CORP<br>ATTN: GENERAL COUNSEL<br>1592 REMINGTON TRCE DR<br>PORT CHARLOTTE FL 33953 |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BARUN CORP<br>ATTN: CHRIS KIM<br>602 N ATWATER DR<br>MALVERN PA 19355 |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | FREEDOM FOREVER DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BARUN CORP<br>ATTN: GENERAL COUNSEL<br>1592 REMINGTON TRCE DR<br>PORT CHARLOTTE FL 33953 |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BASIC NRG LLC<br>ATTN: GENERAL COUNSEL<br>1836 W DRIFTWOOD VIEW DR<br>LEHI UT 84043 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.274 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BASIC NRG LLC<br>ATTN: GENERAL COUNSEL<br>1836 W DRIFTWOOD VIEW DR<br>LEHI UT 84043 |
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BATES ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 1030<br>IMPERIAL MO 63052 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | ALARM AGREEMENT AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BAY ALARM COMPANY<br>ATTN: GENERAL COUNSEL<br>740 S ROCHESTER AVE<br>STE D<br>ONTARIO CA 91761 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL ALARM INSTALLATION AND SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BAY ALARM COMPANY<br>ATTN: GENERAL COUNSEL<br>740 S ROCHESTER AVE<br>STE D<br>ONTARIO CA 91761 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BAYWA RE SOLAR SYSTEMS LLC<br>ATTN: GENERAL COUNSEL<br>1730 CAMINO CARLOS REY<br>STE 201<br>SANTA FE NM 87507 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BAYWA RE SOLAR SYSTEMS LLC<br>ATTN: GENERAL COUNSEL<br>1730 CAMINO CARLOS REY<br>STE 201<br>SANTA FE NM 87507 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BDS CONNECTED SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4450 E ADAMO DR<br>STE 501<br>TAMPA FL 33605 |
| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BDS CONNECTED SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>4450 E ADAMO DR<br>STE 501<br>TAMPA FL 33605 |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BEACON ROOFING SUPPLY INC<br>ATTN: GENERAL COUNSEL<br>505 HUNTMAR PARK DR<br>STE  300<br>HERNDON VA 20170 |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSTRUCTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BEAZER HOMES LLC<br>ATTN: GENERAL COUNSEL<br>14901 BOGLE DR<br>CHANTILLY VA 20151 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO MASTER CONSTRUCTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BEAZER HOMES LLC ATTN: GENERAL COUNSEL 14901 BOGLE DR CHANTILLY VA 20151 |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BEAZER HOMES USA INC ATTN: GENERAL COUNSEL 6085 MARSHALEE DR STE 350 ELKRIDGE MD 21075 |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BELL GENERAL CONTRACTORS ATTN: GENERAL COUNSEL 314 CEDAR SWAMP RD JACKSON NJ 08572 |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ALLIANCE AGREEMENT | |
| | State the term remaining | UNDETERMINED | BELLMORE HOME CENTER INC D/B/A COSTELLO'S ACE HARDWARE ATTN: GENERAL COUNSEL 770 GRAND BLVD STE 11 DEER PARK NY 11729 |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BELVEDERE WAREHOUSE PARTNERSHIP ATTN: GENERAL COUNSEL PO BOX 490 CARMICHAEL CA 95609 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | LANDSCAPE MAINTENANCE CONTRACT | |
| | State the term remaining | UNDETERMINED | BENCHMARK LANDSCAPE SERVICES INC ATTN: GENERAL COUNSEL 12575 STOWE DR POWAY CA 92064 |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | BERKELEY PARTNERS ATTN: GENERAL COUNSEL 1111 BROADWAY STE 1670 OAKLAND CA 94607 |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | BERKELEY PARTNERS LLC ATTN: GENERAL COUNSEL 4407 N BELTWOOD PKWY STE 112 DALLAS TX 75244 |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | BFARR CONTRACTING ATTN: GENERAL COUNSEL 3500 ALOMA AVE UNIT C6 WINTER PARK FL 32792 |
| | List the contract number of any government contract | | |
| 2.293 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | BGREEN AIR ATTN: GENERAL COUNSEL 8829 HOFFMAN ST BUENA PARK CA 90620 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BIFF BAKER FENCE CO INC ATTN: GENERAL COUNSEL 354 E GOLF LINKS RD TUCSON AZ 85713 |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | BIG BANG ENTERPRISES INC D/B/A THE REVENUE OPTIMIZATION COMPANIES ATTN: GENERAL COUNSEL 800 S DOUGLAS RD STE 450 CORAL GABLES FL 33134 |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BIG NJ PORTFOLIO LP ATTN: MICHAEL W BRENNAN 9450 W BRYN MAWR STE 750 ROSEMONT IL 60018 |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY OF LEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BIG NJ PORTFOLIO LP ATTN: MICHAEL W BRENNAN 9450 W BRYN MAWR STE 750 ROSEMONT IL 60018 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 59 DAYS | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BIRCH GROVE SOFTWARE INC D/B/A ACTIV TRAK C/O CORPORATION TRUST CENTER ATTN: GENERAL COUNSEL 1209 ORANGE ST WILMINGTON DE 19801 |
| | **List the contract number of any government contract** | | |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BIRCH VALUATION LLC ATTN: GENERAL COUNSEL 5000 BIRCH ST WEST TOWER STE 3000 NEWPORT BEACH CA 92660 |
| | **List the contract number of any government contract** | | |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BLACK DIAMOND ROOFING INC ATTN: GENERAL COUNSEL 501 COMMERCIAL CIR STE E CONCORD CA 94520 |
| | **List the contract number of any government contract** | | |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BLACK DIAMOND ROOFING INC ATTN: GENERAL COUNSEL 837 ARNOLD DR BAY 10 MARTINEZ CA 94553 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | BLACK DIAMOND ROOFING INC ATTN: GENERAL COUNSEL 501 COMMERCIAL CIR STE E CONCORD CA 94520 |
| | **List the contract number of any government contract** | | |
| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BLACK JACK AIR & MECHANICAL LLC ATTN: GENERAL COUNSEL 8388 S TAMIAMI TRAIL STE 52 SARASOTA FL 34238 |
| | **List the contract number of any government contract** | | |
| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | BLAZE RENEWABLES LLC ATTN: GENERAL COUNSEL 10 SENTRY HILL LAGUNA NIGUEL CA 92677 |
| | **List the contract number of any government contract** | | |
| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | BLEVINS ROOFING ATTN: GENERAL COUNSEL PO BOX 4532 GEORGETOWN CA 95634 |
| | **List the contract number of any government contract** | | |
| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BLUE SPRUCE CONSTRUCTION GROUP INC ATTN: GENERAL COUNSEL 3129 HWY 52 ERIE CO 80516 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BLYTHE GLOBAL ADVISORS LLC ATTN: GENERAL COUNSEL 19800 MACARTHUR BLVD STE 300 IRVINE CA 92612 |
| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 458 DAYS | |
| | **List the contract number of any government contract** | | BNP PARIBAS ATTN: GENERAL COUNSEL 787 SEVENTH AVE NEW YORK NY 10019 |
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BNP PARIBAS ATTN: GENERAL COUNSEL 787 SEVENTH AVE NEW YORK NY 10019 |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BNP PARIBAS ATTN: GENERAL COUNSEL 787 SEVENTH AVE NEW YORK NY 10019 |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOBBY THOMPSON D/B/A THOMPSON GROUP VENTURES ATTN: BOBBY THOMPSON 7310 RITCHIE HWY #1270 STE 200 GLEN BURNIE MD 21061 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOISE TREE IN<br>ATTN: GENERAL COUNSEL<br>5821 W ELMER ST<br>BOISE ID 83703 |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOLT ELECTRIC<br>ATTN: GENERAL COUNSEL<br>455 INTERSTATE CT<br>SARASOTA FL 34240 |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOOST ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>448 BRADFIELD DR<br>BUDA TX 78610 |
| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BORGES BROS INC<br>ATTN: GENERAL COUNSEL<br>5804 E BROWN AVE<br>FRESNO CA 93727 |
| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY FOREVER LLC<br>ATTN: GENERAL COUNSEL<br>11 APEX DR #301B<br>MARLBOROUGH MA 01752 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

   Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | PURCHASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BOUNDLESS ENERGY FOREVER LLC ATTN: GENERAL COUNSEL 11 APEX DR #301B MARLBOROUGH MA 01752 |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BOUNDLESS ENERGY FOREVER LLC ATTN: GENERAL COUNSEL 11 APEX DR STE 301B MARLBOROUGH MA 01752 |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | EXCHANGE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BOUNDLESS ENERGY FOREVER LLC ATTN: GENERAL COUNSEL 11 APEX DR #301B MARLBOROUGH MA 01752 |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BOUNDLESS ENERGY FOREVER LLC ATTN: GENERAL COUNSEL 11 APEX DR #301B MARLBOROUGH MA 01752 |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | CONTRIBUTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | BOUNDLESS ENERGY INC ATTN: GENERAL COUNSEL 1 DEBRAH LN MILLIS MA 02054 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCHANGE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC<br>ATTN: GENERAL COUNSEL<br>1 DEBRAH LN<br>MILLIS MA 02054 |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC<br>ATTN: GENERAL COUNSEL<br>1 DEBRAH LN<br>MILLIS MA 02054 |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC<br>ATTN: GENERAL COUNSEL<br>1 DEBRAH LN<br>MILLIS MA 02054 |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC<br>ATTN: GENERAL COUNSEL<br>1 DEBRAH LN<br>MILLIS MA 02054 |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC<br>ATTN: GENERAL COUNSEL<br>1 DEBRAH LN<br>MILLIS MA 02054 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC ATTN: GENERAL COUNSEL 1 DEBRAH LN MILLIS MA 02054 |
| 2.330 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC ATTN: GENERAL COUNSEL 1 DEBRAH LN MILLIS MA 02054 |
| 2.331 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AS A SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC ATTN: GENERAL COUNSEL 1 DEBRAH LN MILLIS MA 02054 |
| 2.332 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUNDLESS ENERGY INC ATTN: GENERAL COUNSEL 1 DEBRAH LN MILLIS MA 02054 |
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BOUTIQUE NATIONAL LLC ATTN: GENERAL COUNSEL 309 S WILLOW AVE TAMPA FL 33606 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BPM LLP<br>ATTN: GENERAL COUNSEL<br>2001 NORTH MAIN ST<br>STE 360<br>WALNUT CREEK CA 94596 |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BPM LLP<br>ATTN: GENERAL COUNSEL<br>2001 NORTH MAIN ST<br>STE 360<br>WALNUT CREEK CA 94596 |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BRAD CONSTANT CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>16380 BOWMAN RD<br>COTTONWOOD CA 96022 |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE, MASTER LEASE AND GUARANTY | |
| | **State the term remaining** | 138 DAYS | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BRATTON SOLAR INC<br>ATTN: GENERAL COUNSEL<br>2677 N ARGYLE AVE<br>FRESNO CA 93727 |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BRAVO RESTORATION & CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>399 BUSINESS PARK CT<br>STE 517<br>WINDSOR CA 95492 |
| 2.341 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | BRAVO RESTORATION & CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>399 BUSINESS PARK CT<br>STE 517<br>WINDSOR CA 95492 |
| 2.342 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.343 | **State what the contract or lease is for and the nature of the debtor's interest** | 2025 AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.344 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BRIGHT IDEAS ELECTRICAL SOLUTIONS LLC ATTN: GENERAL COUNSEL 501 N ORLANDO AVE 313-293 WINTER PARK FL 32789 |
| | **List the contract number of any government contract** | | |
| 2.345 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BUCKEYE POWER WASH SERVICES ATTN: GENERAL COUNSEL 1391 W 5TH AVE STE 340 COLUMBUS OH 43212 |
| | **List the contract number of any government contract** | | |
| 2.346 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE QUOTE | |
| | **State the term remaining** | UNDETERMINED | BULLSEYE TELECOM ATTN: GENERAL COUNSEL 27368 VIA INDUSTRIA TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BUMBLE BEE AIR CONDITIONING ATTN: GENERAL COUNSEL 1004 E VISTA DEL CERRO DR TEMPE AZ 85281 |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | BYRD LLC ATTN: GENERAL COUNSEL 5317 131 ST CT E TACOMA WA 98446 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | C WARD ELECTRIC LLC ATTN: GENERAL COUNSEL 2807 BOSTON TPKE COVENTRY CT 06238 |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CALI COAST ELECTRIC ATTN: GENERAL COUNSEL 29859 CAMINO CRISTAL MENIFEE CA 92584 |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CALI COAST ELECTRIC ATTN: GENERAL COUNSEL 29859 CAMINO CRISTAL MENIFEE CA 92584 |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CALIBER SOLAR LLC ATTN: GENERAL COUNSEL 1261 S 820 EAST STE 300 AMERICAN FORK UT 84003 |
| 2.353 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CALIBER SOLAR LLC ATTN: GENERAL COUNSEL 2601 N PROVO CANYON RD PROVO UT 84604 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.354 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | CALIBER SOLAR LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 2601 N PROVO CANYON RD PROVO UT 84604 |
| 2.355 | State what the contract or lease is for and the nature of the debtor's interest | LICENSE AND SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CALLPILOT LLC ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | 380 W DATA DR STE 400 DRAPER UT 84020 |
| 2.356 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | CALLPILOT LLC ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | 380 W DATA DR STE 400 DRAPER UT 84020 |
| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANADIAN SOLAR (USA) INC ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | 1350 TREAT BLVD STE 500 WALNUT CREEK CA 94597 |
| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANADIAN SOLAR (USA) INC ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | 1350 TREAT BLVD STE 500 WALNUT CREEK CA 94597 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANAJ INC D/B/A APR ROOFING SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>41542 VENTANA DR<br>PALMDALE CA 93551 |
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANAJ INC D/B/A APR ROOFING SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>41542 VENTANA DR<br>PALMDALE CA 93551 |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT SCHEDULE A | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANNON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE ACQUISITION AGREEMENT LEASE OR PURCHASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANNON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF FIRST AMENDMENT TO LEASE | |
| | State the term remaining | 229 DAYS | |
| | List the contract number of any government contract | | CANON PROPERTY HOLDINGS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 6636<br>PASADENA CA 91109 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT SCHEDULE A | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT SCHEDULE A | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT SCHEDULE A | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |

Debtor   **Freedom Forever LLC**                                           Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE IN, UPGRADE, RETURN, BUYOUT SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE IN, RETURN, BUYOUT SCHEDULE, RETURN SCHEDULE, RIDER B OF AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIFIED LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIFIED LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | UNIFIED LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | UNIFIED LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | ORDER | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | TRADE IN, UPGRADE, RETURN, BUYOUT SCHEDULE, RETURN SCHEDULE, RIDER B OF AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CANON SOLUTIONS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>ONE CANON PARK<br>MELVILLE NY 11747 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXISTING MAINTENANCE AGREEMENT FLEET PLAN | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXISTING MAINTENANCE AGREEMENT FLEET PLAN | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXISTING MAINTENANCE AGREEMENT FLEET PLAN | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXISTING MAINTENANCE AGREEMENT FLEET PLAN | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXISTING MAINTENANCE AGREEMENT FLEET PLAN | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO EXISTING MAINTENANCE AGREEMENT FLEET PLAN | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE SCHEDULE | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | LEASE SCHEDULE | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | LEASE UPGRADE, TRADE-IN, RETURN OR BUY-OUT REIMBURSEMENT ADDENDUM TO AGREEMENT #S1062100.01 (THE "AGREEMENT") | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | LEASE UPGRADE, TRADE-IN, RETURN OR BUY-OUT REIMBURSEMENT ADDENDUM TO AGREEMENT #S1062100.01 | |
| | State the term remaining | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SALES & SERVICES AGREEMENT CUSTOMER INFORMATION FACE PAGE | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SALES & SERVICES AGREEMENT CUSTOMER INFORMATION FACE PAGE | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CANON SOLUTIONS AMERICA INC ATTN: CUSTOMER SERVICE DEPARTMENT ONE CANON PARK MELVILLE NY 11747 |
| | **List the contract number of any government contract** | | |
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 857 DAYS | CANTOR FITZGERALD & CO ATTN: GENERAL COUNSEL 110 E 59TH ST NEW YORK NY 10022 |
| | **List the contract number of any government contract** | | |
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CANTSINK ATTN: GENERAL COUNSEL 71 FIRST AVE LILBURN GA 30047 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CARE ELECTRIC LLC ATTN: GENERAL COUNSEL 2681 SAWBURY BLVD COLUMBUS OH 43235 |
| | List the contract number of any government contract | | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | CAUZZY INC ATTN: GENERAL COUNSEL PO BOX 567 VENICE CA 90294 |
| | List the contract number of any government contract | | |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION OF LEASE WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | CAZ 3 DE LLC ATTN: GENERAL COUNSEL 43445BUSINESS PARK DR STE 104 TEMECIULA CA 92590 |
| | List the contract number of any government contract | | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | CONSENT OF LANDLORD | |
| | State the term remaining | UNDETERMINED | CAZ 3 DE LLC ATTN: GENERAL COUNSEL 1265 S PRICE RD STE 2 CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                     Case number (if known)   **26-10522**

  Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | GUARANTY OF LEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CAZ 3 DE LLC<br>ATTN: GENERAL COUNSEL<br>1265 S PRICE RD<br>STE 2<br>CHANDLER AZ 85286 |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CAZ 3 DE LLC<br>ATTN: GENERAL COUNSEL<br>1265 S PRICE RD<br>STE 2<br>CHANDLER AZ 85286 |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CB STEIN COMPANY INC<br>ATTN: GENERAL COUNSEL<br>8250 BELVEDERE AVE<br>STE B<br>SACRAMENTO CA 95826 |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CB STEIN COMPANY INC<br>ATTN: GENERAL COUNSEL<br>8250 BELVEDERE AVE<br>STE B<br>SACRAMENTO CA 95826 |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: EXCLUSIVE SUBLEASE LISTING AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CBRE INC<br>ATTN: GENERAL COUNSEL<br>99 HIGH ST<br>30TH FL<br>BOSTON MA 02110 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: EXCLUSIVE SUBLEASE LISTING AGREEMENT | |
| | **State the term remaining** | 174 DAYS | CBRE INC<br>ATTN: GENERAL COUNSEL<br>99 HIGH ST<br>30TH FL<br>BOSTON MA 02110 |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CDW DIRECT LLC<br>ATTN: GENERAL COUNSEL<br>200 N MILWAUKEE AVE<br>VERNON HILLS IL 60061 |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | CDW DIRECT LLC<br>ATTN: GENERAL COUNSEL<br>200 N MILWAUKEE AVE<br>VERNON HILLS IL 60061 |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CED GREENTECH<br>ATTN: GENERAL COUNSEL<br>1601 IOWA AVE<br>RIVERSIDE CA 92507 |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | MODULES SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CED GREENTECH<br>ATTN: GENERAL COUNSEL<br>1601 IOWA AVE<br>RIVERSIDE CA 92507 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | MODULES SALES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CED GREENTECH<br>ATTN: GENERAL COUNSEL<br>1601 IOWA AVE<br>RIVERSIDE CA 92507 |
| | **List the contract number of any government contract** | | |

| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT CHANGE ORDER | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CENTURYLINK COMMUNICATIONS LLC<br>LUMEN TECHNOLOGIES GROUP<br>ATTN: LEGAL-BKY<br>931 14TH ST<br>9TH FL<br>DENVER CO 80202 |
| | **List the contract number of any government contract** | | |

| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CENTURYLINK COMMUNICATIONS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 52187<br>PHOENIX AZ 85072 |
| | **List the contract number of any government contract** | | |

| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CENTURYLINK COMMUNICATIONS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 52187<br>PHOENIX AZ 85072 |
| | **List the contract number of any government contract** | | |

| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | CENVAR ROOFING<br>ATTN: GENERAL COUNSEL<br>1207 FENWICK DR<br>LYNCHBURG VA 24502 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CERTIFIED ROOFING SPECIALISTS<br>ATTN: GENERAL COUNSEL<br>2727 S CRODDY WAY B<br>SANTA ANA CA 92704 |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | 2025 AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CHARTER COMMUNICATIONS OPERATING LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 60074<br>CITY OF INDUSTRY CA 91716 |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CHARTER COMMUNICATIONS OPERATING LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 60074<br>CITY OF INDUSTRY CA 91716 |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 1,060 DAYS | |
| | **List the contract number of any government contract** | | CHEM LINK INC<br>ATTN: GENERAL COUNSEL<br>353 LYONS ST<br>SCHOOLCRAFT MI 49087 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | 836 DAYS | |
| | **List the contract number of any government contract** | | CHG MERIDIAN USA CORP<br>ATTN: GENERAL COUNSEL<br>21800 OXNARD ST<br>STE 400<br>WOODLAND HILLS CA 91367 |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO EQUIPMENT LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CHG MERIDIAN USA CORP<br>ATTN: GENERAL COUNSEL<br>21800 OXNARD ST<br>STE 400<br>WOODLAND HILLS CA 91367 |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CHG MERIDIAN USA CORP<br>ATTN: GENERAL COUNSEL<br>21800 OXNARD ST<br>STE 400<br>WOODLAND HILLS CA 91367 |
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CHG MERIDIAN USA CORP<br>ATTN: GENERAL COUNSEL<br>21800 OXNARD ST<br>STE 400<br>WOODLAND HILLS CA 91367 |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CHHJ FRANCHISING LLC<br>ATTN: GENERAL COUNSEL<br>4411 W TAMPA BAY BLVD<br>TAMPA FL 33614 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | CATERING EVENT CONTRACT | |
| | **State the term remaining** | UNDETERMINED | CHICAGO DT OPERATIONS D/B/A THE WESTIN CHICAGO NORTHWEST |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 400 PARK BLVD ITASCA IL 60143 |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CHICKEN PARM PIZZA LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1750 W 11400 S STE 110 SOUTH JORDAN UT 84095 |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CHR-EYTON ELECTRICAL COMPANY INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 7721 DISTRIBUTION DR LITTLE ROCK AR 72209 |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 583 DAYS | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL FIRE PROTECTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CINTAS CORPORATION NO 2 |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 6800 CINTAS BLVD CINCINNATI OH 45262 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CISCO SYSTEMS CAPITAL CORPORATION ATTN: GENERAL COUNSEL 170 W TASMAN DR SAN JOSE CA 95134 |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CIT BANK NA ATTN: GENERAL COUNSEL 95 S LAKE AVE PASADENA CA 91103 |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | CITY ELECTRIC COMPANY ATTN: GENERAL COUNSEL 2301 MAITLAND CENTER PKWY STE 300 ORLANDO FL 32751 |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO VISA COMMERCIAL CREDIT CARD MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CITY NATIONAL BANK ATTN: GENERAL COUNSEL PO BOX 60938 LOS ANGELES CA 90060 |
| | **List the contract number of any government contract** | | |
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT CARD MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CITY NATIONAL BANK ATTN: GENERAL COUNSEL PO BOX 60938 LOS ANGELES CA 90060 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CIVF VI - TX1M01-M04 LLC C/O CABOT PROPERTIES ATTN: ASSET MANAGEMENT ONE BEACON ST STE 2800 BOSTON MA 02108 |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CJT ELECTRIC INC ATTN: GENERAL COUNSEL 9615 EDITH BLVD NE ALBUQUERQUE NM 87113 |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN ENERGY ASSOCIATES LLC ATTN: GENERAL COUNSEL 190 E STACY RD #103 STE 306 ALLEN TX 75002 |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN ENERGY ASSOCIATES LLC ATTN: GENERAL COUNSEL 190 E STACY RD #103 STE 306 ALLEN TX 75002 |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN ENERGY FEDERAL CREDIT UNION ATTN: GENERAL COUNSEL PO BOX 4233 ENGLEWOOD CO 80155 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN LIVING LLC ATTN: GENERAL COUNSEL 19215 SE 34TH ST STE 106-520 CAMAS WA 98607 |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | OMNIBUS ASSIGNMENT OF AGREEMENTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN POWER FINANCE INC ATTN: GENERAL COUNSEL 50 OSGOOD PL STE 400 SAN FRANCISCO CA 94133 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN POWER RESEARCH LLC ATTN: GENERAL COUNSEL 330 120TH AVE NE STE 200 BELLEVUE WA 98005 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | POWERCLERK APPLICANT ORGANIZATIONS MEMORANDUM OF UNDERSTANDING - CUSTOMER PREVIEW | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN POWER RESEARCH LLC ATTN: GENERAL COUNSEL 330 120TH AVE NE STE 200 BELLEVUE WA 98005 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CLEAN SOLAR SOLUTIONS ATTN: GENERAL COUNSEL 6905 W 56TH AVE STE 308 ARVADA CO 80002 |

Debtor    **Freedom Forever LLC**

Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL RELEASE AND SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CLEAR BLUE SPECIALTY INSURANCE COMPANY ON BEHALF OF ITS INSURED VALLEY VIEW ROOFING LLC ATTN: GENERAL COUNSEL 87 TABONUCO ST STE 912 GUAYNABO PR 968 |
| | List the contract number of any government contract | | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CLT ENTERPRISES LLC ATTN: GENERAL COUNSEL 4400 STUART ANDREW BLVD STE G CHARLOTTE NC 28217 |
| | List the contract number of any government contract | | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | COASTAL 187 LLC; MR HANDYMAN OF MYRTLE BEACH ATTN: GENERAL COUNSEL 1053 E ISLE OF PALMS AVE MYRTLE BEACH SC 29579 |
| | List the contract number of any government contract | | |
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | COBB ELECTRIC ATTN: GENERAL COUNSEL 226 S PHILLIPPI ST BOISE ID 83705 |
| | List the contract number of any government contract | | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | COBB ROOFING INC ATTN: GENERAL COUNSEL 320 LAKE PARK DR AVON PARK FL 33825 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | PRICE QUOTATION | |
|---|---|---|---|
| | State the term remaining | 103 DAYS | CODA TECHNOLOGIES LLC<br>ATTN: GENERAL COUNSEL<br>136 S MAIN ST<br>STE 400<br>SALT LAKE CITY UT 84101 |
| | List the contract number of any government contract | | |

| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | QUOTATION AND PURCHASE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 103 DAYS | CODA TECHNOLOGIES LLC<br>ATTN: GENERAL COUNSEL<br>136 S MAIN ST<br>SALT LAKE CITY UT 84101 |
| | List the contract number of any government contract | | |

| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | CODALE ELECTRIC SUPPLY INC<br>ATTN: GENERAL COUNSEL<br>5225 W 2400 S<br>SALT LAKE CITY UT 84120 |
| | List the contract number of any government contract | | |

| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | CODALE ELECTRIC SUPPLY INC<br>ATTN: GENERAL COUNSEL<br>5225 W 2400 S<br>SALT LAKE CITY UT 84120 |
| | List the contract number of any government contract | | |

| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | COHNREZNICK LLP<br>ATTN: GENERAL COUNSEL<br>1301 AVENUE OF THE AMERICAS<br>7TH FL<br>NEW YORK NY 10019 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COLIN ROOFING INC ATTN: GENERAL COUNSEL 650 COMMERCE AVE STE G PALMDALE CA 93551 |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | COLIN ROOFING INC ATTN: GENERAL COUNSEL 650 COMMERCE AVE STE G PALMDALE CA 93551 |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | COLLECTIVE POWER LLC ATTN: GENERAL COUNSEL 1222 ELLIES PL GARDNERVILLE NV 89460 |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COLLECTIVE POWER LLC ATTN: GENERAL COUNSEL 1222 ELLIES PL GARDNERVILLE NV 89460 |
| | **List the contract number of any government contract** | | |
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COLLECTIVE POWER LLC ATTN: GENERAL COUNSEL 1222 ELLIES PL GARDNERVILLE NV 89460 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COLLIS ROOFING INC ATTN: GENERAL COUNSEL 485 COMMERCE WAY LONGWOOD FL 32750 |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COLORADO CONCRETE CONTRACTOR LLC ATTN: GENERAL COUNSEL 19969 RANDOLPH PL DENVER CO 80249 |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COLTIN ELECTRIC INC ATTN: GENERAL COUNSEL 3999 COMMONS DR W STE A DESTIN FL 32541 |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE SALES ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | COMCAST BUSINESS ATTN: GENERAL COUNSEL PO BOX 60533 CITY OF INDUSTRY CA 91716 |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | MOVE / UPGRADE OF SERVICE FORM | |
| | **State the term remaining** | UNDETERMINED | COMCAST BUSINESS ATTN: GENERAL COUNSEL PO BOX 60533 CITY OF INDUSTRY CA 91716 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | |
| | State the term remaining | UNDETERMINED | COMCAST BUSINESS ATTN: GENERAL COUNSEL PO BOX 60533 CITY OF INDUSTRY CA 91716 |
| | List the contract number of any government contract | | |
| 2.480 | State what the contract or lease is for and the nature of the debtor's interest | MOVE / UPGRADE OF SERVICE FORM | |
| | State the term remaining | UNDETERMINED | COMCAST BUSINESS ATTN: GENERAL COUNSEL PO BOX 60533 CITY OF INDUSTRY CA 91716 |
| | List the contract number of any government contract | | |
| 2.481 | State what the contract or lease is for and the nature of the debtor's interest | COMCAST BUSINESS SERVICE ORDER AGREEMENT | |
| | State the term remaining | UNDETERMINED | COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC ATTN: GENERAL COUNSEL 550 KIRKLAND WAY STE 300 KIRKLAND WA 98033 |
| | List the contract number of any government contract | | |
| 2.482 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | COMMERCIAL FINANCE PARTNERS HOLDINGS INC ATTN: GENERAL COUNSEL 1200 N FEDERAL HWY STE 201 BOCA RATON FL 33432 |
| | List the contract number of any government contract | | |
| 2.483 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | COMMUNITY 1ST CREDIT UNION ATTN: GENERAL COUNSEL 1100 HUTCHINSON AVE OTTUMWA IA 52501 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COMPASS GROUP USA INC<br>ATTN: GENERAL COUNSEL<br>1200 CONCORD, AVE<br>STE 460<br>CONCORD CA 94520 |
| | **List the contract number of any government contract** | | |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COMPLETE EXTERIORS LLC<br>ATTN: GENERAL COUNSEL<br>6102 COOL SPRING TER S<br>FREDERICK MD 21701 |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | COMPLETE SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>2044 W WEATHERBY WAY<br>CHANDLER AZ 85286 |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COMPLETE SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>2044 W WEATHERBY WAY<br>CHANDLER AZ 85286 |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL | |
| | **State the term remaining** | UNDETERMINED | CONDADO GROUP INC<br>ATTN: GENERAL COUNSEL<br>1251 NW BRIARCLIFF PKWY<br>STE 295<br>KANSAS CITY MO 64116 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CONFIDENT ELECTRIC ATTN: GENERAL COUNSEL 1751 BROOKFIELD SQ S COLUMBUS OH 43229 |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CONNECTDER INC ATTN: GENERAL COUNSEL 2037 WASHINGTON AVE STE 200 PHILADELPHIA PA 19146 |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CONNECTDER INC ATTN: GENERAL COUNSEL 2037 WASHINGTON AVE STE 200 PHILADELPHIA PA 19146 |
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC ATTN: GENERAL COUNSEL 9190 ACTIVITY RD STE 2B SAN DIEGO CA 92126 |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | INSTALLER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC ATTN: GENERAL COUNSEL 3286 E GUASTI RD STE 130 ONTARIO CA 91761 |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 99 of 482

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPERSEDE AND LIEN SUBORDINATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ATTN: GENERAL COUNSEL<br>9190 ACTIVITY RD<br>STE 2B<br>SAN DIEGO CA 92126 |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CREDIT APPLICATION AND AGREEMENT FOR CREDIT SALES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ATTN: GENERAL COUNSEL<br>3286 E GUASTI RD<br>STE 130<br>ONTARIO CA 91761 |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS-CORPORATE GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ATTN: GENERAL COUNSEL<br>9190 ACTIVITY RD<br>STE 2B<br>SAN DIEGO CA 92126 |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT & SECURITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONSOLIDATED ELECTRICAL DISTRIBUTORS INC<br>ATTN: GENERAL COUNSEL<br>9190 ACTIVITY RD<br>STE 2B<br>SAN DIEGO CA 92126 |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CONSUMER FUSION INC<br>ATTN: GENERAL COUNSEL<br>9990 MESA RIM RD<br>STE 110<br>SAN DIEGO CA 92121 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CONTACT ELECTRIC INC ATTN: GENERAL COUNSEL 1070 HARTFORD CT RENO NV 89503 |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | ESCROW AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CONTINENTAL BANK ATTN: GENERAL COUNSEL 15 W S TEMPLE STE 300 SALT LAKE CITY UT 84101 |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 464 DAYS | CONTOUR HOMES ATTN: GENERAL COUNSEL PO BOX 50254 HENDERSON NV 89016 |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CONTROLAIR SYSTEMS INC ATTN: GENERAL COUNSEL 25 RAY AVE BURLINGTON MA 01803 |
| | **List the contract number of any government contract** | | |
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | COOL ROOFS ATTN: GENERAL COUNSEL 1706 PEREZ ST UNIT 1 AUSTIN TX 78721 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.504 | State what the contract or lease is for and the nature of the debtor's interest | NON - DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | COOPER ELECTRIC<br>ATTN: GENERAL COUNSEL<br>PO BOX 415925<br>BOSTON MA 02241 |
| 2.505 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | COOPERS ROOFERS AND REHAB LLC<br>ATTN: GENERAL COUNSEL<br>316 WOODCROSS CT<br>CONWAY SC 29526 |
| 2.506 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | COPP ROOFING & CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 4543<br>BLUE JAY CA 92317 |
| 2.507 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | COPP ROOFING & CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>26852 HWY 189<br>BLUE JAY CA 92317 |
| 2.508 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | COPPERHEAD CONSTRUCTION SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>421 6TH ST<br>SAN ANTANIO TX 78215 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CORELOGIC SOLUTIONS LLC ATTN: GENERAL COUNSEL 40 PACIFICA STE 900 IRVINE CA 92618 |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT WITH LICENSING ADDENDUM AND STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CORELOGIC SOLUTIONS LLC ATTN: GENERAL COUNSEL 40 PACIFICA STE 900 IRVINE CA 92618 |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CORELOGIC SOLUTIONS LLC ATTN: GENERAL COUNSEL 40 PACIFICA STE 900 IRVINE CA 92618 |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CORELOGIC SOLUTIONS LLC ATTN: GENERAL COUNSEL 40 PACIFICA STE 900 IRVINE CA 92618 |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CORELOGIC SOLUTIONS LLC ATTN: INFORMATION SOLUTIONS PO BOX 847239 DALLAS TX 75284 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | CORELOGIC SOLUTIONS LLC ATTN: INFORMATION SOLUTIONS PO BOX 847239 DALLAS TX 75284 |
| | **List the contract number of any government contract** | | |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF CONTRACT TERMINATION WITH STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | CORETEK INC ATTN: GENERAL COUNSEL 34900 GRAND RIVER AVE FARMINGTON HILLS MI 48335 |
| | **List the contract number of any government contract** | | |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CORETEK SERVICES ATTN: GENERAL COUNSEL 34900 GRAND RIVER AVE FARMINGTON HILLS MI 48335 |
| | **List the contract number of any government contract** | | |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | CORETEK SERVICES ATTN: GENERAL COUNSEL 34900 GRAND RIVER AVE FARMINGTON HILLS MI 48335 |
| | **List the contract number of any government contract** | | |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | CORETEK SERVICES ATTN: GENERAL COUNSEL 34900 GRAND RIVER AVE FARMINGTON HILLS MI 48335 |
| | **List the contract number of any government contract** | | |

Official Form 206G                   Schedule G: Executory Contracts and Unexpired Leases                   Page 104 of 482

Debtor    **Freedom Forever LLC**

Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.519 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CORNERSTONE ELECTRIC AND HVAC CORP ATTN: GENERAL COUNSEL 14007 CHOCO RD APPLE VALLEY CA 92307 |
| | List the contract number of any government contract | | |
| 2.520 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | CORNERSTONE ELECTRIC AND HVAC CORP ATTN: GENERAL COUNSEL 15109 RAMONA AVE APPLE VALLEY CA 92307 |
| | List the contract number of any government contract | | |
| 2.521 | State what the contract or lease is for and the nature of the debtor's interest | MEDIA CONSENT FORM AND RELEASE | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.522 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | COSTELLO HOME CONSTRUCTION LLC ATTN: GENERAL COUNSEL 2021 NEW RD UNIT 13B LINWOOD NJ 08221 |
| | List the contract number of any government contract | | |
| 2.523 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | COVERALL NORTH AMERICA INC D/B/A COVERALL ATTN: GENERAL COUNSEL 2955 MOMENTUM PL CHICAGO IL 60689 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**  
Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.524 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS ASSIGNMENT OF AGREEMENTS | |
| | State the term remaining | UNDETERMINED | CPF ASSET MANAGEMENT LLC ATTN: GENERAL COUNSEL 50 OSGOOD PL STE 400 SAN FRANCISCO CA 94133 |
| | List the contract number of any government contract | | |
| 2.525 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS ASSIGNMENT OF AGREEMENTS | |
| | State the term remaining | UNDETERMINED | CPF MARKET LLC ATTN: GENERAL COUNSEL 50 OSGOOD PL STE 400 SAN FRANCISCO CA 94133 |
| | List the contract number of any government contract | | |
| 2.526 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CRAFT ROOFING ATTN: GENERAL COUNSEL 1499 KEMPTON AVE MONTEREY PARK CA 91755 |
| | List the contract number of any government contract | | |
| 2.527 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CREATIVE CONSTRUCTION GROUP INC ATTN: GENERAL COUNSEL 6101 FACTORY RD STE A CRYSTAL LAKE IL 60014 |
| | List the contract number of any government contract | | |
| 2.528 | State what the contract or lease is for and the nature of the debtor's interest | DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | CREDIT HUMAN FEDERAL CREDIT UNION ATTN: GENERAL COUNSEL 1703 BRDWY SAN ANTONIO TX 78215 |
| | List the contract number of any government contract | | |

Debtor    **Freedom Forever LLC**                                                Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.529 | State what the contract or lease is for and the nature of the debtor's interest | DEALER DRAW ADDENDUM | |
| | State the term remaining | UNDETERMINED | CREDIT HUMAN FEDERAL CREDIT UNION ATTN: GENERAL COUNSEL 1703 BRDWY SAN ANTONIO TX 78215 |
| | List the contract number of any government contract | | |
| 2.530 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT C - NOTICE OF LEASE TERM DATES | |
| | State the term remaining | UNDETERMINED | CREF X FOOTHILL PLAZA LLC ATTN: GENERAL COUNSEL PO BOX 82550 GOLETA CA 93118 |
| | List the contract number of any government contract | | |
| 2.531 | State what the contract or lease is for and the nature of the debtor's interest | OFFICE LEASE | |
| | State the term remaining | UNDETERMINED | CREF X FOOTHILL PLAZA LLC ATTN: GENERAL COUNSEL PO BOX 82550 GOLETA CA 93118 |
| | List the contract number of any government contract | | |
| 2.532 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CREST CONTRACTING LLC ATTN: GENERAL COUNSEL 115 E PLATA ST TUCSON AZ 85705 |
| | List the contract number of any government contract | | |
| 2.533 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CREST EXTERIORS LLC ATTN: GENERAL COUNSEL 1209 N AVE STE 13 PLANO TX 75074 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.534 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | CRM LIEN SERVICES INC ATTN: GENERAL COUNSEL 3010 SATURN ST STE 103 BREA CA 92821 |
| | List the contract number of any government contract | | |
| 2.535 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO DATA PROCESSING | |
| | State the term remaining | UNDETERMINED | CRM PARTNERS LLC ATTN: GENERAL COUNSEL 6535 SHILOH RD 900 ALPHARETTA GA 30005 |
| | List the contract number of any government contract | | |
| 2.536 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | 103 DAYS | CROWDSTRIKE ATTN: GENERAL COUNSEL 150 MATHILDA PL STE 300 SUNNYVALE CA 94086 |
| | List the contract number of any government contract | | |
| 2.537 | State what the contract or lease is for and the nature of the debtor's interest | TERMS AND CONDITION OF AGREEMENT | |
| | State the term remaining | UNDETERMINED | CROWDSTRIKE INC ATTN: GENERAL COUNSEL 150 MATHILDA PL STE 300 SUNNYVALE CA 94086 |
| | List the contract number of any government contract | | |
| 2.538 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CRT ROOFING ATTN: GENERAL COUNSEL 18551 ORANGE ST BLOOMINGTON CA 92316 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                       Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.539 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CRT ROOFING ATTN: GENERAL COUNSEL 18551 ORANGE ST BLOOMINGTON CA 92316 |
| 2.540 | State what the contract or lease is for and the nature of the debtor's interest | LEASE GUARANTY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CRUCE DAVILA DEVELOPMENT LLC ATTN: GENERAL COUNSEL HWY, PR-140, KM 644 BARCELONETA PR 617 |
| 2.541 | State what the contract or lease is for and the nature of the debtor's interest | INDUSTRIAL MONTH-TO-MONTH TRIPLE NET LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CRUCE DAVILA DEVELOPMENT LLC C/O CRUCE DAVILA DEVELOPMENT LLC ATTN: MARIBEL TORRES CARR 140 KM 644 BARCELONETA PR 617 |
| 2.542 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CRUCE DAVILA DEVELOPMENT LLC ATTN: GENERAL COUNSEL HWY, PR-140, KM 644 BARCELONETA PR 617 |
| 2.543 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | CSR ROOFING ATTN: GENERAL COUNSEL 1190 SUNCAST LN STE 12 EL DORADO HILLS CA 95762 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CSR ROOFING<br>ATTN: GENERAL COUNSEL<br>1190 SUNCAST LN<br>STE 12<br>EL DORADO HILLS CA 95762 |
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CST GLOBAL LLC D/B/A ALTNA ENERGY SERVICES<br>ATTN: GENERAL COUNSEL<br>2168 W GROVE PKWY<br>STE 200<br>PLEASANT GROVE UT 84062 |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CTR ROOFING LTD<br>ATTN: GENERAL COUNSEL<br>395 FREEPORT BLVD<br>SPARKS NV 89431 |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYEE ASSISTANCE PROGRAM (EAP) SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURALINC LLC D/B/A CURALINC HEALTHCARE<br>ATTN: GENERAL COUNSEL<br>314 W SUPERIOR ST<br>STE 601<br>CHICAGO IL 60654 |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES EXCLUSIVITY ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRENT RENEWABLES ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1760 CHICAGO AVE<br>STE J13<br>RIVERSIDE CA 92507 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRENT RENEWABLES ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1760 CHICAGO AVE<br>STE J13<br>RIVERSIDE CA 92507 |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY, NON-DISCLOSURE AND NON-USE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRENT RENEWABLES ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1760 CHICAGO AVE<br>STE J13<br>RIVERSIDE CA 92507 |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES EXCLUSIVITY ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRENT RENEWABLES ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1760 CHICAGO AVE<br>STE J13<br>RIVERSIDE CA 92507 |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRENT RENEWABLES ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1760 CHICAGO AVE<br>STE J13<br>RIVERSIDE CA 92507 |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CURRENT RENEWABLES ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1760 CHICAGO AVE<br>STE J13<br>RIVERSIDE CA 92507 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.554 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | CURRENT RENEWABLES ENGINEERING INC ATTN: GENERAL COUNSEL 1960 CHICAGO AVE STE D15 RIVERSIDE CA 92507 |
| | List the contract number of any government contract | | |
| 2.555 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.556 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | CURTIS EDWARDS ROOFING & SEAMLESS GUTTERS INC ATTN: GENERAL COUNSEL 19881 MOUNTAIN MEADOW SOUTH HIDDEN VALLEY LAKE CA 95467 |
| | List the contract number of any government contract | | |
| 2.557 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | CUSTOM DRYWALL SERVICE ATTN: GENERAL COUNSEL 141 SUNNYSIDE AVE # 108 CLOVIS CA 93611 |
| | List the contract number of any government contract | | |
| 2.558 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | CUTTING EDGE ELECTRIC INC ATTN: GENERAL COUNSEL 2011 HEYREND WAY IDAHO FALLS ID 83402 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | CWPVA D/B/A HOME GENIUS EXTERIORS ATTN: GENERAL COUNSEL 8201 CORPORATE DR STE G10 HYATTSVILLE MD 20785 |
| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | D&L ROOFING ATTN: GENERAL COUNSEL 6500 W RICHMAR AVE STE 100 LAS VEGAS NV 89139 |
| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | D3 ELECTRIC INC ATTN: GENERAL COUNSEL 1535 W 35TH PL UNIT 1 LOS ANGELES CA 90018 |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | D3 ELECTRIC INC ATTN: GENERAL COUNSEL 1535 W 35TH PL UNIT 1 LOS ANGELES CA 90018 |
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DAC ENERGY LLC ATTN: GENERAL COUNSEL 2011 PALOMAR AIRPORT RD CARLSBAD CA 92011 |

Debtor   **Freedom Forever LLC**                                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DAHLED UP ROOFING INC ATTN: GENERAL COUNSEL 1017 1ST AVE ALBANY OR 97321 |
| | **List the contract number of any government contract** | | |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DALFEN INDUSTRIAL ATTN: GENERAL COUNSEL 17304 PRESTON RD STE 550 DALLAS TX 75252 |
| | **List the contract number of any government contract** | | |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | D'ALIO ELECTRIC LLC ATTN: GENERAL COUNSEL PO BOX 538 NORTHBRIDGE MA 01534 |
| | **List the contract number of any government contract** | | |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DAN'S ROOFING INC ATTN: GENERAL COUNSEL 19011 MERMACK AVE LAKE ELSINORE CA 92532 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DAVID AND SONS BACKHOE SERVICE |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>24590 RD 212<br>LINDSAY CA 93247 |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA CONSENT FORM AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | DAX SOCAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>270 N EL CAMINO REAL<br>#F276<br>ENCINITAS CA 92024 |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DAX SOCAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>270 N EL CAMINO REAL<br>#F276<br>ENCINITAS CA 92024 |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DAYLIGHT ELECTRICAL CONTRACTOR LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>3617 ALEPPO ST<br>EL PASO TX 79936 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - CORPORATE GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DDDS CO LP<br>C/O SANDERS EQUITIES LLC<br>ATTN: GENERAL COUNSEL<br>68 ARCH ST<br>GREENWICH CT 06830 |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 596 DAYS | |
| | **List the contract number of any government contract** | | DE YOUNG PROPERTIES<br>ATTN: GENERAL COUNSEL<br>677 W PALMDON DR<br>STE 208<br>FRESNO CA 93704 |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEC SERVICES INC D/B/A DIRECT ELECTRIC COMPANY<br>ATTN: GENERAL COUNSEL<br>25695 JEFFERSON AVE<br>STE 17<br>MURRIETA CA 92562 |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEC SERVICES INC D/B/A DIRECT ELECTRIC COMPANY<br>ATTN: GENERAL COUNSEL<br>25695 JEFFERSON AVE<br>STE 17<br>MURRIETA CA 92562 |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEC SERVICES INC D/B/A DIRECT ELECTRIC COMPANY<br>ATTN: GENERAL COUNSEL<br>25695 JEFFERSON AVE<br>STE 17<br>MURRIETA CA 92562 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEHART ROOFING AND HOME REPAIR<br>ATTN: GENERAL COUNSEL<br>22818 ELSINORE DR<br>KATY TX 77450 |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DEHUI NEW ENERGY HOLDINGS PTE LTD<br>ATTN: GENERAL COUNSEL<br>60 PAYA LEBAR RD, #11-53<br>SINGAPORE 409051<br>SINGAPORE |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | SUITE LICENSE AGREEMENT | |
| | **State the term remaining** | 869 DAYS | |
| | **List the contract number of any government contract** | | DELAWARE NORTH COMPANIES INC<br>ATTN: LEAH LEAHY, VICE PRESIDENT, BOSTON GARDEN SOCIETY<br>100 LEGENDS WAY<br>BOSTON MA 02114 |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DELAWARE TRENCHING INC D/B/A R F BROWN INC<br>ATTN: GENERAL COUNSEL<br>18 ALBE DR<br>STE H<br>NEWARK DE 19702 |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DELTA T LLC<br>ATTN: GENERAL COUNSEL<br>2348 INNOVATION DR<br>LEXINGTON KY 40511 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.584 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DEMOND ELECTRICAL CONTACTING ATTN: GENERAL COUNSEL PO BOX 305 CASEYVILLE IL 62232 |
| | List the contract number of any government contract | | |
| 2.585 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | 59 DAYS | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.586 | State what the contract or lease is for and the nature of the debtor's interest | MEDIA CONSENT FORM AND RELEASE | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.587 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DEVOTION ENERGY LLC ATTN: GENERAL COUNSEL 1009 WINDSONG TRL RICHARDSON TX 75081 |
| | List the contract number of any government contract | | |
| 2.588 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DIABLO ROOFING SERVICES ATTN: GENERAL COUNSEL 1101 W TENTH ST ANTIOCH CA 94509 |
| | List the contract number of any government contract | | |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.589 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DIABLO ROOFING SERVICES ATTN: GENERAL COUNSEL 1101 W TENTH ST ANTIOCH CA 94509 |
| 2.590 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DIALPAD INC ATTN: GENERAL COUNSEL 2700 CAMINO RAMON SAN RAMON CA 94583 |
| 2.591 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DIALPAD INC ATTN: GENERAL COUNSEL 2700 CAMINO RAMON STE 490 SAN RAMON CA 94583 |
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DIALPAD INC ATTN: GENERAL COUNSEL 2700 CAMINO RAMON STE 490 SAN RAMON CA 94583 |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DIALPAD INC ATTN: GENERAL COUNSEL 2700 CAMINO RAMON STE 490 SAN RAMON CA 94583 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DIAMOND STAR E-SOURCE ATTN: GENERAL COUNSEL 1500 S DAIRY ASHFORD STE 440 HOUSTON TX 77077 |
| | List the contract number of any government contract | | |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | DIRECT ELECTRIC COMPANY ATTN: GENERAL COUNSEL 25695 JEFFERSON AVE STE 17 MURRIETA CA 92562 |
| | List the contract number of any government contract | | |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DIROMA ROOFING ATTN: GENERAL COUNSEL 15 TANGLEWOOD TRL NARRAGANSETT RI 02882 |
| | List the contract number of any government contract | | |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DIRTCO LLC ATTN: GENERAL COUNSEL 8 MCMAHON DR BEAR DE 19701 |
| | List the contract number of any government contract | | |
| 2.598 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DISCOUNT ROOFING OF NEVADA LLC ATTN: GENERAL COUNSEL 6610 WEST ATWOOD AVE LAS VEGAS NV 89108 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.599 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | State the term remaining | 260 DAYS | DISCOVERY BUSINESS CENTER LLC ATTN: GENERAL COUNSEL PO BOX 846564 LOS ANGELES CA 90084 |
| | List the contract number of any government contract | | |
| 2.600 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | State the term remaining | 260 DAYS | DISCOVERY BUSINESS CENTER LLC ATTN: GENERAL COUNSEL PO BOX 846564 LOS ANGELES CA 90084 |
| | List the contract number of any government contract | | |
| 2.601 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | DISCOVERY BUSINESS CENTER LLC ATTN: GENERAL COUNSEL PO BOX 846564 LOS ANGELES CA 90084 |
| | List the contract number of any government contract | | |
| 2.602 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | State the term remaining | 260 DAYS | DISCOVERY BUSINESS CENTER LLC ATTN: GENERAL COUNSEL PO BOX 846564 LOS ANGELES CA 90084 |
| | List the contract number of any government contract | | |
| 2.603 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION OF LEASE AND CONSENT OF LANDLORD WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | DISH ONE SATELLITE LLC ATTN: GENERAL COUNSEL 1261 S 820 E STE 300 AMERICAN FORK UT 84003 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DISH ONE SATELLITE LLC<br>ATTN: GENERAL COUNSEL<br>1261 S 820 E<br>STE 300<br>AMERICAN FORK UT 84003 |
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DISTINCTIVE CONSTRUCTION MULTI-SERVICES INC<br>ATTN: GENERAL COUNSEL<br>4883 J ST<br>SAINT CLOUD FL 34771 |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DIVIDEND SOLAR FINANCE LLC<br>ATTN: GENERAL COUNSEL<br>433 CALIFORNIA ST<br>STE 300<br>SAN FRANCISCO CA 92104 |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS OF SERVICE AND MASTER INSTALLATION AND MAINTENANCE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DIVIDEND SOLAR FINANCE LLC<br>ATTN: DIVIDEND LEGAL DEPARTMENT<br>3661 BUCHANAN ST<br>3RD FL<br>SAN FRANCISCO CA 94123 |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | DOCEBO NA INC<br>ATTN: GENERAL COUNSEL<br>600 N THOMAS ST<br>STE A<br>ATHENS GA 30601 |

Debtor   **Freedom Forever LLC**  
Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.609 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | 107 DAYS | |
| | List the contract number of any government contract | | DOCEBO NA INC<br>ATTN: GENERAL COUNSEL<br>600 N THOMAS ST<br>STE A<br>ATHENS GA 30601 |
| 2.610 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | 107 DAYS | |
| | List the contract number of any government contract | | DOCEBO NA INC<br>ATTN: GENERAL COUNSEL<br>600 N THOMAS ST<br>STE A<br>ATHENS GA 30601 |
| 2.611 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DOHERTY ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>3005 Q OVERLAND RD<br>BOISE ID 83705 |
| 2.612 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DOHERTY GROUND MOUNTS<br>ATTN: GENERAL COUNSEL<br>2131 E SELAH RD<br>YAKIMA WA 98901 |
| 2.613 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | DOHERTY GROUND MOUNTS<br>ATTN: GENERAL COUNSEL<br>2131 E SELAH RD<br>YAKIMA WA 98901 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.614 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DOLO ELECTRIC ATTN: GENERAL COUNSEL 635 S VALINDA AVE UNIT D WEST COVINA CA 91790 |
| | List the contract number of any government contract | | |
| 2.615 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | DOLO ELECTRIC ATTN: GENERAL COUNSEL 635 S VALINDA AVE UNIT D WEST COVINA CA 91790 |
| | List the contract number of any government contract | | |
| 2.616 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | UNDETERMINED | DOMO INC ATTN: GENERAL COUNSEL 802 E 1050 S AMERICAN FORK UT 84003 |
| | List the contract number of any government contract | | |
| 2.617 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | State the term remaining | UNDETERMINED | DONE RIGHT ROOFING ATTN: GENERAL COUNSEL 40579 HEYERDAHL AVE MURRIETA CA 92563 |
| | List the contract number of any government contract | | |
| 2.618 | State what the contract or lease is for and the nature of the debtor's interest | MEDIA CONSENT FORM AND RELEASE | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.619 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | DOUG MORALES ENGINEERING INC D/B/A DOUG ENGINEERING |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>20271 LIGHTHOUSE LN<br>HUNTINGTON BEACH CA 92646 |
| 2.620 | State what the contract or lease is for and the nature of the debtor's interest | STORMWATER COMPLIANCE ORIENTATION | |
| | State the term remaining | UNDETERMINED | DR HORTON |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1341 HORTON CIR<br>ARLINGTON TX 76011 |
| 2.621 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT SUBCONTRACTOR AGREEMENT | |
| | State the term remaining | UNDETERMINED | DR HORTON BAY INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1341 HORTON CIR<br>ARLINGTON TX 76011 |
| 2.622 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT SUBCONTRACTOR AGREEMENT | |
| | State the term remaining | UNDETERMINED | DR HORTON CA2 INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>3000 LAVA RIDGE CIR<br>STE 130<br>ROSEVILLE CA 95661 |
| 2.623 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT SUBCONTRACTOR AGREEMENT | |
| | State the term remaining | UNDETERMINED | DR HORTON CA3 INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>400 E MAIN ST<br>STE 300<br>VISALIA CA 93291 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SUBCONTRACTOR AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | DR HORTON CA3 INC<br>ATTN: GENERAL COUNSEL<br>400 E MAIN ST<br>STE 300<br>VISALIA CA 93291 |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DR HORTON CA3 INC<br>ATTN: GENERAL COUNSEL<br>400 E MAIN ST<br>STE 300<br>VISALIA CA 93291 |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DT MT INCORPORATED D/B/A MR HANDYMAN OF CANTON AND WOODSTOCK<br>ATTN: GENERAL COUNSEL<br>431 CARMEL CT<br>CANTON GA 30114 |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DUSTY B LLC<br>ATTN: GENERAL COUNSEL<br>2417 SUNSET DR<br>ONTARIO OR 97914 |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DUTCH CREEK ELECTRIC<br>ATTN: GENERAL COUNSEL<br>2855 W OXFORD AVE<br>STE 4<br>DENVER CO 80110 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | DWELL SOLAR POWER LLC ATTN: GENERAL COUNSEL 1529 PAMELA CREST REDLANDS CA 92373 |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DWR ENTERPRISES LLC ATTN: GENERAL COUNSEL 10120 W FLAMINGO RD #4-147 LAS VEGAS NV 89147 |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DWR JR ENTERPRISES LLC ATTN: GENERAL COUNSEL 1111 S 2ND ST MILLVILLE NJ 08332 |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | DYNAMIC PROPERTIES LLC ATTN: GENERAL COUNSEL 703 EDGEWATER DR GARNER NC 27529 |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR EARLY TERMINATION OF LEASE | |
| | **State the term remaining** | UNDETERMINED | DYNAMIC PROPERTIES LLC ATTN: GENERAL COUNSEL 703 EDGEWATER DR GARNER NC 27529 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.634 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | DYNAMIC ROOFING SYSTEMS ATTN: BENNY M MITCHELL 36422 BAY HILL DR BEAUMONT CA 92223 |
| | List the contract number of any government contract | | |
| 2.635 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | DYNAMIC ROOFING SYSTEMS ATTN: BENNY M MITCHELL 36422 BAY HILL DR BEAUMONT CA 92223 |
| | List the contract number of any government contract | | |
| 2.636 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.637 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.638 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT [DRAFT] | |
| | State the term remaining | 107 DAYS | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.639 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT [DRAFT] | |
| | State the term remaining | 107 DAYS | NAME ON FILE<br>ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.640 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | EAGLE CONSTRUCTION AND HOME IMPROVEMENTS<br>ATTN: GENERAL COUNSEL<br>12477 PASEO ALEGRE DR<br>EL PASO TX 79928 |
| | List the contract number of any government contract | | |
| 2.641 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | EAGLE VIEW TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>25 METHODIST HILLS DR<br>ROCHESTER NY 14623 |
| | List the contract number of any government contract | | |
| 2.642 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL CORPORATE RATE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EAN SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>600 CORPORATE PARK DR<br>ST LOUIS MO 63105 |
| | List the contract number of any government contract | | |
| 2.643 | State what the contract or lease is for and the nature of the debtor's interest | GLOBAL CORPORATE RATE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EAN SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>600 CORPORATE PARK DR<br>ST LOUIS MO 63105 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EAN SERVICES LLC ATTN: GENERAL COUNSEL 14002 E 21ST ST STE 1500 TULSA OK 74134 |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | CORPORATE SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EAN SERVICES LLC ATTN: GENERAL COUNSEL 600 CORPORATE PARK DR ST LOUIS MO 63105 |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | GLOBAL CORPORATE RATE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EAN SERVICES, LLC ATTN: GENERAL COUNSEL 600 CORPORATE PARK DR ST. LOUIS MO 63015 |
| | **List the contract number of any government contract** | | |
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EAST MEADOW ENTERPRISES LLC ATTN: GENERAL COUNSEL 135 PARKER ST E LONGMEADOW MA 01028 |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EASTGROUP PROPERITES LP ATTN: GENERAL COUNSEL 400 W PKWY PL STE 100 RIDGELAND MS 39157 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                        Case number (if known)    **26-10522**

  Name

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | EASTGROUP PROPERTIES INC ATTN: GENERAL COUNSEL 4220 WORLD HOUSTON PKWY STE 170 HOUSTON TX 77032 |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EASTGROUP PROPERTIES LP ATTN: GENERAL COUNSEL 4220 WORLD HOUSTON PKWY STE 170 HOUSTON TX 77032 |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 338 DAYS | EASY SOLAR PRODUCTS INC ATTN: GENERAL COUNSEL 4411 S WANDER LN HOLLADAY UT 84124 |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ECHELON SOLAR INC ATTN: GENERAL COUNSEL 20726 W BLUEBIRD PORTER RANCH CA 91326 |
| | **List the contract number of any government contract** | | |
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ECHELON SOLAR INC ATTN: GENERAL COUNSEL 20726 W BLUEBIRD PORTER RANCH CA 91326 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | ECHELON SOLAR INC ATTN: GENERAL COUNSEL 20726 W BLUEBIRD PORTER RANCH CA 91326 |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 505 DAYS | ECHO LOGISTICS ATTN: GENERAL COUNSEL 600 W CHICAGO STE 200 CHICAGO IL 60654 |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | ECO PLANET HOME LLC ATTN: GENERAL COUNSEL 1129 N WOODLAND ST, #102 VISALIA CA 93291 |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ECO PLANET HOME LLC ATTN: GENERAL COUNSEL 1129 N WOODLAND ST, #102 VISALIA CA 93291 |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ECOFASTEN SOLAR LLC ATTN: GENERAL COUNSEL 4141 W VAN BUREN ST STE 2 PHOENIX AZ 85009 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO FREEDOM FOREVER PURCHASE AND SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOFASTEN SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>1295 W WASHINGTON AVE<br>STE 110<br>TEMPE AZ 85281 |
| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO FREEDOM FOREVER PURCHASE AND SUPPLY AGREEMENT, | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOFASTEN SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>4141 W VAN BUREN ST<br>STE 2<br>PHOENIX AZ 85009 |
| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AND SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOFASTEN SOLAR LLC<br>ATTN: BART LEUSINK<br>4141 W VAN BUREN ST<br>STE 2<br>PHOENIX AZ 85009 |
| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOFASTEN SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>4141 W VAN BUREN ST<br>STE 2<br>PHOENIX AZ 85009 |
| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ECOGEN SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 71<br>UXBRIDGE MA 01569 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.664 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ECOGUARD PEST CONTROL<br>ATTN: GENERAL COUNSEL<br>5524 E BASELINE RD<br>MEZA AZ 85212 |
| 2.665 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ECOPRO LLC<br>ATTN: GENERAL COUNSEL<br>5208 MAGAZINE ST<br>STE 197<br>NEW ORLEANS LA 70115 |
| 2.666 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ECO-TECH ELECTRICAL SERVICES INC<br>ATTN: GENERAL COUNSEL<br>2634 E COOLIDGE AVE<br>ORANGE CA 92867 |
| 2.667 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.668 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | EDAPP INC<br>ATTN: GENERAL COUNSEL<br>2114 CENTRAL ST<br>6TH FL<br>KANSAS CITY MO 64108 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.669 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | EDAPP INC<br>ATTN: GENERAL COUNSEL<br>2114 CENTRAL ST<br>6TH FL<br>KANSAS CITY MO 64108 |
| | List the contract number of any government contract | | |
| 2.670 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK NO 2 2021 LICENSES AND PROGRAM MANAGEMENT | |
| | State the term remaining | UNDETERMINED | EDAPP INC<br>ATTN: GENERAL COUNSEL<br>2114 CENTRAL ST<br>6TH FL<br>KANSAS CITY MO 64108 |
| | List the contract number of any government contract | | |
| 2.671 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EDAPP INC<br>ATTN: LEGAL DEPARTMENT<br>188 GRAND ST<br>3RD FL<br>NEW YORK NY 10013 |
| | List the contract number of any government contract | | |
| 2.672 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | EDAPP INC<br>ATTN: GENERAL COUNSEL<br>2114 CENTRAL ST<br>6TH FL<br>KANSAS CITY MO 64108 |
| | List the contract number of any government contract | | |
| 2.673 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | EEM INDUSTRIES D/B/A MR HANDYMAN OF ROCKLAND<br>ATTN: GENERAL COUNSEL<br>259 N MIDDLETOWN RD<br>NANUET NY 10954 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EFG CONNECTION LLC<br>ATTN: GENERAL COUNSEL<br>920 N TYLER RD<br>STE 304<br>WICHITA KS 67212 |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL MUTUAL SETTLEMENT AGREEMENT AND GENERAL WAIVER AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EIZ CONTRACTORS INC D/B/A EZ ELECTRIC<br>ATTN: GENERAL COUNSEL<br>5 DARIAN CT<br>POMONA NY 10970 |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ELECTRIC DOCTOR INC<br>ATTN: GENERAL COUNSEL<br>4161 S NATCHES CT<br>UNIT B<br>ENGLEWOOD CO 80110 |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ELECTRICIANS ON CALL<br>ATTN: GENERAL COUNSEL<br>PO BOX 17075<br>PLANTATION FL 33318 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ELEMENT ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>1017 S GILBERT RD 101<br>MESA AZ 85204 |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | FLEET INCENTIVE AGREEMENT | |
| | **State the term remaining** | 1,020 DAYS | |
| | **List the contract number of any government contract** | | ELEMENT FLEET CORPORATION<br>ATTN: GENERAL COUNSEL<br>10200 GRAND CENTRAL AVE<br>STE 400<br>OWINGS MILLS MD 21117 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ELEMENT FLEET CORPORATION<br>ATTN: GENERAL COUNSEL<br>10200 GRAND CENTRAL AVE<br>STE 400<br>OWINGS MILLS MD 21117 |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ELEMENT FLEET CORPORATION<br>ATTN: GENERAL COUNSEL<br>10200 GRAND CENTRAL AVE<br>STE 400<br>OWINGS MILLS MD 21117 |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE FLEET LEASE AND MASTER SERVICES AGREEMENTS WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ELEMENT FLEET LEASING LIMITED<br>ATTN: GENERAL COUNSEL<br>2 GRAND PARADE, 3RD FL, BLOCK B<br>DUBLIN 6<br>IRELAND |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ELEMENT FLEET LEASING LIMITED ATTN: GENERAL COUNSEL 2 GRAND PARADE, 3RD FL, BLOCK B DUBLIN 6 IRELAND |
| | List the contract number of any government contract | | |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ELEMENT FLEET LEASING LIMITED ATTN: GENERAL COUNSEL 2 GRAND PARADE, 3RD FL, BLOCK B DUBLIN 6 IRELAND |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | FLEET INCENTIVE AGREEMENT | |
| | State the term remaining | 1,020 DAYS | ELEMENT FLEET LEASING LIMITED ATTN: GENERAL COUNSEL 2 GRAND PARADE, 3RD FL, BLOCK B DUBLIN 6 IRELAND |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | 900 DAYS | ELEVEN LABS INC ATTN: GENERAL COUNSEL 169 MADISON AVE STE 2484 NEW YORK NY 10016 |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | MEDIA CONSENT FORM AND RELEASE | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |

Debtor  **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ELITE ENTERPRISE GROUP |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 15256 LOCUST LN NAMPA ID 83686 |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ELIZABETH INVESTMENT AND ZO LW ENTERPRISES |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1941 W MISSION BLVD PAMONA CA 91766 |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ELLIOTT ELECTRIC SUPPLY INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 2526 N STALLINGS DR NACOGDOCHES TX 75964 |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ELLIOTT ELECTRIC SUPPLY INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 2526 N STALLINGS DR NACOGDOCHES TX 75964 |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMAINT ENTERPRISES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 3181 N BAY VILLAGE CT BONITA SPRINGS FL 34135 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AND ORDER FORM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMAINT ENTERPRISES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>3181 N BAY VILLAGE CT<br>BONITA SPRINGS FL 34135 |
| 2.695 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT PROPOSAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMERSON WINCHESTER LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>2547 EAST 3000 SOUTH CIR<br>ST GEORGE UT 84790 |
| 2.696 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPORT PROPOSAL | |
| | **State the term remaining** | UNDETERMINED | EMERSON WINCHESTER LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>2547 EAST 3000 SOUTH CIR<br>ST GEORGE UT 84790 |
| 2.697 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMG ELECTRIC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>17381 NICHOLAS LN<br>UNIT-G<br>HUNTINGTON BEACH CA 92647 |
| 2.698 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EMPIRE ROOFING AND EXTERIORS |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>1562 SOUTHWOOD AVE<br>REYNOLDSBURG OH 43068 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.699 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENERFLO LLC ATTN: GENERAL COUNSEL 20422 BEACH BLVD STE 215 HUNTINGTON BEACH CA 92648 |
| | **List the contract number of any government contract** | | |
| 2.700 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | ENERGY BROKERS OF NEVADA LLC ATTN: GENERAL COUNSEL 3808 KILGORES ROCKS AVE NORTH LAS VEGAS NV 89085 |
| | **List the contract number of any government contract** | | |
| 2.701 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENERGY BROKERS OF NEVADA LLC ATTN: GENERAL COUNSEL 3808 KILGORES ROCKS AVE NORTH LAS VEGAS NV 89085 |
| | **List the contract number of any government contract** | | |
| 2.702 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENERGY CONCEPTS CORPORATION ATTN: GENERAL COUNSEL 847 LAS DISPENSAS LOOP SAPELLO NM 87745 |
| | **List the contract number of any government contract** | | |
| 2.703 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: SOLAR TAX CREDIT | |
| | **State the term remaining** | UNDETERMINED | ENERGY LOAN NETWORK ATTN: GENERAL COUNSEL 4115 GUARDIAN ST STE E SIMI VALLEY CA 93063 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.704 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: ATTACHMENT OF AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENERGY LOAN NETWORK ATTN: GENERAL COUNSEL PO BOX 1115 SIMI VALLEY CA 93062 |
| | **List the contract number of any government contract** | | |
| 2.705 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENERGYCING LLC ATTN: GENERAL COUNSEL 2500 YALE ST STE B HOUSTON TX 77008 |
| | **List the contract number of any government contract** | | |
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROMISSORY NOTE | |
| | **State the term remaining** | UNDETERMINED | ENERGYCON LLC |
| | **List the contract number of any government contract** | | |
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMISSORY NOTE | |
| | **State the term remaining** | UNDETERMINED | ENERGYCON LLC |
| | **List the contract number of any government contract** | | |
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO PROMISSORY NOTE | |
| | **State the term remaining** | UNDETERMINED | ENERGYCON LLC |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                                     Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO 2 TO TPO DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENFIN CORPORATION ATTN: GENERAL COUNSEL 300 SPECTRUM CTR DR STE 500 IRVINE CA 92618 |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: ATTESTATION OF SKU INFORMATION IN DOCUMENTS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENFIN CORPORATION ATTN: GENERAL COUNSEL 300 SPECTRUM CTR DR STE 500 IRVINE CA 92618 |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE RE: ATTENTION TO DEALER AGREEMENT REQUIREMENTS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENFIN CORPORATION ATTN: GENERAL COUNSEL 300 SPECTRUM CTR DR STE 500 IRVINE CA 92618 |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: RIGHT TO OBTAIN ALTERNATIVE FINANCING WITH OTHER PARTNERS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENFIN CORPORATION ATTN: GENERAL COUNSEL 300 SPECTRUM CTR DR STE 500 IRVINE CA 92618 |
| 2.713 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM NO 5 TO TPO DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENFIN CORPORATION ATTN: GENERAL COUNSEL 300 SPECTRUM CTR DR STE 500 IRVINE CA 92618 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.714 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.715 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 4 TO TPO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |
| 2.716 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |
| 2.717 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 1 TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |
| 2.718 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 3 TO TPO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | TPO DEALER AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED |  |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVANCE AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED |  |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 9 TO TPO DEALER AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED |  |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | DTPO DEALER AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED |  |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 6 TO TPO DEALER AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED |  |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 2 TO TPO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENFIN CORPORATION<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENGINEERING SYSTEMS INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 7543<br>CAROL STREAM IL 60197 |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENHANCED ELECTRICAL SERVICES INC<br>ATTN: GENERAL COUNSEL<br>46 HARDY DR<br>SPARKS NV 89431 |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENIUM CAPITAL GROUP LLC<br>ATTN: GENERAL COUNSEL<br>2520 N UNIVERSITY AVE<br>STE 275<br>PROVO UT 84604 |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 172 DAYS | |
| | **List the contract number of any government contract** | | ENPHASE ENERGY INC<br>ATTN: GENERAL COUNSEL<br>47281 BAYSIDE PKWY<br>FREMONT CA 94538 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: REVOLVING CREDIT LINE PROPOSAL | |
| | **State the term remaining** | UNDETERMINED | ENPHASE ENERGY INC ATTN: GENERAL COUNSEL 47281 BAYSIDE PKWY FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 275 DAYS | ENTERPRISE FLEET MANAGEMENT ATTN: GENERAL COUNSEL 1400 N KELLOGG DR STE G ANAHEIM CA 92807 |
| | **List the contract number of any government contract** | | |
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENTERPRISE FLEET MANAGEMENT ATTN: GENERAL COUNSEL 1400 N KELLOGG DR STE G ANAHEIM CA 92807 |
| | **List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | ENTERPRISE FLEET MANAGEMENT ATTN: GENERAL COUNSEL 1400 N KELLOGG DR STE G ANAHEIM CA 92807 |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER EQUITY LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ENTERPRISE FM TRUST ATTN: GENERAL COUNSEL 1400 N KELLOGG DR STE G ANAHEIM CA 92807 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.734 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO MASTER EQUITY LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENTERPRISE FM TRUST ATTN: GENERAL COUNSEL 1400 N KELLOGG DR STE G ANAHEIM CA 92807 |
| 2.735 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENVIRO SAFETY PRODUCTS ATTN: GENERAL COUNSEL 8248 W DOE AVE VISALIA CA 93291 |
| 2.736 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENVIRO SAFETY PRODUCTS ATTN: GENERAL COUNSEL 8248 W DOE AVE VISALIA CA 93291 |
| 2.737 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENVIRONMENTAL TREE CARE LLC ATTN: GENERAL COUNSEL 1195 S PIERCE ST LAKEWOOD CO 80232 |
| 2.738 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | ENVISION RESPONSE INC ATTN: SEAN K FAY 3213 W WHEELER ST STE 91 SEATTLE WA 98199 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVISION RESPONSE INC<br>ATTN: GENERAL COUNSEL<br>3213 W WHEELER ST<br>STE 91<br>SEATTLE WA 98199 |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENVISION RESPONSE INC<br>ATTN: GENERAL COUNSEL<br>3213 W WHEELER ST<br>STE 91<br>SEATTLE WA 98199 |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ENZY TECHNOLOGIES LLC<br>ATTN: GENERAL COUNSEL<br>1750 W 11400 S<br>STE 110<br>JORDAN UT 84095 |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EP UNIVERSAL SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>2928 MONTANA<br>STE 208<br>EL PASO TX 79903 |
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EPIC ROOFING D/B/A CALIBER HOME PRO ROOFING<br>ATTN: GENERAL COUNSEL<br>962 N APPLE SEES LN<br>SANTAQUIN UT 84655 |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.744 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | EPLING ELECTRIC LLC ATTN: GENERAL COUNSEL 1295 SE 62ND AVE HILLSBORO OR 97123 |
| | List the contract number of any government contract | | |
| 2.745 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EPLUS GROUP INC ATTN: GENERAL COUNSEL 13595 DULLES TECHNOLOGY DR HOUSTON VA 20171 |
| | List the contract number of any government contract | | |
| 2.746 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | EPLUS GROUP INC ATTN: GENERAL COUNSEL 13595 DULLES TECHNOLOGY DR HERNDON VA 20171 |
| | List the contract number of any government contract | | |
| 2.747 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EPLUS GROUP INC ATTN: GENERAL COUNSEL 13595 DULLES TECHNOLOGY DR HERNDON VA 20171 |
| | List the contract number of any government contract | | |
| 2.748 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | EPLUS TECHNOLOGY INC ATTN: GENERAL COUNSEL 13595 DULLES TECHNOLOGY DR HERNDON VA 20171 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO LEASE WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | EPR CONTRACTORS INC ATTN: GENERAL COUNSEL 1822 MAGOFINN E PASO TX 79901 |
| | **List the contract number of any government contract** | | |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest** | PERSONAL GUARANTY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDA TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ESAFETY SYSTEMS ATTN: GENERAL COUNSEL 1712 PIONEER AVE STE 2348 CHEYENNE WY 82001 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | ESAFETY SYSTEMS ATTN: GENERAL COUNSEL 1712 PIONEER AVE STE 2348 CHEYENNE WY 82001 |
| | **List the contract number of any government contract** | | |
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ESTEP AND HESSBURG LLC D/B/A PROFORMANCE ROOFING ATTN: GENERAL COUNSEL 2041 N HIAWASSEE RD APOPKA FL 32703 |
| | **List the contract number of any government contract** | | |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE TERMINATION AGREEMENT | |
| | **State the term remaining** | 138 DAYS | ETECH HI INC ATTN: GENERAL COUNSEL 23719 SONATA DR MURRIETA CA 92562 |
| | **List the contract number of any government contract** | | |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SUBLEASE | |
| | **State the term remaining** | 138 DAYS | ETECH HI INC ATTN: GENERAL COUNSEL 23719 SONATA DR MURRIETA CA 92562 |
| | **List the contract number of any government contract** | | |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EULER HERMES NA ATTN: GENERAL COUNSEL 800 RED BROOK BLVD OWINGS MILLS MD 21117 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 11170 US HWY ONE STE E101 PALM BEACH GARDENS FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | SIDE LETTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | 2025 PERFORMANCE PAY PROGRAM ADDENDUM TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | FOURTH AMENDMENT TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |

Debtor  **Freedom Forever LLC**                                             Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND DEALER ADDER AMENDMENT TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD DEALER ADDER AMENDMENT TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO MASTER INSTALLER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERBRIGHT LLC ATTN: GENERAL COUNSEL 700 UNIVERSE BLVD JUNO BEACH FL 33408 |
| | **List the contract number of any government contract** | | |
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERGREEN LANDSCAPE SERVICE ATTN: GENERAL COUNSEL 4432 BUCKEYE LN AWATER CA 95301 |
| | **List the contract number of any government contract** | | |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | EVERLAST LLC ATTN: GENERAL COUNSEL 2554 KIRBY RD MERCED CA 95340 |
| | **List the contract number of any government contract** | | |
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVERLAST LLC ATTN: GENERAL COUNSEL 2554 KIRBY RD MERCED CA 95340 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EVOLVE TELE-SERVICES INC ATTN: GENERAL COUNSEL 2859 EYDE PKWY EAST LANSING MI 48823 |
| | **List the contract number of any government contract** | | |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | EVOLVE TELE-SERVICES INC ATTN: GENERAL COUNSEL 2859 EYDE PKWY EAST LANSING MI 48823 |
| | **List the contract number of any government contract** | | |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EXACTUS ENERGY INC ATTN: EDDIE OBELIUNAS 14 NEILOR CRES TORONTO ON CANADA |
| | **List the contract number of any government contract** | | |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EXCELA SOLAR LLC ATTN: GENERAL COUNSEL 1141 LARRY MAHAN DR EL PASO TX 79925 |
| | **List the contract number of any government contract** | | |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | EXECUTIVE COMMERCIAL CLEANING ATTN: GENERAL COUNSEL 6815 W CAPITOL DR STE 313 MILWAUKEE WI 53218 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.784 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EXETER PROPERTY GROUP ATTN: GENERAL COUNSEL 101 W ELM ST STE 600 CONSHOHOCKEN PA 19428 |
| | List the contract number of any government contract | | |
| 2.785 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | EXPRESS LIEN INC D/B/A LEVELSET ATTN: GENERAL COUNSEL 1121 JOSEPHINE ST NEW ORLEANS LA 70130 |
| | List the contract number of any government contract | | |
| 2.786 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EXPRESS LIEN INC D/B/A LEVELSET ATTN: GENERAL COUNSEL 1121 JOSEPHINE ST NEW ORLEANS LA 70130 |
| | List the contract number of any government contract | | |
| 2.787 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | UNDETERMINED | EXPRESS LIEN INC D/B/A LEVELSET ATTN: GENERAL COUNSEL PO BOX 201215 DALLAS TX 75320 |
| | List the contract number of any government contract | | |
| 2.788 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO SOFTWARE LICENSE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EXPRESS LIEN INC D/B/A LEVELSET ATTN: GENERAL COUNSEL 1121 JOSEPHINE ST NEW ORLEANS LA 70130 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.789 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AGREEMENT | |
| | State the term remaining | UNDETERMINED | EXPRESS LIEN INC D/B/A LEVELSET ATTN: GENERAL COUNSEL 1121 JOSEPHINE ST NEW ORLEANS LA 70130 |
| | List the contract number of any government contract | | |
| 2.790 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | EXTREME ELECTRIC INC ATTN: GENERAL COUNSEL 8897 SO 2070 WEST WEST JORDAN UT 84088 |
| | List the contract number of any government contract | | |
| 2.791 | State what the contract or lease is for and the nature of the debtor's interest | QUOTATION | |
| | State the term remaining | UNDETERMINED | FACILITIES MANAGEMENT EXPRESS LLC ATTN: GENERAL COUNSEL 800 YARD ST STE 115 COLUMBUS OH 43212 |
| | List the contract number of any government contract | | |
| 2.792 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FAIRFAX LTD II LLC ATTN: GENERAL COUNSEL 5500 MACARTHUR BLVD NW WASHINGTON DC 20016 |
| | List the contract number of any government contract | | |
| 2.793 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FALL RIVER INVESTMENTS INC ATTN: GENERAL COUNSEL 7700 E LIFF AVE STE F DENVER CO 80231 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|--------|-------------------------|--|------------------------|--------------|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.794 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FALLEN LEAF TREE LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 2900 HEINZ ST SACRAMENTO CA 95826 |
| 2.795 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | FALLEN LEAF TREE LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 2900 HEINZ ST SACRAMENTO CA 95826 |
| 2.796 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FAROPOINT VENTURES |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 5 MARINE VIEW PLZ 4TH FL HOBOKEN NJ 07030 |
| 2.797 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FASTENERS INC |
| | List the contract number of any government contract | | ATTN: RYAN BEDNARZ 1491 CENTER CROSSING RD LAS VEGAS NV 89144 |
| 2.798 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FEDERAL ELECTRIC LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1613 AXE DR GARLAND TX 75041 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.799 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT AND GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.800 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FERMONT ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>385 SUNRISE ST<br>PLACENTIA CA 92870 |
| | **List the contract number of any government contract** | | |
| 2.801 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | FERMONT ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>385 SUNRISE ST<br>PLACENTIA CA 92870 |
| | **List the contract number of any government contract** | | |
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FIFTH THIRD BANK NATIONAL ASSOCIATION<br>ATTN: GENERAL COUNSEL<br>38 FOUNTAIN SQUARE PL<br>CINCINNATI OH 45263 |
| | **List the contract number of any government contract** | | |
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FINULENT SOLUTIONS LLP<br>ATTN: RAVI BHANDARI<br>216, LINKWAY INDUSTRIAL ESTATE, MALAD WEST<br>MUMBAI, MAHARASHTRA 400064<br>INDIA |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                       Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.804 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | FINULENT SOLUTIONS LLP |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 216, LINKWAY INDUSTRIAL ESTATE, MALAD WEST MUMBAI, MAHARASHTRA 400064 INDIA |
| 2.805 | State what the contract or lease is for and the nature of the debtor's interest | SYSTEM CLOSURE DOCUMENT | |
| | State the term remaining | UNDETERMINED | FIRST BAPTIST CHURCH OF TEMECULA |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 39777 AVENIDA ACACIAS MURRIETA CA 92563 |
| 2.806 | State what the contract or lease is for and the nature of the debtor's interest | SYSTEM DISCLOSURE DOCUMENT | |
| | State the term remaining | UNDETERMINED | FIRST BAPTIST CHURCH OF TEMECULA |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 39729 AVENIDA ACACIAS MURRIETA CA 92563 |
| 2.807 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FIRST-CITIZENS BANK & TRUST COMPANY |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 11 W 42ND ST NEW YORK NY 10063 |
| 2.808 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | FISHBOWL |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 580 E TECHNOLOGY AVE STE C2500 OREM UT 84097 |

Debtor   **Freedom Forever LLC**
         Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.809 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FLASH ROOFING ATTN: GENERAL COUNSEL 13572 ARROYO DALE LN SAN DIEGO CA 92130 |
| | List the contract number of any government contract | | |
| 2.810 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | FLASH ROOFING ATTN: GENERAL COUNSEL 13572 ARROYO DALE LN SAN DIEGO CA 92130 |
| | List the contract number of any government contract | | |
| 2.811 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT | |
| | State the term remaining | 316 DAYS | FLIP ENERGY INC ATTN: GENERAL COUNSEL 2261 MARKET ST STE 5160 SAN FRANCISCO CA 94114 |
| | List the contract number of any government contract | | |
| 2.812 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NONDISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FLIP ENERGY INC ATTN: GENERAL COUNSEL 2261 MARKET ST STE 5160 SAN FRANCISCO CA 94114 |
| | List the contract number of any government contract | | |
| 2.813 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FLO MASTERS PLUMBING INC ATTN: GENERAL COUNSEL 23715 CASA BONITA AVE MENIFEE CA 92587 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                           Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.814 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FLORIDA COASTAL ROOFING SOLUTIONS LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 1559 SE S NIEMEYER CIR PORT ST LUCIE FL 34952 |
| 2.815 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FLORIDA ELECTRICAL SOLUTIONS |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 739 N VOLUSIA AVE ORANGE CITY FL 32763 |
| 2.816 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIAL INFORMATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | FLUKE ELECTRONICS CORPORATION |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 6920 SEAWAY BLVD EVERETT WA 98203 |
| 2.817 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF FIRST AMENDMENT TO LEASE | |
| | State the term remaining | 229 DAYS | FOOTHILL CARMELINA PROPERTIES LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 9984 SUNSET BLVD BEVERLY HILLS CA 90210 |
| 2.818 | State what the contract or lease is for and the nature of the debtor's interest | EXTENSION OF FIRST AMENDMENT TO LEASE | |
| | State the term remaining | 229 DAYS | FOOTHILL PALM PROPERTIES LLC GLOBAL EDGE HOLDINGS AND MANAGEMENT |
| | List the contract number of any government contract | | ATTN: RAMIN SAGHIAN PO BOX 6129 BEVERLY HILLS CA 90212 |

Debtor   **Freedom Forever LLC**                                                 Case number (if known)   **26-10522**

Name

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO 2019 COMPETITIVE PRICE ALLOWANCE | |
| | **State the term remaining** | UNDETERMINED | FORD MOTOR COMPANY ATTN: PAMELA PAGE 16800 EXECUTIVE PLAZA DR 6N454 DEARBORN MI 48126 |
| | **List the contract number of any government contract** | | |
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT TERM EQUIPMENT LOAN AND EVALUATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FORD MOTOR COMPANY ATTN: GENERAL COUNSEL 16800 EXECUTIVE PLAZA DR 6N454 DEARBORN MI 48126 |
| | **List the contract number of any government contract** | | |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT TERM EQUIPMENT LOAN AND EVALUATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FORD MOTOR COMPANY ATTN: GENERAL COUNSEL 16800 EXECUTIVE PLAZA DR 6N454 DEARBORN MI 48126 |
| | **List the contract number of any government contract** | | |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | FRAMEWORK AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FORD MOTOR COMPANY ATTN: GENERAL COUNSEL 16800 EXECUTIVE PLAZA DR 6N454 DEARBORN MI 48126 |
| | **List the contract number of any government contract** | | |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPETITIVE PRICE ALLOWANCE PROGRAM TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | FORD MOTOR COMPANY ATTN: GENERAL COUNSEL 16800 EXECUTIVE PLAZA DR 6N454 DEARBORN MI 48126 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FORMA AI INC<br>ATTN: GENERAL COUNSEL<br>386 BERKLEY ST<br>TORONTO ON<br>CANADA |
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FORTRESS ROOFING SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>1659 W STATE HWY 46<br>STE 504<br>STE 115<br>NEW BRAUNFELS TX 78132 |
| 2.826 | **State what the contract or lease is for and the nature of the debtor's interest** | RIDER TO MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FORTRESS ROOFING SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>1044 SLIGHT ST<br>NEW BRAUNFELS TX 78130 |
| 2.827 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FOX CONSTRUCTION LLC<br>ATTN: GENERAL COUNSEL<br>7038 DRYWOOD WAY<br>ORANGEVALE CA 95662 |
| 2.828 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | FOX CONSTRUCTION LLC<br>ATTN: GENERAL COUNSEL<br>7038 DRYWOOD WAY<br>ORANGEVALE CA 95662 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.829 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FOX VALLEY ELECTRIC ATTN: GENERAL COUNSEL 8836 N 23RD AVE B3 PHOENIX AZ 85021 |
| | List the contract number of any government contract | | |
| 2.830 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FRAUD PROTECTION NETWORK INC ATTN: LEGAL COUNSEL 2500 E HALLANDALE BEACH BLVD STE 404 HALLANDALE BEACH FL 33009 |
| | List the contract number of any government contract | | |
| 2.831 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | State the term remaining | UNDETERMINED | FREE ENERGY LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR STE 104 TEMECULA CA 92590 |
| | List the contract number of any government contract | | |
| 2.832 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | FREEDOM FIRST VENTURES INC D/B/A THE REEL ELECTRIC COMPANY ATTN: GENERAL COUNSEL 19308 ELDORADO RD 19308 ELDORADO RD PERRIS CA 92570 |
| | List the contract number of any government contract | | |
| 2.833 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FREEDOM FOREVER ARIZONA, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**

   Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER CALIFORNIA, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER COLORADO, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER FLORIDA, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER IDAHO, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER ILLINOIS, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

          Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER MISSISSIPPI, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER NEVADA, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER NORTH CAROLINA, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER NORTHERN CALIFORNIA, LLC ATTN: GENERAL COUNSEL 990 RIVERSIDE PKWY WEST SACRAMENTO CA 95605 |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER OREGON, LLC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|--------|------|--|------------------------|------|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER SOUTHERN CALIFORNIA, LLC<br>ATTN: GENERAL COUNSEL<br>946 S ANDREASEN DR<br>ESCONDIDO CA 92029 |
| | **List the contract number of any government contract** | | |

| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER TEXAS, LLC<br>ATTN: GENERAL COUNSEL<br>43445 BUSINESS PARK DR<br>TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |

| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER UTAH, LLC<br>ATTN: GENERAL COUNSEL<br>43445 BUSINESS PARK DR<br>TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |

| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCOMPANY ADMINISTRATIVE SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | FREEDOM FOREVER WASHINGTON, LLC<br>ATTN: GENERAL COUNSEL<br>43445 BUSINESS PARK DR<br>TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |

| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | FREEDOM SOLAR PROS LLC<br>ATTN: GENERAL COUNSEL<br>2440 E GERMANN RD<br>CHANDLER AZ 85286 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.849 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL RELEASE, REFERRAL AND RECRUITING AGREEMENTS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FREEDOM SOLAR PROS LLC<br>ATTN: GENERAL COUNSEL<br>2440 E GERMANN RD<br>CHANDLER AZ 85286 |
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL RELEASE AND SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FREEDOM SOLAR PROS LLC<br>ATTN: GENERAL COUNSEL<br>2440 E GERMANN RD<br>CHANDLER AZ 85286 |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON DISCLOSURE AGREEMENT | |
| | State the term remaining | 533 DAYS | |
| | List the contract number of any government contract | | FREEDOM SOLAR PROS LLC<br>ATTN: JOSHUA SLUYTER, CEO<br>2440 E GERMANN RD<br>CHANDLER AZ 85286 |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FREEDOM SOLAR PROS LLC<br>ATTN: GENERAL COUNSEL<br>2440 E GERMANN<br>STE 1<br>CHANDLER AZ 85286 |
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | FREEDOM SOLAR PROS LLC<br>ATTN: GENERAL COUNSEL<br>2440 E GERMANN<br>STE 1<br>CHANDLER AZ 85286 |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | FREEDOM SOLAR PROS LLC ATTN: GENERAL COUNSEL 2440 E GERMANN STE 1 CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION OF LEASE WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | FREEDOM SOLAR PROS LLC ATTN: GENERAL COUNSEL 2440 E GERMANN RD CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.856 | State what the contract or lease is for and the nature of the debtor's interest | FIRST AMENDMENT TO INDEMNIFICATION AGREEMENT | |
| | State the term remaining | 260 DAYS | FREEDOM SOLAR PROS LLC ATTN: GENERAL COUNSEL 2440 E GERMANN RD CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.857 | State what the contract or lease is for and the nature of the debtor's interest | INDEMNIFICATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | FREEDOM SOLAR PROS LLC ATTN: GENERAL COUNSEL 2440 E GERMANN RD CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.858 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION OF LEASE AND CONSENT OF LANDLORD WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | FREEDOM SOLAR PROS LLC ATTN: GENERAL COUNSEL 2440 E GERMANN RD CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.859 | State what the contract or lease is for and the nature of the debtor's interest | ASSIGNMENT AND ASSUMPTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | FREEDOM SOLAR SERVICES ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR STE 104 TEMECULA CA 92590 |
| | List the contract number of any government contract | | |
| 2.860 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | FRESH HOME SOLUTIONS ATTN: GENERAL COUNSEL 4140 E BASELINE RD MESA AZ 85206 |
| | List the contract number of any government contract | | |
| 2.861 | State what the contract or lease is for and the nature of the debtor's interest | SCHEDULE TO SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | FRONTIER COMMUNICATIONS OF AMERICA INC ATTN: GENERAL COUNSEL PO BOX 740407 CINCINNATI OH 45274 |
| | List the contract number of any government contract | | |
| 2.862 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | FRONTIER COMMUNICATIONS OF AMERICA INC ATTN: GENERAL COUNSEL PO BOX 740407 CINCINNATI OH 45274 |
| | List the contract number of any government contract | | |
| 2.863 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | G & A LTD CO ATTN: GENERAL COUNSEL 7400 MERIDIAN PL NW STE D ALBUQUERQUE NM 87121 |
| | List the contract number of any government contract | | |

Debtor **Freedom Forever LLC**                                              Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.864 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 499 DAYS | |
| | **List the contract number of any government contract** | | G3 SOLAR LLC ATTN: GENERAL COUNSEL 272 W 200 N STE 200 LINDON UT 84042 |
| 2.865 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GAANDHI CONSTRUCTION ATTN: GENERAL COUNSEL 4444 WESTHEIMER RD HOUSTON TX 77027 |
| 2.866 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 570 DAYS | |
| | **List the contract number of any government contract** | | GAF ENERGY LLC ATTN: GENERAL COUNSEL 5981 OPTICAL CT SAN JOSE CA 95138 |
| 2.867 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD PARTY CLAIMS ADMINISTRATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GALLAGHER BASSETT SERVICES INC ATTN: LEGAL DEPARTMENT 2850 GOLF RD ROLLING MEADOWS IL 60008 |
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GAMEZ ROOFING SERVICES ATTN: GENERAL COUNSEL 5379 W CLINTON AVE FRESNO CA 93722 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GAMEZ ROOFING SERVICES<br>ATTN: GENERAL COUNSEL<br>5379 W CLINTON AVE<br>FRESNO CA 93722 |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 106 DAYS | |
| | **List the contract number of any government contract** | | GATEKEEPER US LLC<br>ATTN: GENERAL COUNSEL<br>401 CONGRESS AVE<br>AUSTIN TX 78701 |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 106 DAYS | |
| | **List the contract number of any government contract** | | GATEKEEPER US LLC<br>ATTN: GENERAL COUNSEL<br>401 CONGRESS AVE<br>AUSTIN TX 78701 |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GAZO CONSTRUCTION INC D/B/A BLUE SKY ROOFING<br>ATTN: GENERAL COUNSEL<br>2407 BLAKELY RD<br>COLCHESTER VT 05446 |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.874 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR INSTALLATION LEADS PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GCI SOLAR LLC ATTN: GENERAL COUNSEL PO BOX 5865 GARDEN GROVE CA 92846 |
| 2.875 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO VEHICLE FLEET OPEN-ENDED LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GELCO FLEET TRUST ATTN: GENERAL COUNSEL 10200 GRAND CENTRAL AVE STE 400 OWINGS MILLS MD 21117 |
| 2.876 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE FLEET LEASE AND MASTER SERVICES AGREEMENTS WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GELCO FLEET TRUST ATTN: GENERAL COUNSEL 10200 GRAND CENTRAL AVE STE 400 OWINGS MILLS MD 21117 |
| 2.877 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GELCO FLEET TRUST ATTN: GENERAL COUNSEL 10200 GRAND CENTRAL AVE STE 400 OWINGS MILLS MD 21117 |
| 2.878 | **State what the contract or lease is for and the nature of the debtor's interest** | VEHICLE FLEET OPEN-END LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GELCO FLEET TRUST ATTN: GENERAL COUNSEL 10200 GRAND CENTRAL AVE STE 400 OWINGS MILLS MD 21117 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.879 | **State what the contract or lease is for and the nature of the debtor's interest** | CLEAN ENERGY INSTALLER CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GENERAC POWER SYSTEMS INC ATTN: GENERAL COUNSEL HWY 59 AND HILLSIDE RD PO BOX 8 WAUKESHA WI 53187 |
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** | WAREHOUSE LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GENERAL PROPERTIES INC ATTN: GENERAL COUNSEL 4801 N HILLS RD STE 1500 NORTH HILLS ROCK AR 72116 |
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GEN-PRO LLC ATTN: TIMOTHY FIEDLER 8825 FRANKLIN AVE GIG HARBOR WA 98332 |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GEO ROOFING INC ATTN: GENERAL COUNSEL 1451 E ALAMEDA RD PHOENIX AZ 85024 |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GEO ROOFING INC ATTN: GENERAL COUNSEL 1451 E ALAMEDA DR PHOENIX AZ 85024 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: SEPARATION AGREEMENT AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GERRYN ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>12023 NE SUMNER<br>UNIT 1E<br>PORTLAND OR 97220 |
| | **List the contract number of any government contract** | | |
| 2.886 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRANSFER OF OWNERSHIP | |
| | **State the term remaining** | UNDETERMINED | GGC BRENNAN INDUSTRIAL LLC<br>ATTN: GENERAL COUNSEL<br>9450 W BRYN MAWR<br>STE 750<br>ROSEMONT IL 60018 |
| | **List the contract number of any government contract** | | |
| 2.887 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 494 DAYS | GIVEPOWER<br>ATTN: GENERAL COUNSEL<br>415 E SAINT ELMO<br>1ST FL<br>STE 1<br>AUSTIN TX 78745 |
| | **List the contract number of any government contract** | | |
| 2.888 | **State what the contract or lease is for and the nature of the debtor's interest** | DONATION LETTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GIVEPOWER FOUNDATION<br>ATTN: GENERAL COUNSEL<br>500 2ND ST<br>SAN FRANCISCO CA 94107 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF TERMINATION OF AGREEMENT | |
| | State the term remaining | UNDETERMINED | GIVEPOWER FOUNDATION |
| | List the contract number of any government contract | | ATTN: BARRETT RAFTERY, EXECUTIVE DIRECTOR<br>500 2ND ST<br>SAN FRANCISCO CA 94107 |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | GLEASON ROOFING LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>2447 W 12TH ST<br>TEMPE AZ 85281 |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | 396 DAYS | GLENEAGLES HOMES D/B/A GARY MC DONALD HOMES |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>11861 N ALICANTE DR<br>FRESNO CA 93730 |
| 2.892 | State what the contract or lease is for and the nature of the debtor's interest | MASTER INSTALLATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | GLENEAGLES HOMES D/B/A GARY MC DONALD HOMES |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>11861 N ALICANTE DR<br>FRESNO CA 93730 |
| 2.893 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | GLOBAL BUSINESS INTEGRATION LLC |
| | List the contract number of any government contract | | ATTN: ANTHONY GIANFRANCESECO<br>918 S LOGAN ST<br>STE 104<br>DENVER CO 80209 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.894 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GLOBAL SOLAR ENERGY LLC ATTN: GENERAL COUNSEL 260 PEACHTREE ST NW STE 2200 ATLANTA GA 30303 |
| | **List the contract number of any government contract** | | |
| 2.895 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GMS ROOFING LLC D/B/A GMS ROOFING AND CONSTRUCTION LLC ATTN: GENERAL COUNSEL 6736 CHESWICK ST SARASOTA FL 34243 |
| | **List the contract number of any government contract** | | |
| 2.896 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GNG LOCATING LLC ATTN: GENERAL COUNSEL 6272 E 47TH ST YUMA AZ 85365 |
| | **List the contract number of any government contract** | | |
| 2.897 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOAT ROOFING D/B/A FIRST CLASS ROOFING AND SOLAR ATTN: GENERAL COUNSEL 3244 RAINEY RD VILLA RICA GA 30180 |
| | **List the contract number of any government contract** | | |
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOLDEN VALLEY AIR ATTN: GENERAL COUNSEL 3331 PEGASUS DR BAKERSFIELD CA 93308 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.899 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATE NOTICE TO FINANCING PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.900 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.901 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.902 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.903 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM OF BAILMENT PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 2 TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | **List the contract number of any government contract** | | |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO 2 TO FINANCING PROGRAM AGREEMENT - EXHIBIT C | |
| | **State the term remaining** | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | MODIFICATION OF FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATE NOTICE TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATE NOTICE TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATE NOTICE TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.916 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.917 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.918 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GOODLEAP LLC<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.919 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.920 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.921 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.922 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.923 | State what the contract or lease is for and the nature of the debtor's interest | FINANCING PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.924 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.925 | State what the contract or lease is for and the nature of the debtor's interest | GOODLEAP PROGRAM AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.926 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATE NOTICE TO FINANCING PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.927 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| 2.928 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.929 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.930 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | 462 DAYS | GOODLEAP LLC ATTN: JAY LAIFMAN, GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.931 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | 375 DAYS | GOODLEAP LLC ATTN: JAY LAIFMAN, GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.932 | State what the contract or lease is for and the nature of the debtor's interest | ELECTRONIC RECORD AND SIGNATURE DISCLOSURE | |
| | State the term remaining | UNDETERMINED | GOODLEAP LLC ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | List the contract number of any government contract | | |
| 2.933 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | GOOGLE LLC ATTN: GENERAL COUNSEL 1600 AMPHITHEATRE PKWY MOUNTAIN VIEW CA 94043 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.934 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 1,020 DAYS | GRAND TETON ENERGY SYSTEMS ATTN: GENERAL COUNSEL 274 STATIONERY PL REXBURG ID 83440 |
| | **List the contract number of any government contract** | | |
| 2.935 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 1,051 DAYS | GRAYBAR ELECTRIC COMPANY INC ATTN: GENERAL COUNSEL 34 N MERAMEC AVE CLAYTON MO 63105 |
| | **List the contract number of any government contract** | | |
| 2.936 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 758 DAYS | GRAYBAR ELECTRIC COMPANY INC ATTN: GENERAL COUNSEL 34 N MERAMEC AVE CLAYTON MO 63105 |
| | **List the contract number of any government contract** | | |
| 2.937 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GREATER BOSTON ROOFING CORP ATTN: GENERAL COUNSEL 27 JACKSON ST LOWELL MA 01852 |
| | **List the contract number of any government contract** | | |
| 2.938 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | GREEN ELECTRIC ATTN: GENERAL COUNSEL 88 ASYLUM RD WARWICK RI 02886 |
| | **List the contract number of any government contract** | | |

Debtor  **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.939 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | GREEN ROOF DESIGNS INC ATTN: GENERAL COUNSEL 142 MESQUITE CT CALIMESA CA 92320 |
| | List the contract number of any government contract | | |
| 2.940 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | GREEN ROOF DESIGNS INC ATTN: GENERAL COUNSEL 142 MESQUITE CT CALIMESA CA 92320 |
| | List the contract number of any government contract | | |
| 2.941 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | GREEN THINK ENERGY LLC ATTN: GENERAL COUNSEL 69 CHARLTON ST NEW YORK NY 10014 |
| | List the contract number of any government contract | | |
| 2.942 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | GREEN VOLT SYSTEMS ATTN: GENERAL COUNSEL 1036 HILL AVE FOWLER CA 93625 |
| | List the contract number of any government contract | | |
| 2.943 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | GREENCAL CONSTRUCTION INC ATTN: GENERAL COUNSEL 9065 ROSECRANS AVE BELFLOWER CA 90706 |
| | List the contract number of any government contract | | |

Debtor    **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.944 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREENCAL CONSTRUCTION INC ATTN: GENERAL COUNSEL 9065 ROSECRANS AVE BELFLOWER CA 90706 |
| 2.945 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREENCAL CONSTRUCTION INC ATTN: GENERAL COUNSEL 9065 ROSECRANS AVE BELFLOWER CA 90706 |
| 2.946 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREENDAY FINANCE LLC D/B/A GREENPACE CAPITAL ATTN: BORIS PISKUN 333 THIRD ST STE 1 LAGUNA BEACH CA 92651 |
| 2.947 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREENDAY FINANCE LLC D/B/A GREENPACE CAPITAL ATTN: BORIS PISKUN 333 THIRD ST STE 1 LAGUNA BEACH CA 92651 |
| 2.948 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | GREENDAY FINANCE LLC D/B/A GREENPACE CAPITAL ATTN: BORIS PISKUN 333 THIRD ST STE 1 LAGUNA BEACH CA 92651 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.949 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GREENMARBLES LLC<br>ATTN: GENERAL COUNSEL<br>3419 VIA LIDO<br>STE 388<br>NEWPORT BEACH CA 92663 |
| 2.950 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GREENSTAR SOLAR GROUP INC<br>ATTN: GENERAL COUNSEL<br>924 ENCINITAS BLVD UNIT 86<br>ENCINITAS CA 92024 |
| 2.951 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GREENSTAR SOLAR GROUP INC<br>ATTN: GENERAL COUNSEL<br>924 ENCINITAS BLVD UNIT 86<br>ENCINITAS CA 92024 |
| 2.952 | State what the contract or lease is for and the nature of the debtor's interest | BULK ORDERING PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | GREENTECH FINANCIAL SOLUTIONS<br>ATTN: GENERAL COUNSEL<br>9190 ACTIVITY RD<br>SAN DIEGO CA 92126 |
| 2.953 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NAME ON FILE<br>ADDRESS ON FILE |

Debtor   **Freedom Forever LLC**                                            Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.954 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.955 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | 1,003 DAYS | GRID INFRASTRUCTURE SOLUTIONS ATTN: GENERAL COUNSEL 5 PARK PL STE 640 IRVINE CA 92614 |
| | List the contract number of any government contract | | |
| 2.956 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | GROUND PENETRATING RADAR SYSTEMS LLC ATTN: GENERAL COUNSEL 5217 MONROE ST TOLEDO OH 43623 |
| | List the contract number of any government contract | | |
| 2.957 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | GROUND PENETRATING RADAR SYSTEMS LLC ATTN: GENERAL COUNSEL 5217 MONROE ST TOLEDO OH 43623 |
| | List the contract number of any government contract | | |
| 2.958 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | GROUND UP ELECTRIC SD ATTN: GENERAL COUNSEL 1916 THIBODO RD STE 201 VISTA CA 92081 |
| | List the contract number of any government contract | | |

Debtor    **Freedom Forever LLC**                                          Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.959 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | GROUP O INC ATTN: GENERAL COUNSEL 4905 77TH AVE MILAN IL 61624 |
| | List the contract number of any government contract | | |
| 2.960 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | 442 DAYS | GROWTH HOLDINGS LLC ATTN: GENERAL COUNSEL 8890 SPANISH RIDGE AVE LAS VEGAS NV 89148 |
| | List the contract number of any government contract | | |
| 2.961 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | H&A REALTY LLC ATTN: GENERAL COUNSEL 10006 CROSS CREEK BLVD STE 525 TAMPA FL 33647 |
| | List the contract number of any government contract | | |
| 2.962 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | H&H ELECTRIC INC ATTN: GENERAL COUNSEL 102 PEGRAM LN FREDERICKSBURG VA 22408 |
| | List the contract number of any government contract | | |
| 2.963 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HALLMARK HOMES ASSOCIATES INC ATTN: GENERAL COUNSEL 77 ALEXANDER RD STE 14 BILLERICA MA 01821 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.964 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HAMMER ROOFING AND RESTORATION INC ATTN: GENERAL COUNSEL 850 NW FEDERAL HWY STE 121 STUART FL 34994 |
| | List the contract number of any government contract | | |
| 2.965 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HANDS OF QUALITY ROOF AND SIDING LLC ATTN: GENERAL COUNSEL 8100 CHESTNUT AVE BOWIE MD 20715 |
| | List the contract number of any government contract | | |
| 2.966 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HANDY BROS INC D/B/A MR HANDYMAN OF WESTCHESTER COUNTY ATTN: GENERAL COUNSEL 901 N BDWY STE 19 WHITE PLAINS NY 10603 |
| | List the contract number of any government contract | | |
| 2.967 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO MASTER SUPPLY AGREEMENT | |
| | State the term remaining | UNDETERMINED | HANWHA Q CELLS AMERICA INC ATTN: DONG IN SHIN, PRESIDENT 400 SPECTRUM CTR DR STE 1400 IRVINE CA 92618 |
| | List the contract number of any government contract | | |
| 2.968 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO MASTER SUPPLY AGREEMENT | |
| | State the term remaining | UNDETERMINED | HANWHA Q CELLS AMERICA INC ATTN: GENERAL COUNSEL 400 SPECTRUM CTR DR STE 1400 IRVINE CA 92618 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.969 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HANWHA Q CELLS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.970 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HANWHA Q CELLS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.971 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HANWHA Q CELLS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.972 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HANWHA Q CELLS AMERICA INC<br>ATTN: GENERAL COUNSEL<br>400 SPECTRUM CTR DR<br>STE 1400<br>IRVINE CA 92618 |
| 2.973 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HARSCH INVESTMENT PROPERTIES LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 980365<br>WEST SACRAMENTO CA 95795 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.974 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HARSCH INVESTMENT PROPERTIES LLC ATTN: GENERAL COUNSEL PO BOX 980365 WEST SACRAMENTO CA 95795 |
| 2.975 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | |
| | State the term remaining | 319 DAYS | |
| | List the contract number of any government contract | | HARSCH INVESTMENT PROPERTIES LLC ATTN: GENERAL COUNSEL PO BOX 980365 WEST SACRAMENTO CA 95795 |
| 2.976 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HARSCH INVESTMENT PROPERTIES LLC ATTN: GENERAL COUNSEL PO BOX 980365 WEST SACRAMENTO CA 95795 |
| 2.977 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HARTFORD FIRE INSURANCE COMPANY ATTN: GENERAL COUNSEL ONE HARTFORD PL HARTFORD CT 06155 |
| 2.978 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | HAYS PROPERTY SOLUTIONS LLC ATTN: GENERAL COUNSEL 11610 PLEASANT RIDGE RD STE 103/186 LITTLE ROCK AR 72223 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.979 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 166 DAYS | HD HYUNDAI ENERGY SOLUTIONS AMERICA INC ATTN: GENERAL COUNSEL 4695 MACARTHUR CT 11TH FL NEWPORT BEACH CA 92660 |
| | **List the contract number of any government contract** | | |
| 2.980 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING, PROCUREMENT AND CONSTRUCTION CONTRACT | |
| | **State the term remaining** | UNDETERMINED | HDM CAPITAL LLC ATTN: JEFFREY HAWKINSON 4480 OREGON ST SAN DIEGO CA 92116 |
| | **List the contract number of any government contract** | | |
| 2.981 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HEADQUARTERS 2 LLC ATTN: GENERAL COUNSEL 14501 GEORGE CARTER WAY CHANTILLY VA 20151 |
| | **List the contract number of any government contract** | | |
| 2.982 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |
| 2.983 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.984 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |
| 2.985 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |
| 2.986 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 ARMENIA |
| | **List the contract number of any government contract** | | |
| 2.987 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |
| 2.988 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.989 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HELIO SOLAR DESIGN LLC ATTN: GENERAL COUNSEL 13534 QUETZAL LN HOUSTON TX 77083 |
| | **List the contract number of any government contract** | | |
| 2.990 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNATIONAL CONSULTANT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.991 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL OPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.992 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO INTERNATIONAL CONSULTANT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.993 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.994 | **State what the contract or lease is for and the nature of the debtor's interest** | EXTENSION TO EMPLOYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.995 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERNATIONAL CONSULTANT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.996 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL OPTION TO INTERNATIONAL CONSULTANT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.997 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HERCULES CAPITAL INC ATTN: GENERAL COUNSEL 400 HAMILTON AVE STE 310 PALO ALTO CA 94301 |
| | **List the contract number of any government contract** | | |
| 2.998 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HERITAGE ROOFING INC ATTN: GENERAL COUNSEL 1987 SHARP SHOOTER LN PRESCOTT AZ 86301 |
| | **List the contract number of any government contract** | | |

Debtor  **Freedom Forever LLC**                                          Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.999 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HERNANDEZ CUSTOM CONSTRUCTION ATTN: GENERAL COUNSEL 2670 HALL RD CORNING CA 96021 |
| 2.1000 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HERNANDEZ CUSTOM CONSTRUCTION ATTN: GENERAL COUNSEL 2670 HALL RD CORNING CA 96021 |
| 2.1001 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HERNANDEZ MASONRY ATTN: GENERAL COUNSEL 14717 HENDERSON AVE BAKERSFIELD CA 93314 |
| 2.1002 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.1003 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | HIGH DESERT SOLAR LLC ATTN: GENERAL COUNSEL 3880 NORTH STOCKTON HILL RD STE 103-262 KINGMAN AZ 86409 |

Debtor   **Freedom Forever LLC**                                            Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1004 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HIGHER LEVELS ROOFING LLC ATTN: GENERAL COUNSEL 3833 INGRAHAM ST APT A308 SAN DIEGO CA 92109 |
| | List the contract number of any government contract | | |
| 2.1005 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | HIGHER LEVELS ROOFING LLC ATTN: GENERAL COUNSEL 3833 INGRAHAM ST APT A308 SAN DIEGO CA 92109 |
| | List the contract number of any government contract | | |
| 2.1006 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | HIGHQ INC ATTN: GENERAL COUNSEL 500 7TH AVE NEW YORK NY 10018 |
| | List the contract number of any government contract | | |
| 2.1007 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE LICENSE AND SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | HIGHQ INC ATTN: GENERAL COUNSEL 55 KING WILLIAM ST LONDON UNITED KINGDOM |
| | List the contract number of any government contract | | |
| 2.1008 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HOGAN COMSTRUCTION INC ATTN: GENERAL COUNSEL 24 STEWART CIR CENTEREACH NY 11720 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1009 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1010 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE PROVIDER AGREEMENT | |
| | State the term remaining | UNDETERMINED | HOME DEPOT USA INC<br>ATTN: ONBOARDING AND COMPLIANCE - SERVICES<br>2455 PACES FERRY RD NW, C-11<br>ATLANTA GA 30339 |
| | List the contract number of any government contract | | |
| 2.1011 | State what the contract or lease is for and the nature of the debtor's interest | STRATEGIC RELATIONSHIP AGREEMENT | |
| | State the term remaining | 291 DAYS | HOME DEPOT USA INC<br>ATTN: MERCHANDISING VICE PRESIDENT, D27E BUILDING B6<br>2455 PACES FERRY RD NW<br>ATLANTA GA 30339 |
| | List the contract number of any government contract | | |
| 2.1012 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO CHANNEL PARTNER AGREEMENT WITH HOME DEPOT PROGRAM ACKNOWLEDGEMENT AND EXHIBITS | |
| | State the term remaining | UNDETERMINED | HOME DEPOT USA INC<br>ATTN: GENERAL COUNSEL<br>2455 PACES FERRY RD<br>ATLANTA GA 30339 |
| | List the contract number of any government contract | | |
| 2.1013 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | HOME PRO SERVICES LLC<br>ATTN: GENERAL COUNSEL<br>1091 S OREM BLVD<br>OREM UT 84058 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1014 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HOME UP CONSTRUCTION LLC ATTN: GENERAL COUNSEL 8830 GREY HAWK POINT ORLANDO FL 32836 |
| | **List the contract number of any government contract** | | |
| 2.1015 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HOMEXPERTS INC ATTN: GENERAL COUNSEL 2150 JOHN GLENN DR STE 250 CONCORD CA 94520 |
| | **List the contract number of any government contract** | | |
| 2.1016 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | HOMEXPERTS INC ATTN: GENERAL COUNSEL 2150 JOHN GLENN DR STE 250 CONCORD CA 94520 |
| | **List the contract number of any government contract** | | |
| 2.1017 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HOTEL ENGINE ATTN: GENERAL COUNSEL 950 S CHERRY ST DENVER CO 80246 |
| | **List the contract number of any government contract** | | |
| 2.1018 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HOUSTON REMODELING CONTRACTORS ATTN: GENERAL COUNSEL 14902 PINE POINT CT HOUSTON TX 77070 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1019 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HOWARD'S ELECTRICAL SERVICE CO ATTN: GENERAL COUNSEL 4616 N HALE AVE TAMPA FL 33614 |
| | **List the contract number of any government contract** | | |
| 2.1020 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HP INC ATTN: GENERAL COUNSEL 1501 PAGE MILL RD PALO ALTO CA 94304 |
| | **List the contract number of any government contract** | | |
| 2.1021 | **State what the contract or lease is for and the nature of the debtor's interest** | INDICATION ANALYSIS | |
| | **State the term remaining** | UNDETERMINED | HUB INTERNATIONAL LIMITED ATTN: GENERAL COUNSEL 100 SUNNYSIDE BLVD WOODBURY NY 11979 |
| | **List the contract number of any government contract** | | |
| 2.1022 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 520 DAYS | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1023 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HUDSON PAPAYA PROPERTIES ATTN: KEN FEY 1870 PATIO DR SAN JOSE CA 95125 |
| | **List the contract number of any government contract** | | |

Debtor **Freedom Forever LLC**                                              Case number (if known) **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1024 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HURRICANE FENCE COMPANY ATTN: GENERAL COUNSEL 1300 DINNEEN ST RICHMOND VA 23220 |
| | **List the contract number of any government contract** | | |
| 2.1025 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HURRICANE ROOFER LLC ATTN: GENERAL COUNSEL 9100 CONROY WINDERMERE RD STE 200 WINDERMERE FL 34786 |
| | **List the contract number of any government contract** | | |
| 2.1026 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SHORT FORM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HUTTON ENTERPRISES INC ATTN: GENERAL COUNSEL 7009 DR PHILLIP BLVD STE 270 ORLANDO FL 32819 |
| | **List the contract number of any government contract** | | |
| 2.1027 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | HYATT CORPORATION, AS AGENT OF VAIL HOTEL PARTNERS LLC D/B/A GRAND HYATT VAIL ATTN: GENERAL COUNSEL 1300 WESTHAVEN DR VAIL CO 81657 |
| | **List the contract number of any government contract** | | |
| 2.1028 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: GENERAL COUNSEL 90 PARK AVE 32ND FL NEW YORK NY 10016 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1029 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |
| 2.1030 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |
| 2.1031 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |
| 2.1032 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1033 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |
| 2.1034 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |
| 2.1035 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |
| 2.1036 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC ATTN: LEASE ADMINISTRATION 602 WEST OFFICE CENTER DR STE 200 FORT WASHINGTON PA 19034 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1037 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC<br>C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC<br>ATTN: LEASE ADMINISTRATION<br>602 WEST OFFICE CENTER DR<br>STE 200<br>FORT WASHINGTON PA 19034 |
| 2.1038 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC<br>C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC<br>ATTN: LEASE ADMINISTRATION<br>602 WEST OFFICE CENTER DR<br>STE 200<br>FORT WASHINGTON PA 19034 |
| 2.1039 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON OWNER POOL 1 LA NON-BUSINESS PARKS LLC<br>C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC<br>ATTN: LEASE ADMINISTRATION<br>602 WEST OFFICE CENTER DR<br>STE 200<br>FORT WASHINGTON PA 19034 |
| 2.1040 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE ADDRESS UPDATES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICON RENO PROPERTY OWNER POOL 3 NEVADA LLC<br>C/O LINK LOGISTICS REAL ESTATE MANAGEMENT LLC<br>ATTN: LEASE ADMINISTRATION<br>602 WEST OFFICE CENTER DR<br>STE 200<br>FORT WASHINGTON PA 19034 |
| 2.1041 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ICS INC<br>ATTN: GENERAL COUNSEL<br>1650 PRUDENTIAL DR<br>STE 300<br>JACKSONVILLE FL 32207 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1042 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | IDAHO ROOFING CONTRACTORS INC ATTN: GENERAL COUNSEL 1565 ROLLING HILLS DR MERIDIAN ID 83642 |
| | List the contract number of any government contract | | |
| 2.1043 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | IGS SOLAR LLC ATTN: GENERAL COUNSEL 6100 EMERALD PKWY DUBLIN OH 43016 |
| | List the contract number of any government contract | | |
| 2.1044 | State what the contract or lease is for and the nature of the debtor's interest | PERSONAL GUARANTY AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1045 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | IMPERIAL STAR SOLAR (CAMBODIA) CO LTD ATTN: GENERAL COUNSEL STREET 127, CHAS VILLAGE PECH MUNI COMMUNE, KONG PISEY DISTRICT KAMPNG SPEU PROVINCE CAMBODIA 50304 CAMBODIA |
| | List the contract number of any government contract | | |
| 2.1046 | State what the contract or lease is for and the nature of the debtor's interest | VOLUME PURCHASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | INCENTIVE CONCEPTS LLC ATTN: GENERAL COUNSEL 2645 METRO BLVD MARYLAND HEIGHTS MO 63043 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|--------|-------------------------|--|------------------------|--------------|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1047 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INDEPENDENT ELECTRIC SUPPLY INC<br>ATTN: GENERAL COUNSEL<br>2001 MARINA BLVD<br>SAN LEANDRO CA 94577 |
| | **List the contract number of any government contract** | | |
| 2.1048 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INDUSTRIAL UI SERVICES<br>ATTN: GENERAL COUNSEL<br>50 TICE BLVD<br>STE A20<br>WOODCLIFF LAKE NJ 07677 |
| | **List the contract number of any government contract** | | |
| 2.1049 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFINITE POWER ENERGY SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>2903 BARCELONA DR<br>DOUGLAS AZ 85607 |
| | **List the contract number of any government contract** | | |
| 2.1050 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFINITY JYLP LLC<br>ATTN: GENERAL COUNSEL<br>189 S ORANGE AVE<br>STE 1170<br>ORLANDO FL 32801 |
| | **List the contract number of any government contract** | | |
| 2.1051 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFINITY JYLP LLC<br>ATTN: STEVEN E MCCRANEY<br>2257 VISTA PKWY<br>STE 15<br>WEST PALM BEACH FL 33411 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1052 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-LINE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFORMATION & COMPUTING SERVICES INC ATTN: GENERAL COUNSEL 3563 PHILIPS HWY STE F-601 JACKSONVILLE FL 32207 |
| | **List the contract number of any government contract** | | |
| 2.1053 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-LINE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFORMATION & COMPUTING SERVICES INC ATTN: GENERAL COUNSEL 3563 PHILIPS HWY STE F-601 JACKSONVILLE FL 32207 |
| | **List the contract number of any government contract** | | |
| 2.1054 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-LINE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFORMATION & COMPUTING SERVICES INC ATTN: GENERAL COUNSEL 3563 PHILIPS HWY STE F-601 JACKSONVILLE FL 32207 |
| | **List the contract number of any government contract** | | |
| 2.1055 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-LINE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFORMATION & COMPUTING SERVICES INC ATTN: GENERAL COUNSEL 43445 BUSINESS PARK DR STE 110 TEMECULA CA 92590 |
| | **List the contract number of any government contract** | | |
| 2.1056 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-LINE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INFORMATION & COMPUTING SERVICES INC ATTN: GENERAL COUNSEL 3563 PHILIPS HWY STE F-601 JACKSONVILLE FL 32207 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1057 | **State what the contract or lease is for and the nature of the debtor's interest** | ON-LINE SERVICES AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | INFORMATION & COMPUTING SERVICES INC<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1058 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT |
| | **State the term remaining** | 457 DAYS |
| | **List the contract number of any government contract** | ING CAPITAL LLC<br>ATTN: GENERAL COUNSEL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 2.1059 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | ING CAPITAL LLC<br>ATTN: GENERAL COUNSEL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 2.1060 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: EXTENSION NOTICE REGARDING DEALER SETTLEMENT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | ING CAPITAL LLC<br>ATTN: GENERAL COUNSEL<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036 |
| 2.1061 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER COMPANY PROFILE |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | INHOME BUILDING LLC<br>ATTN: GREG ALBRIGHT<br>30605 SORREL LN<br>CANYON LAKE CA 92587 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1062 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIATION CONFIDENTIALITY ACKNOWLEDGMENT AND AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INLAND EMPIRE MEDIATION SERVICE ATTN: GENERAL COUNSEL 4193 FLAT ROCK DR STE 300 RIVERSIDE CA 92505 |
| 2.1063 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INSPIRE ROOFING LLC ATTN: GENERAL COUNSEL 225 N PACE BLVD STE 537 PENSACOLA FL 32505 |
| 2.1064 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTEGRATED WASTE ANALYSTS INC ATTN: GENERAL COUNSEL 7455 NEW RIDGE RD STE A-B HANOVER MD 21076 |
| 2.1065 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTEGRITY ROOFING & GUTTERS INC ATTN: GENERAL COUNSEL 9841 BERRY DEASE RD ORLANDO FL 32825 |
| 2.1066 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT WITH DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERACT INTRANET INC ATTN: GENERAL COUNSEL 21 W 46TH ST NEW YORK NY 10036 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1067 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIBER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERACT INTRANET INC<br>ATTN: GENERAL COUNSEL<br>21 W 46TH ST<br>NEW YORK NY 10036 |
| 2.1068 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERACT SALES AGREEMENT | |
| | **State the term remaining** | 358 DAYS | |
| | **List the contract number of any government contract** | | INTERACT SOTWARE<br>ATTN: GENERAL COUNSEL<br>21 W 46TH ST<br>16TH FL<br>NEW YORK NY 10036 |
| 2.1069 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>55 2ND ST<br>4TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1070 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>124 ST STEPHEN'S GREEN<br>DUBLIN 2<br>IRELAND |
| 2.1071 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>55 2ND ST<br>4TH FL<br>SAN FRANCISCO CA 94105 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1072 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>18-21 ST STEPHEN'S GREEN, STEPHEN CT, 2ND FL<br>DUBLIN 2<br>IRELAND |
| 2.1073 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>55 2ND ST<br>4TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1074 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>124 ST STEPHEN'S GREEN<br>DUBLIN 2<br>IRELAND |
| 2.1075 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>55 2ND ST<br>4TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1076 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERCOM INC<br>ATTN: GENERAL COUNSEL<br>55 2ND ST<br>4TH FL<br>SAN FRANCISCO CA 94105 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1077 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTERPRES CORPORATION ATTN: GENERAL COUNSEL 13300 CROSSROADS PKWY N STE 105 CITY OF INDUSTRY CA 91746 |
| 2.1078 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTUIT MAILCHIMP ATTN: GENERAL COUNSEL 405 N ANGIER AVE NE ATLANTA GA 30308 |
| 2.1079 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INTUIT MAILCHIMP ATTN: GENERAL COUNSEL 405 N ANGIER AVE NE ATLANTA GA 30308 |
| 2.1080 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INVESTORS TAUNTON REAL ESTATE TRUST C/O CBRE INC ATTN: WEBSTER A COLLINS 33 ARCH ST, 28TH FL BOSTON MA 02110 |
| 2.1081 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | INXEPTION CORPORATION ATTN: GENERAL COUNSEL 20450 STEVENS CREEK BLVD STE 150 CUPERTINO CA 95014 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1082 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | INXEPTION CORPORATION ATTN: GENERAL COUNSEL 185 VALLEY DR BRISBANE CA 94005 |
| | **List the contract number of any government contract** | | |
| 2.1083 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ION ELECTRIC INC ATTN: GENERAL COUNSEL 1830 E MIRALOMA AVE STE D PLACENTIA CA 92870 |
| | **List the contract number of any government contract** | | |
| 2.1084 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | ION ELECTRIC INC ATTN: GENERAL COUNSEL 1830 E MIRALOMA AVE STE D PLACENTIA CA 92870 |
| | **List the contract number of any government contract** | | |
| 2.1085 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ION ELECTRIC INC ATTN: GENERAL COUNSEL 1830 E MIRALOMA AVE STE D PLACENTIA CA 92870 |
| | **List the contract number of any government contract** | | |
| 2.1086 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | IRONCLAD INC ATTN: GENERAL COUNSEL 71 STEVENSON ST STE 600 SAN FRANCISCO CA 94105 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1087 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ISLAND ELECTRIC<br>ATTN: GENERAL COUNSEL<br>2066 ALAMEDA AVE<br>ALAMEDA CA 94501 |
| | List the contract number of any government contract | | |
| 2.1088 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | ISLAND ELECTRIC<br>ATTN: GENERAL COUNSEL<br>2066 ALAMEDA AVE<br>ALAMEDA CA 94501 |
| | List the contract number of any government contract | | |
| 2.1089 | State what the contract or lease is for and the nature of the debtor's interest | GENERAL RELEASE AND SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1090 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | J AND L JONES INC D/B/A MR HANDYMAN OF BOISE MERIDIAN AND NAMPA<br>ATTN: GENERAL COUNSEL<br>8 6TH ST N<br>STE 103<br>NAMPA ID 83687 |
| | List the contract number of any government contract | | |
| 2.1091 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | J AND L JONES INC D/B/A MR HANDYMAN OF BOISE MERIDIAN AND NAMPA<br>ATTN: GENERAL COUNSEL<br>8 6TH ST N<br>STE 103<br>NAMPA ID 83687 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1092 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | J AND L JONES INC D/B/A MR HANDYMAN OF BOISE MERIDIAN AND NAMPA |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>8 6TH ST N<br>STE 103<br>NAMPA ID 83687 |
| 2.1093 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | J P ELECTRIC AND SON INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>667 WESTMINSTER<br>ST FITCHBURG MA 01420 |
| 2.1094 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | J PRO SERVICES LLC D/B/A MR HANDYMAN OF STRONGSVILLE |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>26761 ROYALTON RD<br>COLUMBIA STATION OH 44028 |
| 2.1095 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | J WALES HOME SOLUTIONS |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4809 CENTURY DR<br>FT WORTH TX 76140 |
| 2.1096 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JA SOLAR USA INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>NO 8 BLDG, NUODE CTR, NO 1 COURTYARD<br>EAST AUTO MUSEUM RD, FENGTAI DISTRICT<br>BEIJING 100160<br>CHINA |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1097 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JA SOLAR USA INC<br>ATTN: LAUREN VAN DYKE<br>2570 N FIRST ST<br>STE 360<br>SAN JOSE CA 95131 |
| 2.1098 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JACKSON PROPERTIES INC<br>ATTN: GENERAL COUNSEL<br>155 CADILLAC DR<br>STE 100<br>SACRAMENTO CA 95825 |
| 2.1099 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JACKSON PROPERTIES INC<br>ATTN: GENERAL COUNSEL<br>155 CADILLAC DR<br>STE 100<br>SACRAMENTO CA 95825 |
| 2.1100 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JAMES REGISTER'S TREE SERVICE LLC<br>ATTN: GENERAL COUNSEL<br>2957 N COVINGTON DR<br>DELTONA FL 32738 |
| 2.1101 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JAN-PRO ENTERPRISES LLC<br>ATTN: GENERAL COUNSEL<br>2520 NORTHWINDS PKWY<br>STE 375<br>ALPHARETTA GA 30009 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

     Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1102 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1103 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1104 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1105 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 59 DAYS | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1106 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JBS ROOFING<br>ATTN: GENERAL COUNSEL<br>5537 N 59TH AVE<br>GLENDALE AZ 85301 |
| | **List the contract number of any government contract** | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 222 of 482

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1107 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JD GATES INC ATTN: GENERAL COUNSEL 273 RED MILL RD NEWARK DE 19713 |
| | **List the contract number of any government contract** | | |
| 2.1108 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JERID STRASHEIM LLC D/B/A S4 EXCAVATION ATTN: GENERAL COUNSEL 30186 HEATHER OAK DR JUNCTION CITY OR 97448 |
| | **List the contract number of any government contract** | | |
| 2.1109 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JERSEY GREEN TREE ATTN: GENERAL COUNSEL 730 D MANTUA BLVD SEWELL NJ 08080 |
| | **List the contract number of any government contract** | | |
| 2.1110 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JET INSTALLATIONS LLC ATTN: GENERAL COUNSEL 2125 S 48TH ST STE 102 TEMPE AZ 85282 |
| | **List the contract number of any government contract** | | |
| 2.1111 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JET TREE SERVICES ATTN: GENERAL COUNSEL TORREY CASNER PO BOX 1327 CLOVIS CA 93613 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1112 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JET TREE SERVICES<br>ATTN: TORREY CASNER<br>PO BOX 1327<br>CLOVIS CA 93613 |
| 2.1113 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL EVENT ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JEWEL NIGHTCLUB<br>ATTN: GENERAL COUNSEL<br>3730 S LAS VEGAS BLVD<br>LAS VEGAS NV 89158 |
| 2.1114 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JG PETRUCCI CO INC<br>ATTN: GENERAL COUNSEL<br>171 STATE ROUTE 173<br>STE 201<br>ASBURY NJ 08802 |
| 2.1115 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO SOLAR MODULE MASTER PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JINKO SOLAR (US) INDUSTRIES INC<br>ATTN: LEGAL DEPARTMENT<br>595 MARKET ST<br>STE 2200<br>SAN FRANCISCO CA 94105 |
| 2.1116 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR MODULE MASTER PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JINKO SOLAR (US) INDUSTRIES INC<br>ATTN: LEGAL DEPARTMENT<br>595 MARKET ST<br>STE 2200<br>SAN FRANCISCO CA 94105 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1117 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR MODULE MASTER PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JINKOSOLAR (US) INC ATTN: LEGAL DEPARTMENT 595 MARKET ST STE 2200 SAN FRANCISCO CA 94105 |
| 2.1118 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO SOLAR MODULE MASTER PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JINKOSOLAR (US) INC ATTN: GENERAL COUNSEL 595 MARKET ST STE 2200 SAN FRANCISCO CA 94105 |
| 2.1119 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 210 DAYS | |
| | **List the contract number of any government contract** | | JINKOSOLAR (US) INC ATTN: GENERAL COUNSEL 595 MARKET ST STE 2200 SAN FRANCISCO CA 94105 |
| 2.1120 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JINKOSOLAR (US) INC ATTN: GENERAL COUNSEL 595 MARKET ST STE 2200 SAN FRANCISCO CA 94105 |
| 2.1121 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JL RAY COMPANY INC ATTN: GENERAL COUNSEL 1447 N EL CAMINO REAL SAN CLEMENTE CA 92672 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1122 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JL RAY COMPANY INC ATTN: GENERAL COUNSEL 1447 N EL CAMINO REAL SAN CLEMENTE CA 92672 |
| 2.1123 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JL ROOFING COMPANY ATTN: GENERAL COUNSEL 12927 ROBIN LN CHINO CA 91710 |
| 2.1124 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JLWC ASSOCIATES LLC D/B/A MR HANDYMAN OF NORTHERN VIRGINIA ATTN: GENERAL COUNSEL 9030 EUCLID AVE MANASSAS VA 20110 |
| 2.1125 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JM REIST ELECTRICAL LLC ATTN: GENERAL COUNSEL 3525 N 6TH ST HARRISBURG PA 17110 |
| 2.1126 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JOBVITE INC ATTN: GENERAL COUNSEL 1300 S EL CAMINO REAL STE 505 SAN MAICO CA 94402 |

Debtor   **Freedom Forever LLC**                                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1127 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOBVITE INC<br>ATTN: GENERAL COUNSEL<br>1300 S EL CAMINO REAL<br>STE 400<br>SAN MATEO CA 94402 |
| 2.1128 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOBVITE INC<br>ATTN: GENERAL COUNSEL<br>1300 S EL CAMINO REAL<br>STE 400<br>SAN MATEO CA 94402 |
| 2.1129 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1130 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOE'S TOP NOTCH SERVICES<br>ATTN: GENERAL COUNSEL<br>1400 KRONAS CIR<br>WAXHAW NC 28134 |
| 2.1131 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO STANDARD INDUSTRIAL | |
| | State the term remaining | 930 DAYS | |
| | List the contract number of any government contract | | JOHNSON ASSET MANAGEMENT LLC<br>ATTN: GENERAL COUNSEL<br>43445 BUSINESS PARK DR<br>STE 113<br>TEMECULA CA 92590 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1132 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JOHNSON ASSET MANAGEMENT LLC<br>ATTN: GENERAL COUNSEL<br>43445 BUSINESS PARK DR<br>STE 113<br>TEMECULA CA 92590 |
| 2.1133 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JOHNSON DEVELOPMENT ASSOCIATES INC<br>ATTN: GENERAL COUNSEL<br>100 DUNBAR ST<br>SPARTANBURG SC 29306 |
| 2.1134 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA CONSENT FORM AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1135 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND CLAIM RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1136 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1137 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD INDUSTRIAL | |
| | **State the term remaining** | 199 DAYS | JONATKIM ENTERPRISES ATTN: GENERAL COUNSEL 216 AVENIDA FABRICANTE UNIT 111 SAN CLEMENTE CA 92672 |
| | **List the contract number of any government contract** | | |
| 2.1138 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL MULTI - TENANT LEASE [DRAFT] | |
| | **State the term remaining** | 168 DAYS | JONATKIM ENTERPRISES ATTN: GENERAL COUNSEL 216 AVENIDA FABRICANTE UNIT 111 SAN CLEMENTE CA 92672 |
| | **List the contract number of any government contract** | | |
| 2.1139 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL MULTI TENANT LEASE [DRAFT] | |
| | **State the term remaining** | 168 DAYS | JONATKIM ENTERPRISES ATTN: GENERAL COUNSEL 216 AVENIDA FABRICANTE UNIT 111 SAN CLEMENTE CA 92672 |
| | **List the contract number of any government contract** | | |
| 2.1140 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1141 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 396 DAYS | JOSEPH CROWN CONSTRUCTION AND DEVELOPMENT INC ATTN: GENERAL COUNSEL 5320 E PINE FRESNO CA 93727 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1142 | State what the contract or lease is for and the nature of the debtor's interest | MASTER INSTALLATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOSEPH CROWN CONSTRUCTION AND DEVELOPMENT INC ATTN: GENERAL COUNSEL 320 E PINE AVE FRESNO CA 93727 |
| 2.1143 | State what the contract or lease is for and the nature of the debtor's interest | FORM OF COMMUNITY ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOSEPH CROWN CONSTRUCTION AND DEVELOPMENT INC ATTN: GENERAL COUNSEL 320 E PINE AVE FRESNO CA 93727 |
| 2.1144 | State what the contract or lease is for and the nature of the debtor's interest | FORM OF COMMUNITY ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOSEPH CROWN CONSTRUCTION AND DEVELOPMENT INC ATTN: GENERAL COUNSEL 320 E PINE AVE FRESNO CA 93727 |
| 2.1145 | State what the contract or lease is for and the nature of the debtor's interest | FORM OF COMMUNITY ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | JOSEPH CROWN CONSTRUCTION AND DEVELOPMENT INC ATTN: GENERAL COUNSEL 320 E PINE AVE FRESNO CA 93727 |
| 2.1146 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.1147 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1148 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JP ELECTRICAL LC<br>ATTN: GENERAL COUNSEL<br>890 N 550 W<br>STE 6<br>NORTH SALT LAKE UT 84054 |
| | **List the contract number of any government contract** | | |
| 2.1149 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JPH LEGACY INC<br>ATTN: GENERAL COUNSEL<br>7000 SOUTHWEST HWY<br>STE 209<br>CHICAGO RIDGE IL 60415 |
| | **List the contract number of any government contract** | | |
| 2.1150 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | JPMORGAN CHASE BANK NA<br>ATTN: GENERAL COUNSEL<br>270 PARK AVE<br>NEW YORK NY 10017 |
| | **List the contract number of any government contract** | | |
| 2.1151 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE OF ALL CLAIMS | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1152 | **State what the contract or lease is for and the nature of the debtor's interest** | EDUCATIONAL PARTNERSHIP AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | JUAREZ ACADEMY ATTN: CHRISTINE BALBUENA ABC UNIFIED SCHOOL DISTRICT 11939 ACLARE ST CERRITOS CA 90703 |
| 2.1153 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | K&D CONTRACTING LLC ATTN: GENERAL COUNSEL 4611 CARR DR FREDERICKSBURG VA 22408 |
| 2.1154 | **State what the contract or lease is for and the nature of the debtor's interest** | DOMESTIC RELIANCE LETTER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | K2 SYSTEMS LLC ATTN: GENERAL COUNSEL 4665 N AVE STE I OCEANSIDE CA 92506 |
| 2.1155 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | K2 SYSTEMS LLC ATTN: GENERAL COUNSEL 4665 N AVE STE I OCEANSIDE CA 92506 |
| 2.1156 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KANTUTA CORP ATTN: GENERAL COUNSEL 14610 NW 26 AVE OPA LOCKA FL 33054 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1157 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA CONSENT FORM AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1158 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KATE LIANG REAL ESTATE HOLDINGS LLC<br>ATTN: GENERAL COUNSEL<br>1919 MONTEREY HWY<br>SAN JOSE CA 95112 |
| 2.1159 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.1160 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KAYO ENERGY<br>ATTN: GENERAL COUNSEL<br>1809 W 4TH ST<br>TEMPE AZ 85281 |
| 2.1161 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KB HOME COASTAL INC<br>ATTN: GENERAL COUNSEL<br>36310 INLAND VALLEY DR<br>WILDOMAR CA 92595 |

Debtor    **Freedom Forever LLC**                                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1162 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AND RELEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1163 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1164 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1165 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | KENNEDY CONSTRUCTION GROUPS LLC ATTN: GENERAL COUNSEL 1320 12TH ST E PALMETTO FL 34221 |
| | List the contract number of any government contract | | |
| 2.1166 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | KENS TREE SERVICE ATTN: GENERAL COUNSEL PO BOX 1015 NUEVO CA 92567 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1167 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPTIVE IMPLEMENTATION OVERVIEW CONSULTANT AGREEMENTS | |
| | **State the term remaining** | UNDETERMINED | KEYSTONE RISK PARTNERS LLC ATTN: GENERAL COUNSEL 604 EAST BALTIMORE PIKE MEDIA PA 19063 |
| | **List the contract number of any government contract** | | |
| 2.1168 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | KEYSTONE RISK PARTNERS LLC ATTN: GENERAL COUNSEL 604 EAST BALTIMORE PIKE MEDIA PA 19063 |
| | **List the contract number of any government contract** | | |
| 2.1169 | **State what the contract or lease is for and the nature of the debtor's interest** | CAPTIVE IMPLEMENTATION OVERVIEW - CONSULTING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | KEYSTONE RISK PARTNERS LLC ATTN: GENERAL COUNSEL 604 EAST BALTIMORE PIKE MEDIA PA 19063 |
| | **List the contract number of any government contract** | | |
| 2.1170 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | KIM MILLER INC D/B/A MILLER FENCE CO ATTN: GENERAL COUNSEL 333 SW CUTOFF WORCESTER MA 01604 |
| | **List the contract number of any government contract** | | |
| 2.1171 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | KINECT SOLAR ATTN: GENERAL COUNSEL 411 W MONROE ST AUSTIN TX 78704 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1172 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KING ROOFING LLC<br>ATTN: GENERAL COUNSEL<br>2588 N NELLIS BLVD<br>LAS VEGAS NV 89115 |
| 2.1173 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KINGDOM CONTRACTING LLC<br>ATTN: GENERAL COUNSEL<br>1923 WILLOWCREST LOOP<br>DENTON TX 76205 |
| 2.1174 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | 251 DAYS | |
| | **List the contract number of any government contract** | | KIWI II CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |
| 2.1175 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SUBLEASE MULTI--TENANT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KIWI II CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>27368 VIA INDUSTRIA<br>STE 101<br>TEMECULA CA 92590 |
| 2.1176 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KIWI RENTALS LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 17203<br>CLEARWATER FL 33762 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1177 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KMR ROOFING & RENOVATION ATTN: GENERAL COUNSEL 7123 I-30 STE 37 LITTLE ROCK AR 72209 |
| 2.1178 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING LEADS GENERATION AND SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KNEW SALES INC ATTN: GENERAL COUNSEL 160 EGLINTON AVE EAST STE 330 TORONTO ON CANADA |
| 2.1179 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KNEWSALES INC ATTN: GENERAL COUNSEL 1372 PEACHTREE ATLANTA GA 30309 |
| 2.1180 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KORMEN LEDERER AND ASSOCIATES LLC ATTN: GENERAL COUNSEL 3100 DUNDEE RD STE 116 NORTHBROOK IL 60062 |
| 2.1181 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOUNT AGENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KROLL RESTRUCTURING ADMINISTRATION LLC ATTN: LEGAL DEPARTMENT 1 WORLD TRADE CTR 31ST FL NEW YORK NY 10007 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1182 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KROLL RESTRUCTURING ADMINISTRATION LLC ATTN: LEGAL DEPARTMENT 1 WORLD TRADE CTR 31ST FL NEW YORK NY 10007 |
| 2.1183 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | KUYKENDALL SOLAR ATTN: GENERAL COUNSEL 28420 YOSEMITE SPRINGS PKWY COARSEGOLD CA 93614 |
| 2.1184 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL FOR EARLY TERMINATION OF LEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.1185 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | L JOHNSON ENTERPRISES D/B/A MRHANDYMAN OF MCDONOUGH AND STOCKBRIDGE ATTN: GENERAL COUNSEL 103 JONESBORO RD MCDONOUGH GA 30253 |
| 2.1186 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LAGUNA PACIFIC GROUP INC D/B/A LAGUNA CONSULTING ENGINEERS ATTN: PAYMON ESKANDANIAN 28202 CABOT RD STE 300 LAGUNA NIGEL CA 92677 |

Debtor    **Freedom Forever LLC**
      Name

Case number (if known)    **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1187 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT<br><br>UNDETERMINED |
| | | LAGUNA PACIFIC GROUP INC D/B/A LAGUNA CONSULTING ENGINEERS<br>ATTN: PAYMON ESKANDANIAN<br>28202 CABOT RD<br>STE 300<br>LAGUNA NIGEL CA 92677 |
| 2.1188 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FREEDOM FOREVER DATA PROCESSING ADDENDUM<br><br>UNDETERMINED |
| | | LAGUNA PACIFIC GROUP INC D/B/A LAGUNA CONSULTING ENGINEERS<br>ATTN: PAYMON ESKANDANIAN<br>28202 CABOT RD<br>STE 300<br>LAGUNA NIGEL CA 92677 |
| 2.1189 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBCONTRACT AGREEMENT<br><br>UNDETERMINED |
| | | LAKE HOUSE ENTERPRISE INC D/B/A MR HANDYMAN OF WESTERN<br>ATTN: GENERAL COUNSEL<br>805 MT VERNON RD<br>RALEIGH NC 27607 |
| 2.1190 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBCONTRACT AGREEMENT<br><br>UNDETERMINED |
| | | LAKELAND SURVEYING INC<br>ATTN: GENERAL COUNSEL<br>4 W MAIN ST<br>ROCKAWAY NJ 07866 |
| 2.1191 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SUBCONTRACT AGREEMENT<br><br>UNDETERMINED |
| | | LANIK ENTERPRISES INC<br>ATTN: GENERAL COUNSEL<br>28822 OLD TOWN FRONT ST<br>STE 310<br>TEMECULA CA 92590 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1192 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | | | LANIK ENTERPRISES INC ATTN: GENERAL COUNSEL 28822 OLD TOWN FRONT ST TEMECULA CA 92590 |
| | List the contract number of any government contract | | |
| 2.1193 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | State the term remaining | UNDETERMINED | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1194 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | LB&O LLC D/B/A MR HANDYMAN ATTN: GENERAL COUNSEL 2480 BLACK ROCK TPKE FFLD CT 06825 |
| | List the contract number of any government contract | | |
| 2.1195 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | LEASEQUERY LLC ATTN: GENERAL COUNSEL 3 RAVINIA DR NE STE P7 ATLANTA GA 30346 |
| | List the contract number of any government contract | | |
| 2.1196 | State what the contract or lease is for and the nature of the debtor's interest | SALES ORDER | |
| | State the term remaining | UNDETERMINED | |
| | | | LEASEQUERY LLC ATTN: GENERAL COUNSEL 3 RAVINIA DR NE STE P7 ATLANTA GA 30346 |
| | List the contract number of any government contract | | |

Debtor  **Freedom Forever LLC**

Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1197 | State what the contract or lease is for and the nature of the debtor's interest | SUBSCRIPTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LEASEQUERY LLC ATTN: GENERAL COUNSEL 3 RAVINIA DR NE STE P7 ATLANTA GA 30346 |
| 2.1198 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD SUBLEASE MULTI--TENANT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LEE & ASSOCIATES COMMERCIAL REAL ESTATE SERVICES INC ATTN: GENERAL COUNSEL 25240 HANCOCK AVE TEMECULA CA 92562 |
| 2.1199 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE AUTHORIZATION TO SUBLEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LEE & ASSOCIATES COMMERCIAL REAL ESTATE SERVICES INC ATTN: GENERAL COUNSEL 25240 HANCOCK AVE STE 100 MURRIETA CA 92562 |
| 2.1200 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD SUBLEASE MULTI-TENANT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LEE & ASSOCIATES COMMERCIAL REAL ESTATE SERVICES INC ATTN: GENERAL COUNSEL 25240 HANCOCK AVE TEMECULA CA 92562 |
| 2.1201 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LEGACY CONSTRUCTION & ROOFING ATTN: GENERAL COUNSEL 711 W NOLANA STE 103-O ST MCALLEN TX 78557 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1202 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | 61 DAYS | LEGALON TECHNOLOGIES<br>ATTN: GENERAL COUNSEL<br>220 MONTGOMERY<br>STE 1600<br>SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1203 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | LEGENDS ROOFING INC<br>ATTN: GENERAL COUNSEL<br>35 UNION ST<br>STE A<br>PASADENA CA 91103 |
| | **List the contract number of any government contract** | | |
| 2.1204 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | LEVEL 1 ROOFING INC<br>ATTN: GENERAL COUNSEL<br>41731 CORPORATE CTR CT<br>MURRIETA CA 92562 |
| | **List the contract number of any government contract** | | |
| 2.1205 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT (FINANCIAL) | |
| | **State the term remaining** | UNDETERMINED | LEVEY-EAGLE FIVE CORNERS LLC<br>ATTN: GENERAL COUNSEL<br>4500 YOAKUM BLVD<br>HOUSTON TX 77006 |
| | **List the contract number of any government contract** | | |
| 2.1206 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | LEVEY-EAGLE FIVE CORNERS LLC<br>ATTN: GENERAL COUNSEL<br>4500 YOAKUM BLVD<br>HOUSTON TX 77006 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1207 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LGCY POWER LLC ATTN: GENERAL COUNSEL 3333 DIGITAL DR STE 600 LEHI UT 84043 |
| 2.1208 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AND CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LGCY POWER LLC ATTN: GENERAL COUNSEL 333 N DIGITAL DR STE 600 LEHI UT 84043 |
| 2.1209 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIFETIME ROOFING ATTN: GENERAL COUNSEL 333 COBALT WAY STE103 SUNNYVALE CA 94085 |
| 2.1210 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIGHT ENERGY LLC ATTN: GENERAL COUNSEL 98 SAN JACINTO BLVD STE 160 AUSTIN TX 78701 |
| 2.1211 | **State what the contract or lease is for and the nature of the debtor's interest** | ELECTRICITY PLAN PARTNERSHIP AGREEMENT WITH STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIGHT ENERGY LLC ATTN: GENERAL COUNSEL 98 SAN JACINTO BLVD STE 160 AUSTIN TX 78701 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1212 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIGHTNING COMMUNICATIONS INC ATTN: MIKE BODEN 30037 WHITE WAKE DR CANYON LAKE CA 92587 |
| 2.1213 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIGHTNING COMMUNICATIONS INC ATTN: MIKE BODEN 30037 WHITE WAKE DR CANYON LAKE CA 92587 |
| 2.1214 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LIGHTNING COMMUNICATIONS INC ATTN: MIKE BODEN 30037 WHITE WAKE DR CANYON LAKE CA 92587 |
| 2.1215 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINK LOGISTICS REAL ESTATE LLC ATTN: GENERAL COUNSEL 90 PARK AVE 32ND FL NEW YORK NY 10016 |
| 2.1216 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINK LOGISTICS REAL ESTATE LLC ATTN: GENERAL COUNSEL 90 PARK AVE 32ND FL NEW YORK NY 10016 |

Debtor   **Freedom Forever LLC**                                       Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1217 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINK LOGISTICS REAL ESTATE MANAGEMENT LLC<br>ATTN: GENERAL COUNSEL<br>277 PARK AVE<br>46TH FL<br>NEW YORK NY 10172 |
| 2.1218 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINKSQUARES INC<br>ATTN: GENERAL COUNSEL<br>1 LINCOLN ST<br>24TH FL<br>BOSTON MA 02111 |
| 2.1219 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINKSQUARES INC<br>ATTN: GENERAL COUNSEL<br>1 LINCOLN ST<br>24TH FL<br>BOSTON MA 02111 |
| 2.1220 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM FOR SAAS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINKSQUARES INC<br>ATTN: GENERAL COUNSEL<br>60 STATE ST<br>STE 1800<br>BOSTON MA 02109 |
| 2.1221 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LINKSQUARES INC<br>ATTN: GENERAL COUNSEL<br>33 ARCH ST<br>17TH FL<br>BOSTON MA 02110 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

          Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1222 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR STANDARD USER EXPANSION | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LINKSQUARES INC ATTN: GENERAL COUNSEL 60 STATE ST STE 1200 BOSTON MA 02109 |
| 2.1223 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR SAAS AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LINKSQUARES INC ATTN: GENERAL COUNSEL 1 LINCOLN ST 24TH FL BOSTON MA 02111 |
| 2.1224 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR SAAS AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LINKSQUARES INC ATTN: GENERAL COUNSEL 1 LINCOLN ST 24TH FL BOSTON MA 02111 |
| 2.1225 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM FOR SAAS AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LINKSQUARES INC ATTN: GENERAL COUNSEL 60 STATE ST STE 1800 BOSTON MA 02109 |
| 2.1226 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: NOTICE OF CONTRACT TERMINATION [DRAFT] | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | LINKSQUARES INC ATTN: GENERAL COUNSEL 33 ARCH ST 17TH FL BOSTON MA 02110 |

Debtor   **Freedom Forever LLC**                                      Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1227 | State what the contract or lease is for and the nature of the debtor's interest | TENANT IMPROVEMENT CONTRACT | |
| | State the term remaining | UNDETERMINED | LITTLEFOOT CONSTRUCTION INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>1336 N MOORPARK RD<br>STE 281<br>THOUSAND OAKS CA 91360 |
| 2.1228 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | LIZARDI BUILDERS CONSTRUCTION INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>2707 VIA JUANITA<br>CARLSBAD CA 92010 |
| 2.1229 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | LJ JONES INC D/B/A ROTO-ROOTER |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>180 DENNY WAY<br>EL CAJON CA 92020 |
| 2.1230 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT WITH ADDENDA | |
| | State the term remaining | UNDETERMINED | LOANPAL LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1231 | State what the contract or lease is for and the nature of the debtor's interest | EXHIBIT A - FORM OF PRICING SPECIFICATION | |
| | State the term remaining | UNDETERMINED | LOANPAL LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1232 | **State what the contract or lease is for and the nature of the debtor's interest** | FORM OF PRICING SPECIFICATION | |
| | **State the term remaining** | UNDETERMINED | LOANPAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1233 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | LOANPAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1234 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | LOANPAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1235 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | LOANPAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1236 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | LOANPAL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |

Debtor   **Freedom Forever LLC**                                                  Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1237 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | LOBO SERVICES ATTN: GENERAL COUNSEL 3298 SWETZER RD LOOMIS CA 95650 |
| | List the contract number of any government contract | | |
| 2.1238 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | LOBO SERVICES ATTN: GENERAL COUNSEL 3298 SWETZER RD LOOMIS CA 95650 |
| | List the contract number of any government contract | | |
| 2.1239 | State what the contract or lease is for and the nature of the debtor's interest | SOLAR MODULE MASTER SUPPLY AGREEMENT | |
| | State the term remaining | UNDETERMINED | LONGI SOLAR TECHNOLOGY (US) INC ATTN: GENERAL COUNSEL 3000 EXECUTIVE PKWY STE 375 SAN RAMON CA 94583 |
| | List the contract number of any government contract | | |
| 2.1240 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: DEMAND FOR DELIVERY AND PAYMENT OF DAMAGE | |
| | State the term remaining | UNDETERMINED | LONGI SOLAR TECHNOLOGY (US) INC ATTN: GENERAL COUNSEL NO 8369 SHANGYUAN RD ECONOMIC & TECHNOLOGICAL DEVELOPMENT ZONE XIAN, SHAANXI 710018 CHINA |
| | List the contract number of any government contract | | |
| 2.1241 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | LONGI SOLAR TECHNOLOGY (US) INC ATTN: GENERAL COUNSEL 3000 EXECUTIVE PKWY STE 375 SAN RAMON CA 94583 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| | Name | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1242 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LONGI SOLAR TECHNOLOGY (US) INC ATTN: GENERAL COUNSEL 3000 EXECUTIVE PKWY STE 375 SAN RAMON CA 94583 |
| 2.1243 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LONGI SOLAR TECHNOLOGY (US) INC C/O STEVEN CHAN ATTN: GENERAL COUNSEL 3000 EXECUTIVE PKWY STE 375 SAN RAMON CA 94583 |
| 2.1244 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LOOK ELECTRIC LLC ATTN: GENERAL COUNSEL 2111 E BASELINE RD STE B1 TEMPE AZ 85283 |
| 2.1245 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE SYSTEMS SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LOW VOLTAGE INTEGRATED SYSTEMS ATTN: GENERAL COUNSEL 1090 JOSHUA WAY STE A VISTA CA 92081 |
| 2.1246 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | LRF2 MIA 53RD ST LLC ATTN: GENERAL COUNSEL 116 HUNTINGTON AVE STE 1001 BOSTON MA 02116 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1247 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | LUNEX POWER INC ATTN: GENERAL COUNSEL 6824 S MANHATTAN AVE TAMPA FL 33611 |
| | **List the contract number of any government contract** | | |
| 2.1248 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | LUX ILLUMINATION ATTN: GENERAL COUNSEL 1058 EASTSIDE RD EL PASO TX 79915 |
| | **List the contract number of any government contract** | | |
| 2.1249 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | 258 DAYS | LV ELECTRIC SERVICES ATTN: URB BRISAS DE MAR CHIQUITA ATTN: GENERAL COUNSEL K 5 CALLE CANEY MANATI PR 674 |
| | **List the contract number of any government contract** | | |
| 2.1250 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | M & M EXTERIORS LLC ATTN: GENERAL COUNSEL 1837 N STAYNER DR FARMINGTON UT 84025 |
| | **List the contract number of any government contract** | | |
| 2.1251 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE AND CONSENT OF LANDLORD WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | M4 REDROCK LLC ATTN: GENERAL COUNSEL 2301 E YEAGER DR CHANDLER AZ 85286 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                             Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1252 | State what the contract or lease is for and the nature of the debtor's interest | NON DISCLOSURE AGREEMENT | |
| | State the term remaining | 165 DAYS | M4 REDROCK LLC ATTN: GENERAL COUNSEL 2301 E YEAGER DR CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.1253 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MACALUSO AND COMPANY INCORPORATED ATTN: GENERAL COUNSEL PO BOX 1581 GOLETA CA 93116 |
| | List the contract number of any government contract | | |
| 2.1254 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MADJACK ENERGY SOLUTIONS INC D/B/A SOL VOLTA ATTN: GENERAL COUNSEL 22557 HATTERAS WOODLAND HILLS CA 91367 |
| | List the contract number of any government contract | | |
| 2.1255 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | State the term remaining | UNDETERMINED | MADJACK ENERGY SOLUTIONS INC D/B/A SOL VOLTA ATTN: GABRIEL LOPEZ 22557 HATTERAS ST WOODLAND HILLS CA 91367 |
| | List the contract number of any government contract | | |
| 2.1256 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MAK LANDSCAPE ATTN: GENERAL COUNSEL 1018 DUBLIN RD RICHMOND MA 01254 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1257 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MAM ENTERPRISES INC<br>ATTN: GENERAL COUNSEL<br>1761 N KENMORE AVE<br>LOS ANGELES CA 90027 |
| 2.1258 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF NON-RENEWAL AND INTENT TO TERMINATE SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MARCIA HURWITZ MANAGEMENT & CONSULTING<br>ATTN: ROCHE-KARN PRODUCTIONS, INC ON BEHALF OF MR RICHARD KARN<br>2170 E LIVE OAK DR<br>LOS ANGELES CA 90068 |
| 2.1259 | **State what the contract or lease is for and the nature of the debtor's interest** | INFOMERCIAL HOST TALENT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MARCIA HURWITZ MANAGEMENT & CONSULTING<br>ATTN: GENERAL COUNSEL<br>2170 E LIVE OAK DR<br>LOS ANGELES CA 90068 |
| 2.1260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MARCOR CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>419A GREAT E NECK RD<br>WEST BABYLON NY 11704 |
| 2.1261 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MARCOR CONSTRUCTION SOLAR INSTALLATIONS INC<br>ATTN: GENERAL COUNSEL<br>551 PEASE LN<br>WEST ISLIP NY 11795 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1262 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MARCOR CONSTRUCTION SOLAR INSTALLATIONS INC ATTN: GENERAL COUNSEL 551 PEASE LN WEST ISLIP NY 11795 |
| | **List the contract number of any government contract** | | |
| 2.1263 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA CONSENT FORM AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1264 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1265 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1266 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL EVENT ORDER | |
| | **State the term remaining** | UNDETERMINED | MARQUEE NIGHTCLUB & DAYCLUB ATTN: GENERAL COUNSEL 3708 LAS VEGAS BLVD S LAS VEGAS NV 89109 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1267 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MARTINEZ ELECTRICAL SERVIES ATTN: GENERAL COUNSEL 13800 ELM ST OAK HILLS CA 92344 |
| | **List the contract number of any government contract** | | |
| 2.1268 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MASTER ELECTRICAL SERVICE INC ATTN: GENERAL COUNSEL 2147 RULON WHITE BLVD STE 206 OGDEN UT 84404 |
| | **List the contract number of any government contract** | | |
| 2.1269 | **State what the contract or lease is for and the nature of the debtor's interest** | ENERGY FINANCE PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MATADORS COMMUNITY CREDIT UNION ATTN: NAIRI GEROVIAN, VICE PRESIDENT LENDING 20045 PRAIRIE ST CHATSWORTH CA 91311 |
| | **List the contract number of any government contract** | | |
| 2.1270 | **State what the contract or lease is for and the nature of the debtor's interest** | PERSONAL GUARANTY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1271 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1272 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MCLEAN ELECTRIC LLC<br>ATTN: NICHOLAS J MCLEAN<br>12 KIRKOVER LN<br>CAMDEN SC 29020 |
| | **List the contract number of any government contract** | | |
| 2.1273 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | MEDIAVAULT INC<br>ATTN: GENERAL COUNSEL<br>1251 NW BRIARCLIFF PKWY<br>STE 295<br>KANSAS CITY MO 64116 |
| | **List the contract number of any government contract** | | |
| 2.1274 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA MASTER CLOUD SUBSCRIPTION AND SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MEDIUS<br>ATTN: GENERAL COUNSEL<br>501 RIVERSIDE AVE<br>STE 502<br>JACKSONVILLE FL 32202 |
| | **List the contract number of any government contract** | | |
| 2.1275 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1276 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS OF SERVICE | |
| | **State the term remaining** | UNDETERMINED | MENTIS TECHNOLOGIES LLC<br>ATTN: GENERAL COUNSEL<br>5940 SOUTH RAINBOW BLVD<br>STE 400<br>LAS VEGAS NV 89118 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1277 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MENZEL ROOFING SERVICES LLC ATTN: GENERAL COUNSEL 270 E BAHAMA RD WINTER SPRINGS FL 32708 |
| | List the contract number of any government contract | | |
| 2.1278 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | MERAKI INSTALLERS LLC ATTN: GENERAL COUNSEL 21 N NEW WARRINGTON RD PENSACOLA FL 32506 |
| | List the contract number of any government contract | | |
| 2.1279 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MERAKI INSTALLERS LLC ATTN: GENERAL COUNSEL 21 N NEW WARRINGTON RD PENSACOLA FL 32506 |
| | List the contract number of any government contract | | |
| 2.1280 | State what the contract or lease is for and the nature of the debtor's interest | OPEN-END MASTER LEASE AND EQUIPMENT LEASE WITH ADDENDA | |
| | State the term remaining | UNDETERMINED | MERCHANTS AUTOMOTIVE GROUP INC ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |
| 2.1281 | State what the contract or lease is for and the nature of the debtor's interest | OPEN-END MASTER LEASE AND EQUIPMENT LEASE WITH ADDENDA | |
| | State the term remaining | UNDETERMINED | MERCHANTS AUTOMOTIVE GROUP INC ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.1282 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE, FLEET SERVICES AND EQUIPMENT AGREEMENTS WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS AUTOMOTIVE GROUP INC ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| 2.1283 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS AUTOMOTIVE GROUP INC ATTN: GENERAL COUNSEL 1278 HOOKSETT RD HOOKSETT NH 03106 |
| 2.1284 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT ADVISORY BOARD: PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS AUTOMOTIVE GROUP LLC ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| 2.1285 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MASTER OPEN AND LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| 2.1286 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER LEASE, FLEET SERVICES AND EQUIPMENT AGREEMENTS WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1287 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: TERM AGREEMENT | |
| | State the term remaining | UNDETERMINED | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |
| 2.1288 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO FLEET SERVICES MASTER AGREEMENT | |
| | State the term remaining | UNDETERMINED | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |
| 2.1289 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO SERVICES MASTER AGREEMENT TOTAL CONNECT | |
| | State the term remaining | UNDETERMINED | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |
| 2.1290 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM II TO MASTER OPEN END LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |
| 2.1291 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO FLEET SERVICES MASTER AGREEMENT ACCIDENT / CLAIMS MANAGEMENT AND/OR SUBROGATION | |
| | State the term remaining | UNDETERMINED | MERCHANTS FLEET ATTN: GENERAL COUNSEL 14 CENTRAL PARK DR 1ST FL HOOKSETT NH 03106 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1292 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET<br>ATTN: GENERAL COUNSEL<br>14 CENTRAL PARK DR<br>1ST FL<br>HOOKSETT NH 03106 |
| 2.1293 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN-END MASTER LEASE AND EQUIPMENT LEASE WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET<br>ATTN: GENERAL COUNSEL<br>14 CENTRAL PARK DR<br>1ST FL<br>HOOKSETT NH 03106 |
| 2.1294 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO RATE SCHEDULE TO OPEN-END MASTER LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET<br>ATTN: GENERAL COUNSEL<br>14 CENTRAL PARK DR<br>1ST FL<br>HOOKSETT NH 03106 |
| 2.1295 | **State what the contract or lease is for and the nature of the debtor's interest** | OPEN-END MASTER LEASE AND EQUIPMENT LEASE WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET<br>ATTN: GENERAL COUNSEL<br>14 CENTRAL PARK DR<br>1ST FL<br>HOOKSETT NH 03106 |
| 2.1296 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO SERVICES MASTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MERCHANTS FLEET<br>ATTN: GENERAL COUNSEL<br>14 CENTRAL PARK DR<br>1ST FL<br>HOOKSETT NH 03106 |

Debtor   **Freedom Forever LLC**                                            Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1297 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | NAME ON FILE |
| | | | ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1298 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES EXCLUSIVITY ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | | | NAME ON FILE |
| | | | ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1299 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | METRO EAST VALLEY HOLDINGS LLC |
| | | | ATTN: GENERAL COUNSEL |
| | List the contract number of any government contract | | PO BOX 850300 |
| | | | PROPERTY 284810 |
| | | | MINNEAPOLIS MN 55485 |
| 2.1300 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | METRO EAST VALLEY HOLDINGS PHASE THREE LLC |
| | | | ATTN: ANTHONY HEPNER |
| | List the contract number of any government contract | | 1230 W WASHINGTON ST |
| | | | STE 203 |
| | | | TEMPE AZ 85281 |
| 2.1301 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: LEASE ESTOPPEL | |
| | State the term remaining | 594 DAYS | |
| | | | METRO EAST VALLEY HOLDINGS PHASE THREE LLC |
| | | | ATTN: PROPERTY MANAGER - MEVCC |
| | List the contract number of any government contract | | 1230 W WASHINGTON ST |
| | | | STE 203 |
| | | | TEMPE AZ 85281 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1302 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | METRO EAST VALLEY HOLDINGS PHASE THREE LLC ATTN: ANTHONY HEPNER 1230 W WASHINGTON ST STE 203 TEMPE AZ 85281 |
| | **List the contract number of any government contract** | | |
| 2.1303 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | METROPOWER INC ATTN: GENERAL COUNSEL 798 21ST AVE ALBANY GA 31701 |
| | **List the contract number of any government contract** | | |
| 2.1304 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY TRANSFER & INDEMNIFICATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MGP ENERGY SOLUTIONS ATTN: GENERAL COUNSEL 51 C ULISES MARTÍNEZ HUMACAO PR 791 |
| | **List the contract number of any government contract** | | |
| 2.1305 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA CONSENT FORM AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1306 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILESTONE ELECTRIC ATTN: GENERAL COUNSEL 1960 NE 25TH AVE STE 33 HILLSBORO OR 97124 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|--------|------------------------|--|------------------------|--------------|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1307 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILESTONE RISK MANAGEMENT & INSURANCE SERVICES ATTN: GENERAL COUNSEL 8 CORPORATE PARK STE 130 IRVINE CA 92606 |
| | **List the contract number of any government contract** | | |
| 2.1308 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILLMAN NATIONAL LAND SERVICES ATTN: GENERAL COUNSEL 4111 BRADLEY CIR NW STE 240 CANTON OH 44718 |
| | **List the contract number of any government contract** | | |
| 2.1309 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | MILLMAN NATIONAL LAND SERVICES ATTN: GENERAL COUNSEL 4111 BRADLEY CIR NW STE 240 CANTON OH 44718 |
| | **List the contract number of any government contract** | | |
| 2.1310 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILLSTREAM CONSTRUCTION LLC ATTN: GENERAL COUNSEL 255 WILLIAMS ST E GLASTONBURY CT 06033 |
| | **List the contract number of any government contract** | | |
| 2.1311 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER PURCHASE INCENTIVE AGREEMENT | |
| | **State the term remaining** | 625 DAYS | MILWAUKEE ELECTRIC TOOL CORPORATION ATTN: GENERAL COUNSEL 13135 W LISBON RD BROOKFIELD WI 53005 |
| | **List the contract number of any government contract** | | |

Debtor  **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1312 | **State what the contract or lease is for and the nature of the debtor's interest** | END USER PURCHASE INCENTIVE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MILWAUKEE ELECTRIC TOOL CORPORATION ATTN: GENERAL COUNSEL 13135 W LISBON RD BROOKFIELD WI 53005 |
| | **List the contract number of any government contract** | | |
| 2.1313 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 292 DAYS | MIMECAST NORTH AMERICA INC ATTN: NICO IRANO 191 SPRING ST LEXINGTON MA 02421 |
| | **List the contract number of any government contract** | | |
| 2.1314 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MIP OWNER LLC ATTN: GENERAL COUNSEL 10275 W HIGGINS RD STE 810 ROSEMONT IL 60018 |
| | **List the contract number of any government contract** | | |
| 2.1315 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRANSFER OF OWNERSHIP | |
| | **State the term remaining** | UNDETERMINED | MIP OWNER LLC C/O BRENNAN INVESTMENT GROUP LLC ATTN: GENERAL COUNSEL 10275 W HIGGINS RD STE 810 ROSEMONT IL 60018 |
| | **List the contract number of any government contract** | | |
| 2.1316 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO BUILDING LEASE | |
| | **State the term remaining** | UNDETERMINED | MIP OWNER LLC ATTN: GENERAL COUNSEL 10275 W HIGGINS RD STE 810 ROSEMONT IL 60018 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1317 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MIRALANI BUSINESS PARK<br>ATTN: GENERAL COUNSEL<br>8400 MIRAMAR RD<br>SAN DIEGO CA 92126 |
| 2.1318 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MISSION SOLAR ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>8303 S NEW BRAUNFELS AVE<br>SAN ANTONIO TX 78235 |
| 2.1319 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-EXCLUSIVE PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MISSION SOLAR ENERGY LLC<br>ATTN: PAUL MUTCHLER, DIRECTOR OF COMMERCIAL OPERATIONS<br>8303 S NEW BRAUNFELS AVE<br>SAN ANTONIO TX 78235 |
| 2.1320 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MODERN ROOFING INC<br>ATTN: GENERAL COUNSEL<br>2325 W VICTORY BLVD<br>BURBANK CA 91506 |
| 2.1321 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MODERN ROOFING INC<br>ATTN: GENERAL COUNSEL<br>2325 W VICTORY BLVD<br>BURBANK CA 91506 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1322 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOLD INSPECTION AND TESTING ATTN: GENERAL COUNSEL 575 CHAMBER DR MILFORD OH 45150 |
| 2.1323 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MONSTERS FRAMING LLC ATTN: GENERAL COUNSEL 30633 W LYNWOOD ST BUCKEYE AZ 85396 |
| 2.1324 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: CONFIRMATION OF LEASE TERMS CERTIFICATE | |
| | **State the term remaining** | 1,780 DAYS | |
| | **List the contract number of any government contract** | | MONTEREY LOGISTICS CENTER CA PROPERTY OWNER LP C/O DI MANAGEMENT LLC ATTN: HEAD OF LEASING 17304 PRESTON RD STE 550 DALLAS TX 75252 |
| 2.1325 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF LEASE TERMS CERTIFICATE | |
| | **State the term remaining** | 1,752 DAYS | |
| | **List the contract number of any government contract** | | MONTEREY LOGISTICS CENTER CA PROPERTY OWNER LP C/O DI MANAGEMENT LLC ATTN: HEAD OF LEASING 17304 PRESTON RD STE 550 DALLAS TX 75252 |
| 2.1326 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MONTEREY LOGISTICS CENTER CA PROPERTY OWNER LP C/O DI MANAGEMENT LLC ATTN: HEAD OF LEASING 17304 PRESTON RD STE 550 DALLAS TX 75252 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1327 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: CONFIRMATION OF LEASE TERMS CERTIFICATE | |
| | **State the term remaining** | 1,721 DAYS | |
| | **List the contract number of any government contract** | | MONTEREY LOGISTICS CENTER PROPERTY OWNER CA GP LLC C/O DI MANAGEMENT LLC ATTN: HEAD OF LEASING 17304 PRESTON RD STE 550 DALLAS TX 75252 |
| 2.1328 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOORES ROOFING AND SERVICES ATTN: GENERAL COUNSEL 1740 18TH ST EUREKA CA 95501 |
| 2.1329 | **State what the contract or lease is for and the nature of the debtor's interest** | [CONFIDENTIAL] LETTER RE: RIGHT TO OBTAIN ALTERNATIVE FINANCING WITH OTHER PARTNERS AND CANCEL EXISTING PROJECTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC ATTN: GENERAL COUNSEL 101 E KENNEDY BLVD STE 2500 TAMPA FL 33602 |
| 2.1330 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC ATTN: GENERAL COUNSEL 101 E KENNEDY BLVD STE 2500 TAMPA FL 33602 |
| 2.1331 | **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGEMENT REGARDING WASHINGTON SOLAR CONSUMER PROTECTION ACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC ATTN: GENERAL COUNSEL 101 E KENNEDY BLVD STE 2500 TAMPA FL 33602 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1332 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC FUNDING I LLC<br>C/O TROUTMAN PEPPER LOCKE LLP<br>ATTN: DAVID M FOURNIER, TORI L REMINGTON<br>HERCULES PLAZA<br>1313 N MARKET ST, STE 1000<br>WILMINGTON DE 19899 |
| 2.1333 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC FUNDING I LLC<br>C/O TROUTMAN PEPPER LOCKE LLP<br>ATTN: DAVID M FOURNIER, TORI L REMINGTON<br>HERCULES PLAZA<br>1313 N MARKET ST, STE 1000<br>WILMINGTON DE 19899 |
| 2.1334 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC FUNDING IX LLC<br>C/O TROUTMAN PEPPER LOCKE LLP<br>ATTN: DAVID M FOURNIER, TORI L REMINGTON<br>HERCULES PLAZA<br>1313 N MARKET ST, STE 1000<br>WILMINGTON DE 19899 |
| 2.1335 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: EXTENSION NOTICE REGARDING DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC FUNDING IX LLC<br>C/O TROUTMAN PEPPER LOCKE LLP<br>ATTN: DAVID M FOURNIER, TORI L REMINGTON<br>HERCULES PLAZA<br>1313 N MARKET ST, STE 1000<br>WILMINGTON DE 19899 |

Debtor   **Freedom Forever LLC**                          Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1336 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT WITH AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC FUNDING VII LLC<br>C/O TROUTMAN PEPPER LOCKE LLP<br>ATTN: DAVID M FOURNIER & TORI L REMINGTON<br>HERCULES PLAZA<br>1313 N MARKET ST, STE 1000<br>WILMINGTON DE 19899 |
| 2.1337 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSAIC FUNDING VII LLC<br>C/O TROUTMAN PEPPER LOCKE LLP<br>ATTN: DAVID M FOURNIER & TORI L REMINGTON<br>HERCULES PLAZA<br>1313 N MARKET ST, STE 1000<br>WILMINGTON DE 19899 |
| 2.1338 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOSSY HEAD PARTNERS LLC<br>ATTN: GENERAL COUNSEL<br>4343 ANCHOR PL PKWY<br>STE 1<br>TAMPA FL 33634 |
| 2.1339 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO SERVICES MASTER AGREEMENT TOTAL CONNECT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MOTORQ INC<br>ATTN: GENERAL COUNSEL<br>325 SHARON PARK DR<br>STE 743<br>MENLO PARK CA 94025 |
| 2.1340 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ACKNOWLEDGEMENT AND CONSENT OF CONTRACTOR RE RIGHT TO RECEIVE FINANCING PROCEEDS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | MPOWEPLACER<br>ATTN: GENERAL COUNSEL<br>2976 RICHARDSON DR<br>AUBURN CA 95603 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1341 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ACKNOWLEDGEMENT AND CONSENT OF CONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | MPOWERPLACER ATTN: GENERAL COUNSEL 2976 RICHARDSON DR AUBURN CA 95603 |
| | **List the contract number of any government contract** | | |
| 2.1342 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | MR ELECTRIC OF RIVERSIDE ATTN: GENERAL COUNSEL PO BOX 988 CEDAR HILL TX 75106 |
| | **List the contract number of any government contract** | | |
| 2.1343 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN ATTN: GENERAL COUNSEL 399 SPELL RD KENT OH 44240 |
| | **List the contract number of any government contract** | | |
| 2.1344 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN NASSAU COUNTY ATTN: GENERAL COUNSEL 1 FAIRCHILD CT STE 360 PLAINVIEW NY 11803 |
| | **List the contract number of any government contract** | | |
| 2.1345 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF ANNE ARUNDEL AND NORTH PG ATTN: GENERAL COUNSEL 8229 CLOVERLEAF DR MILLERSVILLE MD 21108 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                      Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1346 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF ATASCOCITA KINGWOOD AND HUMBLE ATTN: GENERAL COUNSEL 12140 FM 1960 HUFFMAN TX 77336 |
| | **List the contract number of any government contract** | | |
| 2.1347 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF CATONSVILLE AND W RANDALLSTOWN ATTN: GENERAL COUNSEL 4811 LEEDS AVE STE C HALETHORPE MD 21227 |
| | **List the contract number of any government contract** | | |
| 2.1348 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF EVERETT ATTN: GENERAL COUNSEL 11700 MUKILTEO SPEEDWAY STE 201-1210 MUKILTEO WA 98275 |
| | **List the contract number of any government contract** | | |
| 2.1349 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF FAIRFAX AND EASTERN LOUDOUN COUNTIES ATTN: GENERAL COUNSEL 2944 HUNTER MILL RD STE 204 OAKTON VA 22124 |
| | **List the contract number of any government contract** | | |
| 2.1350 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF HUNTINGTON AND SMITHTOWN ATTN: GENERAL COUNSEL 514 LARKFIELD RD STE 8 EAST NORTHPORT NY 11731 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**

Name

Case number (if known)    **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1351 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF MACON AND WARNER ROBINS ATTN: GENERAL COUNSEL 8305 EISENHOWER PKWY LIZELLA GA 31052 |
| | **List the contract number of any government contract** | | |
| 2.1352 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF NORTHERN BALTIMORE COUNTY ATTN: GENERAL COUNSEL 2233 GREENSPRING DR LUTHERVILLE MD 21093 |
| | **List the contract number of any government contract** | | |
| 2.1353 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF NORTHERN PITTSBURGH SOUTH HILLS MOON ATTN: GENERAL COUNSEL 1511 PKWY VIEW DR PITTSBURGH PA 15205 |
| | **List the contract number of any government contract** | | |
| 2.1354 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF PITTSBURG EAST ATTN: GENERAL COUNSEL 4491 SCHOOL RD S MURRYSVILLE PA 15632 |
| | **List the contract number of any government contract** | | |
| 2.1355 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF SCOTTSDALE ATTN: GENERAL COUNSEL 7678 E GREENWAY RD STE 102 SCOTTSDALE AZ 85260 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1356 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF SOUTH CHARLOTTE FORT MILL ROCK HILL |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>608 MATTHEWS MINT HILL RD<br>STE F<br>MATTHEWS NC 28105 |
| 2.1357 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF W GREENSBORO |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>5500 W FRIENDLY AVE<br>GREENSBORO NC 27410 |
| 2.1358 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF W GREENVILLE ANDERSON AND CLEMSON |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>2810 N MAIN ST<br>ANDERSON SC 29621 |
| 2.1359 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN OF WAUKESHA |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>406 TRAVIS LN<br>STE 47<br>WAUKESHA WI 53189 |
| 2.1360 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MR HANDYMAN SERVING CLEARWATER PALM HARBOR AND LARGO |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>41268 US HWY 19N<br>TARPON SPRINGS FL 32689 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1361 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MSC VENTURES D/B/A MR HANDYMAN OF ALVIN ATTN: GENERAL COUNSEL 9119 HWY 6 STE 230 PO BOX 321 MISSOURI CITY TX 77459 |
| | List the contract number of any government contract | | |
| 2.1362 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MSW CONTRACTING ATTN: GENERAL COUNSEL 2875 W RAY RD ATE 6-246 CHANDLER AZ 85224 |
| | List the contract number of any government contract | | |
| 2.1363 | State what the contract or lease is for and the nature of the debtor's interest | CLEANING SERVICE AGREEMENT | |
| | State the term remaining | UNDETERMINED | MT TRASH CANS CLEANING INC D/B/A JAN-PRO OF NORTHERN ILLINOIS ATTN: GENERAL COUNSEL 136 SHORE DR STE R1 BURR RIDGE IL 60527 |
| | List the contract number of any government contract | | |
| 2.1364 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MULROY DEMOLITION & EXCAVATION LLC ATTN: GENERAL COUNSEL 7214 N KEYSTONE AVE LINCOLNWOOD IL 60712 |
| | List the contract number of any government contract | | |
| 2.1365 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | MULTI POWER ATTN: GENERAL COUNSEL 4281 W SHIELDS AVE FRESNO CA 93722 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.1366 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | MULTI POWER |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4281 W SHIELDS AVE<br>FRESNO CA 93722 |
| 2.1367 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MUTUALITY LLC D/B/A MR HANDYMAN OF SANY SPRINGS AND DUNWOO |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>1094 TRAILRIDGE LN<br>DUNWOODY GA 30338 |
| 2.1368 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MY HANDYMAN |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>130 CENTRAL AVE LL3<br>DOVER NH 03820 |
| 2.1369 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MY HANDYMAN OF LITTLETON |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>9083 W PEAKVIEW DR<br>U-2<br>LITTLETON CO 80123 |
| 2.1370 | **State what the contract or lease is for and the nature of the debtor's interest** | MATER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | MY PROPERTY SUPPORT LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>4800 WOFFORD LN<br>ORLANDO FL 32810 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1371 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAI PIEDMONT TRIAD ATTN: GENERAL COUNSEL 348 N ELM ST GREENSBORO NC 27401 |
| | **List the contract number of any government contract** | | |
| 2.1372 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY/NONDIS CLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NANTENERGY INC ATTN: GENERAL COUNSEL 9920 JEFFERSON BLVD CULVER CITY CA 90232 |
| | **List the contract number of any government contract** | | |
| 2.1373 | **State what the contract or lease is for and the nature of the debtor's interest** | FLEET RESCUE ROAD SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NATIONAL AUTOMOBILE CLUB ATTN: GENERAL COUNSEL |
| | **List the contract number of any government contract** | | |
| 2.1374 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY | |
| | **State the term remaining** | UNDETERMINED | NATIONAL CASUALTY COMPANY ATTN: GENERAL COUNSEL 100 LOCUST ST DES MOINES IA 50391 |
| | **List the contract number of any government contract** | | |
| 2.1375 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 513 DAYS | NATIONWIDE SOLAR ATTN: GENERAL COUNSEL 6407 NE 117TH AVE STE B VANCOUVER WA 98662 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1376 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NATIONWIDE SOLAR ATTN: GENERAL COUNSEL 6407 NE 117TH AVE VANCOUVER WA 98662 |
| | **List the contract number of any government contract** | | |
| 2.1377 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NATIONWIDE TREE SERVICE ATTN: GENERAL COUNSEL 8055 RITCHIE HWY STE 208 PASADENA MD 21122 |
| | **List the contract number of any government contract** | | |
| 2.1378 | **State what the contract or lease is for and the nature of the debtor's interest** | PRODUCTS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NEARMAP US INC ATTN: GENERAL COUNSEL 1850 W ASHTON BLVD STE 500 LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.1379 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE FOR SUBSCRIPTION SERVICES | |
| | **State the term remaining** | UNDETERMINED | NEARMAP US INC ATTN: GENERAL COUNSEL 1850 W ASHTON BLVD STE 500 LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.1380 | **State what the contract or lease is for and the nature of the debtor's interest** | NEW SUBSCRIPTION QUOTE | |
| | **State the term remaining** | UNDETERMINED | NEARMAP US INC ATTN: GENERAL COUNSEL 10897 S RIVER FRONT PKWY STE 150 SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1381 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NET METERING SYSTEMS CLOVIS LLC<br>ATTN: GENERAL COUNSEL<br>174 SYLMAR<br>CLOVIS CA 93612 |
| 2.1382 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NET METERING SYSTEMS CLOVIS LLC<br>ATTN: GENERAL COUNSEL<br>174 SYLMAR<br>CLOVIS CA 93612 |
| 2.1383 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NETRADYNE INC<br>ATTN: GENERAL COUNSEL<br>9171 TOWNE CENTRE DR<br>STE 110<br>SAN DIEGO CA 92122 |
| 2.1384 | **State what the contract or lease is for and the nature of the debtor's interest** | EVALUATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NETRADYNE INC<br>ATTN: GENERAL COUNSEL<br>9171 TOWNE CENTRE DR<br>STE 110<br>SAN DIEGO CA 92122 |
| 2.1385 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NETRADYNE INC<br>ATTN: GENERAL COUNSEL<br>9171 TOWNE CENTRE DR<br>STE 110<br>SAN DIEGO CA 92122 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1386 | **State what the contract or lease is for and the nature of the debtor's interest** | EVALUATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NETRADYNE INC ATTN: GENERAL COUNSEL 9171 TOWNE CENTRE DR STE 110 SAN DIEGO CA 92122 |
| | **List the contract number of any government contract** | | |
| 2.1387 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NEVADA SOLAR ENERGY LLC D/B/A APRICOT ATTN: GENERAL COUNSEL 817 S MAIN ST LAS VEGAS NV 89101 |
| | **List the contract number of any government contract** | | |
| 2.1388 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NEW CAP ROOFING ATTN: GENERAL COUNSEL 385 COTTA WAY VALLEJO CA 94589 |
| | **List the contract number of any government contract** | | |
| 2.1389 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NEW CENTURY ELECTRIC CONTROLS & AUTOMATION LLC ATTN: GENERAL COUNSEL 1202 IGNITE ST PENITAS TX 78576 |
| | **List the contract number of any government contract** | | |
| 2.1390 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NEW PARADISE CONSTRUCTION INC ATTN: GENERAL COUNSEL 11529 5TH AVE HESPERIA CA 92345 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1391 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | NEW RELIC INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 101812<br>PASADENA CA 91189 |
| | **List the contract number of any government contract** | | |

| 2.1392 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | NEW RELIC INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 101812<br>PASADENA CA 91189 |
| | **List the contract number of any government contract** | | |

| 2.1393 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
|---|---|---|---|
| | **State the term remaining** | 163 DAYS | NEW RELIC INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 101812<br>PASADENA CA 91189 |
| | **List the contract number of any government contract** | | |

| 2.1394 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | NEWCO ELECTRIC<br>ATTN: GENERAL COUNSEL<br>10749 WHITE SANDS DR<br>EL PASO TX 79924 |
| | **List the contract number of any government contract** | | |

| 2.1395 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD INDUSTRIAL/COMMERCIAL MULTI-TENANT LEASE | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | NEWMARK KNIGHT FRANK<br>ATTN: GENERAL COUNSEL<br>980 9TH ST<br>STE 2500<br>SACRAMENTO CA 95814 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| --- | --- | --- | --- |
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1396 | **State what the contract or lease is for and the nature of the debtor's interest** | BOAT PARADE OF LIGHTS & HOLIDAY CRUISES CHARTER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NEWPORT BEACH CHRISTMAS BOAT PARADE ATTN: GENERAL COUNSEL 400 MAIN ST NEWPORT BEACH CA 92661 |
| 2.1397 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NEWPORT EQUITY CAPITAL CORP ATTN: GENERAL COUNSEL 216 AVENIDA FABRICANTE UNIT 111 SAN CLEMENTE CA 92672 |
| 2.1398 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NICHOLAS J MCLEAN ELECTRICIAN LLC ATTN: GENERAL COUNSEL 68 HANDY RD POCASSET MA 02559 |
| 2.1399 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 655 DAYS | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.1400 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NO LIMIT ROOFING INC ATTN: GENERAL COUNSEL 395 N PACIFIC ST SAN MARCOS CA 92069 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1401 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NO LIMIT ROOFING INC<br>ATTN: GENERAL COUNSEL<br>395 N PACIFIC ST<br>SAN MARCOS CA 92069 |
| 2.1402 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NOMO HUB LLC<br>ATTN: GENERAL COUNSEL<br>2701 N THANKSGIVING WAY<br>STE 100<br>LEHI UT 84043 |
| 2.1403 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORCAL ENVIRONMENTAL MANAGEMENT INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 1261<br>ELK GROVE CA 95759 |
| 2.1404 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORCAL ENVIRONMENTAL MANAGEMENT INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 1261<br>ELK GROVE CA 95759 |
| 2.1405 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NORCAL ROOFING<br>ATTN: GENERAL COUNSEL<br>1320 YUBA ST<br>STE 210<br>REDDING CA 96001 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1406 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | NORTH COUNTY FENCE ATTN: GENERAL COUNSEL 304 NORTH STAGE COACH FALLBROOK CA 92028 |
| | **List the contract number of any government contract** | | |
| 2.1407 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | NORTH COUNTY FENCE ATTN: GENERAL COUNSEL 304 NORTH STAGE COACH FALLBROOK CA 92028 |
| | **List the contract number of any government contract** | | |
| 2.1408 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NORTH COUNTY FENCE AND FABRICATION ATTN: GENERAL COUNSEL 304 N STAGECOACH FALLBROOK CA 92028 |
| | **List the contract number of any government contract** | | |
| 2.1409 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NORTH VALLEY ARBOR MANAGEMENT INC D/B/A ABOUT TREES ATTN: GENERAL COUNSEL 2 CRUSADER CT CHICO CA 95973 |
| | **List the contract number of any government contract** | | |
| 2.1410 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | NORTH VALLEY ARBOR MANAGEMENT INC D/B/A ABOUT TREES ATTN: GENERAL COUNSEL 2 CRUSADER CT CHICO CA 95973 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1411 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NORTHEASTERN PROPERTY IMPROVEMENT INC D/B/A MR HANDYMAN OF GREATER SYRACUSE ATTN: GENERAL COUNSEL 5406 S BAY RD NORTH SYRACUSE NY 13212 |
| | **List the contract number of any government contract** | | |
| 2.1412 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NORTHMEN ROOFING LLC ATTN: GENERAL COUNSEL 910 BRITT CT UNIT 106 ALTAMONTE SPRINGS FL 32701 |
| | **List the contract number of any government contract** | | |
| 2.1413 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NORTHPOINT DEVELOPMENT LLC ATTN: GENERAL COUNSEL 3315 N OAK TRFY KANSAS MO 64116 |
| | **List the contract number of any government contract** | | |
| 2.1414 | **State what the contract or lease is for and the nature of the debtor's interest** | INDUSTRIAL LEASE WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NP 81 NORTH INDUSTRIAL LLC ATTN: NATHANIEL HAGEDORN 3315 N OAK TRAFFICWAY KANSAS CITY MO 64116 |
| | **List the contract number of any government contract** | | |
| 2.1415 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NRG PROS ATTN: GENERAL COUNSEL 3336 BRADSHAW RD STE 240 SACRAMENTO CA 95827 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1416 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC ATTN: GENERAL COUNSEL 2450 COLORADO AVE STE 100E SANTA MONICA CA 90404 |
| 2.1417 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC ATTN: GENERAL COUNSEL 2450 COLORADO AVE STE 100E SANTA MONICA CA 90404 |
| 2.1418 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC ATTN: GENERAL COUNSEL 2450 COLORADO AVE STE 100E SANTA MONICA CA 90404 |
| 2.1419 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC ATTN: GENERAL COUNSEL 2450 COLORADO AVE STE 100E SANTA MONICA CA 90404 |
| 2.1420 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC ATTN: LUKE ASHWORTH 2450 COLORADO AVE STE 100E SANTA MONICA CA 90404 |

| Debtor | Freedom Forever LLC | Case number (if known) | 26-10522 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1421 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC<br>ATTN: GENERAL COUNSEL<br>2450 COLORADO AVE<br>STE 100E<br>SANTA MONICA CA 90404 |
| 2.1422 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NUANCE ENERGY GROUP INC<br>ATTN: GENERAL COUNSEL<br>2450 COLORADO AVE<br>STE 100E<br>SANTA MONICA CA 90404 |
| 2.1423 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NXT LEVEL ROOFING AND CONSTRUCTION LLC<br>ATTN: GENERAL COUNSEL<br>3280 SW 170TH AVE<br>APT 2313<br>BEAVERTON OR 97003 |
| 2.1424 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ODOM ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 5157<br>SAN JOSE CA 95150 |
| 2.1425 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ODOM ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 5157<br>SAN JOSE CA 95150 |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 286 of 482

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

      Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1426 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ODYSSEY SOLAR LLC ATTN: GENERAL COUNSEL 2014 CAPITOL AVE SACRAMENTO CA 95811 |
| | **List the contract number of any government contract** | | |
| 2.1427 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | OFFICE & WAREHOUSE HOLDINGS LLC ATTN: GENERAL COUNSEL 13108 SAND CHERRY PL NE ALBUQUERQUE NM 87111 |
| | **List the contract number of any government contract** | | |
| 2.1428 | **State what the contract or lease is for and the nature of the debtor's interest** | CALIFORNIA CONSUMER PRIVACY ACT ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | OMNIDIAN INC ATTN: GENERAL COUNSEL 107 SPRING ST SEATTLE WA 98104 |
| | **List the contract number of any government contract** | | |
| 2.1429 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL FIELD SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | OMNIDIAN INC ATTN: SERVICE MANAGER 301 UNION ST STE 21647 SEATTLE WA 98111 |
| | **List the contract number of any government contract** | | |
| 2.1430 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ON DUTY TREES AND LANDSCAPE ATTN: GENERAL COUNSEL 124 S ROGERS RD IRVING TX 75060 |
| | **List the contract number of any government contract** | | |

Official Form 206G                Schedule G: Executory Contracts and Unexpired Leases                Page 287 of 482

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1431 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ONE SOLUTIONS LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 111 CORPORATE OFFICE DR STE 200 EARTH CITY MO 63045 |
| 2.1432 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ONE STOP DEVELOPMENT D/B/A ONE STOP ROOFING |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 5377 HERITAGE OAK DR PORTOLA HILLS CA 92679 |
| 2.1433 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ONESOURCE DISTRIBUTORS INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 16129 COHASSET ST VAN NUYS CA 91406 |
| 2.1434 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | ONESOURCE DISTRIBUTORS INC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL 16129 COHASSET ST VAN NUYS CA 91406 |
| 2.1435 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUPPLY AND REBATE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ONESOURCE DISTRIBUTORS LLC |
| | List the contract number of any government contract | | ATTN: GENERAL COUNSEL PO BOX 740527 LOS ANGELES CA 90074 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1436 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AND REBATE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ONESOURCE DISTRIBUTORS LLC ATTN: GENERAL COUNSEL PO BOX 740527 LOS ANGELES CA 90074 |
| | **List the contract number of any government contract** | | |
| 2.1437 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | |
| | **State the term remaining** | 899 DAYS | ONESOURCE VIRTUAL INC ATTN: GENERAL COUNSEL 9001 CYPRESS WATERS BLVD DALLAS TX 75019 |
| | **List the contract number of any government contract** | | |
| 2.1438 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 827 DAYS | ONESOURCE VIRTUAL INC ATTN: GENERAL COUNSEL 9001 CYPRESS WATERS BLVD DALLAS TX 75019 |
| | **List the contract number of any government contract** | | |
| 2.1439 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION RENEWAL NOTICE | |
| | **State the term remaining** | UNDETERMINED | ONETRUST ATTN: GENERAL COUNSEL 505 N ANGIER AVE ATLANTA GA 30308 |
| | **List the contract number of any government contract** | | |
| 2.1440 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ONTARIO REFRIGERATION SERVICE INC ATTN: GENERAL COUNSEL 635 S MOUNTAIN AVE ONTARIO CA 91762 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1441 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORACLE AMERICA INC<br>ATTN: GENERAL COUNSEL<br>2300 ORACLE WAY<br>AUSTIN TX 78741 |

| 2.1442 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIAL DISCLOSURE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORACLE AMERICA INC<br>ATTN: GENERAL COUNSEL<br>500 ORACLE PKWY<br>REDWOOD CITY CA 94065 |

| 2.1443 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORO VALLEY ROOFING INC<br>ATTN: GENERAL COUNSEL<br>975 NH ST<br>SPC 48<br>TULARE CA 93274 |

| 2.1444 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ORO VALLEY ROOFING INC<br>ATTN: GENERAL COUNSEL<br>975 NH ST<br>SPC 48<br>TULARE CA 93274 |

| 2.1445 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | OSCAR LANSCAPE CORPORATION<br>ATTN: GENERAL COUNSEL<br>163 COTTAGE ST<br>APT 1F<br>EAST BOSTON MA 02128 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1446 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING LEADS GENERATION AND SUPPLY AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | OSL RETAIL SERVICES CORPORATION ATTN: GENERAL COUNSEL 923 HADDONFIELD RD CHERRY HILL NJ 08002 |
| 2.1447 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISER AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | OUTFRONT MEDIA ATTN: GENERAL COUNSEL 2512 RIVER PLAZA DR 1ST FL SACRAMENTO CA 95833 |
| 2.1448 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | OVER CURRENT ELECTRIC INC ATTN: GENERAL COUNSEL 40045 W NOVAK LN MARICOPA AZ 85138 |
| 2.1449 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | OVER CURRENT ELECTRIC INC ATTN: GENERAL COUNSEL 40045 W NOVAK LN MARICOPA AZ 85138 |
| 2.1450 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | OWE ATTN: GENERAL COUNSEL 20809 N 19TH AVE PHOENIX AZ 85027 |

Debtor    **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1451 | State what the contract or lease is for and the nature of the debtor's interest | DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | PACE FUNDING GROUP LLC ATTN: GENERAL COUNSEL 750 UNIVERSITY AVE STE 240 LOS GATOS CA 95032 |
| | List the contract number of any government contract | | |
| 2.1452 | State what the contract or lease is for and the nature of the debtor's interest | DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | PACE FUNDING GROUP LLC ATTN: GENERAL COUNSEL 750 UNIVERSITY AVE STE 240 LOS GATOS CA 95032 |
| | List the contract number of any government contract | | |
| 2.1453 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | PACIFIC APPLICAITIONS CORP ATTN: GENERAL COUNSEL 727 N VINE AVE ONTARIO CA 91762 |
| | List the contract number of any government contract | | |
| 2.1454 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | PACIFIC APPLICATIONS CORP ATTN: GENERAL COUNSEL 727 N VINE AVE ONTARIO CA 91762 |
| | List the contract number of any government contract | | |
| 2.1455 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | PACIFIC GREEN ENERGY LLC ATTN: GENERAL COUNSEL 69 LINCOLN BLVD STE A-181 LINCOLN CA 95648 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1456 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PADGETTE STREET LLC<br>ATTN: GENERAL COUNSEL<br>630 SILVER ST<br>AGAWAM MA 01001 |
| 2.1457 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PALAFOX INDUSTRIAL LLC<br>ATTN: GENERAL COUNSEL<br>560 LINCOLN RD<br>STE 204<br>MIAMI BEACH FL 33139 |
| 2.1458 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PALM ELECTRIC<br>ATTN: GENERAL COUNSEL<br>1303 N ALAMO AVE<br>TUCSON AZ 85712 |
| 2.1459 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER ENGINEERING, PROCUREMENT AND INSTALLATION AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PALMETTO SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>1616 CAMDEN RD<br>STE 300<br>CHARLOTTE NC 28203 |
| 2.1460 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARADISE GENERAL CONTRACTING LLC<br>ATTN: GENERAL COUNSEL<br>240 OLD BARTOW EAGLE LAKE RD<br>BARTOW FL 33830 |

Debtor **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1461 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PARAGON LIFE BUILDERS ATTN: GENERAL COUNSEL PO BOX 50254 HENDERSON NV 89016 |
| | **List the contract number of any government contract** | | |
| 2.1462 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PARAGON MICRO INC ATTN: GENERAL COUNSEL 2 CORPORATE DR STE 105 LAKE ZURICH IL 60047 |
| | **List the contract number of any government contract** | | |
| 2.1463 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PARAGON MICRO INC ATTN: GENERAL COUNSEL 2 CORPORATE DR STE 105 LAKE ZURICH IL 60047 |
| | **List the contract number of any government contract** | | |
| 2.1464 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTATION | |
| | **State the term remaining** | 398 DAYS | PARAGON MICRO INC ATTN: GENERAL COUNSEL 2 CORPORATE DR STE 105 LAKE ZURICH IL 60047 |
| | **List the contract number of any government contract** | | |
| 2.1465 | **State what the contract or lease is for and the nature of the debtor's interest** | MICROSOFT CLOUD SUBSCRIPTION SERVICE | |
| | **State the term remaining** | UNDETERMINED | PARAGON MICRO INC ATTN: GENERAL COUNSEL 2 CORPORATE DR STE 105 LAKE ZURICH IL 60047 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1466 | **State what the contract or lease is for and the nature of the debtor's interest** | QUOTE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARAGON MICRO INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 775695<br>CHICAGO IL 60677 |
| 2.1467 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARAMOUNT EQUITY MORTGAGE LLC D/B/A LOANPAL<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1468 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO SOLAR / STORGE FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARAMOUNT EQUITY MORTGAGE LLC D/B/A LOANPAL<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1469 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO SOLAR / STORAGE FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARAMOUNT EQUITY MORTGAGE LLC D/B/A LOANPAL<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |
| 2.1470 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR / STORAGE FINANCING PROGRAM AGREEMENT WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARAMOUNT EQUITY MORTGAGE LLC D/B/A LOANPAL<br>ATTN: GENERAL COUNSEL<br>8781 SIERRA COLLEGE BLVD<br>ROSEVILLE CA 95661 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1471 | **State what the contract or lease is for and the nature of the debtor's interest** | FORM OF PROGRAM SPECIFICATION | |
| | **State the term remaining** | UNDETERMINED | |
| | | | PARAMOUNT EQUITY MORTGAGE LLC D/B/A LOANPAL ATTN: GENERAL COUNSEL PO BOX 5914 SANTA ROSA CA 95402 |
| | **List the contract number of any government contract** | | |
| 2.1472 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO SOLAR / STORAGE FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | PARAMOUNT EQUITY MORTGAGE LLC D/B/A LOANPAL ATTN: GENERAL COUNSEL 8781 SIERRA COLLEGE BLVD ROSEVILLE CA 95661 |
| | **List the contract number of any government contract** | | |
| 2.1473 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | PARAMOUNT ROOFING LLC ATTN: GENERAL COUNSEL 219 CLAREMONT AVE NW ALBUQUERQUE NM 87107 |
| | **List the contract number of any government contract** | | |
| 2.1474 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | PARSONS AND SON TREE SERVICE LLC ATTN: GENERAL COUNSEL 7303 WORTH AVE BENTON AR 72019 |
| | **List the contract number of any government contract** | | |
| 2.1475 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 919 DAYS | |
| | | | PARTICIPATE ENERGY LLC ATTN: GENERAL COUNSEL 2093 PHILADELPHIA PIKE STE 3125 CLAYMONT DE 19703 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1476 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLER FRAMEWORK AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTICIPATE HOLDINGS LLC C/O VIRTUAL POST SOLUTIONS INC ATTN: ETHAN FRIEDMAN 2093 PHILADELPHIA PIKE STE 3125 CLAYMONT DE 19703 |
| 2.1477 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLER FRAMEWORK AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTICIPATE HOLDINGS LLC C/O VIRTUAL POST SOLUTIONS INC ATTN: ETHAN FRIEDMAN 2093 PHILADELPHIA PIKE STE 3125 CLAYMONT DE 19703 |
| 2.1478 | **State what the contract or lease is for and the nature of the debtor's interest** | LIMITED POWER OF ATTORNEY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PARTICIPATE HOLDINGS LLC C/O VIRTUAL POST SOLUTIONS INC ATTN: ETHAN FRIEDMAN 2093 PHILADELPHIA PIKE STE 3125 CLAYMONT DE 19703 |
| 2.1479 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 919 DAYS | |
| | **List the contract number of any government contract** | | PARTICIPATEENERGY LLC ATTN: ETHAN FRIEDMAN 2093 PHILADELPHIA PIKE STE 3125 CLAYMONT DE 19703 |
| 2.1480 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PATCHMASTER OF SALT LAKE ATTN: GENERAL COUNSEL 4885 S 900 E STE 230-A MILLCREEK UT 84117 |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1481 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PAWCATUCK ROOFING CO INC ATTN: GENERAL COUNSEL 20 S ANGUILLA RD PAWCATUCK CT 06379 |
| | **List the contract number of any government contract** | | |
| 2.1482 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYROLL SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PAYCOM PAYROLL LLC D/B/A PAYCOM ATTN: GENERAL COUNSEL 7501 W MEMORIAL RD OKLAHOMA CITY OK 73142 |
| | **List the contract number of any government contract** | | |
| 2.1483 | **State what the contract or lease is for and the nature of the debtor's interest** | FREEDOM FOREVER DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC ATTN: GENERAL COUNSEL 893 W BAXTER DR SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1484 | **State what the contract or lease is for and the nature of the debtor's interest** | ESCROW AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC ATTN: GENERAL COUNSEL 893 W BAXTER DR SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1485 | **State what the contract or lease is for and the nature of the debtor's interest** | RENEWAL ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC ATTN: GENERAL COUNSEL 893 W BAXTER DR SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1486 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC<br>ATTN: GENERAL COUNSEL<br>893 W BAXTER DR<br>SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1487 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC<br>ATTN: GENERAL COUNSEL<br>893 W BAXTER DR<br>SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1488 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC<br>ATTN: GENERAL COUNSEL<br>893 W BAXTER DR<br>SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1489 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | PAYKEEPER INC<br>ATTN: GENERAL COUNSEL<br>893 W BAXTER DR<br>SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1490 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PB ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>8430 CRAWFORD AVE<br>SKOKIE IL 60076 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1491 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PEACH ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>10923 PROGRESS CT<br>STE 523<br>RANCHO CORDOVA CA 95670 |
| 2.1492 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PEACH ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>10923 PROGRESS CT<br>STE 523<br>RANCHO CORDOVA CA 95670 |
| 2.1493 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PEACH ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>10923 PROGRESS CT<br>STE 523<br>RANCHO CORDOVA CA 95670 |
| 2.1494 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PEGASUS SOLAR INC<br>ATTN: GENERAL COUNSEL<br>506 W OHIO AVE<br>RICHMOND CA 94804 |
| 2.1495 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PERMIT POWER EDUCATION FUND<br>ATTN: GENERAL COUNSEL<br>2512 PACIFIC AVE<br>SAN FRANCISCO CA 94115 |

Debtor    **Freedom Forever LLC**                                          Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1496 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | PERRY ROOFING CONTRACTORS INC ATTN: GENERAL COUNSEL 2505 NW 71ST PL GAINESVILLE FL 32653 |
| | List the contract number of any government contract | | |
| 2.1497 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | PETE & RON'S TREE SERVICE INC ATTN: GENERAL COUNSEL PO BOX 15877 TAMPA FL 33684 |
| | List the contract number of any government contract | | |
| 2.1498 | State what the contract or lease is for and the nature of the debtor's interest | NONDISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | PETERSEN-DEAN INC ATTN: GENERAL COUNSEL 39300 CIVIC CTR DR STE 300 FREMONT CA 94538 |
| | List the contract number of any government contract | | |
| 2.1499 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | PETERSON ELECTRIC AND SOLAR ATTN: GENERAL COUNSEL 3110 W DOVE RD CHINO VALLEY AZ 86323 |
| | List the contract number of any government contract | | |
| 2.1500 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | PHOENIX DEVELOPMENT D/B/A ONE STOP ROOFING ATTN: GENERAL COUNSEL 5377 HERITAGE OAK DR PORTOLA HILLS CA 92679 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1501 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE OFFER |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PI BERLIN NORTH AMERICA LLC<br>ATTN: DON COWAN SALES MANAGER NORTH AMERICA<br>225 CEDAR HILL ST<br>STE 200<br>MARLBOROUGH MA 01752 |
| 2.1502 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PI ROOF MAINTENANCE INC<br>ATTN: GENERAL COUNSEL<br>6109 REMOUNT RD NORTH<br>LITTLE ROCK AR 72118 |
| 2.1503 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PIGEONATOR<br>ATTN: GENERAL COUNSEL<br>41069 W NOVAK LN<br>MARICOPA AZ 85138 |
| 2.1504 | **State what the contract or lease is for and the nature of the debtor's interest** | THE LEASE AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PLD USLF PINNACLE IC LLC<br>ATTN: GENERAL COUNSEL<br>2525 E CAMELBACK RD<br>STE 400<br>PHOENIX AZ 85016 |
| 2.1505 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | PLUMBING CARE INC<br>ATTN: GENERAL COUNSEL<br>2415 SAN RAMON VALLEY BLVD<br>STE 4365<br>SAN RAMON CA 94583 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1506 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | 85 DAYS | |
| | **List the contract number of any government contract** | | PLURALSIGHT LLC<br>ATTN: GENERAL COUNSEL<br>42 FUTURE WAY<br>DRAPER UT 84020 |
| 2.1507 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PLV ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>1 SHEILA DR<br>TRINTON FALLS NJ 07724 |
| 2.1508 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PNW CONTRACTING<br>ATTN: GENERAL COUNSEL<br>5271 HIGH BANKS RD<br>SPRINGFIELD OR 97478 |
| 2.1509 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PODIUM CORPORATION INC<br>ATTN: GENERAL COUNSEL<br>1650 W DIGITAL DR<br>LEHI UT 84043 |
| 2.1510 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PODIUM CORPORATION INC<br>ATTN: GENERAL COUNSEL<br>1650 W DIGITAL DR<br>LEHI UT 84043 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1511 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | PODIUM CORPORATION INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1650 W DIGITAL DR LEHI UT 84043 |
| 2.1512 | **State what the contract or lease is for and the nature of the debtor's interest** | SAMPLE EQUIPMENT SPONSOR AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | POINTGUARD ENERGY INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 2377 GOLD MEADOW WAY GOLD RIVER CA 95670 |
| 2.1513 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | POOL 2 INDUSTRIAL TX LLC C/O EQT EXETER |
| | **List the contract number of any government contract** | | ATTN: CHIEF FINANCIAL OFFICER 100 MATDONFORD RD, FIVE RADNOR CORPORATE CENTER STE 205 RADNOR PA 19087 |
| 2.1514 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | POPS ELECTRIC LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 222 POPLAR AVE MARLON NJ 08053 |
| 2.1515 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | POST + PEARL LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL PO BOX 396 RANCHESTER WY 82839 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1516 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | POWER ELECTRIC & CONSTRUCTION INC ATTN: GENERAL COUNSEL 2300 S, SYCAMORE AVE LOS ANGELES CA 90016 |
| | **List the contract number of any government contract** | | |
| 2.1517 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | POWER ELECTRIC & CONSTRUCTION INC ATTN: GENERAL COUNSEL 2300 S, SYCAMORE AVE LOS ANGELES CA 90016 |
| | **List the contract number of any government contract** | | |
| 2.1518 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-TALENT LEASE | |
| | **State the term remaining** | UNDETERMINED | POWER INN INDUSTRIAL PARK I LLC ATTN: GENERAL COUNSEL 155 CADILLAC DR STE 100 SACRAMENTO CA 95825 |
| | **List the contract number of any government contract** | | |
| 2.1519 | **State what the contract or lease is for and the nature of the debtor's interest** | MULTI-TENANT LEASE | |
| | **State the term remaining** | UNDETERMINED | POWER INN INDUSTRIAL PARK I LLC ATTN: GENERAL COUNSEL 155 CADILLAC DR STE 100 SACRAMENTO CA 95825 |
| | **List the contract number of any government contract** | | |
| 2.1520 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | POWER ONE ATTN: GENERAL COUNSEL 2550 E MIRALOMA WAY STE 200 ANAHEIM CA 92806 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1521 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | POWER ROOFING & SOLAR LLC ATTN: GENERAL COUNSEL 255 PRIMERA BLVD STE 160 LAKE MARY FL 32746 |
| 2.1522 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | POWERAID INC D/B/A ENERGYAID ATTN: GENERAL COUNSEL 1715 E WILSHIRE AVE STE 715 SANTA ANA CA 92705 |
| 2.1523 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PRC 02 REED ROAD LLC ATTN: GENERAL COUNSEL 2727 ALLEN PKWY STE 1600 HOUSTON TX 77019 |
| 2.1524 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PREMIER ROOFING ATTN: GENERAL COUNSEL 2015 S PONTIAC WAY DENVER CO 80224 |
| 2.1525 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PREMIER ROOFING ATTN: GENERAL COUNSEL 14216 AUBERRY DR HELOTES TX 78023 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|--------|-------------------------|------------------------|--------------|
|        | Name |  |  |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1526 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
|  | **State the term remaining** | UNDETERMINED | PREMIUMCAD<br>ATTN: GENERAL COUNSEL<br>PLOT NO 01B, 5TH FL, ACE STUDIO, SECTOR-126<br>NOIDA, UTTAR PRADESH 201303<br>INDIA |
|  | **List the contract number of any government contract** | | |
| 2.1527 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: OCEANSIDE GREENHOUSE GAS REDUCTION PROGRAM | |
|  | **State the term remaining** | UNDETERMINED | PRESERVE CALAVERA<br>ATTN: GENERAL COUNSEL<br>5020 NIGHTHAWK WAY<br>OCEANSIDE CA 92056 |
|  | **List the contract number of any government contract** | | |
| 2.1528 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|  | **State the term remaining** | UNDETERMINED | PRIORITY ROOFING<br>ATTN: GENERAL COUNSEL<br>1420 W MOCKINGBIRD LN<br>STE 540<br>DALLAS TX 75247 |
|  | **List the contract number of any government contract** | | |
| 2.1529 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|  | **State the term remaining** | UNDETERMINED | PRIORITY ROOFING<br>ATTN: GENERAL COUNSEL<br>1420 W MOCKINGBIRD LN<br>STE 540<br>DALLAS TX 75247 |
|  | **List the contract number of any government contract** | | |
| 2.1530 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|  | **State the term remaining** | UNDETERMINED | PRO ROOFING COLORADO<br>ATTN: GENERAL COUNSEL<br>9249 EASTMAN PARK DR<br>STE A<br>WINDSOR CO 80550 |
|  | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                         Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1531 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PRO ROOFING US LLC<br>ATTN: GENERAL COUNSEL<br>189 N CAVEMAN BLVD<br>AMERICAN FORK UT 84003 |
| 2.1532 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PRO-ENERGY ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>700 W BENTRUP ST<br>CHANDLER AZ 85225 |
| 2.1533 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PROFESSIONAL BUILDING SERVICES BY PMC<br>ATTN: GENERAL COUNSEL<br>9 OLDE WOODE RD<br>SALEM NH 03079 |
| 2.1534 | State what the contract or lease is for and the nature of the debtor's interest | FINAL SALE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PROFESSIONAL CONTRACTOR SUPPLY<br>ATTN: GENERAL COUNSEL<br>1491 CENTER CROSSING RD<br>LAS VEGAS NV 89144 |
| 2.1535 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | PROFESSIONAL ROOFING CONTRACTORS INC<br>ATTN: GENERAL COUNSEL<br>3046 SE DOMINICA<br>TERRACE STUART FL 34997 |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1536 | **State what the contract or lease is for and the nature of the debtor's interest** | INSTALLATION REFERRAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROJECT SOLAR INC<br>ATTN: TREVOR HILTBRAND<br>631 W SPRING DEW LN<br>BUILDING G<br>STE 2100<br>LEHI UT 84043 |
| 2.1537 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROLOGIS<br>ATTN: GENERAL COUNSEL<br>17777 CTR COURT DR N<br>STE 100<br>CERRITOS CA 90703 |
| 2.1538 | **State what the contract or lease is for and the nature of the debtor's interest** | THE LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROLOGIS<br>ATTN: GENERAL COUNSEL<br>2525 E CAMELBACK RD<br>STE 400<br>PHOENIX AZ 85016 |
| 2.1539 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE | |
| | **State the term remaining** | 869 DAYS | |
| | **List the contract number of any government contract** | | PROLOGIS NA2 TEXAS LLC<br>ATTN: MARKET OFFICER<br>600 CONGRESS AVE<br>14TH FL<br>AUSTIN TX 78701 |
| 2.1540 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT WITH GUARANTY [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PROLOGIS TARGETED US LOGISTICS FUND LP<br>ATTN: GENERAL COUNSEL<br>3475 PIEDMONT RD NE<br>STE 650<br>ATLANTA GA 30305 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1541 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO LEASE | |
| | **State the term remaining** | 1,022 DAYS | PROLOGIS TARGETED US LOGISTICS FUND LP ATTN: MARKET OFFICER 17777 CTR COURT DR N STE 100 CERRITOS CA 90703 |
| | **List the contract number of any government contract** | | |
| 2.1542 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL AND SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PROTECTION ONE, A DIVISION OF ADT LLC ATTN: GENERAL COUNSEL 1501 YAMATO RD BOCA RATON FL 33431 |
| | **List the contract number of any government contract** | | |
| 2.1543 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | PRO-TIME SOLUTIONS INC ATTN: GENERAL COUNSEL 11290 GREEN ARBOR DR RIVERSIDE CA 92505 |
| | **List the contract number of any government contract** | | |
| 2.1544 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | PRO-TIME SOLUTIONS INC ATTN: GENERAL COUNSEL 11290 GREEN ARBOR DR RIVERSIDE CA 92505 |
| | **List the contract number of any government contract** | | |
| 2.1545 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF TERMINATION | |
| | **State the term remaining** | UNDETERMINED | PROXY FINANCIAL ATTN: GENERAL COUNSEL 285 MADISON AVE STE 1830 NEW YORK NY 10017 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1546 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PSI ARBY LLC<br>ATTN: GENERAL COUNSEL<br>3 GLENLAKE PKWY<br>ATLANTA GA 30328 |
| 2.1547 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 85 DAYS | |
| | **List the contract number of any government contract** | | PULTE PURCHASING CORPORATION<br>ATTN: GENERAL COUNSEL<br>3350 PEACHTREE RD NE<br>ATLANTA GA 30326 |
| 2.1548 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 85 DAYS | |
| | **List the contract number of any government contract** | | PULTEGROUP INC<br>ATTN: KIRK HAMMERSMITH<br>3350 PEACHTREE RD NE<br>STE 1500<br>ATLANTA GA 30326 |
| 2.1549 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PURE PWR POOLS INC<br>ATTN: GENERAL COUNSEL<br>1317 SIMPSON WAY<br>STE L<br>ESCONDIDO CA 92029 |
| 2.1550 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PURE PWR POOLS INC<br>ATTN: GENERAL COUNSEL<br>1317 SIMPSON WAY<br>STE L<br>ESCONDIDO CA 92029 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1551 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PW FUND B LP<br>C/O BUZZ OATES MANAGEMENT SERVICES<br>ATTN: GENERAL COUNSEL<br>555 CAPITOL MALL<br>STE 900<br>SACRAMENTO CA 95814 |
| 2.1552 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO LEASE WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PW FUND B LP<br>C/O BUZZ OATES MANAGEMENT SERVICES<br>ATTN: GENERAL COUNSEL<br>555 CAPITOL MALL<br>STE 900<br>SACRAMENTO CA 95814 |
| 2.1553 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AMENDMENT NO. 1 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PW FUND B LP<br>C/O BUZZ OATES MANAGEMENT SERVICES<br>ATTN: GENERAL COUNSEL<br>555 CAPITOL MALL<br>STE 900<br>SACRAMENTO CA 95814 |
| 2.1554 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | PZSE STRUCTURAL ENGINEERING INC<br>ATTN: GENERAL COUNSEL<br>1478 STONE POINT DR<br>STE 190<br>ROSEVILLE CA 95661 |
| 2.1555 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: EXECUTED AMENDMENT NO. 3 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | QCELLS<br>ATTN: GENERAL COUNSEL<br>300 SPECTRUM CTR DR<br>STE 500<br>IRVINE CA 92618 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1556 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | QED INC ATTN: GENERAL COUNSEL 5875 S DECATUR BLVD LAS VEGAS NV 89118 |
| | List the contract number of any government contract | | |
| 2.1557 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | QED INC ATTN: GENERAL COUNSEL 5875 S DECATUR BLVD LAS VEGAS NV 89118 |
| | List the contract number of any government contract | | |
| 2.1558 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | QUACH'S QUALITY ELECTRICAL SERVICES ATTN: GENERAL COUNSEL 75533 GARFIELD ST HOLYWOOD FL 33024 |
| | List the contract number of any government contract | | |
| 2.1559 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | QUALITY SOLAR INSTALLATION LLC ATTN: GENERAL COUNSEL 2776 VALLEY VIEW DR LAYTON UT 84040 |
| | List the contract number of any government contract | | |
| 2.1560 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | QUICK ROOFING LLC ATTN: GENERAL COUNSEL 925 E KENNEDALE PKWY KENNEDALE TX 76060 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

   Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1561 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | R&A DIRECTIONAL BORING LLC<br>ATTN: GENERAL COUNSEL<br>25910 BOURGAIN DR<br>TOMBALL TX 77377 |
| 2.1562 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | RADIANT ENERGY SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>990 SILVER OAK PL<br>CHULA VISTA CA 91914 |
| 2.1563 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | RADIANT ENERGY SOLUTIONS LLC<br>ATTN: GENERAL COUNSEL<br>990 SILVER OAK PL<br>CHULA VISTA CA 91914 |
| 2.1564 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | RAINY DAY ROOFING<br>ATTN: GENERAL COUNSEL<br>9295 9TH ST<br>RANCHO CUCAMONGA CA 91730 |
| 2.1565 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | RAINY DAY ROOFING<br>ATTN: GENERAL COUNSEL<br>8930 CTR AVE<br>RANCHO CUCAMONGA CA 91730 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1566 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RANGEL JANITORIAL INC ATTN: GENERAL COUNSEL 26323 JEFFERSON AVE STE E101 MURRIETA CA 92562 |
| 2.1567 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RANGEL JANITORIAL INC ATTN: GENERAL COUNSEL 26323 JEFFERSON AVE STE E101 MURRIETA CA 92562 |
| 2.1568 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RAYFORD ROOFING LLC ATTN: GENERAL COUNSEL 24624 I-45N STE 200 SPRING TX 77386 |
| 2.1569 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RBC CAPITAL MARKETS LLC ATTN: GENERAL COUNSEL 200 VESEY ST 10TH FL NEW YORK NY 10281 |
| 2.1570 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | REAL DIGITAL MEDIA LLC ATTN: GENERAL COUNSEL 1800 2ND ST STE 104 SARASOTA FL 34236 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1571 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REANIMATE CONTRACTORS ATTN: GENERAL COUNSEL 125 W RT 130 S BURLINGTON NJ 08016 |
| 2.1572 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REC AMERICAS LLC ATTN: GENERAL COUNSEL 1820 GATEWAY DR STE 170 SAN MATEO CA 94404 |
| 2.1573 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REC AMERICAS LLC ATTN: GENERAL COUNSEL 1820 GATEWAY DR STE 170 SAN MATEO CA 94404 |
| 2.1574 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRIPLE STACK STORAGE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REC AMERICAS LLC ATTN: GENERAL COUNSEL 330 JAMES WAY STE 150 PISMO BEACH CA 93449 |
| 2.1575 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRIPLE STACK STORAGE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REC AMERICAS LLC ATTN: GENERAL COUNSEL 1820 GATEWAY DR STE 170 SAN MATEO CA 94404 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1576 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | REC AMERICAS LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 330 JAMES WAY STE 150 PISMO BEACH CA 93449 |
| 2.1577 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RECON ROOFING & CONSTRUCTION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 5358 S LARAMIE PL BOISE ID 83716 |
| 2.1578 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RED RUSTY ENTERPRISES LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 800 NE TENNEY RD STE 110-407 VANCOUVER WA 98685 |
| 2.1579 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | REDDIX ELECTRIC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1818 E BUENA VISTA AVE VISALIA CA 93292 |
| 2.1580 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | REDEEMED ROOFING LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1505 TAMARACK CC TRAIL NORMAL IL 61761 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1581 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REGAN ROOFING INC<br>ATTN: GENERAL COUNSEL<br>2420 INDUSTRY ST<br>STE B<br>OCEANSIDE CA 92054 |
| 2.1582 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REIMAGINE ROOFING LLC<br>ATTN: GENERAL COUNSEL<br>1835 E 6TH ST<br>STE 11<br>TEMPE AZ 85288 |
| 2.1583 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REIMAGINE ROOFING LLC<br>ATTN: GENERAL COUNSEL<br>1835 E 6TH ST<br>STE 11<br>TEMPE AZ 85288 |
| 2.1584 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REIMAGINE ROOFING LLC<br>ATTN: GENERAL COUNSEL<br>1100 E WASHINGTON ST<br>STE 200<br>PHOENIX AZ 85034 |
| 2.1585 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RELIABLE ROOFING AND SHEET METAL LLC<br>ATTN: GENERAL COUNSEL<br>12441 CHANDLER BLVD<br>VALLEY VILLAGE CA 91607 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1586 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR PARTICIPATION AGREEMENT WITH ADDENDA | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RENEW FINANCIAL GROUP LLC ATTN: GENERAL COUNSEL 1221 BROADWAY 4TH FL OAKLAND CA 94612 |
| 2.1587 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RENEW ROOFING AND CONSTRUCTION INC ATTN: GENERAL COUNSEL 31026 JOHLKE RD MAGNOLIA TX 77355 |
| 2.1588 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RENEWABLE STANDARDS INC ATTN: GENERAL COUNSEL 6211 CYPRESS SPRINGS CIR LAS VEGAS NV 89148 |
| 2.1589 | **State what the contract or lease is for and the nature of the debtor's interest** | HERO CONTRACTOR EXCELLENCE PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RENOVATE AMERICA INC ATTN: GENERAL COUNSEL 16409 W BERNARDO DR SAN DIEGO CA 92127 |
| 2.1590 | **State what the contract or lease is for and the nature of the debtor's interest** | HERO CONTRACTOR FEE PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RENOVATE AMERICA INC ATTN: GENERAL COUNSEL 16409 W BERNARDO DR SAN DIEGO CA 92127 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1591 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | REPUBLIC ROOFING ATTN: GENERAL COUNSEL 4264 CORDOBES COVE SAN DIEGO CA 92130 |
| | **List the contract number of any government contract** | | |
| 2.1592 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | REPUTATION.COM INC ATTN: GENERAL COUNSEL 1400A SEAPORT BLVD STE 401 REDWOOD CITY CA 94063 |
| | **List the contract number of any government contract** | | |
| 2.1593 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF CONTRACT TERMINATION | |
| | **State the term remaining** | UNDETERMINED | REPUTATION.COM INC ATTN: AARON LAW & JACQUELINE METHLING 1400A SEAPORT BLVD STE 401 REDWOOD CITY CA 94063 |
| | **List the contract number of any government contract** | | |
| 2.1594 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RESHETAR INC ATTN: GENERAL COUNSEL 401 CONSERVATION DR AUSTIN TX 78717 |
| | **List the contract number of any government contract** | | |
| 2.1595 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - FORM OF COMMUNITY ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | RESHETAR INC ATTN: GENERAL COUNSEL 401 CONSERVATION DR AUSTIN TX 78717 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                      Case number (if known) **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1596 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES ROOMS ONLY AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED | RESORTS WORLD LAS VEGAS ATTN: GENERAL COUNSEL 3000 LAS VEGAS BLVD S LAS VEGAS NV 89109 |
| | **List the contract number of any government contract** | | |
| 2.1597 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT AND GUARANTY |  |
| | **State the term remaining** | UNDETERMINED | RETHING ENERGY LLC ATTN: GENERAL COUNSEL 28898 GALAXY WAY MENIFEE CA 92586 |
| | **List the contract number of any government contract** | | |
| 2.1598 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED | RETHINK ENERGY LLC ATTN: GENERAL COUNSEL 28898 GALAXY WAY MENIFEE CA 92586 |
| | **List the contract number of any government contract** | | |
| 2.1599 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT |  |
| | **State the term remaining** | UNDETERMINED | REXEL USA INC CORP ATTN: GENERAL COUNSEL 14951 DALLAS PKWY DALLAS TX 75254 |
| | **List the contract number of any government contract** | | |
| 2.1600 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] |  |
| | **State the term remaining** | UNDETERMINED | REXEL USA INC CORP ATTN: GENERAL COUNSEL 14951 DALLAS PKWY DALLAS TX 75254 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1601 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | REXFORD INDUSTRIAL - SDLAOC LLC<br>ATTN: GENERAL COUNSEL<br>11620 WILSHIRE BLVD<br>STE 1000<br>LOS ANGELES CA 90025 |
| 2.1602 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1603 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1604 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1605 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |

Debtor  **Freedom Forever LLC**                                    Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1606 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1607 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1608 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1609 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |
| 2.1610 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | RF-SMART<br>ATTN: GENERAL COUNSEL<br>3563 PHILIPS HWY<br>STE F-601<br>JACKSONVILLE FL 32207 |

Debtor **Freedom Forever LLC**                                      Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1611 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RH ROOFING INC<br>ATTN: GENERAL COUNSEL<br>2020 S SUSAN ST<br>STE R<br>SANTA ANA CA 92704 |
| 2.1612 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RH ROOFING INC<br>ATTN: GENERAL COUNSEL<br>2020 S SUSAN ST<br>STE R<br>SANTA ANA CA 92704 |
| 2.1613 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RH ROOFING INC<br>ATTN: GENERAL COUNSEL<br>2020 S SUSAN ST<br>STE R<br>SANTA ANA CA 92704 |
| 2.1614 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RHINO EXTERIOR SOLUTIONS LLC / JOSEPH AUSTIN<br>ATTN: GENERAL COUNSEL<br>1950 BUTLER PIKE<br>STE 309<br>CONSHOHOCKEN PA 19428 |
| 2.1615 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | RHINO ROOFING LLC<br>ATTN: GENERAL COUNSEL<br>3111 S VALLEY VIEW BLVD<br>LAS VEGAS NV 89102 |

Debtor   **Freedom Forever LLC**                                            Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1616 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | RI RESTORATION INC ATTN: GENERAL COUNSEL 1135 CHARLES ST NORTH PROVIDENCE RI 02904 |
| | List the contract number of any government contract | | |
| 2.1617 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | RICKY'S TREE SERVICE ATTN: GENERAL COUNSEL 122 THE DR LUFKIN TX 75904 |
| | List the contract number of any government contract | | |
| 2.1618 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIDGE CONTRACTING LLC ATTN: GENERAL COUNSEL 2301 S STEARMAN DR CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.1619 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIDGE ROOFING LLC ATTN: GENERAL COUNSEL 2301 S STEARMAN DR CHANDLER AZ 85286 |
| | List the contract number of any government contract | | |
| 2.1620 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | RIDGE TO RAKE ROOFING ATTN: GENERAL COUNSEL 2165 SAN DIEGO AVE STE 102 SAN DIEGO CA 92110 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1621 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIDGE TOP EXTERIORS ATTN: GENERAL COUNSEL 10810 HW 19 N CLEARWATER FL 33764 |
| | List the contract number of any government contract | | |
| 2.1622 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | RIGHT ANGLE ENGINEERING PLLC ATTN: LEGAL DEPARTMENT 757 TECHNOLOGY AVE OREM UT 84097 |
| | List the contract number of any government contract | | |
| 2.1623 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF PERSONAL GUARANTY | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1624 | State what the contract or lease is for and the nature of the debtor's interest | PERSONAL GUARANTY | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1625 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF PERSONAL GUARANTY | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

          Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1626 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RIMLINE ELECTRIC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 2025 N 6TH AVE TUCSON AZ 85705 |
| 2.1627 | **State what the contract or lease is for and the nature of the debtor's interest** | INITIAL ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| 2.1628 | **State what the contract or lease is for and the nature of the debtor's interest** | INITIAL ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| 2.1629 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| 2.1630 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1631 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | **List the contract number of any government contract** | | |
| 2.1632 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | **List the contract number of any government contract** | | |
| 2.1633 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | **List the contract number of any government contract** | | |
| 2.1634 | **State what the contract or lease is for and the nature of the debtor's interest** | INITIAL ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | **List the contract number of any government contract** | | |
| 2.1635 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1636 | State what the contract or lease is for and the nature of the debtor's interest | INITIAL ORDER FORM | |
| | State the term remaining | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | List the contract number of any government contract | | |
| 2.1637 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | |
| | State the term remaining | UNDETERMINED | RINGCENTRAL INC ATTN: GENERAL COUNSEL 20 DAVIS DR BELMONT CA 94002 |
| | List the contract number of any government contract | | |
| 2.1638 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1639 | State what the contract or lease is for and the nature of the debtor's interest | MEMORIALIZATION OF UNDERSTANDING | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1640 | State what the contract or lease is for and the nature of the debtor's interest | MEMORIALIZATION OF UNDERSTANDING | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.1641 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORIALIZATION OF UNDERSTANDING [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1642 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1643 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROBINSON LANDSCAPING SERVICE LLC ATTN: GENERAL COUNSEL 2699 MANNING ST AMBRIDGE PA 15003 |
| | **List the contract number of any government contract** | | |
| 2.1644 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF INTENT TO RENEW THE TERM OF AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROCHE KARN PRODUCTIONS INC, ON BEHALF OF MR RICHARD KARN C/O MARCIA HURWITZ MANAGEMENT & CONSULTING ATTN: GENERAL COUNSEL 2170 E LIVE OAK DR LOS ANGELES CA 90068 |
| | **List the contract number of any government contract** | | |
| 2.1645 | **State what the contract or lease is for and the nature of the debtor's interest** | INFOMERCIAL HOST TALENT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROCHE-KARN PRODUCTIONS INC C/O DAN FRATELLI AND COMPANY ATTN: GENERAL COUNSEL 16133 VENTURA BLVD STE 545 ENCINO CA 91436 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                                        Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1646 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROCKIN A ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>1220 E GREG ST<br>STE 8<br>SPARKS NV 89431 |
| 2.1647 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROGUE STRUCTURES INC<br>ATTN: ROBERT JEREMY ROGELSTAD, CEO<br>10615 LABURNHAM CIR<br>TRUCKEE CA 96161 |
| 2.1648 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROGUE STRUCTURES INC<br>ATTN: ROBERT JEREMY ROGELSTAD, CEO<br>10615 LABURNHAM CIR<br>TRUCKEE CA 96161 |
| 2.1649 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ROGUE STRUCTURES INC<br>ATTN: ROBERT JEREMY ROGELSTAD, CEO<br>10615 LABURNHAM CIR<br>TRUCKEE CA 96161 |
| 2.1650 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDIA CONSENT FORM AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1651 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RONALD WEST ROOFING ATTN: GENERAL COUNSEL 10651 BUCK RD ORLANDO FL 32817 |
| | **List the contract number of any government contract** | | |
| 2.1652 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1653 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROOF DOCTORS ATTN: GENERAL COUNSEL 2487 S GILBERT RD STE 106609 GILBERT AZ 85295 |
| | **List the contract number of any government contract** | | |
| 2.1654 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROOF GUARD INC ATTN: GENERAL COUNSEL 3101 WINDSONG CT CHINO HILLS CA 91709 |
| | **List the contract number of any government contract** | | |
| 2.1655 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROOF KING ROOFING INC ATTN: GENERAL COUNSEL 450 W CALIFORNIA AVE STE 103 VISTA CA 92083 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1656 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ROOF RECOVERY<br>ATTN: GENERAL COUNSEL<br>5744 LONETREE BLVD<br>ROCKLIN CA 95765 |
| | List the contract number of any government contract | | |
| 2.1657 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | ROOF RECOVERY<br>ATTN: GENERAL COUNSEL<br>5744 LONETREE BLVD<br>ROCKLIN CA 95765 |
| | List the contract number of any government contract | | |
| 2.1658 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ROOFCRAFTERS ROOFING<br>ATTN: GENERAL COUNSEL<br>1308 US-80<br>BLOOMINGDALE GA 31302 |
| | List the contract number of any government contract | | |
| 2.1659 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | ROOFING ADVOCATES INC D/B/A ROOFWORX<br>ATTN: GENERAL COUNSEL<br>8084 S STATE ST<br>MIDVALE UT 84047 |
| | List the contract number of any government contract | | |
| 2.1660 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | ROOFING ADVOCATES INC D/B/A ROOFWORX<br>ATTN: GENERAL COUNSEL<br>8084 S STATE ST<br>MIDVALE UT 84047 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                         Case number (if known)   **26-10522**

          Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1661 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 919 DAYS | ROOFIX TECHNOLOGIES LLC ATTN: GENERAL COUNSEL 701 HIGHLANDER BLVD ARLINGTON TX 76015 |
| | **List the contract number of any government contract** | | |
| 2.1662 | **State what the contract or lease is for and the nature of the debtor's interest** | RIDER NO. 1 TO MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROOFIX TECHNOLOGIES LLC ATTN: GENERAL COUNSEL 701 HIGHLANDER BLVD ARLINGTON TX 76015 |
| | **List the contract number of any government contract** | | |
| 2.1663 | **State what the contract or lease is for and the nature of the debtor's interest** | SHORT-FORM SECURITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROOFIX TECHNOLOGIES LLC ATTN: GENERAL COUNSEL 701 HIGHLANDER BLVD ARLINGTON TX 76015 |
| | **List the contract number of any government contract** | | |
| 2.1664 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROOTER MAN PLUMBING OF SONOMA COUNTY ATTN: GENERAL COUNSEL 789 LOMBARDI CT STE 208 SANTA ROSA CA 95407 |
| | **List the contract number of any government contract** | | |
| 2.1665 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | ROOTER MAN PLUMBING OF SONOMA COUNTY ATTN: GENERAL COUNSEL 789 LOMBARDI CT STE 208 SANTA ROSA CA 95407 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1666 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROSE ELECTRIC LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 7800 LAKECREST DR GREENBELT MD 20770 |
| 2.1667 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ROVA ROOFING LLC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 3134 E MCKELLIPS RD UNIT 9 MESA AZ 85213 |
| 2.1668 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RS CONSTRUCTION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 35021 AVE 13 MADERA CA 93636 |
| 2.1669 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | RUDY GUERRIERI TEST MSA |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 123 MAIN ST PITTSBURGH PA 15222 |
| 2.1670 | **State what the contract or lease is for and the nature of the debtor's interest** | INVOICE | |
| | **State the term remaining** | UNDETERMINED | RUNERGY PV TECHNOLOGY (THAILAND) CO LTD D/B/A SOLAR HYPERION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 7/559 M6, MAPYANGPHON PLUAK DAENG RAYONG 21140 THAILAND |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1671 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | S3C ENERGY INC<br>ATTN: GENERAL COUNSEL<br>655 N BERRY ST<br>BREA CA 92821 |
| 2.1672 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | S3C ENERGY INC<br>ATTN: GENERAL COUNSEL<br>655 N BERRY ST<br>BREA CA 92821 |
| 2.1673 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFARI ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>1250 BORREGAS AVE<br>STE 60<br>SUNNYVALE CA 94089 |
| 2.1674 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE HAVEN SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>520 E 19TH AVE NORTH<br>KANSAS CITY MO 64116 |
| 2.1675 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE HOME DIRECT<br>ATTN: GENERAL COUNSEL<br>1125 MIDDLE ST<br>STE 201<br>MIDDLE CT 06457 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.1676 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS PROMOTIONAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| 2.1677 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| 2.1678 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| 2.1679 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| 2.1680 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS PROMOTIONAL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1681 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS PROMOTIONAL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.1682 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS PROMOTIONAL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.1683 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS PROMOTIONAL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.1684 | **State what the contract or lease is for and the nature of the debtor's interest** | CROSS PROMOTIONAL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SAFE STREETS USA LLC ATTN: JOSIAH BOND 3400 N 1200 W LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.1685 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | SAFEWAY ELECTRIC ATTN: GENERAL COUNSEL 7265 GYPSUM DR JURUPA VALLEY CA 92509 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.1686 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | SAGE INTACCT INC ATTN: GENERAL COUNSEL 300 PARK AVE STE 1400 SAN JOSE CA 95110 |
| | **List the contract number of any government contract** | | |
| 2.1687 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SAGUARO SOLAR LLC ATTN: GENERAL COUNSEL 2626 N CAMPBELL AVE TUCSON AZ 85719 |
| | **List the contract number of any government contract** | | |
| 2.1688 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | SALARYCOM LLC ATTN: GENERAL COUNSEL 610 LINCOLN ST N BLDG STE 200 WALTHAM MA 02451 |
| | **List the contract number of any government contract** | | |
| 2.1689 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SALARYCOM LLC ATTN: GENERAL COUNSEL 610 LINCOLN ST N BLDG STE 200 WALTHAM MA 02451 |
| | **List the contract number of any government contract** | | |
| 2.1690 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SALT RIVER PROJECT (SRP) ATTN: GENERAL COUNSEL PO BOX 2951 PHOENIX AZ 85062 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1691 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1692 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | SANDERS EQUITIES LLC<br>ATTN: GENERAL COUNSEL<br>68 ARCH ST<br>GREENWICH CT 06830 |
| | **List the contract number of any government contract** | | |
| 2.1693 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND CLAIM RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1694 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT ADVISORY BOARD: PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1695 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | | | SARGENT ELECTRIC<br>ATTN: GENERAL COUNSEL<br>2767 LIBERTY AVE<br>PITTSBURGH PA 15222 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1696 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SARGENT ENTERPRISES INC ATTN: GENERAL COUNSEL 26033 S POWER RD QUEEN CREEK AZ 85142 |
| | **List the contract number of any government contract** | | |
| 2.1697 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | SATER ELECTRIC ATTN: GENERAL COUNSEL 9732 STATE RT 445, # 339 SPARKS NV 89441 |
| | **List the contract number of any government contract** | | |
| 2.1698 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SATER ELECTRIC LLC ATTN: GENERAL COUNSEL 9732 STATE ROUTE 445 STE 339 SPARKS NV 89441 |
| | **List the contract number of any government contract** | | |
| 2.1699 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SAVATREE LLC ATTN: GENERAL COUNSEL 550 BEDFORD RD BEDFORD HILLS NY 10507 |
| | **List the contract number of any government contract** | | |
| 2.1700 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SCHLETTER NA INC ATTN: GENERAL COUNSEL 5200 77 CTR DR STE 250 CHARLOTTE NC 28217 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1701 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SCHNEIDER ELECTRIC USA INC ATTN: GENERAL COUNSEL ONE BOSTON PL 201 WASHINGTON ST STE 2700 BOSTON MA 02108 |
| | **List the contract number of any government contract** | | |
| 2.1702 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SCHNEIDER TREE CARE ATTN: GENERAL COUNSEL 231 TANNER DR TAYLORS SC 29687 |
| | **List the contract number of any government contract** | | |
| 2.1703 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO AIRCRE STANDARD INDUSTRIAL/COMMERCIAL TENANT LEASE | |
| | **State the term remaining** | UNDETERMINED | SCHNITZER PROPERTIES LLC ATTN: GENERAL COUNSEL PO BOX 4900 PORTLAND OR 97208 |
| | **List the contract number of any government contract** | | |
| 2.1704 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1705 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | SEAGERS MADE ATTN: GENERAL COUNSEL 9165 S JONAS BLVD LAS VEGAS NV 89139 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1706 | **State what the contract or lease is for and the nature of the debtor's interest** | FRANCHISED BUSINESS SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SEAGERS MADE LLC<br>ATTN: GENERAL COUNSEL<br>702 RANDOLPH AVE<br>STE C<br>COSTA MESA CA 92626 |
| | **List the contract number of any government contract** | | |
| 2.1707 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SEFCIK ENTERPRISES LLC D/B/A MR ELECTRIC OF GAINESVILLE<br>ATTN: GENERAL COUNSEL<br>6386 AARONS WAY<br>FLOWERY BRANCH GA 30542 |
| | **List the contract number of any government contract** | | |
| 2.1708 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SEG SOLAR INC<br>ATTN: GENERAL COUNSEL<br>973 ISOM RD<br>SAN ANTONIO TX 78216 |
| | **List the contract number of any government contract** | | |
| 2.1709 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SELECT EXTERIORS<br>ATTN: GENERAL COUNSEL<br>1269 STANDISH CIR<br>LINCOLN CA 95648 |
| | **List the contract number of any government contract** | | |
| 2.1710 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SELECT ROOFING<br>ATTN: GENERAL COUNSEL<br>11100 SEPULVEDA BLVD<br>STE 554<br>MISSION HILLS CA 91345 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**
Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1711 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SELECT ROOFING ATTN: GENERAL COUNSEL 11100 SEPULVEDA BLVD STE 554 MISSION HILLS CA 91345 |
| 2.1712 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SERVICE FINANCE COMPANY LLC ATTN: GENERAL COUNSEL 555 S FEDERAL HWY STE 200 BOCA RATON FL 33432 |
| 2.1713 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER COMPANY PROFILE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SERVICE FINANCE COMPANY LLC ATTN: GENERAL COUNSEL 555 S FEDERAL HWY STE 200 BOCA RATON FL 33432 |
| 2.1714 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING MEMORANDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SERVICE FINANCE COMPANY LLC ATTN: GENERAL COUNSEL 555 SOUTH FEDERAL HWY #200 BOCA RATON FL 33432 |
| 2.1715 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SERVICE FINANCE COMPANY LLC ATTN: GENERAL COUNSEL 555 S FEDERAL HWY STE 200 BOCA RATON FL 33432 |

Debtor    **Freedom Forever LLC**                                         Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1716 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SERVICE FINANCE COMPANY LLC ATTN: GENERAL COUNSEL 555 S FEDERAL HWY STE 200 BOCA RATON FL 33432 |
| | **List the contract number of any government contract** | | |
| 2.1717 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | SERVICE PRO ELECTRICAL ATTN: GENERAL COUNSEL 4522 LEE AVE LA MESA CA 91941 |
| | **List the contract number of any government contract** | | |
| 2.1718 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SERVPRO COMMERCIAL LLC ATTN: GENERAL COUNSEL 801 INDUSTRIAL BLVD GALLATIN TN 37066 |
| | **List the contract number of any government contract** | | |
| 2.1719 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.1720 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | SHARP INDUSTRIES ATTN: GENERAL COUNSEL 1525 3RD ST STE K RIVERSIDE CA 92507 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Case number (if known) **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1721 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SHELBY ELECTRIC LLC ATTN: GENERAL COUNSEL 419 S GALAXY DR CHANDLER AZ 85226 |
| | List the contract number of any government contract | | |
| 2.1722 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.1723 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER RESALE MSA | |
| | State the term remaining | 845 DAYS | SHI INTERNATIONAL CORP ATTN: CONTRACTS DEPARTMENT 290 DAVIDSON AVE SOMERSET NJ 08873 |
| | List the contract number of any government contract | | |
| 2.1724 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | 702 DAYS | SHIPWELL INC ATTN: GENERAL COUNSEL PO BOX 30372 AUSTIN TX 78755 |
| | List the contract number of any government contract | | |
| 2.1725 | State what the contract or lease is for and the nature of the debtor's interest | STATEMENT OF WORK | |
| | State the term remaining | UNDETERMINED | SHIPWELL INC ATTN: GENERAL COUNSEL PO BOX 30372 AUSTIN TX 78755 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1726 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIERRA ELECTRIC LLC ATTN: GENERAL COUNSEL 715 STAFFORD RD SOMERS CT 06071 |
| 2.1727 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIERRA ROOF INC ATTN: GENERAL COUNSEL PO BOX 3189 ANAHEIM CA 92803 |
| 2.1728 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIERRA ROOF INC ATTN: GENERAL COUNSEL PO BOX 3189 ANAHEIM CA 92803 |
| 2.1729 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SIERRA ROOF INC ATTN: GENERAL COUNSEL PO BOX 3189 ANAHEIM CA 92803 |
| 2.1730 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 40 DAYS | |
| | **List the contract number of any government contract** | | SIGENERGY TECHNOLOGY INC ATTN: GENERAL COUNSEL 548 S SPRING ST STE 1014 LOS ANGELES CA 90013 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1731 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SILFAB SOLAR INC ATTN: GENERAL COUNSEL 1770 PORT DR BELLINGHAM WA 98233 |
| | **List the contract number of any government contract** | | |
| 2.1732 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SILFAB SOLAR INC ATTN: GENERAL COUNSEL 240 COURTNEYPARK DR E MISSISSAUGA ON CANADA |
| | **List the contract number of any government contract** | | |
| 2.1733 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SILVER STARR INC D/B/A INSTANT AIR ATTN: GENERAL COUNSEL 3141 WESTWOOD DIVE STE B LAS VEGAS NV 89109 |
| | **List the contract number of any government contract** | | |
| 2.1734 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SILVERLINE RESTORATION INC ATTN: GENERAL COUNSEL 1789 NEW BRITAIN AVE FARMINGTON CT 06032 |
| | **List the contract number of any government contract** | | |
| 2.1735 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SITE CAPTURE LLC ATTN: GENERAL COUNSEL 7001 SHOAL CREEK AUSTIN TX 78757 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1736 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE A - ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SITECAPTURE INC<br>ATTN: GENERAL COUNSEL<br>4096 PIEDMONT AVE #610<br>OAKLAND CA 94611 |

| 2.1737 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SITECAPTURE INC<br>ATTN: GENERAL COUNSEL<br>4096 PIEDMONT AVE #610<br>OAKLAND CA 94611 |

| 2.1738 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE A - ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SITECAPTURE INC<br>ATTN: GENERAL COUNSEL<br>4096 PIEDMONT AVE #610<br>OAKLAND CA 94611 |

| 2.1739 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SITECAPTURE INC<br>ATTN: GENERAL COUNSEL<br>4096 PIEDMONT AVE #610<br>OAKLAND CA 94611 |

| 2.1740 | **State what the contract or lease is for and the nature of the debtor's interest** | SCHEDULE A - ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SITECAPTURE INC<br>ATTN: GENERAL COUNSEL<br>4096 PIEDMONT AVE #610<br>OAKLAND CA 94611 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.1741 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SKEPTON CONSTRUCTION INC<br>ATTN: GENERAL COUNSEL<br>3481 FINLAND RD<br>PENNSBURG PA 18073 |

| 2.1742 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SKY SUPERIOR LLC<br>ATTN: GENERAL COUNSEL<br>700 W WASHINGTON ST<br>STE 105<br>PHOENIX AZ 85007 |

| 2.1743 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SKYFI SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>980 N MICHIGAN AVE<br>STE 1400<br>CHICAGO IL 60611 |

| 2.1744 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 449 DAYS | |
| | **List the contract number of any government contract** | | SKYLIGHT LENDING LLC<br>ATTN: GENERAL COUNSEL<br>10005 HIGH HILL PL<br>GREAT FALLS VA 22066 |

| 2.1745 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SKYLINE HOMES AND CONSTRUCTION<br>ATTN: GENERAL COUNSEL<br>2121 75TH AVE<br>GREELEY CO 89634 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

  Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1746 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | SLATON & SON ROOFING INC ATTN: GENERAL COUNSEL 21865 ROSEHARY WAY SALINAS CA 93908 |
| | **List the contract number of any government contract** | | |
| 2.1747 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SLATON & SON ROOFING INC ATTN: GENERAL COUNSEL 21865 ROSEHARY WAY SALINAS CA 93908 |
| | **List the contract number of any government contract** | | |
| 2.1748 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 533 DAYS | SMART HOME PROS INC ATTN: GENERAL COUNSEL 491 S 1325 W 3-4 OREM UT 84058 |
| | **List the contract number of any government contract** | | |
| 2.1749 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SMC & KJM ENTERPRISES LLC ATTN: GENERAL COUNSEL 5555 W LINEBAUGH UNIT 302 TAMPA FL 33624 |
| | **List the contract number of any government contract** | | |
| 2.1750 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SMITH ELECTRICAL CONTRACTORS INC ATTN: GENERAL COUNSEL 206 GREENFIELD DR STE G EL CAJON CA 92029 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1751 | State what the contract or lease is for and the nature of the debtor's interest | FULFILLMENT SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | SO LLC D/B/A EAGLE PROMOTIONS ATTN: GENERAL COUNSEL 4575 W POST RD LAS VEGAS NV 89118 |
| | List the contract number of any government contract | | |
| 2.1752 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF CONTRACT TERMINATION | |
| | State the term remaining | UNDETERMINED | SO LLC D/B/A EAGLE PROMOTIONS ATTN: GENERAL COUNSEL 4575 W POST RD LAS VEGAS NV 89118 |
| | List the contract number of any government contract | | |
| 2.1753 | State what the contract or lease is for and the nature of the debtor's interest | FULFILLMENT SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | SO LLC D/B/A EAGLE PROMOTIONS ATTN: GENERAL COUNSEL 4575 W POST RD LAS VEGAS NV 89118 |
| | List the contract number of any government contract | | |
| 2.1754 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SOLAR BROS INC ATTN: GENERAL COUNSEL 9550 FOREST LN STE 748 DALLAS TX 75243 |
| | List the contract number of any government contract | | |
| 2.1755 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NONDISCLOSURE AND CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | 518 DAYS | SOLAR CONNECTIONS INTERNATIONAL INC ATTN: GENERAL COUNSEL 4800 METALMASTER WAY MCHENRY IL 60050 |
| | List the contract number of any government contract | | |

Debtor    **Freedom Forever LLC**

Name

Case number (if known)    **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1756 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR DOCTORS LLC ATTN: GENERAL COUNSEL 3233 GRACE DR DIAMOND SPRINGS CA 95619 |
| 2.1757 | **State what the contract or lease is for and the nature of the debtor's interest** | INTEREST AND CONFIDENTIALITY POLICY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR ENERGY INDUSTRIES ASSOCIATION INC ATTN: GENERAL COUNSEL 1425 K ST NW STE 1000 WASHINGTON DC 20005 |
| 2.1758 | **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR ENERGY INDUSTRIES ASSOCIATION INC ATTN: GENERAL COUNSEL 1425 K ST NW STE 1000 WASHINGTON DC 20005 |
| 2.1759 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR EXCLUSIVE LLC ATTN: GENERAL COUNSEL 9550 S EASTERN AVE STE 253-A084 LAS VEGAS NV 89123 |
| 2.1760 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR INSURE INC ATTN: GENERAL COUNSEL 555 ANTON BLVD STE 150 COSTA MESA CA 92626 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.1761 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR LEGENDS<br>ATTN: GENERAL COUNSEL<br>101 COTTON BLOSSOM CT<br>FREDERICKSBURG VA 22405 |
| 2.1762 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1763 | **State what the contract or lease is for and the nature of the debtor's interest** | LOAN PROGRAM EXCLUSIVITY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1764 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1765 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1766 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AMENDMENT TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1767 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AMENDMENT TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1768 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AMENDMENT TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1769 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AMENDMENT TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1770 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AMENDMENT TO DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1771 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1772 | **State what the contract or lease is for and the nature of the debtor's interest** | OMNIBUS AMENDMENT TO EXCLUSIVITY AGREEMENT AND PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: GENERAL COUNSEL<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1773 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED LOAN PROGRAM PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC INC<br>ATTN: LEGAL DEPARTMENT<br>300 LAKESIDE DR<br>24TH FL<br>OAKLAND CA 94612 |
| 2.1774 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF AMENDMENT NO 3 TO AMENDED AND RESTATED LOAN PROGRAM PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC LLC<br>ATTN: LEGAL DEPARTMENT<br>601 12TH ST<br>STE 325<br>OAKLAND CA 94607 |
| 2.1775 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT WITH AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC LLC<br>C/O OLIVE ADVISORS LLC<br>ATTN: STEVE NARSUTIS<br>1520 WEST OLIVE AVE<br>UNIT 3W<br>CHICAGO IL 60660 |

Debtor  **Freedom Forever LLC**                          Case number (if known) **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1776 | State what the contract or lease is for and the nature of the debtor's interest | OMNIBUS AMENDMENT NO 2 TO EXCLUSIVITY AGREEMENT AND PARTICIPATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAR MOSAIC LLC ATTN: LEGAL DEPARTMENT 601 12TH ST STE 325 OAKLAND CA 94607 |
| 2.1777 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAR MOSAIC LLC ATTN: LEGAL DEPARTMENT 601 12TH ST STE 325 OAKLAND CA 94607 |
| 2.1778 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAR MOSAIC LLC ATTN: LEGAL DEPARTMENT 601 12TH ST STE 325 OAKLAND CA 94607 |
| 2.1779 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAR MOSAIC LLC ATTN: LEGAL DEPARTMENT 601 12TH ST STE 325 OAKLAND CA 94607 |
| 2.1780 | State what the contract or lease is for and the nature of the debtor's interest | RESTATED LOAN PROGRAM PARTICIPATION AGREEMENT WITH AMENDMENTS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAR MOSAIC LLC ATTN: LEGAL DEPARTMENT 601 12TH ST STE 325 OAKLAND CA 94607 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1781 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO AMENDED AND RESTATED LOAN PROGRAM PARTICIPATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC LLC<br>ATTN: LEGAL DEPARTMENT<br>601 12TH ST<br>STE 325<br>OAKLAND CA 94607 |
| 2.1782 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR MOSAIC LLC<br>ATTN: LEGAL DEPARTMENT<br>601 12TH ST<br>STE 325<br>OAKLAND CA 94607 |
| 2.1783 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR ROOFING LLC D/B/A JD ROOFING<br>ATTN: GENERAL COUNSEL<br>1580 E 1600 N<br>MAPLETON UT 84664 |
| 2.1784 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR ROOFING LLC D/B/A JD ROOFING<br>ATTN: GENERAL COUNSEL<br>1580 E 1600 N<br>MAPLETON UT 84664 |
| 2.1785 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SHARING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR UNITED NEIGHBORS<br>ATTN: GENERAL COUNSEL<br>1350 CONNECTICUT AVE NW<br>STE 412<br>WASHINGTON DC 20036 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1786 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA SHARING AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR UNITED NEIGHBORS<br>ATTN: GENERAL COUNSEL<br>1350 CONNECTICUT AVE NW<br>STE 412<br>WASHINGTON DC 20036 |
| 2.1787 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAR4AMERICA<br>ATTN: GENERAL COUNSEL<br>4803 URBANI AVE<br>MCCLELLAN PARK CA 95962 |
| 2.1788 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL TERM SHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>47505 SEABRIDGE DR<br>FREMONT CA 94538 |
| 2.1789 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL TERM SHEET | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>47505 SEABRIDGE DR<br>FREMONT CA 94538 |
| 2.1790 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: REPAYMENT OF CREDIT LINE WITHDRAWALS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>47505 SEABRIDGE DR<br>FREMONT CA 94538 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

| 2.1791 | State what the contract or lease is for and the nature of the debtor's interest | FINANCE AGREEMENT | |
|---|---|---|---|
| | State the term remaining | 260 DAYS | |
| | List the contract number of any government contract | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>47505 SEABRIDGE DR<br>FREMONT CA 94538 |
| 2.1792 | State what the contract or lease is for and the nature of the debtor's interest | FINANCE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>47505 SEABRIDGE DR<br>FREMONT CA 94538 |
| 2.1793 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL SALES INCENTIVE PROGRAM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>700 TASMAN DR<br>MILPITAS CA 95035 |
| 2.1794 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED CONFIDENTIAL SALES INCENTIVE PROGRAM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>700 TASMAN DR<br>MILPITAS CA 95035 |
| 2.1795 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIAL SALES INCENTIVE PROGRAM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLAREDGE TECHNOLOGIES INC<br>ATTN: GENERAL COUNSEL<br>700 TASMAN DR<br>MILPITAS CA 95035 |

Debtor    **Freedom Forever LLC**                                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1796 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: INCENTIVE PROGRAM EXTENSION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1797 | **State what the contract or lease is for and the nature of the debtor's interest** | INCENTIVE PROGRAM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1798 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: INCENTIVE PROGRAM EXTENSION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1799 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SALES INCENTIVE PLAN | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1800 | **State what the contract or lease is for and the nature of the debtor's interest** | MODULE SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1801 | **State what the contract or lease is for and the nature of the debtor's interest** | MODULE SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1802 | **State what the contract or lease is for and the nature of the debtor's interest** | LINE OF CREDIT MEMORANDUM OF UNDERSTANDING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1803 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1804 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSIGNMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 700, TASMAN DR MILPITAS CA 95035 |
| 2.1805 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - RESERVE STOCK PROGRAM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 700 TASMAN DR MILPTAS CA 95035 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.1806 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES & PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1807 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES & PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1808 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 700 TASMAN DR MILPITAS CA 95035 |
| 2.1809 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL TERMS AND CONDITIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE TECHNOLOGIES INC ATTN: GENERAL COUNSEL 47505 SEABRIDGE DR FREMONT CA 94538 |
| 2.1810 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: INFORMATION REGARDING DOMESTIC CONTENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLAREDGE/FLEX ATTN: GENERAL COUNSEL 12455 RESEARCH BLVD AUSTIN TX 78759 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

   Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1811 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: INFORMATION REGARDING DOMESTIC CONTENT | |
| | **State the term remaining** | UNDETERMINED | SOLAREDGE/JABIL ATTN: GENERAL COUNSEL 7340 BRYAN DAIRY RD SEMINOLE FL 33777 |
| | **List the contract number of any government contract** | | |
| 2.1812 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: INFORMATION REGARDING DOMESTIC CONTENT FOR C&I OPTIMIZED INVERTER SYSTEMS | |
| | **State the term remaining** | UNDETERMINED | SOLAREDGE/JABIL ATTN: GENERAL COUNSEL 7340 BRYAN DAIRY RD SEMINOLE FL 33777 |
| | **List the contract number of any government contract** | | |
| 2.1813 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SOLARENERGY OF ILLINOIS ATTN: GENERAL COUNSEL 4735 LOCUST AVE GLENVIEW IL 60025 |
| | **List the contract number of any government contract** | | |
| 2.1814 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SOLAREVER USA ATTN: GENERAL COUNSEL 25391 COMMERCE CTR DR STE 200 LAKE FOREST CA 92630 |
| | **List the contract number of any government contract** | | |
| 2.1815 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SOLARFUL LLC ATTN: GENERAL COUNSEL 1599 N BUTCH MEADOWS LANE MIDWAY UT 84049 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                      Case number (if known)   **26-10522**

  Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1816 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLARLINK ENERGY CONSTRUCTION INC ATTN: GENERAL COUNSEL 11460 SUNRISE GOLD CIR STE A RANCHO CORDOVA CA 95742 |
| 2.1817 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLARLINK ENERGY CONSTRUCTION INC ATTN: GENERAL COUNSEL 11460 SUNRISE GOLD CIR STE A RANCHO CORDOVA CA 95742 |
| 2.1818 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLARXPERTS LLC ATTN: GENERAL COUNSEL 2150 JOHN GLEN DR STE 250 CONCORD CA 94520 |
| 2.1819 | State what the contract or lease is for and the nature of the debtor's interest | DATA PROCESSING ADDENDUM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLARXPERTS LLC ATTN: GENERAL COUNSEL 2150 JOHN GLEN DR STE 250 CONCORD CA 94520 |
| 2.1820 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLARXPERTS LLC ATTN: GENERAL COUNSEL 2150 JOHN GLEN DR STE 250 CONCORD CA 94520 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1821 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLARXPERTS LLC<br>ATTN: GENERAL COUNSEL<br>2150 JOHN GLEN DR<br>STE 250<br>CONCORD CA 94520 |
| 2.1822 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLARXPERTS LLC<br>ATTN: GENERAL COUNSEL<br>2150 JOHN GLEN DR<br>STE 250<br>CONCORD CA 94520 |
| 2.1823 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 694 DAYS | |
| | **List the contract number of any government contract** | | SOLERRO SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>1307 S MAPLE GROVE RD<br>BOISE ID 83709 |
| 2.1824 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPERSEDE AND LIEN SUBORDINATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SOLIGENT DISTRIBUTION LLC<br>ATTN: GENERAL COUNSEL<br>PO BOX 398012<br>SAN FRANCISCO CA 94139 |
| 2.1825 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 435 DAYS | |
| | **List the contract number of any government contract** | | SOLRITE ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>2407 E LOOP 820 N<br>FORT WORTH TX 78118 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1826 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOLUTIONREACH INC<br>ATTN: GENERAL COUNSEL<br>2600 N ASHTON BLVD<br>LEHI UT 84043 |
| 2.1827 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOMERVILLE SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>21 BRETSHIRE CT<br>MEDFORD NJ 08055 |
| 2.1828 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SONNE SOLAR LLC<br>ATTN: GENERAL COUNSEL<br>232 COVE RD<br>SARATOGA SPRINGS UT 84045 |
| 2.1829 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SONOVUS ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>6024 OLD HEMPHILL RD<br>STE C<br>FORT WORTH TX 76134 |
| 2.1830 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOUTH TEXAS TREE REMOVAL SERVICES<br>ATTN: GENERAL COUNSEL<br>1524 CYPRESS DR<br>WESLACO TX 78599 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1831 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOUTHWEST AVIAN SOLUTIONS LLC ATTN: GENERAL COUNSEL 20118 N 67TH AVE STE 300-122 GLENDALE AZ 85308 |
| 2.1832 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SOUTHWEST ROOFING & COOLING LLC ATTN: GENERAL COUNSEL 3630 W 8TH ST YUMA AZ 85364 |
| 2.1833 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SPARKZ ELECTRIC SERVICE LLC ATTN: GENERAL COUNSEL 1806 E 4TH ST UNIT A MISSION TX 78572 |
| 2.1834 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SPECIALTY ELECTRIC ATTN: GENERAL COUNSEL 1105 MUSTANG RIDGE DR FORT WORTH TX 76052 |
| 2.1835 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER SERVICE ORDER | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SPECTRUM ENTERPRISE ATTN: SEAN A RALSTIN 12405 POWERSCOURT DR ST LOUIS MO 63131 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1836 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPECTRUM ENTERPRISE ATTN: SEAN A RALSTIN 12405 POWERSCOURT DR ST LOUIS MO 63131 |
| 2.1837 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPENCRAZI LLC ATTN: LANE S HEIDA 190 S MADISON AVE STE 2 YUMA AZ 85364 |
| 2.1838 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPIDER ROOFING INC ATTN: GENERAL COUNSEL PO BOX 309266 PALMDALE CA 93590 |
| 2.1839 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPRINGFIELD ELECTRICAL CO INC ATTN: GENERAL COUNSEL 300 ALBANY ST SPRINGFIELD MA 01105 |
| 2.1840 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SPRINGFIELD ROOFING ATTN: GENERAL COUNSEL 5605 GENERAL WASHING DR UNIT A ALEXANDRIA VA 22312 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1841 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE ORDER | |
| | State the term remaining | UNDETERMINED | SPROUT SOCIAL INC ATTN: GENERAL COUNSEL PO BOX 18451 PALATINE IL 60055 |
| | List the contract number of any government contract | | |
| 2.1842 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND MUTUAL RELEASE OF CLAIMS | |
| | State the term remaining | UNDETERMINED | SPRUCE LENDING INC CALDARELLI HEJMANOWSKI PAGE & LEER LLP ATTN: BEN WEST 3398 CARMEL MOUNTAIN RD STE 250 SAN DIEGO CA 92121 |
| | List the contract number of any government contract | | |
| 2.1843 | State what the contract or lease is for and the nature of the debtor's interest | SCOPE AND PROPOSAL AGREEMENT | |
| | State the term remaining | UNDETERMINED | SPS COMMERCE INC ATTN: GENERAL COUNSEL 333 S SEVENTH ST STE 1000 MINNEAPOLIS MN 55402 |
| | List the contract number of any government contract | | |
| 2.1844 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | SPS COMMERCE INC ATTN: GENERAL COUNSEL 333 S 7TH ST STE 1000 MINNEAPOLIS MN 55402 |
| | List the contract number of any government contract | | |
| 2.1845 | State what the contract or lease is for and the nature of the debtor's interest | QUOTE | |
| | State the term remaining | UNDETERMINED | SPS COMMERCE INC ATTN: GENERAL COUNSEL 333 S SEVENTH ST STE 1000 MINNEAPOLIS MN 55402 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1846 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SUBLEASE MULTI-TENANT | |
| | **State the term remaining** | UNDETERMINED | SQZ INVESTMENTS LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.1847 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE, MASTER LEASE AND GUARANTY | |
| | **State the term remaining** | 138 DAYS | SQZ INVESTMENTS LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.1848 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD SUBLEASE MULTI--TENANT | |
| | **State the term remaining** | UNDETERMINED | SQZ INVESTMENTS LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.1849 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO DATA PROCESSING | |
| | **State the term remaining** | UNDETERMINED | SRM PARTNERS LLC ATTN: GENERAL COUNSEL PO BOX 270568 HOUSTON TX 77277 |
| | **List the contract number of any government contract** | | |
| 2.1850 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SRMF TOWN SQUARE OWNER LLC ATTN: GEORGE MANOJLOVIC 200 S MICHIGAN AVE STE 400 CHICAGO IL 60604 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1851 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | ST JOHN PROPERTIES INC ATTN: GENERAL COUNSEL 2560 LORD BALTIMORE DR BALTIMORE MD 21244 |
| | List the contract number of any government contract | | |
| 2.1852 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | STANISLAUS ENTERPRISE INC ATTN: GENERAL COUNSEL 5830 WHIPOORWILL LN PORT ST LUCIE FL 34987 |
| | List the contract number of any government contract | | |
| 2.1853 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | STANLEY TREE SERVICE INC ATTN: GENERAL COUNSEL 275 GEORGE WASHINGTON HWY SMITHFIELD RI 02917 |
| | List the contract number of any government contract | | |
| 2.1854 | State what the contract or lease is for and the nature of the debtor's interest | BREAKROOM SOLUTIONS PROGRAM AGREEMENT | |
| | State the term remaining | UNDETERMINED | STAPLES CONTRACT & COMMERCIAL LLC ATTN: GENERAL COUNSEL 500 STAPLES DR FRAMINGHAM MA 01702 |
| | List the contract number of any government contract | | |
| 2.1855 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | STAPLES INC ATTN: GENERAL COUNSEL PO BOX 660409 DALLAS TX 75266 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                            Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1856 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STEADFAST CONSTRUCTION LLC ATTN: GENERAL COUNSEL 1743 SADDLEBACK CT HENDERSON NV 89014 |
| | **List the contract number of any government contract** | | |
| 2.1857 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO DATA PROCESSING | |
| | **State the term remaining** | UNDETERMINED | STEADFAST CONSTRUCTION LLC ATTN: GENERAL COUNSEL 1743 SADDLEBACK CT HENDERSON NV 89014 |
| | **List the contract number of any government contract** | | |
| 2.1858 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STEEL CITY SOLAR LLC ATTN: GENERAL COUNSEL 621 E ENTERPRISE DR PUEBLO WEST CO 81007 |
| | **List the contract number of any government contract** | | |
| 2.1859 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STEELE ELECTRICAL SERVICE LLC ATTN: GENERAL COUNSEL 211 ONE OAK DR SAN ANTONIO TX 78228 |
| | **List the contract number of any government contract** | | |
| 2.1860 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STELLAR ENERGY GP INC ATTN: GENERAL COUNSEL 1400 N MCDOWELL BLVD STE 201 PETALUMA CA 94954 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1861 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF UNDERSTANDING TO EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | STELLAR ENERGY GP INC<br>ATTN: GENERAL COUNSEL<br>1400 N MCDOWELL BLVD<br>STE 201<br>PETALUMA CA 94954 |
| | **List the contract number of any government contract** | | |
| 2.1862 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STERICYCLE INC<br>ATTN: GENERAL COUNSEL<br>5360 GOODMAN RD<br>EASTVALE CA 91752 |
| | **List the contract number of any government contract** | | |
| 2.1863 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STERICYCLE INC<br>ATTN: GENERAL COUNSEL<br>2355 WAUKEGAN RD<br>BANNOCKBURN IL 60015 |
| | **List the contract number of any government contract** | | |
| 2.1864 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STERLING INFOSYSTEMS INC D/B/A STERLING<br>ATTN: GENERAL COUNSEL<br>1 STATE ST PLZ<br>24TH FL<br>NEW YORK NY 10004 |
| | **List the contract number of any government contract** | | |
| 2.1865 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | STERLINGCRE ADVISORS<br>ATTN: GENERAL COUNSEL<br>2829 GREAT NORTHERN LOOP<br>STE 200<br>MISSOULA MT 59808 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1866 | **State what the contract or lease is for and the nature of the debtor's interest** | EVENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STONEY'S ROCKIN' COUNTRY ATTN: GENERAL COUNSEL 6611 LAS VEGAS BLVD SO STE 160 LAS VEGAS NV 89119 |
| 2.1867 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STORM CONSTRUCTION AND REMODELING ATTN: GENERAL COUNSEL 3523 NM-47 PERALTA NM 87042 |
| 2.1868 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | STRATEGY BUILDERS CONTRACTING ATTN: GENERAL COUNSEL 656 N BELVEDERE AVE TUCSON AZ 85711 |
| 2.1869 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUCCEEDNET ATTN: GENERAL COUNSEL 970 RESERVE DR STE 149 ROSEVILLE CA 95678 |
| 2.1870 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE, MASTER LEASE AND GUARANTY | |
| | **State the term remaining** | 138 DAYS | |
| | **List the contract number of any government contract** | | SUDWEEKS COMMERCIAL REAL ESTATE TEMECULA INC ATTN: GENERAL COUNSEL 27368 VIA INDUSTRIA STE 102 TEMECULA CA 92590 |

Debtor   **Freedom Forever LLC**                                                                 Case number (if known)   **26-10522**

_____

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1871 | State what the contract or lease is for and the nature of the debtor's interest | LEASE GUARANTY | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUFFIELD STREET PARTNERSHIP LLP C/O DEVELOPMENT ASSOCIATES ATTN: GENERAL COUNSEL 200 SILVER ST STE 201, PO BOX 528 AGAWAM MA 01001 |
| 2.1872 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUMEC NORTH AMERICA ATTN: GENERAL COUNSEL 3939 ROYAL DR NW UNIT 234 KENNESAW GA 30144 |
| 2.1873 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE CORPORATE PROGRAM | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUMITOMO FORESTRY AMERICA INC ATTN: GENERAL COUNSEL 15725 DALLAS PKWY STE 125 ADDISON TX 75001 |
| 2.1874 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUMMIT BUILDING AND ROOFING ATTN: GENERAL COUNSEL 2012 ZETTLER RD COLUMBUS OH 43232 |
| 2.1875 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUN HARVESTERS ATTN: GENERAL COUNSEL 4715 WHEELER CREEK DR HOSCHTON GA 30548 |

Debtor    **Freedom Forever LLC**                                      Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1876 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: LEGAL NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNBELT RENTALS INC ATTN: CONSTRUCTION NOTICE DEPARTMENT PO BOX 1389 SIMI VALLEY CA 93062 |
| 2.1877 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNBRITE ELECTRIC ATTN: GENERAL COUNSEL 26395 JEFFERSON AVE STE A MURRIETA CA 92562 |
| 2.1878 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNBRITE ELECTRIC ATTN: GENERAL COUNSEL 26395 JEFFERSON AVE STE A MURRIETA CA 92562 |
| 2.1879 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNCAP PROPERTY GROUP LLC ATTN: GENERAL COUNSEL 6101 CARNEGIE BLVD STE 180 CHARLOTTE NC 28209 |
| 2.1880 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 9270 S 500 WEST STE F SANDY UT 84070 |

Debtor   **Freedom Forever LLC**
Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1881 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDA TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 10893 SPRINGLAND DR SOUTH JORDAN UT 84095 |
| 2.1882 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 9270 S 500 WEST STE F SANDY UT 84070 |
| 2.1883 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 10893 SPRINGLAND DR SOUTH JORDAN UT 84095 |
| 2.1884 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 10893 SPRINGLAND DR SOUTH JORDAN UT 84095 |
| 2.1885 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 9270 S 500 WEST STE F SANDY UT 84070 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.1886 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF INTENT TO WITHHOLD COMPENSATION PURSUANT TO INDEPENDENT DEALER AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | SUNDER ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>9270 S 500 WEST<br>STE F<br>SANDY UT 84070 |
| | **List the contract number of any government contract** | | |
| 2.1887 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNDER ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>9270 S 500 WEST<br>STE F<br>SANDY UT 84070 |
| | **List the contract number of any government contract** | | |
| 2.1888 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SUNDER ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>9270 S 500 WEST<br>STE F<br>SANDY UT 84070 |
| | **List the contract number of any government contract** | | |
| 2.1889 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SUNDER ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>10893 SPRINGLAND DR<br>SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1890 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SUNDER ENERGY LLC<br>ATTN: GENERAL COUNSEL<br>10893 SPRINGLAND DR<br>SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1891 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT LETTER RE: WAIVER OF CERTAIN NON-SOLICITATION PROVISIONS | |
| | **State the term remaining** | UNDETERMINED | SUNDER ENERGY LLC ATTN: GENERAL COUNSEL 1750 W 11400 S STE 110 SOUTH JORDAN UT 84095 |
| | **List the contract number of any government contract** | | |
| 2.1892 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT ENTERPRISES INC D/B/A SUNLIGHT SOLAR ATTN: GENERAL COUNSEL 7575 KINGSPOINTE PKWY UNIT 4 ORLANDO FL 32819 |
| | **List the contract number of any government contract** | | |
| 2.1893 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 44 MONTGOMERY ST SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1894 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 44 MONTGOMERY ST SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1895 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE TERMINATION OF PAYMENTS AT INITIAL MILESTONE COMPLETION | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 234 W 39TH ST 7TH FL NEW YORK NY 10018 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1896 | **State what the contract or lease is for and the nature of the debtor's interest** | FLEXIBLE MILESTONES PROGRAM ADDENDUM TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1897 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT WITH AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1898 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYMENT TERMS AMENDMENT TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1899 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT OF LOAN TERMS TO PERMIT DIFFERENTIATED PRICING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1900 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: ADDITION OF PROGRAM STATES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |

Debtor    **Freedom Forever LLC**                                          Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1901 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE ADDITION OF PROGRAM STATES | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 234 W 39TH ST 7TH FL NEW YORK NY 10018 |
| | **List the contract number of any government contract** | | |
| 2.1902 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE TERMINATION OF PAYMENTS AT INITIAL MILESTONE COMPLETION | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 234 W 39TH ST 7TH FL NEW YORK NY 10018 |
| | **List the contract number of any government contract** | | |
| 2.1903 | **State what the contract or lease is for and the nature of the debtor's interest** | FINANCING PROGRAM AGREEMENT WITH AMENDMENTS | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 234 W 39TH ST 7TH FL NEW YORK NY 10018 |
| | **List the contract number of any government contract** | | |
| 2.1904 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE ADDITION OF PROGRAM STATES | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 234 W 39TH ST 7TH FL NEW YORK NY 10018 |
| | **List the contract number of any government contract** | | |
| 2.1905 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: ADDITION OF PROGRAM STATES | |
| | **State the term remaining** | UNDETERMINED | SUNLIGHT FINANCIAL LLC ATTN: GENERAL COUNSEL 234 W 39TH ST 7TH FL NEW YORK NY 10018 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1906 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: ADDITION OF PROGRAM STATES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1907 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: ADDITION OF PROGRAM STATES | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1908 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1909 | **State what the contract or lease is for and the nature of the debtor's interest** | FLEXIBLE MILESTONES PROGRAM ADDENDUM TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1910 | **State what the contract or lease is for and the nature of the debtor's interest** | PROMOTIONAL PROGRAM ADMINISTRATION ADDENDUM TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1911 | **State what the contract or lease is for and the nature of the debtor's interest** | BATTERY ONLY AMENDMENT TO FINANCING PROGRAM AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1912 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT OF LOAN TERMS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLIGHT FINANCIAL LLC<br>ATTN: GENERAL COUNSEL<br>234 W 39TH ST<br>7TH FL<br>NEW YORK NY 10018 |
| 2.1913 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 471 DAYS | |
| | **List the contract number of any government contract** | | SUNLY HOME LLC<br>ATTN: GENERAL COUNSEL<br>969 2ND ST SE<br>CHARLOTTESVILLE VA 22902 |
| 2.1914 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNLY HOME LLC<br>ATTN: GENERAL COUNSEL<br>55 LAKE HAVASU AVE S<br>STE 673<br>LAKE HAVASU CITY AZ 86403 |
| 2.1915 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ASSET PORTFOLIO 8 LLC<br>ATTN: GENERAL COUNSEL<br>20 GREENWAY PL<br>STE 540<br>HOUSTON TX 77046 |

Debtor    **Freedom Forever LLC**                                            Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1916 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO CHANNEL PARTNER AGREEMENT WITH HOME DEPOT PROGRAM ACKNOWLEDGEMENT AND EXHIBITS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| 2.1917 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO CHANNEL PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PLZ STE 475 HOUSTON TX 77046 |
| 2.1918 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| 2.1919 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO CHANNEL PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PLZ STE 475 HOUSTON TX 77046 |
| 2.1920 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO CHANNEL PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.1921 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| 2.1922 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| 2.1923 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| 2.1924 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| 2.1925 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1926 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA ENERGY CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>20 GREENWAY PL<br>STE 475<br>HOUSTON TX 77046 |
| 2.1927 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA ENERGY CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>20 GREENWAY PL<br>STE 475<br>HOUSTON TX 77046 |
| 2.1928 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | 44 DAYS | SUNNOVA ENERGY CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>20 GREENWAY PL<br>STE 475<br>HOUSTON TX 77046 |
| 2.1929 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | 45 DAYS | SUNNOVA ENERGY CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>20 GREENWAY PL<br>STE 475<br>HOUSTON TX 77046 |
| 2.1930 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | 44 DAYS | SUNNOVA ENERGY CORPORATION |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL<br>20 GREENWAY PL<br>STE 475<br>HOUSTON TX 77046 |

Debtor    **Freedom Forever LLC**

Name

Case number (if known)    **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1931 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO CHANNEL PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 540 HOUSTON TX 77046 |
| | **List the contract number of any government contract** | | |
| 2.1932 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| | **List the contract number of any government contract** | | |
| 2.1933 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA ENERGY CORPORATION ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 475 HOUSTON TX 77046 |
| | **List the contract number of any government contract** | | |
| 2.1934 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA EZ-OWN PORTFOLIO LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: ASSET MANAGEMENT 20 GREENWAY PLAZA STE 540 HOUSTON TX 77046 |
| | **List the contract number of any government contract** | | |
| 2.1935 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNNOVA EZ-OWN PORTFOLIO LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: ASSET MANAGEMENT 20 GREENWAY PLAZA STE 540 HOUSTON TX 77046 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1936 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 2 TO DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SUNNOVA TEP HOLDINGS LLC ATTN: GENERAL COUNSEL 20 EAST GREENWAY PL STE 540 HOUSTON TX 77046 |
| | List the contract number of any government contract | | |
| 2.1937 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SUNNOVA TEP HOLDINGS LLC ATTN: GENERAL COUNSEL 20 EAST GREENWAY PL STE 540 HOUSTON TX 77046 |
| | List the contract number of any government contract | | |
| 2.1938 | State what the contract or lease is for and the nature of the debtor's interest | RELEASE OF CLAIMS | |
| | State the term remaining | UNDETERMINED | SUNNOVA TEP HOLDINGS LLC ATTN: GENERAL COUNSEL 20 GREENWAY PL STE 540 HOUSTON TX 77046 |
| | List the contract number of any government contract | | |
| 2.1939 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SUNNOVA TEP HOLDINGS LLC ATTN: GENERAL COUNSEL 20 EAST GREENWAY PL STE 540 HOUSTON TX 77046 |
| | List the contract number of any government contract | | |
| 2.1940 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | SUNNOVA TEP HOLDINGS SUBSIDIARY LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: KERRY DOWNING 9229 WATERFORD CENTRE BLVD STE 200 AUSTIN TX 78758 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1941 | **State what the contract or lease is for and the nature of the debtor's interest** | RELEASE OF CLAIMS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA TEP HOLDINGS SUBSIDIARY LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: GENERAL COUNSEL 9229 WATERFORD CENTRE BLVD STE 200 AUSTIN TX 78758 |
| 2.1942 | **State what the contract or lease is for and the nature of the debtor's interest** | CONDITIONALS WAIVER AND RELEASE ON FINAL PAYMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA TEP HOLDINGS SUBSIDIARY LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: GENERAL COUNSEL 9229 WATERFORD CENTRE BLVD STE 200 AUSTIN TX 78758 |
| 2.1943 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA TEP HOLDINGS SUBSIDIARY LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: GENERAL COUNSEL 9229 WATERFORD CENTRE BLVD STE 200 AUSTIN TX 78758 |
| 2.1944 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNNOVA TEP HOLDINGS SUBSIDIARY LLC C/O SUNSTRONG MANAGEMENT LLC ATTN: GENERAL COUNSEL 9229 WATERFORD CENTRE BLVD STE 200 AUSTIN TX 78758 |
| 2.1945 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | |
| | **State the term remaining** | 1,217 DAYS | |
| | **List the contract number of any government contract** | | SUNPOWER CORPORATION ATTN: MATTHEW HENRY 880 HARBOUR WAY SOUTH STE 600 RICHMOND CA 94804 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1946 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: BONA FIDE OFFER RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN<br>ATTN: GENERAL COUNSEL<br>595 MARKET ST<br>29TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1947 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: BONA FIDE OFFER RELEASE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN<br>ATTN: GENERAL COUNSEL<br>595 MARKET ST<br>29TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1948 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: AMENDMENT NO 37 TO MFTC | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN<br>ATTN: GENERAL COUNSEL<br>595 MARKET ST<br>29TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1949 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN<br>ATTN: GENERAL COUNSEL<br>595 MARKET ST<br>29TH FL<br>SAN FRANCISCO CA 94105 |
| 2.1950 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL RE: PROPOSED TERRITORY NOTICE W OFFER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN<br>ATTN: GENERAL COUNSEL<br>595 MARKET ST<br>29TH FL<br>SAN FRANCISCO CA 94105 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.1951 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC ATTN: GENERAL COUNSEL 600 CALIFORNIA ST STE 1800 SAN FRANCISCO CA 94108 |
| 2.1952 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC ATTN: GENERAL COUNSEL 600 CALIFORNIA ST STE 1800 SAN FRANCISCO CA 94108 |
| 2.1953 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC ATTN: GENERAL COUNSEL 600 CALIFORNIA ST STE 1800 SAN FRANCISCO CA 94108 |
| 2.1954 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC ATTN: GENERAL COUNSEL 600 CALIFORNIA ST STE 1800 SAN FRANCISCO CA 94108 |
| 2.1955 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC ATTN: GENERAL COUNSEL 600 CALIFORNIA ST STE 1800 SAN FRANCISCO CA 94108 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1956 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC<br>ATTN: GENERAL COUNSEL<br>600 CALIFORNIA ST<br>STE 1800<br>SAN FRANCISCO CA 94108 |
| 2.1957 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC<br>ATTN: GENERAL COUNSEL<br>600 CALIFORNIA ST<br>STE 1800<br>SAN FRANCISCO CA 94108 |
| 2.1958 | **State what the contract or lease is for and the nature of the debtor's interest** | BILL OF SALE AND ASSIGNMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN CALYPSO OWNER 2019 LLC<br>ATTN: GENERAL COUNSEL<br>600 CALIFORNIA ST<br>STE 1800<br>SAN FRANCISCO CA 94108 |
| 2.1959 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRANSFER NOTIFICATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.1960 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRANSFER NOTIFICATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 393 of 482

Debtor    **Freedom Forever LLC**                                          Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1961 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: TRANSFER NOTIFICATION | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1962 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: TRANSFER NOTIFICATION | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1963 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: TRANSFER NOTIFICATION | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1964 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: TRANSFER NOTIFICATION | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1965 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 3 TO CHANNEL AGREEMENT [DRAFT] | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1966 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1967 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 15 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1968 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 16 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1969 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 17 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1970 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 21 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1971 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 22 TO CHANNEL AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1972 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR FACILITY ADDENDUM UPDATE AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1973 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SOLAR FULFILLMENT CONTRACT WITH ADDENDA |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1974 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1975 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROJECT SCHEDULE ADJUSTMENTS / TOLLING |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1976 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 46 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1977 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 56 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1978 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 57 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1979 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 58 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.1980 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 59 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1981 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 60 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1982 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 61 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1983 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 38 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1984 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 39 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1985 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 40 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1986 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 41 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1987 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 42 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1988 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 43 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1989 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 44 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1990 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 45 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1991 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 45 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.1992 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 48 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.1993 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 49 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.1994 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 51 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.1995 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 52 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1996 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 53 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1997 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 54 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1998 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 55 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.1999 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2000 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor  **Freedom Forever LLC**                                                   Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2001 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2002 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A: NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2003 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A: NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2004 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2005 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                  Case number (if known)   **26-10522**
         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.2006 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2007 | **State what the contract or lease is for and the nature of the debtor's interest** | WARRANT TO PURCHASE SHARES OF COMMON STOCK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2008 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2009 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - NOTICE OF EXERCISE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2010 | **State what the contract or lease is for and the nature of the debtor's interest** | WARRANT TO PURCHASE SHARES OF COMMON STOCK | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                     Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2011 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 34 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2012 | **State what the contract or lease is for and the nature of the debtor's interest** | INVESTOR SUITABILITY QUESTIONNAIRE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2013 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: TRANSFER NOTIFICATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2014 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 50 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2015 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: PROPOSED TERRITORY NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2016 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2017 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2018 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2019 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2020 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2021 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO 4 TO THE CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2022 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO 5 TO THE CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: DIRECTOR, OPERATIONS<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2023 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO THE CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2024 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO 7 TO THE CHANNEL AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2025 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDED ADDRESS FOR NOTICE | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: STEPHEN LADRECH<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2026 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2027 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 18 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2028 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 23 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2029 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 10 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2030 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 11 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor    **Freedom Forever LLC**                                          Case number (if known)    **26-10522**

        Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2031 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 12 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2032 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 13 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2033 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 14 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2034 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 19 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2035 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 20 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2036 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 9 TO CHANEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2037 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO CHANEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2038 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 7 TO CHANEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2039 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 8 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2040 | **State what the contract or lease is for and the nature of the debtor's interest** | TERM SHEET RE: AMENDMENT TO CHANNEL SALES AND INSTALLATION AGREEMENTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2041 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLAR FACILITY ADDENDUM UPDATE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2042 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 23 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2043 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 25 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2044 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 26 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2045 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 27 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                            Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2046 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 28 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2047 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 29 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2048 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 30 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2049 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 31 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2050 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 32 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

Debtor    **Freedom Forever LLC**                                                  Case number (if known)    **26-10522**

Name

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2051 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 33 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2052 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 35 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2053 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 37 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2054 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 9 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2055 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 12 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2056 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 14 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2057 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 14 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2058 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 15 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2059 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 16 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2060 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 17 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**
Name

Case number (if known)   **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2061 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 19 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2062 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 20 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2063 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 21 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2064 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 22 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2065 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 24 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2066 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2067 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2068 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2069 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |
| 2.2070 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 7 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INC<br>ATTN: GENERAL COUNSEL<br>225 BUSH ST<br>STE 1400<br>SAN FRANCISCO CA 94104 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.2071 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 8 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2072 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 10 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2073 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 11 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: DIRECTOR, OPERATIONS 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2074 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 13 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2075 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 18 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2076 | **State what the contract or lease is for and the nature of the debtor's interest** | GENERAL RELEASE AND SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INC ATTN: LEGAL DEPARTMENT 1800 W ASHTON BLVD LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.2077 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 28 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2078 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 29 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2079 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 30 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2080 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 31 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2081 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 32 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2082 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 24 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2083 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 62 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2084 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 63 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2085 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 66 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2086 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 64 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2087 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 65 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2088 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 68 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2089 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 67 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2090 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 65 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2091 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 69 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2092 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 70 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2093 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 71 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2094 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 72 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2095 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 73 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |

Debtor   **Freedom Forever LLC**                                  Case number (if known)   **26-10522**
_____
                     Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2096 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 74 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2097 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 75 TO MASTER SOLAR FACILITY TURNKEY CONTRACT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2098 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 25 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2099 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 26 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |
| 2.2100 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 27 TO CHANNEL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                             Case number (if known)   **26-10522**

  Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2101 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES CONTRACT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNRUN INSTALLATION SERVICES INC D/B/A SNAPNRACK ATTN: GENERAL COUNSEL 225 BUSH ST STE 1400 SAN FRANCISCO CA 94104 |
| 2.2102 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNSTONE ASSURANCE II LLC SERIES TN-103 C/O KRP MANAGERS LLC ATTN: JOEL PINA 604 E BALTIMORE PIKE MEDIA PA 19063 |
| 2.2103 | State what the contract or lease is for and the nature of the debtor's interest | DEMAND PROMISSORY NOTE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNSTONE ASSURANCE II LLC SERIES TN-103 C/O KRP MANAGERS LLC ATTN: JOEL PINA 604 E BALTIMORE PIKE MEDIA PA 19063 |
| 2.2104 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNSTRONG MANAGEMENT LLC ATTN: ASSET MANAGEMENT 20 GREENWAY PL STE 540 HOUSTON TX 77046 |
| 2.2105 | State what the contract or lease is for and the nature of the debtor's interest | DEALER SETTLEMENT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNSTRONG MANAGEMENT LLC ATTN: ASSET MANAGEMENT 20 GREENWAY PL STE 540 HOUSTON TX 77046 |

Debtor   **Freedom Forever LLC**                                                    Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2106 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNTREK INDUSTRIES ATTN: GENERAL COUNSEL 6560 SPENCER ST STE A1-105 LAS VEGAS NV 89119 |
| 2.2107 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUNUP AMERICA ATTN: GENERAL COUNSEL 3321 E ATLANTA AVE PHOENIX AZ 85040 |
| 2.2108 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SUPERIOR ROOFING LLC ATTN: GENERAL COUNSEL 119 MAPLE AVE NORTH HAVEN CT 06473 |
| 2.2109 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SURE SOURCE CAPITAL LLC ATTN: GENERAL COUNSEL 330 MADISON AVE STE 6 NEW YORK NY 10017 |
| 2.2110 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SURPRISE ELECTRIC INC ATTN: GENERAL COUNSEL PO BOX 435 OCOEE FL 34761 |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**

        Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2111 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SWITA METAL ROOFING LLC ATTN: GENERAL COUNSEL 3369 BASIL DR MADSION WI 53704 |
| 2.2112 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO LEASE | |
| | **State the term remaining** | 625 DAYS | |
| | **List the contract number of any government contract** | | SYNERGY BUSINESS PARK PHASE I LLC C/O SYNERGY DEVELOPMENT, LLC PO BOX 982500 PARK CITY UT 84098 |
| 2.2113 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SYNERGY CANYONS LLC ATTN: GENERAL COUNSEL 1743 SIDEWINDER DR PARK CITY UT 84060 |
| 2.2114 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| 2.2115 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2116 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.2117 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.2118 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.2119 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | |
| | **State the term remaining** | UNDETERMINED | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |
| 2.2120 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO LEASE TERMINATION AGREEMENT | |
| | **State the term remaining** | 138 DAYS | SZQ INVESTMENT LLC ATTN: GENERAL COUNSEL 4928 VINETA AVE LA CANADA CA 91011 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                              Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2121 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO OFFICE LEASE | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SZQ INVESTMENT LLC<br>ATTN: GENERAL COUNSEL<br>4928 VINETA AVE<br>LA CANADA CA 91011 |
| 2.2122 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD MULTI-TENANT OFFICE LEASE - GROSS | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | SZQ INVESTMENT LLC<br>ATTN: GENERAL COUNSEL<br>4928 VINETA AVE<br>LA CANADA CA 91011 |
| 2.2123 | State what the contract or lease is for and the nature of the debtor's interest | MULTI-TENANT OFFICE LEASE | |
| | State the term remaining | 138 DAYS | |
| | List the contract number of any government contract | | SZQ INVESTMENT LLC<br>ATTN: GENERAL COUNSEL<br>4928 VINETA AVE<br>LA CANADA CA 91011 |
| 2.2124 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | T & K ELECTRIC<br>ATTN: GENERAL COUNSEL<br>42587 N SUBURBAN AVE<br>SAN TAN VALLEY AZ 85140 |
| 2.2125 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | List the contract number of any government contract | | T C ROOFING COMPANY LLC<br>ATTN: GENERAL COUNSEL<br>5836 DUNEDIN CT<br>LAS VEGAS NV 89110 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2126 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TA REALTY |
| | **List the contract number of any government contract** | | ATTN: KEDRICK LECKBAND ONE FEDERAL ST 17TH FL BOSTON MA 02110 |
| 2.2127 | **State what the contract or lease is for and the nature of the debtor's interest** | SINGLE-TENANT LEASE | |
| | **State the term remaining** | 579 DAYS | TA REALTY VALUE-ADD FUND XIII REIT |
| | **List the contract number of any government contract** | | C/O TA REALTY ATTN: ASSET MANAGER, 946 S ANDREASEN ESCONDIDO 1301 DOVE ST STE 860 NEWPORT BEACH CA 92660 |
| 2.2128 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND MUTUAL GENERAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.2129 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.2130 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TATA POWER ELECTRIC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 519 POINSETTA ST BAKERSFIELD CA 93307 |

Debtor   **Freedom Forever LLC**                                                   Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2131 | **State what the contract or lease is for and the nature of the debtor's interest** | CELEBRITY BROKERS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TAYLOR TALENT SERVICES ATTN: GENERAL COUNSEL 14622 VENTURA BLVD STE 400 SHERMAN OAKS CA 91403 |
| | **List the contract number of any government contract** | | |
| 2.2132 | **State what the contract or lease is for and the nature of the debtor's interest** | CELEBRITY BROKERS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TAYLOR TALENT SERVICES ATTN: GENERAL COUNSEL 14622 VENTURA BLVD STE 400 SHERMAN OAKS CA 91403 |
| | **List the contract number of any government contract** | | |
| 2.2133 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TELECABLE INC ATTN: GENERAL COUNSEL 1511 NEW MARKET AVE SOUTH PLAINFIELD NJ 07080 |
| | **List the contract number of any government contract** | | |
| 2.2134 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TELEDIRECT ATTN: GENERAL COUNSEL 4745 CHIPPENDALE DR SACRAMENTO CA 95841 |
| | **List the contract number of any government contract** | | |
| 2.2135 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TELEDIRECT ATTN: GENERAL COUNSEL 4745 CHIPPENDALE DR SACRAMENTO CA 95841 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.2136 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TERRENO REALTY CORPORATION<br>ATTN: GENERAL COUNSEL<br>10500 NE 8TH ST<br>STE 1910<br>BELLEVUE WA 98004 |
| 2.2137 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>2628 SANDIA LOOP NE<br>RIO RANCHO NM 87144 |
| 2.2138 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: LEGAL DEPARTMENT<br>PO BOX 15430<br>FREMONT CA 94539 |
| 2.2139 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: LEGAL DEPARTMENT<br>6800 DUMBARTON CIR<br>FREMONT CA 94555 |
| 2.2140 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT TO THE CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: GENERAL COUNSEL<br>1 TESLA RD<br>AUSTIN TX 78725 |

Debtor   **Freedom Forever LLC**                                     Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2141 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED AMENDMENT NO 9 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | 260 DAYS | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2142 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED & RESTATED AMENDMENT NO 9 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | 168 DAYS | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2143 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASED PURCHASE TERMS AND COLLATERAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2144 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2145 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                          Case number (if known) **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2146 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |
| 2.2147 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |
| 2.2148 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |
| 2.2149 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |
| 2.2150 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2151 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| 2.2152 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| 2.2153 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| 2.2154 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER CONFIRMATION/SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| 2.2155 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT #8 TO CERTIFIED INSTALLER AGREEMENT (PURCHASE MONEY SECURITY INTEREST) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |

Debtor   **Freedom Forever LLC**                                                 Case number (if known)   **26-10522**
                     Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2156 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: GENERAL COUNSEL<br>1 TESLA RD<br>AUSTIN TX 78725 |
| 2.2157 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: GENERAL COUNSEL<br>1 TESLA RD<br>AUSTIN TX 78725 |
| 2.2158 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 6 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: GENERAL COUNSEL<br>1 TESLA RD<br>AUSTIN TX 78725 |
| 2.2159 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: GENERAL COUNSEL<br>1 TESLA RD<br>AUSTIN TX 78725 |
| 2.2160 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC<br>ATTN: GENERAL COUNSEL<br>1 TESLA RD<br>AUSTIN TX 78725 |

Debtor    **Freedom Forever LLC**                                         Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2161 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT #1 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| 2.2162 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 5 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| 2.2163 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 10 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | 991 DAYS | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| 2.2164 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 9 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| 2.2165 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE RE: AMENDMENT TO CERTIFIED INSTALLER AGREEMENT (PURCHASE MONEY SECURITY INTEREST) | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 434 of 482

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.2166 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER AGREEMENT (US) | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 45500 FREMONT BLVD FREMONT CA 94538 |
| | **List the contract number of any government contract** | | |
| 2.2167 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2168 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFIED INSTALLER PURCHASE ORDER | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2169 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: ADJUSTMENT OF PRICE IN PURCHASE ORDERS | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2170 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: MODULE PRICE ADJUSTMENT | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2171 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2172 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: AMENDMENT NO. 8 TO CERTIFIED INSTALLER AGREEMENT (PURCHASE MONEY SECURITY INTEREST) | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2173 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 7 TO CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2174 | **State what the contract or lease is for and the nature of the debtor's interest** | FORBEARANCE AND COLLATERAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |
| 2.2175 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 9 TO AMENDED AND RESTATED CERTIFIED INSTALLER AGREEMENT | |
| | **State the term remaining** | 168 DAYS | TESLA INC ATTN: GENERAL COUNSEL 1 TESLA RD AUSTIN TX 78725 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                     Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2176 | **State what the contract or lease is for and the nature of the debtor's interest** | SALES ORDER | |
| | **State the term remaining** | UNDETERMINED | TESTIM INC<br>ATTN: GENERAL COUNSEL<br>1250 BORREGAS AVE<br>STE 60<br>SUNNYVALE CA 94089 |
| | **List the contract number of any government contract** | | |
| 2.2177 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 933 DAYS | TEXAS POWER INSPECTIONS<br>ATTN: GENERAL COUNSEL<br>302 W NEALE ST<br>TRENTON TX 75490 |
| | **List the contract number of any government contract** | | |
| 2.2178 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TEXAS STAG ENTERPRISES LLC<br>ATTN: GENERAL COUNSEL<br>5018 BRIDGEVALLEY CT<br>SPRING TX 77379 |
| | **List the contract number of any government contract** | | |
| 2.2179 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TEXAS TREE TEAM<br>ATTN: GENERAL COUNSEL<br>865 WAKEFIELD DR<br>HOUSTON TX 77018 |
| | **List the contract number of any government contract** | | |
| 2.2180 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | THE BUNCHER COMPANY<br>ATTN: GENERAL COUNSEL<br>1251 WATERFRONT PL<br>ONE WATERFRONT PL<br>STE 201<br>PITTSBURGH PA 15222 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                      Case number (if known)   **26-10522**

         Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2181 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE COPPER CONNECTION LTD ATTN: GENERAL COUNSEL 10216 ISLE ST PARKER CO 80134 |
| | List the contract number of any government contract | | |
| 2.2182 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE COPPER CONNECTION LTD ATTN: GENERAL COUNSEL 1026 ISLE ST PARKER CO 80134 |
| | List the contract number of any government contract | | |
| 2.2183 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE ELECTRICIAN INC ATTN: GENERAL COUNSEL 429 VENTURE CT VERONA WI 53953 |
| | List the contract number of any government contract | | |
| 2.2184 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTOR PARTICIPATION AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE ENERGY LOAN NETWORK INC ATTN: VICE PRESIDENT, OPERATIONS 4115 GUARDIAN ST STE E SIMI VALLEY CA 93063 |
| | List the contract number of any government contract | | |
| 2.2185 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE LIFETIME ROOFING CO INC ATTN: GENERAL COUNSEL 12672 LIMONITE AVE STE 3E-439 EASTVALE CA 92880 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|--------|-------------------------|---|------------------------|----------|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2186 | **State what the contract or lease is for and the nature of the debtor's interest** | TEAM SPONSORSHIP AGREEMENT | |
| | **State the term remaining** | 498 DAYS | |
| | **List the contract number of any government contract** | | THE LOS ANGELES RAMS LLC<br>ATTN: TODD A DAVIS<br>29899 AGOURA RD<br>AGOURA HILLS CA 91301 |
| 2.2187 | **State what the contract or lease is for and the nature of the debtor's interest** | SUITE LEASE AGREEMENT SUMMARY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE LOS ANGELES RAMS LLC<br>ATTN: STES DEPARTMENT<br>6100 N OWENSMOUTH AVE<br>WOODLAND HILLS CA 91367 |
| 2.2188 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFI STADIUM SUITE LEASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE LOS ANGELES RAMS LLC<br>ATTN: GENERAL COUNSEL<br>59899 AGOURA RD<br>STE 210<br>AGOURA HILLS CA 91301 |
| 2.2189 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE MASTER'S HAND<br>ATTN: GENERAL COUNSEL<br>10913 NIGHT CAMP DR<br>AUSTIN TX 78754 |
| 2.2190 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: LETTER OF INDEMNIFICATION | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THE MORNING ENERGY SHOW LLC<br>301 W. 108TH ST, APT 9F<br>NEW YORK NY 10025 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2191 | State what the contract or lease is for and the nature of the debtor's interest | STANDARD MULTI-TENANT SUBLEASE AGREEMENT | |
| | State the term remaining | 138 DAYS | THE MORTGAGE LAW FIRM ATTN: GENERAL COUNSEL 27368 VIA INDUSTRIA STE 201 TEMECULA CA 92590 |
| | List the contract number of any government contract | | |
| 2.2192 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL NONDISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE SOLARIA CORPORATION ATTN: GENERAL COUNSEL 45700 NORTHPORT LOOP E FREMONT CA 94538 |
| | List the contract number of any government contract | | |
| 2.2193 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE SUNDANCE COMPANY ATTN: GENERAL COUNSEL 3405 E OVERLAND RD STE 150 MERIDIAN ID 83642 |
| | List the contract number of any government contract | | |
| 2.2194 | State what the contract or lease is for and the nature of the debtor's interest | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE SUNSHOP SOLAR LLC ATTN: GENERAL COUNSEL 209 OAK ST UNIT B COCOA FL 32922 |
| | List the contract number of any government contract | | |
| 2.2195 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO DATA PROCESSING | |
| | State the term remaining | UNDETERMINED | THE TRADESMAN ELECTRIC INC ATTN: GENERAL COUNSEL 23276 DEL LAGO DR LAGUNA HILLS CA 92653 |
| | List the contract number of any government contract | | |

Debtor  **Freedom Forever LLC**

Name

Case number (if known)  **26-10522**

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2196 | State what the contract or lease is for and the nature of the debtor's interest | DATA SOLUTIONS DATA AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE WARREN GROUP LLC D/B/A THE WARREN GROUP ATTN: DAVID B LOVINS 2 CORPORATION WAY STE 250 PEABODY MA 01960 |
| | List the contract number of any government contract | | |
| 2.2197 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT NO. 1 TO DATA SOLUTIONS DATA AGREEMENT | |
| | State the term remaining | UNDETERMINED | THE WARREN GROUP LLC D/B/A THE WARREN GROUP ATTN: GENERAL COUNSEL 300 ANDOVER ST #382 PEABODY MA 01960 |
| | List the contract number of any government contract | | |
| 2.2198 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT WITH WORK ORDER AND ADDENDA | |
| | State the term remaining | UNDETERMINED | THE WURSTA CORPORATION ATTN: MATT WURSTA 2614 S 5TH ST ALLENTOWN PA 18103 |
| | List the contract number of any government contract | | |
| 2.2199 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICE AGREEMENT WITH STATEMENT OF WORK AND ADDENDA | |
| | State the term remaining | UNDETERMINED | THE WURSTA CORPORATION ATTN: GENERAL COUNSEL 2614 S 5TH ST ALLENTOWN PA 18103 |
| | List the contract number of any government contract | | |
| 2.2200 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                       Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2201 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMPSON GROUP VENTURES LLC ATTN: GENERAL COUNSEL 7310 RITCHIE HWY STE 200 GLEN BURNIE MD 21061 |
| 2.2202 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ATTN: GENERAL COUNSEL 3 TIMES SQ 19TH FL NEW YORK NY 10036 |
| 2.2203 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ATTN: GENERAL COUNSEL 3 TIMES SQ 19TH FL NEW YORK NY 10036 |
| 2.2204 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ENTERPRISE CENTRE GMBH ATTN: GENERAL COUNSEL 2900 AMES CROSSING RD EAGAN MN 55121 |
| 2.2205 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ENTERPRISE CENTRE GMBH ATTN: GENERAL COUNSEL 610 OPPERMAN DR PO BOX 64833 EAGAN MN 55123 |

Debtor    **Freedom Forever LLC**                                    Case number (if known)    **26-10522**

  Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2206 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ENTERPRISE CENTRE GMBH ATTN: GENERAL COUNSEL 3 TIMES SQ 19TH FL NEW YORK NY 10036 |
| 2.2207 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ENTERPRISE CENTRE GMBH ATTN: GENERAL COUNSEL 610 OPPERMAN DR PO BOX 64833 EAGAN MN 55123 |
| 2.2208 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ENTERPRISE CENTRE GMBH ATTN: GENERAL COUNSEL 2900 AMES CROSSING RD EAGAN MN 55121 |
| 2.2209 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | THOMSON REUTERS ENTERPRISE CENTRE GMBH ATTN: GENERAL COUNSEL 610 OPPERMAN DR PO BOX 64833 EAGAN MN 55123 |
| 2.2210 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 890 DAYS | |
| | **List the contract number of any government contract** | | THRIVE POWER LLC ATTN: GENERAL COUNSEL 3214 N UNIVERSITY AVE STE 535 PROVO UT 84604 |

Debtor    **Freedom Forever LLC**

Name

Case number (if known)    **26-10522**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2211 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACTORS AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TIMBER HEIGHTS TREE ATTN: GENERAL COUNSEL 12 GENEVIEVE DR HAMPDEN MA 01036 |
| | **List the contract number of any government contract** | | |
| 2.2212 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2213 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2214 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEMNIFICATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2215 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**
_____
         Name

Case number (if known)   **26-10522**
_____

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2216 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND MUTUAL RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2217 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 211 DAYS | TK CONSULTING GROUP LLC ATTN: GENERAL COUNSEL 16 ROBERTS DR WESTHAMPTON NJ 08060 |
| | **List the contract number of any government contract** | | |
| 2.2218 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TK CONSULTING GROUP LLC ATTN: TAQI KHAWAJA 16 ROBERTS DR WESTHAMPTON NJ 08060 |
| | **List the contract number of any government contract** | | |
| 2.2219 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | TK CONSULTING GROUP LLC ATTN: GENERAL COUNSEL 16 ROBERTS DR WESTHAMPTON NJ 08060 |
| | **List the contract number of any government contract** | | |
| 2.2220 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | TKV ENTERPRISES LLC D/B/A MR HANDYMAN OF THE RIVER VALLEY ATTN: GENERAL COUNSEL 846 W WALNUT PARIS AR 72855 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2221 | State what the contract or lease is for and the nature of the debtor's interest | SETTLEMENT AGREEMENT AND CLAIM RELEASE | |
| | State the term remaining | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | List the contract number of any government contract | | |
| 2.2222 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | TOGETHERSOLVE LLC ATTN: GENERAL COUNSEL 1201 DUBLIN RD COLUMBUS OH 43215 |
| | List the contract number of any government contract | | |
| 2.2223 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | TOP NOTCH REPAIRS LLC ATTN: GENERAL COUNSEL 3681 W BELL VISTA AVE PAHRUMP NV 89060 |
| | List the contract number of any government contract | | |
| 2.2224 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | TOP TIER ROOFING LLC ATTN: GENERAL COUNSEL 429 N MAIN ST SUFFOLK VA 23434 |
| | List the contract number of any government contract | | |
| 2.2225 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | TRADEMARK ROOFING INC ATTN: GENERAL COUNSEL PO BOX 2759 VACAVILLE CA 95696 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                               Case number (if known)   **26-10522**
_____
Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2226 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | TREE TECH SERVICES INC ATTN: GENERAL COUNSEL 8609 WEYAND AVE SACRAMENTO CA 95828 |
| | List the contract number of any government contract | | |
| 2.2227 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO DATA PROCESSING | |
| | State the term remaining | UNDETERMINED | TREE TECH SERVICES INC ATTN: GENERAL COUNSEL 8609 WEYAND AVE SACRAMENTO CA 95828 |
| | List the contract number of any government contract | | |
| 2.2228 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | TREEWERX LLC ATTN: GENERAL COUNSEL 810 BLUEBIRD PASS CAMBRIDGE WI 53523 |
| | List the contract number of any government contract | | |
| 2.2229 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | TRI SOURCE INTERNATIONAL LLC ATTN: GENERAL COUNSEL 27770 ENTERTAINMENT DR STE 200 VALENCIA CA 91355 |
| | List the contract number of any government contract | | |
| 2.2230 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | TRINA SOLAR (US) INC ATTN: LEGAL PRESIDENT 7100 STEVENSON BLVD FREMONT CA 94538 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2231 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRINA SOLAR (US) INC<br>ATTN: PRESIDENT, LEGAL DEPARTMENT<br>100 CENTURY CTR CT<br>STE 501<br>SAN JOSE CA 95112 |
| 2.2232 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRIPACTIONS INC<br>ATTN: GENERAL COUNSEL<br>1501 PAGE MILL RD<br>PALO ALTO CA 94304 |
| 2.2233 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRIPACTIONS INC<br>ATTN: GENERAL COUNSEL<br>1501 PAGE MILL RD<br>PALO ALTO CA 94304 |
| 2.2234 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRI-POINT ELECTRIC<br>ATTN: GENERAL COUNSEL<br>1315 LAWRENCE RD 2F<br>HAVERTOWN PA 19083 |
| 2.2235 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRISTAR BENEFIT ADMINISTRATORS INC<br>ATTN: VICE PRESIDENT, OPERATIONS<br>2835 TEMPLE AVE<br>SIGNAL HILL CA 90755 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2236 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAVE OF ABSENCE MANAGEMENT SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRISTAR BENEFIT ADMINISTRATORS INC TRISTAR INSURANCE GROUP ATTN: GENERAL COUNSEL 100 OCEANGATE STE 840 LONG BEACH CA 90802 |
| 2.2237 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER NO. 1 | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRIVISTA CORP ATTN: GENERAL COUNSEL 116 MARKET PL ESCONDIDO CA 92029 |
| 2.2238 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSTRUCTION CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRIVISTA INC C/O TERRY MATSON, PRESIDENT ATTN: GENERAL COUNSEL 116 MARKET PL ESCONDIDO CA 92029 |
| 2.2239 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TROY ROOFING INC ATTN: GENERAL COUNSEL 1066 E EDNA PL COVINA CA 91724 |
| 2.2240 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO DATA PROCESSING | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TROY ROOFING INC ATTN: GENERAL COUNSEL 1066 E EDNA PL COVINA CA 91724 |

Debtor   **Freedom Forever LLC**                                Case number (if known)  **26-10522**
　　　　　Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2241 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRUE ENERGY ADVANTAGE INC ATTN: GENERAL COUNSEL 4193 FLAT ROCK DR STE 200 RIVERSIDE CA 92505 |
| 2.2242 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRUE SOLAR ATTN: GENERAL COUNSEL 170 GREENFIELD DR UNIT D TIFFIN IA 52340 |
| 2.2243 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRUE SOLAR ATTN: GENERAL COUNSEL 170 GREENFIELD DR UNIT D TIFFIN IA 52340 |
| 2.2244 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRUE SOLAR & ELECTRIC INC ATTN: GENERAL COUNSEL 12521 W JENSEN AVE KERMAN CA 93630 |
| 2.2245 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | TRUE SOLAR & ELECTRIC INC ATTN: GENERAL COUNSEL 12521 W JENSEN AVE KERMAN CA 93630 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2246 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO DATA PROCESSING | |
| | State the term remaining | UNDETERMINED | |
| | | | TRUE SOLAR & ELECTRIC INC ATTN: GENERAL COUNSEL 12521 W JENSEN AVE KERMAN CA 93630 |
| | List the contract number of any government contract | | |
| 2.2247 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | TRUE WAGE LLC ATTN: GENERAL COUNSEL 12022 210TH PL SE ISSAQUAH WA 98027 |
| | List the contract number of any government contract | | |
| 2.2248 | State what the contract or lease is for and the nature of the debtor's interest | NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | TRUESOURCE LLC ATTN: GENERAL COUNSEL 2929 EXPWY DR N HAUPPAUGE NY 11788 |
| | List the contract number of any government contract | | |
| 2.2249 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | TUMEX CORPORATION D/B/A SPECIALTY ELECTRIC ATTN: GENERAL COUNSEL 2006 S KENNEDY LN YUMA AZ 85365 |
| | List the contract number of any government contract | | |
| 2.2250 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | |
| | | | TUTOR ELECTRICAL SERVICE INC ATTN: GENERAL COUNSEL 201 WILLOW CREEK CT MANSFIELD TX 76063 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.2251 | **State what the contract or lease is for and the nature of the debtor's interest** | 2025 AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2252 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2253 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION, RELEASE OF PERSONAL GUARANTY AND AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2254 | **State what the contract or lease is for and the nature of the debtor's interest** | REIMBURSEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2255 | **State what the contract or lease is for and the nature of the debtor's interest** | REIMBURSEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2256 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2257 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 59 DAYS | NAME ON FILE<br>ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.2258 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UES CONSTRUCTION LLC<br>ATTN: GENERAL COUNSEL<br>2529 S FUNDY CIR<br>AURORA CO 80013 |
| | **List the contract number of any government contract** | | |
| 2.2259 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ULINE INC<br>ATTN: GENERAL COUNSEL<br>12575 ULINE DR<br>PLEASANT PRAIRIE WI 53158 |
| | **List the contract number of any government contract** | | |
| 2.2260 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | ULINE INC<br>ATTN: GENERAL COUNSEL<br>12575 ULINE DR<br>PLEASANT PRAIRIE WI 53158 |
| | **List the contract number of any government contract** | | |

Debtor    **Freedom Forever LLC**                                       Case number (if known)    **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2261 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNDEFINED HEIGHTS INC D/B/A ELECTRIC MEDIC ATTN: GENERAL COUNSEL 1509 BLATT BLVD STE 6201 GAHANNA OH 43230 |
| | List the contract number of any government contract | | |
| 2.2262 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNDER COVER ROOFING LLC ATTN: GENERAL COUNSEL 1515 BUSHY TAIL ST ROSEVILLE CA 95747 |
| | List the contract number of any government contract | | |
| 2.2263 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SUBCONTRACT AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNGERMAN ELECTRIC ATTN: GENERAL COUNSEL 395 SHERIDAN AVE ALBANY NY 12206 |
| | List the contract number of any government contract | | |
| 2.2264 | State what the contract or lease is for and the nature of the debtor's interest | INVOICE | |
| | State the term remaining | 98 DAYS | UNIQODE ATTN: GENERAL COUNSEL 575 5TH AVE NEW YORK NY 10017 |
| | List the contract number of any government contract | | |
| 2.2265 | State what the contract or lease is for and the nature of the debtor's interest | LETTER RE: NOTICE OF CANCELLATION FOR EXISTING AGREEMENT | |
| | State the term remaining | UNDETERMINED | UNIRAC INC ATTN: GENERAL COUNSEL 1411 BROADWAY BLVD NE ALBUQUERQUE NM 87102 |
| | List the contract number of any government contract | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2266 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1411 BROADWAY BLVD NE ALBUQUERQUE NM 87102 |
| 2.2267 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1411 BROADWAY BLVD NE ALBUQUERQUE NM 87102 |
| 2.2268 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NONDISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1411 BROADWAY BLVD NE ALBUQUERQUE NM 87102 |
| 2.2269 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1411 BROADWAY BLVD NE ALBUQUERQUE NM 87102 |
| 2.2270 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC |
| | **List the contract number of any government contract** | | ATTN: THOMAS MILLER, VICE PRESIDENT FINANCE 1411 BROADWAY BLVD NE ALBUQUERQUE NM 87102 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2271 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: CONFIDENTIAL TO NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC<br>ATTN: GENERAL COUNSEL<br>1411 BROADWAY BLVD NE<br>ALBUQUERQUE NM 87102 |
| | **List the contract number of any government contract** | | |
| 2.2272 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: RETURN ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC<br>ATTN: GENERAL COUNSEL<br>1411 BROADWAY BLVD NE<br>ALBUQUERQUE NM 87102 |
| | **List the contract number of any government contract** | | |
| 2.2273 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIRAC INC<br>ATTN: THOMAS MILLER, VICE PRESIDENT FINANCE<br>1411 BROADWAY BLVD NE<br>ALBUQUERQUE NM 87102 |
| | **List the contract number of any government contract** | | |
| 2.2274 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNITED SOLAR GROUP LLC<br>ATTN: GENERAL COUNSEL<br>201 TERRACE MANOR<br>SCRANTON PA 18505 |
| | **List the contract number of any government contract** | | |
| 2.2275 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIVERSAL MARKETING GROUP LLC<br>ATTN: GENERAL COUNSEL<br>5454 AIRPORT HWY<br>TOLEDO OH 43615 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                         Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2276 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | UNIVERSAL MARKETING GROUP LLC ATTN: GENERAL COUNSEL 5454 AIRPORT HWY TOLEDO OH 43615 |
| | **List the contract number of any government contract** | | |
| 2.2277 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | US ELECTRICAL SERVICES INC D/B/A ELECTRICAL WHOLESALERS ATTN: GENERAL COUNSEL 701 MIDDLE ST MIDDLETOWN CT 06457 |
| | **List the contract number of any government contract** | | |
| 2.2278 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | US SOLAR WORKS LLC ATTN: GENERAL COUNSEL 64 WATER ST ATTLEBORO MA 02703 |
| | **List the contract number of any government contract** | | |
| 2.2279 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | USA ROOFING INC ATTN: THIAGO LPES GUEDES 112 GROVE ST BELLINGHAM MA 02019 |
| | **List the contract number of any government contract** | | |
| 2.2280 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VALEY VIEW ROOFING ATTN: GENERAL COUNSEL 1191 E HAWBERRY CIR DRAPER UT 84020 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2281 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VALLEY A1 ELECTRIC ATTN: GENERAL COUNSEL 2429 WOLF ST MERCED CA 95348 |
| 2.2282 | **State what the contract or lease is for and the nature of the debtor's interest** | CONVENTION SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VDARA CONDO HOTEL LLC D/B/A VDARA ATTN: GENERAL COUNSEL 2600 W HARMON AVE LAS VEGAS NV 89158 |
| 2.2283 | **State what the contract or lease is for and the nature of the debtor's interest** | CONVENTION SALES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VDARA CONDO HOTEL LLC D/B/A VDARA ATTN: GENERAL COUNSEL 2600 W HARMON AVE LAS VEGAS NV 89158 |
| 2.2284 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 744 DAYS | |
| | **List the contract number of any government contract** | | VECTOR ENERGY D/B/A FUSION POWER ATTN: GENERAL COUNSEL 6150 W CHANDLER BLVD 17 CHANDLER AZ 85226 |
| 2.2285 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VEGAS BORN ROOFING LLC ATTN: GENERAL COUNSEL 4205 W TOMPKINS AVE STE 6 LAS VEGAS NV 89103 |

Debtor   **Freedom Forever LLC**                                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2286 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VELARDE BUILDERS INC |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 1413 FOSS LN ALPINE CA 91901 |
| 2.2287 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 603 DAYS | VERY GOOD SOLAR COMPANY |
| | **List the contract number of any government contract** | | ATTN: GENERAL COUNSEL 2600 N ASHTON BLVD LEHI UT 84043 |
| 2.2288 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT AGREEMENT AND CLAIM RELEASE | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.2289 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO LEASE AGREEMENT | |
| | **State the term remaining** | 1,690 DAYS | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.2290 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2291 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIMEOCOM INC<br>ATTN: GENERAL COUNSEL<br>330 W 34TH ST<br>NEW YORK NY 10001 |
| 2.2292 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIMEOCOM INC<br>ATTN: GENERAL COUNSEL<br>330 W 34TH ST<br>NEW YORK NY 10001 |
| 2.2293 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIRTU ROOFING D/B/A MASTER ROOFING<br>ATTN: GENERAL COUNSEL<br>138 E 12300 S C-417<br>DRAPER UT 84020 |
| 2.2294 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | 321 DAYS | |
| | **List the contract number of any government contract** | | VITL A UTAH LIMITED LIABILITY COMPANY<br>ATTN: GENERAL COUNSEL<br>11918 N SALTAIRE DR<br>HIGHLAND UT 84003 |
| 2.2295 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL LLC A UTAH LIMITED LIABILITY COMPANY<br>ATTN: GENERAL COUNSEL<br>2600 N ASHTON BLVD<br>STE 100B<br>LEHI UT 84043 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
| --- | --- | --- | --- |
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.2296 | **State what the contract or lease is for and the nature of the debtor's interest** | 2025 AMENDED AND RESTATED LIMITED LIABILITY COMPANY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER HOLDINGS COMPANY LLC<br>ATTN: JARRYD BRAY<br>2600 N ASHTON BLVD<br>STE B100<br>LEHI UT 84043 |
| 2.2297 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCHANGE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER HOLDINGS COMPANY LLC<br>ATTN: JARRYD BRAY<br>2600 N ASHTON BLVD<br>STE B100<br>LEHI UT 84043 |
| 2.2298 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER HOLDINGS COMPANY LLC<br>ATTN: JARRYD BRAY<br>2600 N ASHTON BLVD<br>STE B100<br>LEHI UT 84043 |
| 2.2299 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER LLC<br>ATTN: JARRYD BRAY<br>2600 N ASHTON BLVD<br>STE B100<br>LEHI UT 84043 |
| 2.2300 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCHANGE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER LLC<br>ATTN: JARRYD BRAY<br>2600 N ASHTON BLVD<br>STE B100<br>LEHI UT 84043 |

Debtor   **Freedom Forever LLC**                                                    Case number (if known)   **26-10522**

          Name

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.2301 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER LLC ATTN: JARRYD BRAY 2600 N ASHTON BLVD STE B100 LEHI UT 84043 |
| 2.2302 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION, RELEASE OF PERSONAL GUARANTY AND AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER LLC ATTN: JARRYD BRAY 2600 N ASHTON BLVD STE B100 LEHI UT 84043 |
| 2.2303 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER LLC A UTAH LIMITED LIABILITY COMPANY ATTN: GENERAL COUNSEL 2600 N ASHTON BLVD STE B100 LEHI UT 84043 |
| 2.2304 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 3 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VITL POWER LLC A UTAH LIMITED LIABILITY COMPANY ATTN: GENERAL COUNSEL 2600 N ASHTON BLVD STE B100 LEHI UT 84043 |
| 2.2305 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC ATTN: GENERAL COUNSEL 4931 N 300 W PROVO UT 84604 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2306 | **State what the contract or lease is for and the nature of the debtor's interest** | STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2307 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 533 DAYS | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: CHRISTINA V DILLARD, MANAGING SENIOR COUNSEL<br>NRG ENERGY, INC<br>910 LOUISIANA ST<br>HOUSTON TX 77002 |
| 2.2308 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT LETTER RE: WAIVER OF CERTAIN NON-SOLICITATION PROVISIONS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2309 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO THE SECOND AMENDED AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2310 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 4 TO THE SECOND AMENDED AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**
          Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2311 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF INTENT TO SIGN A NEW DEALER | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2312 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NON-RENEWAL/TERMINATION OF THE SECOND AMENDED AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2313 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2314 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |
| 2.2315 | **State what the contract or lease is for and the nature of the debtor's interest** | STRATEGIC PARTNER AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC<br>ATTN: GENERAL COUNSEL<br>4931 N 300 W<br>PROVO UT 84604 |

| Debtor | **Freedom Forever LLC** | Case number (if known) | **26-10522** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2316 | **State what the contract or lease is for and the nature of the debtor's interest** | STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC ATTN: GENERAL COUNSEL 4931 N 300 W PROVO UT 84604 |
| 2.2317 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO THE AMENDED AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC ATTN: GENERAL COUNSEL 4931 N 300 W PROVO UT 84604 |
| 2.2318 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED STRATEGIC PARTNER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC ATTN: GENERAL COUNSEL 4931 N 300 W PROVO UT 84604 |
| 2.2319 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO STRATEGIC PARTNERSHIP AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC ATTN: GENERAL COUNSEL 4931 N 300 W PROVO UT 84604 |
| 2.2320 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDED AND RESTATED STRATEGIC PARTNERSHIP AGREEMENT [DRAFT] | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT INC ATTN: GENERAL COUNSEL 4931 N 300 W PROVO UT 84604 |

Debtor   **Freedom Forever LLC**                                       Case number (if known)   **26-10522**

   Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2321 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL RELEASE AND SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT LLC<br>ATTN: GENERAL COUNSEL<br>1550 DIGITAL DR<br>LEHI UT 84043 |
| 2.2322 | **State what the contract or lease is for and the nature of the debtor's interest** | SETTLEMENT PAYMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT LLC<br>ATTN: GENERAL COUNSEL<br>1550 DIGITAL DR<br>LEHI UT 84043 |
| 2.2323 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD REFERRAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT LLC<br>ATTN: LEGAL DEPARTMENT<br>1550 DIGITAL DR<br>LEHI UT 84043 |
| 2.2324 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL RELEASE, REFERRAL AND RECRUITING AGREEMENTS | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | VIVINT LLC<br>ATTN: GENERAL COUNSEL<br>1550 DIGITAL DR<br>LEHI UT 84043 |
| 2.2325 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 533 DAYS | |
| | **List the contract number of any government contract** | | VIVINT SMART HOME INC<br>ATTN: GENERAL COUNSEL<br>3401 ASHTON BLVD<br>LEHI UT 84043 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2326 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VIVINT SOLAR DEVELOPER LLC ATTN: LEGAL DEPARTMENT 1800 W ASHTON BLVD LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.2327 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 2 TO MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VIVINT SOLAR DEVELOPER LLC ATTN: LEGAL DEPARTMENT 1800 W ASHTON BLVD LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.2328 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VIVINT SOLAR DEVELOPER LLC ATTN: PAUL DICKSON, CHIEF REVENUE OFFICER 1800 W ASHTON BLVD LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.2329 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF TERMINATION OF AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VIVINT SOLAR INC ATTN: PAUL DICKSON, CHIEF REVENUE OFFICER 1800 W ASHTON BLVD LEHI UT 84043 |
| | **List the contract number of any government contract** | | |
| 2.2330 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AUTHORIZATION | |
| | **State the term remaining** | UNDETERMINED | VOIP INNOVATIONS ATTN: GENERAL COUNSEL 8 PENN CTR WEST STE 101 PITTSBURGH PA 15276 |
| | **List the contract number of any government contract** | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 467 of 482

Debtor   **Freedom Forever LLC**                                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2331 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AUTHORIZATION | |
| | **State the term remaining** | UNDETERMINED | VOIP INNOVATIONS ATTN: GENERAL COUNSEL 8 PENN CTR WEST STE 101 PITTSBURGH PA 15276 |
| | **List the contract number of any government contract** | | |
| 2.2332 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF AUTHORIZATION | |
| | **State the term remaining** | UNDETERMINED | VOIP INNOVATIONS ATTN: GENERAL COUNSEL 8 PENN CTR WEST STE 101 PITTSBURGH PA 15276 |
| | **List the contract number of any government contract** | | |
| 2.2333 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VOLTA ELECTRICAL SOLUTIONS ATTN: GENERAL COUNSEL 10204 S SUMMIT PARK RD TUCSON AZ 85756 |
| | **List the contract number of any government contract** | | |
| 2.2334 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VOLTAIR SOLAR LLC ATTN: GENERAL COUNSEL 11 SUNRISE PL STE 301 VALLEY STREAM NY 11580 |
| | **List the contract number of any government contract** | | |
| 2.2335 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VOLT-PRO ELECTRIC LLC ATTN: GENERAL COUNSEL 715 DOVERSIDE ST HOUSTON TX 77022 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2336 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VOLT-PRO ELECTRIC LLC<br>ATTN: GENERAL COUNSEL<br>715 DOVERSIDE ST<br>HOUSTON TX 77022 |
| | **List the contract number of any government contract** | | |
| 2.2337 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM NO. 1 TO WEB STORE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VOX MARKETING GROUP LLC<br>ATTN: CHRISTOPHER ROLLINGS<br>2222 S 950 E<br>PROVO UT 84606 |
| | **List the contract number of any government contract** | | |
| 2.2338 | **State what the contract or lease is for and the nature of the debtor's interest** | WEB STORE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | VOX MARKETING GROUP LLC<br>ATTN: CHRISTOPHER ROLLINGS<br>2222 S 950 E<br>PROVO UT 84606 |
| | **List the contract number of any government contract** | | |
| 2.2339 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | W SERVICES GROUP LLC<br>ATTN: MATTHEW L WHELAN, CEO-PRESIDENT<br>500 WHEELER RD<br>HAUPPAUGE NY 11788 |
| | **List the contract number of any government contract** | | |
| 2.2340 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WAGNER ELECTRIC<br>ATTN: GENERAL COUNSEL<br>1856 KEYSTONE CT<br>REDDING CA 96003 |
| | **List the contract number of any government contract** | | |

Debtor  **Freedom Forever LLC**                                          Case number (if known)  **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2341 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WALKME INC<br>ATTN: GENERAL COUNSEL<br>525 MARKET ST<br>37TH FL<br>SAN FRANCISCO CA 94105 |
| 2.2342 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WALKOWIAK ELECTRIC INC<br>ATTN: GENERAL COUNSEL<br>2934 S 9TH ST<br>MILWAUKEE WI 53215 |
| 2.2343 | **State what the contract or lease is for and the nature of the debtor's interest** | RENTAL AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WATERLOGIC AMERICAS LLC<br>ATTN: GENERAL COUNSEL<br>630 ALLENDALE RD<br>STE 200<br>KING OF PRUSSIA PA 19406 |
| 2.2344 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | |
| | **State the term remaining** | 43 DAYS | |
| | **List the contract number of any government contract** | | WATTERSON ENVIRONMENTAL GROUP LLC<br>ATTN: GENERAL COUNSEL<br>1700 E GOLF RD<br>STE 500<br>SCHAUMBURG IL 60173 |
| 2.2345 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: NOTICE OF TERMINATION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WAXMAN STRATEGIES<br>ATTN: GENERAL COUNSEL<br>1150 CONNECTICUT AVE, NW<br>WASHINGTON DC 20036 |

Debtor   **Freedom Forever LLC**                                                        Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2346 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER AGREEMENT RE: AGREEMENT FOR COMMUNICATION SERVICES | |
| | **State the term remaining** | UNDETERMINED | WAXMAN STRATEGIES ATTN: GENERAL COUNSEL 1150 CONNECTICUT AVE NW STE 800 WASHINGTON DC 20036 |
| | **List the contract number of any government contract** | | |
| 2.2347 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WEATHERGUARD QUALITY ROOFING ATTN: GENERAL COUNSEL 1039 WEAVER DR OVIEDO FL 32765 |
| | **List the contract number of any government contract** | | |
| 2.2348 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 486 DAYS | WELLS FARGO BANK NA ATTN: GENERAL COUNSEL 401 S TRYON ST CHARLOTTE NC 28202 |
| | **List the contract number of any government contract** | | |
| 2.2349 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WELLS FARGO BANK NA ATTN: GENERAL COUNSEL 550 S TRYON 5TH FL CHARLOTTE NC 28202 |
| | **List the contract number of any government contract** | | |
| 2.2350 | **State what the contract or lease is for and the nature of the debtor's interest** | DEALER SETTLEMENT AGREEMENT WITH AMENDMENT | |
| | **State the term remaining** | UNDETERMINED | WELLS FARGO BANK NA ATTN: GENERAL COUNSEL 550 S TRYON 5TH FL CHARLOTTE NC 28202 |
| | **List the contract number of any government contract** | | |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2351 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WESCO DISTRIBUTION INC ATTN: GENERAL COUNSEL 225 W STATION SQUARE DR STE 700 PITTSBURGH PA 15219 |
| | **List the contract number of any government contract** | | |
| 2.2352 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUPPLY AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WESCO DISTRIBUTION INC ATTN: GENERAL COUNSEL 225 W STATION SQUARE DR STE 700 PITTSBURGH PA 15219 |
| | **List the contract number of any government contract** | | |
| 2.2353 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 470 DAYS | WEST BAY ENERGY LLC ATTN: GENERAL COUNSEL 6260 39TH ST N PINELLAS PARK FL 33781 |
| | **List the contract number of any government contract** | | |
| 2.2354 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WEST BAY ENERGY LLC ATTN: GENERAL COUNSEL 6260 39TH ST N PINELLAS PARK FL 33781 |
| | **List the contract number of any government contract** | | |
| 2.2355 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | WESTEC ELECTRIC INC ATTN: GENERAL COUNSEL 1650 WILSHIRE DR APTOS CA 95003 |
| | **List the contract number of any government contract** | | |

Debtor   **Freedom Forever LLC**                          Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2356 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOUNT AND SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WEX<br>ATTN: GENERAL COUNSEL<br>1 HANCOCK ST<br>PORTLAND ME 04105 |
| 2.2357 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOUNT AND SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WEX BANK<br>ATTN: GENERAL COUNSEL<br>111 E SEGO LILY DR<br>STE 250<br>SANDY UT 84070 |
| 2.2358 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 438 DAYS | |
| | **List the contract number of any government contract** | | WEX BANK<br>ATTN: GENERAL COUNSEL<br>111 E SEGO LILY DR<br>STE 250<br>SANDY UT 84070 |
| 2.2359 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WHACK'EM AND STACK'EM TREE SERVICES<br>ATTN: GENERAL COUNSEL<br>1605 CENTRAL AVE<br>STE 6358<br>SUMMERVILLE SC 29483 |
| 2.2360 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WHIPPLE ROOFING<br>ATTN: GENERAL COUNSEL<br>141 PINE ARBOR RD<br>HARDEEVILLE SC 29927 |

Debtor   **Freedom Forever LLC**                                Case number (if known)   **26-10522**

  Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2361 | **State what the contract or lease is for and the nature of the debtor's interest** | GROUP SALES CONTRACT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WHITNEY PEAK HOTEL ATTN: DEBEY GRIMES 255 N VIRGINIA ST RENO NV 89501 |
| 2.2362 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WILLIAMS TOP-QUALITY ROOFING ATTN: GENERAL COUNSEL 309 CARISSA DR PAHOKEE FL 33476 |
| 2.2363 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | 511 DAYS | |
| | **List the contract number of any government contract** | | WILLIAMSBURG HOMES LLC ATTN: GENERAL COUNSEL 5484 HARPERS FARM RD STE 200 COLUMBIA MD 21044 |
| 2.2364 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WINDFREE WIND & SOLAR ENERGY DESIGN COMPANY ATTN: GENERAL COUNSEL 5022 W FOSTER AVE CHICAGO IL 60630 |
| 2.2365 | **State what the contract or lease is for and the nature of the debtor's interest** | CARDHOLDER AGREEMENT FOR PREPAID CARD | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WISELY PAY ATTN: CARDHOLDER SERVICES PO BOX 9008 SAN DIMAS CA 91773 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2366 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WL-MCK SRI OWNER LLC<br>ATTN: GENERAL COUNSEL<br>5520 KIETZKE LN<br>STE 400<br>RENO NV 89511 |
| 2.2367 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WOBURN GROUP LLC<br>C/O HUNNEMAN MANAGEMENT COMPANY<br>ATTN: GENERAL COUNSEL<br>303 CONGRESS ST<br>BOSTON MA 02210 |
| 2.2368 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO LEASE AGREEMENT | |
| | **State the term remaining** | 1,902 DAYS | |
| | **List the contract number of any government contract** | | WOBURN GROUP LLC<br>C/O HUNNEMAN MANAGEMENT COMPANY<br>ATTN: GENERAL COUNSEL<br>303 CONGRESS ST<br>BOSTON MA 02210 |
| 2.2369 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL LEASE WITH GUARANTY | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WOBURN GROUP LLC<br>C/O HUNNEMAN MANAGEMENT COMPANY<br>ATTN: GENERAL COUNSEL<br>303 CONGRESS ST<br>BOSTON MA 02210 |
| 2.2370 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER FOR SOW | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | WORKDAY INC<br>ATTN: GENERAL COUNSEL<br>6110 STONERIDGE MALL RD<br>PLEASANTON CA 94588 |

Debtor   **Freedom Forever LLC**                                   Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2371 | **State what the contract or lease is for and the nature of the debtor's interest** | MAIN SUBSCRIPTION AGREEMENT WITH SIGNATURE DOCUMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | WORKDAY INC<br>ATTN: GENERAL COUNSEL<br>6110 STONERIDGE MALL RD<br>PLEASANTON CA 94588 |
| 2.2372 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM TO THE MSA (GROWTH) |
| | **State the term remaining** | 650 DAYS |
| | **List the contract number of any government contract** | WORKDAY INC<br>ATTN: GENERAL COUNSEL<br>6110 STONERIDGE MALL RD<br>PLEASANTON CA 94588 |
| 2.2373 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM TO THE MSA (GROWTH) |
| | **State the term remaining** | 650 DAYS |
| | **List the contract number of any government contract** | WORKDAY INC<br>ATTN: GENERAL COUNSEL<br>6110 STONERIDGE MALL RD<br>PLEASANTON CA 94588 |
| 2.2374 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM TO MAIN SUBSCRIPTION AGREEMENT |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | WORKDAY INC<br>ATTN: GENERAL COUNSEL<br>6110 STONERIDGE MALL RD<br>PLEASANTON CA 94588 |
| 2.2375 | **State what the contract or lease is for and the nature of the debtor's interest** | CHANGE ORDER |
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | WORKDAY INC<br>ATTN: GENERAL COUNSEL<br>6110 STONERIDGE MALL RD<br>PLEASANTON CA 94588 |

Debtor   **Freedom Forever LLC**                                    Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2376 | State what the contract or lease is for and the nature of the debtor's interest | MAIN SUBSCRIPTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | WORKDAY INC ATTN: GENERAL COUNSEL 6110 STONERIDGE MALL RD PLEASANTON CA 94588 |
| | List the contract number of any government contract | | |
| 2.2377 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM | |
| | State the term remaining | 650 DAYS | WORKDAY INC ATTN: GENERAL COUNSEL 6110 STONERIDGE MALL RD PLEASANTON CA 94588 |
| | List the contract number of any government contract | | |
| 2.2378 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM TO MAIN SUBSCRIPTION AGREEMENT | |
| | State the term remaining | UNDETERMINED | WORKDAY INC ATTN: GENERAL COUNSEL 6110 STONERIDGE MALL RD PLEASANTON CA 94588 |
| | List the contract number of any government contract | | |
| 2.2379 | State what the contract or lease is for and the nature of the debtor's interest | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | |
| | State the term remaining | UNDETERMINED | WORLD 4 ELECTRIC ATTN: GENERAL COUNSEL 1 CALIFORNIA ST LAS VEGAS NV 94111 |
| | List the contract number of any government contract | | |
| 2.2380 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM AND AGREEMENT | |
| | State the term remaining | UNDETERMINED | WURSTA ATTN: GENERAL COUNSEL 2614 S 5TH ST ALLENTOWN PA 18103 |
| | List the contract number of any government contract | | |

Debtor   **Freedom Forever LLC**                                     Case number (if known)   **26-10522**

      Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2381 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | XCEL ELECTRICAL SERVICES ATTN: GENERAL COUNSEL 2228 STARLING ST CRANDALL TX 75114 |
| | **List the contract number of any government contract** | | |
| 2.2382 | **State what the contract or lease is for and the nature of the debtor's interest** | EXCLUSIVE INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | XLR POWER INC ATTN: GENERAL COUNSEL 21 N WEST DAIRY RD NEPHI UT 84648 |
| | **List the contract number of any government contract** | | |
| 2.2383 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO INDEPENDENT DEALER AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | XLR POWER INC ATTN: GENERAL COUNSEL 21 N WEST DAIRY RD NEPHI UT 84648 |
| | **List the contract number of any government contract** | | |
| 2.2384 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | XPERIENCE ROOFING LLC ATTN: GENERAL COUNSEL 8034 S STATE ST MIDVALE UT 84047 |
| | **List the contract number of any government contract** | | |
| 2.2385 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | XYZ RESTORATIONS LLC ATTN: GENERAL COUNSEL 1322 E TYLER AVE HARLINGEN TX 78550 |
| | **List the contract number of any government contract** | | |

Debtor **Freedom Forever LLC**                                    Case number (if known) **26-10522**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.2386 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT |
| | **State the term remaining** | 296 DAYS |
| | **List the contract number of any government contract** | |

YELLOWPAY INC
ATTN: GENERAL COUNSEL
2100 GENG RD
PALO ALTO CA 94303

| 2.2387 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO DATA PROCESSING |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

YFR TREE & LAND MANAGEMENT INC
ATTN: GENERAL COUNSEL
13508 BROOKS RD
GRASS VALLEY CA 95945

| 2.2388 | **State what the contract or lease is for and the nature of the debtor's interest** | PACE SOLICITOR ENROLLMENT AGREEMENT |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

YGRENE ENERGY FUND CALIFORNIA LLC
ATTN: GENERAL COUNSEL
2100 S MCDOWELL BLVD
PETALUMA CA 94954

| 2.2389 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR PARTICIPATION AGREEMENT |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

YGRENE ENERGY FUND FLORIDA LLC
ATTN: GENERAL COUNSEL
6303 BLUE LAGOON DR
STE 400
MIAMI FL 33126

| 2.2390 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT |
|---|---|---|
| | **State the term remaining** | UNDETERMINED |
| | **List the contract number of any government contract** | |

YJIJ PROPERTIES LLC
ATTN: GENERAL COUNSEL
6621 XENIA AVE
LUBBOCK TX 79407

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2391 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | YOURSOLARPLANS INC ATTN: ANDREW GRIGORIAN 3000 E BIRCH ST STE 201 BREA CA 92821 |
| 2.2392 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | YOURSOLARPLANS INC ATTN: GENERAL COUNSEL 3000 E BIRCH ST STE 201 BREA CA 92821 |
| 2.2393 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBCONTRACT AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | YUMA ELECTRIC SERVICE LLC ATTN: GENERAL COUNSEL 7627 E COUNTY 13 1/2 ST YUMA AZ 85365 |
| 2.2394 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO PREFERRED SUBCONTRACTOR | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ZAMORA 7 ELECTRIC SERVICES LLC ATTN: GENERAL COUNSEL 1826 LEWIS DR GARLAND TX 75041 |
| 2.2395 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ZENDESK INC ATTN: GENERAL COUNSEL 181 FREMONT ST 17TH FL SAN FRANCISCO CA 94105 |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.2396 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM | |
| | **State the term remaining** | 136 DAYS | |
| | **List the contract number of any government contract** | | ZENDESK INC<br>ATTN: GENERAL COUNSEL<br>181 FREMONT ST<br>17TH FL<br>SAN FRANCISCO CA 94105 |
| 2.2397 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM | |
| | **State the term remaining** | 136 DAYS | |
| | **List the contract number of any government contract** | | ZENDESK INC<br>ATTN: GENERAL COUNSEL<br>181 FREMONT ST<br>17TH FL<br>SAN FRANCISCO CA 94105 |
| 2.2398 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE MASTER SUBSCRIPTION AGREEMENT | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ZENDESK INC<br>ATTN: GENERAL COUNSEL<br>PO BOX 734287<br>CHICAGO IL 60673 |
| 2.2399 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ZENDESK INC<br>ATTN: GENERAL COUNSEL<br>1019 MARKET ST<br>SAN FRANCISCO CA 94103 |
| 2.2400 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE ORDER FORM | |
| | **State the term remaining** | 136 DAYS | |
| | **List the contract number of any government contract** | | ZENDESK INC<br>ATTN: GENERAL COUNSEL<br>181 FREMONT ST<br>17TH FL<br>SAN FRANCISCO CA 94105 |

Debtor   **Freedom Forever LLC**

Case number (if known)   **26-10522**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- | --- |
| 2.2401 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA PROCESSING ADDENDUM | |
| | **State the term remaining** | UNDETERMINED | |
| | **List the contract number of any government contract** | | ZKM ENTERPRISES LLC ATTN: GENERAL COUNSEL 35535 FIR AVENUE YUCAIPA CA 92399 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Freedom Forever LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>District of Delaware</strong></td></tr>
<tr><td>Case number (if known)</td><td><strong>26-10522</strong></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | FREEDOM FOREVER ALABAMA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | FREEDOM FOREVER ALABAMA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | FREEDOM FOREVER ARIZONA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | FREEDOM FOREVER ARIZONA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ___2.7___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| 2.5 | FREEDOM FOREVER COLORADO, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F<br>☐ G |
| 2.6 | FREEDOM FOREVER COLORADO, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F<br>☐ G |
| 2.7 | FREEDOM FOREVER CONNECTICUT, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F<br>☐ G |
| 2.8 | FREEDOM FOREVER CONNECTICUT, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F<br>☐ G |
| 2.9 | FREEDOM FOREVER DC, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F<br>☐ G |
| 2.10 | FREEDOM FOREVER DC, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F<br>☐ G |
| 2.11 | FREEDOM FOREVER DELAWARE, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F<br>☐ G |
| 2.12 | FREEDOM FOREVER DELAWARE, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F<br>☐ G |
| 2.13 | FREEDOM FOREVER FLORIDA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F<br>☐ G |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.14 | FREEDOM FOREVER FLORIDA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.7 |
| 2.15 | FREEDOM FOREVER GEORGIA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.7 |
| 2.16 | FREEDOM FOREVER GEORGIA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.6 |
| 2.17 | FREEDOM FOREVER HAWAII, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.6 |
| 2.18 | FREEDOM FOREVER HAWAII, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.7 |
| 2.19 | FREEDOM FOREVER IDAHO, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.7 |
| 2.20 | FREEDOM FOREVER IDAHO, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.6 |
| 2.21 | FREEDOM FOREVER ILLINOIS, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.6 |
| 2.22 | FREEDOM FOREVER ILLINOIS, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ☐ D ☐ E/F ☐ G | 2.7 |

Official Form 206H                    Schedule H: Your Codebtors                    Page 3 of 9

Debtor    **Freedom Forever LLC**                                    Case number (if known)  **26-10522**
                  Name

| 2.23 | FREEDOM FOREVER IOWA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.24 | FREEDOM FOREVER IOWA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.25 | FREEDOM FOREVER LOUISIANA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.26 | FREEDOM FOREVER LOUISIANA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.27 | FREEDOM FOREVER MAINE, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.28 | FREEDOM FOREVER MAINE, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.29 | FREEDOM FOREVER MARYLAND, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.30 | FREEDOM FOREVER MARYLAND, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.31 | FREEDOM FOREVER MASSACHUSETTS, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |

Debtor   **Freedom Forever LLC**                                           Case number (if known)   **26-10522**
_____
     Name

| 2.32 | FREEDOM FOREVER MASSACHUSETTS, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.6 ☐ E/F ☐ G |
| 2.33 | FREEDOM FOREVER MISSISSIPPI, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.6 ☐ E/F ☐ G |
| 2.34 | FREEDOM FOREVER MISSISSIPPI, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.7 ☐ E/F ☐ G |
| 2.35 | FREEDOM FOREVER NEVADA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.7 ☐ E/F ☐ G |
| 2.36 | FREEDOM FOREVER NEVADA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.6 ☐ E/F ☐ G |
| 2.37 | FREEDOM FOREVER NEW HAMPSHIRE, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.6 ☐ E/F ☐ G |
| 2.38 | FREEDOM FOREVER NEW HAMPSHIRE, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.7 ☐ E/F ☐ G |
| 2.39 | FREEDOM FOREVER NEW JERSEY, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.7 ☐ E/F ☐ G |
| 2.40 | FREEDOM FOREVER NEW JERSEY, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D    2.6 ☐ E/F ☐ G |

Official Form 206H       Schedule H: Your Codebtors       Page 5 of 9

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.41 | FREEDOM FOREVER NEW MEXICO, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.6 |
| 2.42 | FREEDOM FOREVER NEW MEXICO, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.7 |
| 2.43 | FREEDOM FOREVER NEW YORK, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.7 |
| 2.44 | FREEDOM FOREVER NEW YORK, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.6 |
| 2.45 | FREEDOM FOREVER NORTH CAROLINA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.6 |
| 2.46 | FREEDOM FOREVER NORTH CAROLINA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.7 |
| 2.47 | FREEDOM FOREVER OREGON, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.7 |
| 2.48 | FREEDOM FOREVER OREGON, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.6 |
| 2.49 | FREEDOM FOREVER PENNSYLVANIA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D ☐ E/F ☐ G | 2.6 |

| Debtor | **Freedom Forever LLC** | | | Case number (if known) | **26-10522** |
|--------|-------------------------|--|--|------------------------|--------------|
| | Name | | | | |

| 2.50 | FREEDOM FOREVER PENNSYLVANIA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.51 | FREEDOM FOREVER RHODE ISLAND, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.52 | FREEDOM FOREVER RHODE ISLAND, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.53 | FREEDOM FOREVER SOUTH CAROLINA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.54 | FREEDOM FOREVER SOUTH CAROLINA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.55 | FREEDOM FOREVER TEXAS, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.56 | FREEDOM FOREVER TEXAS, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |
| 2.57 | FREEDOM FOREVER UTAH, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.6 |
| 2.58 | FREEDOM FOREVER UTAH, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D □ E/F □ G | 2.7 |

| Debtor | **Freedom Forever LLC** | | Case number (if known) | **26-10522** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 2.59 | FREEDOM FOREVER VERMONT, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.60 | FREEDOM FOREVER VERMONT, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.61 | FREEDOM FOREVER VIRGINIA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.62 | FREEDOM FOREVER VIRGINIA, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.63 | FREEDOM FOREVER WASHINGTON, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.64 | FREEDOM FOREVER WASHINGTON, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.65 | FREEDOM FOREVER WISCONSIN, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |
| 2.66 | FREEDOM FOREVER WISCONSIN, LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.7<br>☐ E/F ____<br>☐ G ____ |
| 2.67 | FREEDOM PROCUREMENT LLC | C/O FREEDOM FOREVER, LLC 43445 BUISNESS PARK DRIVE SUITE 104 TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D  2.6<br>☐ E/F ____<br>☐ G ____ |

Debtor   **Freedom Forever LLC**          Case number (if known)   **26-10522**
         Name

| 2.68 | FREEDOM PROCUREMENT LLC | C/O FREEDOM FOREVER, LLC<br>43445 BUISNESS PARK DRIVE<br>SUITE 104<br>TEMECULA CA 92590 | SOLAREDGE TECHNOLOGIES, INC. | ■ D<br>☐ E/F<br>☐ G | 2.7 |

**Fill in this information to identify the case:**

Debtor name     **Freedom Forever LLC**

United States Bankruptcy Court for the:     DISTRICT OF DELAWARE

Case number (if known)   **26-10522**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 4, 2026**          X **/s/ Lynette Wilkerson**

Signature of individual signing on behalf of the debtor

**Lynette Wilkerson**
Printed name

**Chief Financial Officer**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**