**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE:<br><br>FREEDOM FOREVER LLC., *et al*.,<br><br>               Debtors. | Chapter 11<br><br>Case No. 26-10522-BLS<br><br>(Jointly Administered) |

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent a state or states (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the State of Delaware; State of Missouri, Catherine Hanaway, Attorney General; State of Nevada; Washington Attorney General's Office, and other states as necessary in this matter.

I am Bankruptcy Counsel for the National Association of Attorneys General ("NAAG") and, as such, it is my job to provide assistance and representation as needed for all member States, both for purposes of administrative coordination and substantive legal representation.

I am admitted to practice law in the United States District Courts for the Northern District of Texas, Southern District of Texas, Eastern District of Texas, Western District of Texas, District of Nebraska, the Fifth Circuit Court of Appeals, and the United States Supreme Court. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Dated: July 1, 2026,                       Respectfully submitted,

/s/ Abigail Rushing Ryan
ABIGAIL RUSHING RYAN
BANKRUPTCY COUNSEL
NATIONAL ASSOCIATION OF ATTORNEYS
GENERAL
1850 M Street NW, 12th Floor
Washington, DC 20036
Telephone: (202) 326-6000, Ext. 258
Email: aryan@naag.org

## CERTIFICATE OF SERVICE

I certify that on July 1, 2026, the foregoing *Government Attorney Certification* was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system and served via CM/ECF upon all those who receive electronic notifications.

/s/ Abigail R. Ryan
ABIGAIL R. RYAN
BANKRUPTCY COUNSEL